# FTC Exhibit 1, Rottner Decl.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

AGORA FINANCIAL LLC,

NEWMARKET HEALTH, LLC,

NEWMARKET HEALTH PUBLISHING, LLC,

HEALTH SENSE MEDIA, LLC,

HEALTH SENSE PUBLISHING, LLC,

DR. RICHARD GERHAUSER, individually, and

ZACHARY SCHEIDT, individually,

    Defendants.

## DECLARATION OF ADAM ROTTNER

(Pursuant to 28 U.S.C. § 1746)

I, Adam Rottner, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.    I am a United States citizen and am over eighteen years of age. I am employed by the Federal Trade Commission ("FTC" or "the Commission") as an Investigator in the Division of Enforcement, Bureau of Consumer Protection. My office address is 600 Pennsylvania Ave., NW, CC-9528, Washington, D.C. 20580.

1

**FTC Ex. 1 - Rottner Decl.**

2.	As an Investigator with the FTC, my duties include investigating possible violations of the laws and regulations that the FTC enforces and possible violations of Orders obtained by the Commission. I was assigned to work on the Commission's investigation in this matter.

3.	In late 2018 the FTC received a letter from the United States House of Representatives, Office of General Counsel. According to the October 5, 2018 letter from the Office of General Counsel, a *Congressional Checks* program was created by Zachary Scheidt ("Scheidt"), an editor for *Lifetime Income Report*, a publication of a company named Agora Financial, LLC ("Agora Financial").

4.	The United States House of Representatives, Office of General Counsel identified Agora Financial as the company running the Congressional Checks program. As a result of the FTC's investigation I received emails from Agora Financial promoting a video presentation described entitled *How to Reverse Type II Diabetes in 28 Days with Richard Gerhauser, M.D. ("Reverse Diabetes Event")*.

5.	A number of attachments are included with this declaration. In accordance with FTC procedures and this Court's rules, information from some of these attachments have been redacted in order to protect sensitive information, such as financial account numbers, personally identifiable information, and FTC undercover identities.

**DESCRIPTION OF INVESTIGATIVE TOOLS AND SOURCES OF EVIDENCE**

6.	As an FTC Investigator, my duties include the collection, analysis, and preservation of evidence relevant to the investigations I conduct into potential violations of the laws, regulations, and Orders that the FTC enforces. As part of

2

**FTC Ex. 1 - Rottner Decl.**

this investigation, I utilized numerous resources and tools, which I describe in detail below.

7.    *Adobe Acrobat Pro X Web Capture Tool.* In conducting my investigation, I captured evidence from the Internet using a software program called Adobe Acrobat Pro X to record single webpages, or entire websites, as they existed on the day of the recording. Adobe's program also has a tool that converts webpages or website into portable document format (".pdf") files.

8.    *Camtasia.* Some website captures and videos were made using the Camtasia program, which records whatever is displaying on the computer monitor being used. I immediately convert Camtasia files into .mp4 files, which is a commonly used format for video and audio.

9.    *Snagit.* Some website and image captures were made using the program Snagit, which takes an image of the computer screen, or a smaller selected area. These files are typically .jpeg files, but I convert them to .pdf files for compatibility reasons.

### UNDERCOVER INVESTIGATION

10.    In my duties as an Investigator, I engage in discovering, reviewing, and capturing website content; making undercover calls and purchases; preserving evidence; and analyzing data as it relates to investigations I am assigned.

### I.    Reverse Diabetes

11.    For undercover investigations, I have credit card accounts and telephone numbers that I use when making undercover purchases. For this investigation, I also used an email address associated with my undercover identity. The email address was used

3

**FTC Ex. 1 - Rottner Decl.**

exclusively for this investigation.  The email address received multiple emails virtually every day relating to the marketing and sale of financial and health-related newsletters, publications, and subscription services offered by Agora Financial and its affiliated companies.

12.    On December 5, 2018, I used an undercover FTC computer to review emails that the FTC was receiving from Agora Financial at the undercover identity's email address.  The undercover identity received an email at 9:01 AM that day from an Agora Financial newsletter called *Rude Awakening* (rude@p.sevenfigurepublishing.com) with the subject "**Don't make plans Dec. 11, 2018.**"[1]  A true and correct copy of the December 5, 2018 *Rude Awakening* email is attached hereto as Attachment 1.

13.    The *Rude Awakening* email included a solicitation for a health program from Dr. Richard Gerhauser ("Dr. Gerhauser").  Specifically, the email said, "Hi, Greg here.  Please read the urgent message below from our affiliates at Natural Health Response, because at *The Rude Awakening* we know that your health is just as important as your finances[.]"  Att. 1, FTC-PROD-00000039.  Following that introduction, there was a written message from Dr. Gerhauser.

14.    Dr. Gerhauser's message in the *Rude Awakening* email claims that "after 37 years in practice, I recently discovered a simple, at-home treatment for Type 2 diabetes.  And no, it has nothing to do with diet or exercise.  It doesn't involve a single drug either.  Yet this new treatment is scientifically proven to **reverse every symptom of your diabetes in 28 days**.  Let me repeat:  **This brand-new treatment will**

---

[1] Defendants in this matter frequently use ellipses and bolded, underlined, italicized or other emphasized text in their advertisements and promotional materials, which have been replicated herein unless otherwise noted.

4

**FTC Ex. 1 - Rottner Decl.**

**reverse your diabetes just four weeks from today.** Without changing your diet, spending a minute in the gym or taking a single drug." *Id.* at FTC-PROD-00000039-40.

15. Dr. Gerhauser further states he will reveal "every step of this simple treatment – **for FREE -**" in a "one-time live event" on Tuesday, December 11, 2018 at 1:00 PM. *Id.* at FTC-PROD-00000040-41.

16. Between December 6, 2018 and December 10, 2018, the undercover identity email address received multiple emails from Agora Financial relating to the *Reverse Diabetes Event*. The Agora Financial publications were promoting Dr. Gerhauser's "one-time" event. A listing of some of these emails have been identified and is attached hereto as Attachment 2. True and correct copies of the listed emails are attached hereto as Attachments 1 and 3-13.

17. At 11:45 AM on December 11, 2018, I accessed an undercover FTC computer and utilized the Camtasia recording program to record the activities on the computer monitor I was using. The recording is attached hereto as Attachment 14.

18. At that time, I opened the December 10, 2018 email from the Agora Financial newsletter *America Uncensored* titled, "Don't make plans December 11, 2018[.]" I scrolled through the email and clicked on the link to reserve my spot for the *Reverse Diabetes Event*. I was directed to https://signups.reversediabetesevent.com/X640UC48. I entered the undercover email address on that webpage and clicked the "enter" button to sign up. I was redirected to a confirmation page that stated, "WAIT! Your registration is not complete… Text SIGNUP to 38470 Now to Receive Updates and Reminders for

5

**FTC Ex. 1 - Rottner Decl.**

This Live Event[.]" Attachment 14 at 00:59. I utilized a mobile phone assigned to the undercover identity and texted 38470.

19. On December 11, 2018 at 12:59 PM, I received a text message from the number 38470 that read, "Time for me to go live. Here's your personal link to watch: https://bit.ly/2RBIWkl[.]" Using an undercover FTC computer, I accessed Camtasia to record my activities, typed in the address for the link in the text message and was redirected to a webpage registered to NewMarket Health, LLC ("NewMarket Health"), https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640UC02/?h=true. I pressed play and recorded the event. The recording is attached hereto as Attachment 15. The presentation played under the banner, "Dr. Richard Gerhauser presents: **How to Reverse Type II Diabetes in 28 days**[.] Shocking study shows 100% cure rate. Stay on this page for details[.]" The banner was displayed throughout the entire 56-minute video. As discussed below, I later obtained a copy of the transcript of the video. A true and correct copy of the transcript is attached hereto as Attachment 22.

20. During the video, Dr. Gerhauser promised that people who purchased his product would learn the "hidden cause" of type 2 diabetes and receive a simple 3-step protocol that would reverse the disease in 28 days. *See, e.g.* Att. 22, FTC-PROD-00000551.

21. During the video, Dr. Gerhauser identified the hidden cause of type 2 diabetes as non-ionizing radiation from devices such as cellphones, treadmills, and televisions. *See, e.g.* Att. 22, FTC-PROD-00000554.

**FTC Ex. 1 - Rottner Decl.**

22.    During the video, the 3-step protocol was revealed to include the use of natural ingredients such as "Himalayan Silk," "Epsom Blue," and "Chromanite," as well as various "Non-Ionizing Radiation blockers." *See, e.g.* Att. 22, FTC-PROD-00000557-61.

23.    Despite the fact that I had been attending the *Reverse Diabetes Event* since its 1:00 PM start, at 1:06 PM, during my recording of the video, I received an email at the undercover email address from Dr. Gerhauser's "assistant" Emily Harper ("Harper") titled, "**We're starting without you**" and providing links to the *Reverse Diabetes Event*. FTC-PROD-0000083-84. A true and correct copy of this email is attached hereto as Attachment 11.

24.    At 2:11 PM, after the conclusion of the video presentation, I received a second email from Emily Harper, whose title was now "Publisher" of the *Natural Health Response* newsletter, that said "Did you miss Dr. Gerhauser's live event, **How to Reverse Type II Diabetes in 28 Days?** If so, it's not your fault... You see, response was so overwhelming... and we had so many people show up to the live event... that the video actually crashed! This is the first time that's ever happened and, I have to say, I'm sorry if you missed a second of the action. However, I do have some good news... Because of our mistake, we're re-broadcasting the entire event **right here.** But only for the next 3 hours. After that, we're pulling it offline for good[.]" FTC-PROD-00000080-81. A true and correct copy of the 2:11 PM Emily Harper email is attached hereto as Attachment 10.

25.    I received numerous emails and text messages with rebroadcast and purchase offers from the Reverse Diabetes Event email account

7

**FTC Ex. 1 - Rottner Decl.**

(customerservice@naturalhealthresponse.com) through December 23, 2018. These emails and texts were signed by either Dr. Gerhauser or Emily Harper. A sample of these emails are attached hereto as Attachments 12-13 and 16-18.

26. After signing up and viewing the *Reverse Diabetes Event*, the undercover identity received almost daily emails purporting to have cures, treatments, and supplements that could overcome a variety of medical issues including Alzheimer's disease, high blood pressure, weight loss, and diabetes. *See, e.g.* Attachments 113-16.

27. After reviewing the *Reverse Diabetes Event* video, I received authorization to purchase Dr. Gerhauser's protocol *The Doctor's Guide to Reversing Type II Diabetes in 28 Days*.

    a. On March 4, 2019,[2] I used an undercover FTC computer with the Camtasia recording program to record my activities. I navigated back to the December 10, 2018 *America Uncensored* email to test the links for the *Reverse Diabetes Event* and determined it was still active. The recording is attached hereto as Attachment 19.

    b. The link redirected me to the same URL as on December 11, 2018, https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640U C02/?h=true, which contained the *Reverse Diabetes Event* video. I pressed play to start the presentation. During the presentation, I navigated the mouse cursor out of the presentation window which resulted in a pop-up advertisement warning: "**Wait!** By clicking out of this page, you'll forfeit the chance to learn about this powerful solution for your health. Click Watch Video to continue

---

[2] A substantial portion of the delay in reviewing and purchasing the product was a result of the extended federal government shutdown.

8

**FTC Ex. 1 - Rottner Decl.**

watching.  Or click <u>Read Transcript</u> to read about this solution instead." *Id.* at

2:18.

c.  I clicked "Read Transcript," and was redirected to

https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640U

C18/Full?h=true. *Id.* at 2:20.

d.  I scrolled to the bottom of the transcript page and clicked the "ADD TO CART"

link to purchase the complete *The Doctor's Guide to Reversing Type II Diabetes*

*in 28 Days* ("*The Doctor's Guide*"). *Id.* at 8:34.

e.  A pop-up window appeared that said "Reserve Your Order By Entering Your

Email Below[.]"  I entered the undercover email address and clicked on the

"Click to Proceed" button. *Id.* at 8:39.

f.  I was redirected to

https://orders.reversediabetesevent.com/SOL_diabetesprotocol249_1118/index.

htm?pageNumber=2&h=true, the order page for *The Doctor's Guide*. *Id.* at

8:46.

g.  I scrolled down to "Step 1" and entered an undercover name, email address,

physical address, and phone number in the boxes provided.  I then proceeded to

"Step 2[,]" entered credit card information and clicked the "Complete Your

Order" button. *Id.* at 13:30.

h.  Although I had been given a promotion code ("W640uC18") to receive a $50

discount on the $249 purchase price, there was no box to enter the code during

the checkout process and I did not get a discounted price. *Id.* at 14:02.

9

**FTC Ex. 1 - Rottner Decl.**

i.   While the order was processing, I received advertisements for two "upsell" products.   One upsell advertisement was for a product providing biblical cures to afflictions such as old age and cancer.   The other upsell advertisement was for a product called "Cured by Cannabis:  7 Protocols for Restoring Your Health."  I declined both upsell offers. *Id.* at 14:11 and 14:36.

j.   After the order processed, I received a confirmation email from orders@naturalhealthresponse.com with a login credential to access and download *The Doctor's Guide*.  A true and correct copy of the order confirmation email is attached hereto as Attachment 20.

k.   I followed the instructions in the email by going to https://naturalhealthresponse.com, logged in with the credential provided in the confirmation email, clicked the "Protocols" tab, and downloaded *The Doctor's Guide* on March 4, 2019.  Att. 19 at 31:10.

l.   The $249 charge for *The Doctor's Guide* posted to the undercover credit card on March 6, 2019.  A true and correct copy of the credit card billing statement reflecting that charge is attached hereto as Attachment 119.

28.   I have personally reviewed *The Doctor's Guide*.  *The Doctor's Guide* is a series of thirteen e-pamphlets (eleven modules and two "bonus" pamphlets), totaling 96 pages with the title, "**The Doctor's Secret to REVERSING Diabetes in 28 Days by Dr. Richard Gerhauser, M.D.**"[4]  The module pamphlets feature a header by *Natural Health Response*.  A true and correct copy of *The Doctor's Guide* is attached hereto as Attachment 21.

---

[4] Although the title on the modules is *The Doctor's Secret*, all of the marketing identified it as *The Doctor's Guide*. Therefore, it is referred to in this Declaration as *The Doctor's Guide*.

10

**FTC Ex. 1 - Rottner Decl.**

29.  On March 26, 2019, I used an undercover FTC computer to navigate back to the Reverse Diabetes website (https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640UC02/?h=true) in order to preserve a copy of the transcript.  I pressed play to start the presentation.  During the presentation, I navigated the mouse cursor out of the presentation window, which resulted in a pop-up advertisement warning: "**Wait! By clicking out of this page, you'll forfeit the chance to learn about this powerful solution for your health.  Click Watch Video to continue watching.  Or click Read Transcript to read about this solution instead.**"  I clicked "Read Transcript," and was redirected to https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640UC18/Full?h=true where I used the Snagit tool to capture a copy of the transcript as it appeared on the computer monitor.  A true and correct copy of the *The Doctor's Guide* transcript is attached hereto as Attachment 22.

30.  On October 1, 2019, the undercover email address received a message from Reverse Diabetes Event (customerservice@naturalhealthresponse.com) with the title, "**Type II Diabetes is NOT caused by what you eat!**"  FTC-PROD-0000832.  A true and correct copy of the October 1, 2019 email is attached hereto as Attachment 23.

a.  This October 1, 2019 email is duplicative of the December 6 and December 8, 2018 Daily Reckoning emails at Attachments 3 and 6.  The link in the October 1, 2019 email redirected me to the same URL as on December 11, 2018, https://pro.reversediabetesevent.com/p/SOL_diabetesprotocol197_1118/W640U

11

**FTC Ex. 1 - Rottner Decl.**

C02/?h=true.   The webpage contained the same recorded *Reverse Diabetes Event* video, the same product – *The Doctor's Guide*, and the same huge discount of $750 for the next 24 hours only.

31.   On March 19, 2019 the undercover email address received a message from Dr. Richard Gerhauser (customerservice@naturalhealthresponse.com) with the title, "**[Discovered!] The REAL Cure for Diabetes[.]**" FTC-PROD-00000128.  The email does not refer to a hidden cause of diabetes or reference *The Doctor's Guide* in any way.  FTC-PROD-00000128.  In the email, Dr. Gerhauser states, "[i]f you have type 2 diabetes, you've probably been told it's a life sentence.  In other words, once you have it, you'll always have it. Your doctor probably also told you that the best you hope for was to "manage" your condition and "minimize" complications. Well, I have better news.  Because according to the latest research, **type 2 diabetes can be CURED.**" FTC-PROD-00000129.  Dr. Gerhauser further claims, "**[t]he latest research shows that type 2 diabetes can be reversed... as in CURED.** The best part is that this cure wasn't developed by some Big Pharma giant, and it won't cost an arm or a leg (no pun intended).  In fact, **it won't cost anything at all**. In a study published in the *Lancet Diabetes & Endocrinology Journal* that involved 300 type 2 diabetics, half received typical diabetes treatment while the other half did something radical:  They went on a diet." FTC-PROD-00000131.  A true and correct copy of the March 19, 2019 Dr. Gerhauser email is attached hereto as Attachment 24.

II.   **Congressional and Republican Checks**

12

32.   In October 2018, the FTC received a letter from the United States House of Representatives, Office of General Counsel identifying a program that appeared to be a "fraudulent scheme to deceive gullible people into buying financial products and services. Specifically, his website falsely claims that "[o]n December 15, 2017, lawmakers added a last-minute provision to the just-passed tax plan … that could put an extra $6,235 or more in your pocket this month" through a program called "Congressional Checks." October 5, 2018, Letter from Thomas G. Hungar, General Counsel, United States House of Representatives to Byung J. Pak, United States Attorney, Northern District of Georgia; Sandra Moser, Acting Chief, Fraud Section, Department of Justice; and Andrew Smith, Director, Bureau of Consumer Protection, Federal Trade Commission, Re: "Congressional Checks" Scheme to Defraud. FTC-PROD-00000251. Included with Mr. Hungar's letter was a .pdf file of the transcript from the website. FTC-PROD-00000255-308. A true and correct copy of the October 5, 2018 Hungar letter and transcript is attached hereto as Attachment 25.

33.   According to the October 5, 2018 Hungar letter, the Congressional Checks program was run by Scheidt and claimed that individuals who buy his "brand-new book called *Congress' Secret $1.17 Trillion Giveaway*" and follow his "step-by-step" instructions will be entitled to a substantial "Congressional Check" every month under this "loophole." *Id.*, FTC-PROD-00000251, 253.

34.   During my investigation, I discovered that the name of the program for Scheidt's book had changed from "Congressional Checks" to "Republican Checks."

13

**FTC Ex. 1 - Rottner Decl.**

35.   Beginning in December 2018, I used the FTC's undercover computer to review emails from Agora Financial that were sent to the undercover identity.

36.   On December 4, 2018, I accessed an undercover FTC computer to review emails sent to the FTC undercover identity from Agora Financial.  There was an email from an Agora Financial newsletter, *The Daily Edge* (thedailyedge@agorafinancial.com), with the title "**A Message from the CEO of Agora Financial**" who was identified as Addison Wiggin ("Wiggin").  FTC-PROD-00000001.  Under Wiggin's message was an introduction by Scheidt, Editor of *The Daily Edge,* which included advertisements and links to Agora Financial products.  FTC-PROD-0000007-12.  A true and correct copy of the December 4, 2018 email is attached hereto as Attachment 26.

37.   The December 4, 2018 email included a section with the title, "'**Congressional Checks'**... **Now Available to Everyday Folks**" followed by images of several members of Congress.  Att. 24, FTC-PROD-00000010.  The text reads, "[a]ccording to documents filed with the clerk of the House of Representatives... Politicians are collecting Congressional Checks of $115,000... $350,000... and even $2 million.  But this is NOT a congressional perk. It's available to everyday folks like you.  Don't let them take all YOUR money.  **Click here to see how to collect your share**." *Id.*  When I clicked the link I was redirected to an *Agora Financial* webpage that contained a video hosted by Scheidt advertising "Republican Checks[.]"

38.   The undercover email address received multiple emails from Agora Financial publications that included the same advertisements.  They all featured a section

14

**FTC Ex. 1 - Rottner Decl.**

with the title, "'**Congressional Check'…Now Available to Everyday Folks**" followed by images of several members of Congress. The text reads, "[a]ccording to documents filed with the clerk of the House of Representatives… Politicians are collecting Congressional Checks of $115,000… $350,000… and even $2 million. But this is NOT a congressional perk. It's available to everyday folks like you. Don't let them take all YOUR money. Click here to see how to collect your share." Two true and correct examples of this advertising are attached hereto as Attachment 27, FTC-PROD-00000018 and Attachment 28, FTC-PROD-00000035.

39. After reviewing the emails and video advertisement for *Republican Checks*, I received authorization to purchase Scheidt's book, *Congress' Secret $1.17 Trillion Giveaway* ("*Congress' Secret Giveaway*").

40. On December 12, 2018, I accessed an undercover FTC computer and utilized the Camtasia recording program to record my computer monitor. I went to the undercover identity email and opened a December 11, 2018 email from *The Daily Edge* with the title "Overnight Riches[.]" *The Daily Edge* email contained a section with the header "**New Tax Law Could Benefit 126 Million Households[.]**" FTC-PROD-00000141. The text of the section reads, "While hardworking taxpayers like you are in the dark… The lawmakers who passed this NEW law are set to collect up to $16 million in income. There's hundreds of millions at stake! If you're a taxpayer, click here now to see how much of that money you can claim." *Id*. A true and correct copy of the December 11, 2018 email is attached hereto as Attachment 29. I clicked on the link in the December 11, 2018 email and was redirected to

15

**FTC Ex. 1 - Rottner Decl.**

https://pro.agorafinancial.com/p/LIR_CongFull_0518/ELIRUC52/?a-138&o=102936&s=122474&u=8092808&l=1797237&r=MC2&vid=pwxtR7&g=0&h=true. Att. 30 at 1:14. I clicked play on the video link and recorded the entire video presentation. The recording is attached hereto as Attachment 30.

41. The video is narrated by Scheidt. During the video, Scheidt includes images and testimonials of consumers who purportedly received *Republican Checks* to highlight his message. The testimonials are often paired with purported images of these consumers holding checks with their names and the amounts they received on the face. The check images say either "Congressional Check" or "Republican Check" in large print across the top. The checks also prominently display a purported seal of the U.S. Congress in the upper left corner of the check, have a Washington, D.C. address, and have an image of the U.S. Capitol building as a watermark on the check. Despite changing the name of the program to *Republican Checks*, some of the images have consumers holding checks with "Congressional Check" printed on the check face. True and correct copies of some of the images from the checks program are attached hereto as Attachments 31-34.

42. The images of the consumers are stock photos doctored to appear as if they were check recipients. By utilizing the "Search by image" feature of Google Images, I located the original stock consumer images that were used. I found the images at https://www.shutterstock.com   True and correct copies of the stock photo images are attached hereto as Attachments 35-42.

43. Scheidt claims that members of Congress are already "collecting millions" from the checks program.

16

**FTC Ex. 1 - Rottner Decl.**

a.  In the Congressional Checks transcript, Congressman Darrell Issa's purported Financial Disclosure Report (Filing ID: 10015377) appears showing that he received a $410,000 Republican Check.  See Attachment 43, FTC-PROD-00000268-71.

b.  In the transcript version of the *Republican Checks* presentation, Congressman Darrell Issa's purported Financial Disclosure Report (Filing ID: 10015377) appears showing that he received a $410,000 Republican Check.  I took a screengrab from the *Republican Checks* transcript of Congressman Darrell Issa's purported Financial Disclosure Report.  A true and correct copy of Congressman Issa's purported disclosure report as seen in the *Republican Checks* transcript is attached hereto as Attachment 44, FTC-PROD-00000586.

c.  In the Republican Checks video, a version of Congressman Darrell Issa's purported Financial Disclosure Report (Filing ID: 10015377) appears showing that he received a $410,000 Congressional Check while Scheidt claims, "Republican representative Darrell Issa filed this paper at the clerk of the House of Representatives… According to this document, he's collecting at least $410,000 a year from these Republican Checks.  Imagine that… How would an extra $400,000 a year change your life?"  Att. 30 at 12:00.  I took a screengrab from the *Republican Checks* video of Congressman Darrell Issa's purported Financial Disclosure Report.  A true and correct copy of Congressman Issa's purported disclosure report as seen in the *Republican Checks* video is attached hereto as Attachment 45.

17

**FTC Ex. 1 - Rottner Decl.**

44. Congressman Issa's actual Financial Disclosure Report with Filing ID: 10015377 is publicly available on the U.S. House of Representatives' website. I have downloaded and reviewed Congressman Issa's 2017 Financial Disclosure Report, and there are no "Congressional" or "Republican" Checks identified anywhere in the report. A true and correct copy of Congressman Issa's actual Financial Disclosure Report is attached hereto as Attachment 46.

45. In the video, Scheidt states that in order to collect Republican Checks, "you just need to add your name to the list of check payees[.]" *See* Attachment 30 at 8:50 and 16:31.

46. According to Scheidt, information on how to add your name to the list of check payees in order to collect Congressional Checks or Republican Checks will be revealed in his book, *Congress' Secret Giveaway*. Scheidt claims the book is not available in stores and there are only 945 copies of the book. *Id*. at 42:06.

47. When the presentation ended, I took steps to purchase the book.

   a. First, I navigated out of the presentation window and a pop-up ad appeared warning, "**Wait!** By clicking out of this page, you'll forfeit the chance to learn about this exciting and exclusive opportunity. Click Watch Video to continue watching. Click Read Transcript to read about this opportunity." Next, I clicked "Read Transcript," and was redirected to https://pro.agorafinancial.com/p/LIR_CongFull_0518/ELIRUC52/Full?a=13&o =102936&s=122474&u=8092808&I=1799237&r=MC2&vid=pwxtR7&g=0&h =true, which contained a transcript of the *Republican Checks* presentation. *Id*. at 43:06.

18

**FTC Ex. 1 - Rottner Decl.**

b.  At the bottom of the transcript was a "Reserve Now" button for obtaining a

copy.  I clicked "Reserve Now" to purchase *Congress' Secret Giveaway.  Id*. at

49:54.

c.  A pop-up window appeared that said "Reserve Your Place By Entering Your

Email Below[.]"  I entered the undercover email address and clicked on the

"Click to Proceed" button.  *Id*. at 49:57.

d.  I was redirected to

https://reports.agorafinancial.com/LIR_CongFull_0518/ELIRUC52/index.htm?

pageNumber=2&a=13&o=102936&s=122474&u=8092808&I=179237&r=MC

2&vid=pwxtR7&g=0&h=true, the welcome/order page for *Lifetime Income

Report with Zach Scheidt*.  *Id*. at 50:07.  I captured the welcome/order page at

that time.  A true and correct copy of the welcome/order page is attached hereto

as Attachment 47.

e.  The welcome page states that I was "just moments away" from claiming one of

the available copies of *Congress' Secret Giveaway* and three bonus reports.  Att.

47, FTC-PROD-00000923.  However, in order to claim the free book, Scheidt

asks that I "take a RISK-FREE trial of our groundbreaking research, called

***Lifetime Income Report***."  *Id.*  To receive *Lifetime Income Report* required an

immediate charge of $49 for an annual subscription as a condition for receiving

the book.  *Id.*  "A small price to pay[,]" states Scheidt, "when you consider that

your first Congressional Check alone could pay you $939, $6,235 and even

$21,538."  *Id.*

19

**FTC Ex. 1 - Rottner Decl.**

f.   I scrolled down to the offer selection portion of the page and selected a "basic digital-only subscription" for $49.  The undercover name, email address, physical address, and phone number were entered in the boxes provided.  *Id.* at FTC-PROD-00000924.

g.   I proceeded to the Payment Method Section and entered the credit card information and clicked the "Continue" button.  Att. 30 at 52:56.  The $49 charge for *Congress' Secret Giveaway* posted to the undercover credit card on December 13, 2018.  A true and correct copy of the credit card billing statement reflecting that charge is attached hereto as Attachment 118.

h.   As the order processed, I was redirected to https://reports.agorafinancial.com/LIR_CongFull_0518/ELIRUC52/index.htm?pageNumber=5.  This link offered information on additional "loopholes" if I accepted a "lifetime" subscription to *Lifetime Income Report* for $249.  I declined the offer.  Att. 30 at 55:17.

i.   After declining the offer, I was redirected to https://reports.agorafinancial.com/WSB_CongFull_2k_0518/ELIRUC52/index.htm?pageNumber=5, a presentation hosted by Scheidt for his $2,000 "Squawk Box program."

j.   I navigated back to the undercover email address and received an email from *Lifetime Income Report* (orders@agorafinancial.com) with a login credential to access and download *Congress' Secret Giveaway* and supplemental materials.  A true and correct copy of the order confirmation email is attached hereto as Attachment 48.

20

**FTC Ex. 1 - Rottner Decl.**

k.  I followed the instructions in the email, clicked the "view now" links and downloaded *Congress' Secret Giveaway* and supplemental materials on December 12, 2018.  I received the *Congress' Secret Giveaway* e-book, which was 96 pages, and the supplemental materials totaling 36 pages across four documents.   A true and correct copy of materials received from the *Republican Checks* program are attached hereto as Attachments 49-53.

48.  I reviewed Scheidt's book, *Congress' Secret $1.17 Trillion Giveaway,* and learned that it does not provide instructions on how to obtain money from Congressional Checks or Republican Checks or how consumers can get on the "list of check payees."  Instead, the book describes dividend investing and recommends that consumers buy shares in certain private entities that may pay out dividends to investors.  A true and correct list of the entities listed in Scheidt's book, their stock prices, and their dividend payouts from 2018 to present has been created and is attached hereto as Attachment 54.

49.  On March 13, 2019, I used an FTC computer to navigate back to the *Republican Checks* presentation website in order to preserve a copy of the transcript.  I used the Snagit tool to capture a copy of the transcript as it appeared on the screen.  A true and correct copy of the *Republican Checks* transcript is attached hereto as Attachment 55.

### WEB CAPTURES

50.  The "basic digital-only subscription" to *Lifetime Income Report* included access to historical newsletters.  I reviewed these newsletters for references to the checks program.

21

**FTC Ex. 1 - Rottner Decl.**

a.  In the "Ask Zach" section of the September 2018 *Lifetime Income Report* newsletter, a subscriber named Roger G. stated that he had been a "long-term holder of shares of [a company in Scheidt's *Congress' Secret Giveaway* book] in [his] Roth IRA. The shares are subject to dividend reinvestment. I have not received any '*Congressional Checks*.' When will I receive them?" FTC-PROD-00000977. Scheidt replies by stating, "don't take the term "Congressional check" too literally. It's a nickname for the payments politicians receive from REITs, master limited partnerships and other pass-through securities." *Id*. A true and correct copy of the September 2018 *Lifetime Income Report* newsletter is attached hereto as Attachment 56.

b.  In the "Ask Zach" section of the October 2018 *Lifetime Income Report* newsletter, a subscriber named Janice O. inquires about another Scheidt program, *Cash for Patriots*, and asks, "*The Cash for Patriots report all reference the annual income for 10,000 shares. Is it necessary to purchase that many shares to participate in the program? Is there any lowest amount necessary to make a purchase?*" FTC-PROD-00000990. Scheidt responds that "Just to be clear, Cash for Patriots refers to the dividends from companies that are taking advantage of the special tax breaks Congress signed into law in December" and shouldn't be confused "with Congressional Checks, which are my nickname for REIT and MLP payouts that are getting special tax treatment under the same law." *Id*. Scheidt further states that "[t]o be eligible for these payouts, you just need to own shares of the companies with these huge cash hoards. They pay dividends every quarter. When that happens, you'll get

22

**FTC Ex. 1 - Rottner Decl.**

money for every share you own[.]" *Id.* A true and correct copy of the November 2018 *Lifetime Income Report* newsletter is attached hereto as Attachment 57.

51.    On March 13, 2019, I used a designated FTC computer to search the internet for advertisements and materials related to the Congressional Checks program. Using Google Image, I was able to locate preserved website images that contained Congressional Check advertisements. True and correct copies of the advertisements I preserved are attached hereto as Attachments 58-61.

52.    During the course of my investigation, the name Matt Insley ("Insley") was associated with the Congressional Checks program. Insley is the publisher of Scheidt's newsletter, *Lifetime Income Report*.

53.    On April 2, 2019, I saw three advertisements by Insley promoting the Congressional Checks program. The advertisements claim that several Congressman are "laughing all the way to the bank" and "getting away with millions." Insley further states that **"[t]o prevent your check from being sent to someone else,** you must get on the list for the next 'Congressional Check[.]'" Att. 62, FTC-PROD-00000250, Att. 63, FTC-PROD-00000243, and Att. 64, FTC-PROD-00000781. True and correct copies of the Insley advertisements are attached hereto as Attachments 62-64.

54.    On July 11, 2019, I used a designated FTC computer to search the internet for materials related to the Congressional Checks program. During this search, I came across multiple blogs that commented on and reviewed the Congressional Checks program.

23

**FTC Ex. 1 - Rottner Decl.**

a. A review of the Congressional Checks program appeared at Living More Working Less and can be found at https://www.livingmoreworkingless.com/congressional-checks-review/. The review examined the advertisement, sales pitches, and products. The review included various screenshots of check images and text from the Congressional Checks program. A true and correct copy of the Living More Working Less blog is attached hereto as Attachment 65.

b. On May 7, 2018, a review of the Congressional Checks program appeared at Kyle's-Blog and can be found at https://kyles-blog.com/congressional-checks-review. The review examined the advertisement, sales pitches, and products. The review included various screenshots of check images and text from the Congressional Checks program. A true and correct copy of the Kyle's-Blog review is attached hereto as Attachment 66.

c. On September 15, 2018, a review of the Congressional Checks program appeared at Affiliate UNguru and can be found at https://affiliateunguru.com/congressional-checks. The review examined the advertisement, sales pitches, and products. The review included various screenshots of check images and text from the Congressional Checks program. A true and correct copy of the Affiliate UNguru blog is attached hereto as Attachment 67.

   i. During a discussion with FTC staff, Affiliate UNguru referenced an email he received and used in preparing his review. The email, titled "Your payout could be released" and dated June 28, 2018, is from Retired

24

**FTC Ex. 1 - Rottner Decl.**

Millionaire (k@easyretiredmillionaire.com). A true and correct copy of the June 28, 2018 Retired Millionaire email is attached hereto as Attachment 68.

d.  On November 20, 2018, a review of the Congressional Checks program appeared at Laptop Freedom Living and can be found at https://laptopfreedomliving.com/are-congressional-checks-a-scam/are-congressional-checks-a-scam-2. The review examined the advertisement, sales pitches, and products. The review included various screenshots of check images and text from the Congressional Checks program. A true and correct copy of the Laptop Freedom Living blog is attached hereto as Attachment 69.

55.  On July 22, 2019, I again used a designated FTC computer to search the internet for materials related to the Congressional Checks program. During this search I came across the URL https://naturalhealth-response.org/section-199a-new-tax-code-offers-new-hope-american-seniors/, which displayed an article by *The Daily Edge* with the title, "Section 199A of New Tax Code Offers New Hope for American Seniors". FTC-PROD-00000938. The article's subheader claims, "It Could Help Millions of Americans Supplement their Social Security Income[.]" *Id*. A true and correct copy of the *The Daily Edge* article is attached hereto as Attachment 70.

56.  I used the online query and response protocol "WHOIS" to look up registration information for www.naturalhealth-response.org and discovered that NewMarket Health is the registrant of the domain name. FTC-PROD-00001025. A true and

25

**FTC Ex. 1 - Rottner Decl.**

correct copy of the domain registrant lookup for www.naturalhealth-response.org is attached hereto as Attachment 71.

## CORPORATE RECORDS

57.    I visited the State of Maryland's Maryland Business Express website (https://businessexpress.maryland.gov/) and utilized the Business Entity Search feature. I conducted searches for relevant organizations and obtained the corporate records identified in paragraphs 58-63 through Maryland Business Express.

58.    The articles of organization and other information regarding Monument & Cathedral Holdings, Inc. are attached hereto as Attachment 72. This entity is in good standing, and Nicole F. Sullivan is the Registered Agent for the entity. FTC-PROD-00000317, 741.

59.    The articles of organization and other information regarding Agora Financial, LLC are attached hereto as Attachment 73. This entity is in good standing, and Nicole Sullivan is the Registered Agent for the entity. FTC-PROD-00000737.

60.    The articles of organization and other information regarding St. Paul Research, LLC are attached hereto as Attachment 74. This entity is in good standing, and Nicole Fisher Sullivan is the Registered Agent for the entity. FTC-PROD-00000312.

61.    The articles of organization and other information regarding Health Sense Media, LLC ("Health Sense Media") are attached hereto as Attachment 75. As of Wednesday, October 23, 2019, this entity is not in good standing because it has not filed its 2019 annual report. Nicole Sullivan is the Registered Agent for the entity. FTC-PROD-00000370.

26

**FTC Ex. 1 - Rottner Decl.**

62. The articles of organization and other information regarding NewMarket Health Publishing, LLC are attached hereto as Attachment 76. This entity is in good standing, and Matthew J. Turner is the Registered Agent for the entity. FTC-PROD-00000211.

63. The articles of organization and other information regarding NewMarket Health, LLC are attached hereto as Attachment 77. This entity is in good standing, and Matthew J. Turner is the Registered Agent for the entity. FTC-PROD-00000222.

## COMPANY EMPLOYEES AND ENTITIES

64. The entities listed in paragraphs 58-63 are all linked through their parent company, Monument & Cathedral Holdings, Inc., formerly Agora Inc. (referenced as "M&C/Agora" hereinafter).

65. According to its website and LinkedIn page, founded in 1978, M&C/Agora has grown into a consortium of over 40 media businesses that span the globe ("The Agora Companies"). Att. 78, FTC-PROD-00000777-78. M&C/Agora has "collectively produced and marketed over 300 financial, health and lifestyle publications" this year alone. Att. 79, FTC-PROD-00000779. On September 23, 2019, I downloaded M&C/Agora's "About Us" webpage and LinkedIn page. A true and correct copy of M&C/Agora's "About Us" webpage and LinkedIn page are attached hereto as Attachments 78 and 79.

66. 14 West is employed as the "business services arm" of M&C/Agora. According to its website, "while [The Agora Companies] focus on new ideas, 14 West ensures the well-being of their enterprises and workplaces." FTC-PROD-00000191. 14 West offers the following services to The Agora Companies: tech solutions;

27

**FTC Ex. 1 - Rottner Decl.**

personnel & talent; operations; legal; communications; and financial. *Id.* 14 West identifies The Agora Companies as: The Oxford Club; Money Map Press; IG; Stansberry Research; Laissez Faire; Tradesmith; OmniVista Health; Port Phillip Publishing; AIM; Dent Research; Banyan Hill; Agora Financial; EquityMaster; Legacy Research Group; Empiricus; NewMarket Group; and Rancho Santana. FTC-PROD-00000192-93. On February 27, 2019, I downloaded the 14 West website. A true and correct copy of the 14 West website is attached hereto as Attachment 80.

67.   According to its website, Agora Financial is one of The Agora Companies and was founded by Bill Bonner and Addison Wiggin. Agora Financial "**provides independent economic commentary, analysis and education through print and online publications, online seminars, conference calls and more.**" FTC-PROD-00000379. According to its website, Agora Financial editors "are not afraid to make bold predictions." *Id.* On September 6, 2019, I downloaded a copy of the "About Us" section of the Agora Financial website. A true and correct copy of the "About Us" section of the Agora Financial website is attached hereto as Attachment 81.

68.   Scheidt is employed by Agora Financial as the editor of a "library of investment advisories dedicated to finding Wall Street's best yields. He brings to the table impeccable investment management experience and a solid record of identifying oversized payout opportunities." FTC-PROD-00000379. On September 6, 2019, I downloaded the page "Who is Zach Scheidt" from the Agora Financial website. A

28

**FTC Ex. 1 - Rottner Decl.**

true and correct copy of the page, "Who is Zach Scheidt" from the Agora Financial website is attached hereto as Attachment 82.

69. Scheidt is identified, through his Agora Financial biography, as the writer and editor for the following Agora publications: *Buyout Millionaires Club*, "Profit Like a Dealmaker;" *Contract Income Alert*, "High Yield Income for a Rich Retirement;" *Dollar Trade Club*, "America's Top Investment Insight… For Just a Buck!;" *Family Wealth Circle*, "A 360-Degree Approach to Building Your Family Wealth;" *Income on Demand*, "The Simple Secret for Unlimited Stock Market Payouts;" *The Takeover Alert*, "Profit Like a Dealmaker;" *Zach's Weekly Squawk Box*, "The Most Valuable 'Speaker' on Wall Street;" *Lifetime Income Report*, "Your Exclusive Dividend Retirement Guide;" and *Lifetime Income Report Pro*, "Your Roadmap to Retiring Like a King." FTC-PROD-00000752-53. I downloaded Zach Scheidt's biography from the Agora Financial website. A true and correct copy Zach Scheidt's biography from the Agora Financial website is attached hereto as Attachment 83.

70. According to the *Lifetime Income Report* newsletter, Agora Financial has been divided into "smaller, more independent units." FTC-PROD-00000798. *Lifetime Income Report,* one of Scheidt's newsletters, became a "part of St. Paul Research, a division of Agora Financial." *Id*. I received a print copy of the June 2019 *Lifetime Income Report* newsletter. A true and correct copy of the June 2019 *Lifetime Income Report* newsletter is attached hereto as Attachment 84.

71. NewMarket Group is identified as one of the Agora Companies by the 14 West website. See Attachment 80, FTC-PROD-00000193.

29

**FTC Ex. 1 - Rottner Decl.**

72.  On April 10, 2019 I clicked on the link to NewMarket Group on the 14 West website and was redirected to https://www.newmarkethealth.com/#top. This is the website for NewMarket Health, LLC ("NewMarket Health"), "a publishing and supplement company located in Baltimore, MD." FTC-PROD-00000747. On September 23, 2019, I downloaded the NewMarket Health website. A true and correct copy of the NewMarket Health website is attached hereto as Attachment 85.

73.  According to its website, NewMarket Health offers "Natural Health Products and Publications" that allow consumers to "discover bona fide cures they never would have heard of anywhere else" because they are "reporting on new breakthroughs years (if not decades) before the mainstream media." FTC-PROD-00000745. On April 10, 2019, I downloaded the "About Us" section of the NewMarket Health website. A true and correct copy of the "About Us" section of the NewMarket Health website is attached hereto as Attachment 86.

74.  I used the online query and response protocol "WHOIS" to look up registration information for websites related to the *Reverse Diabetes Event.* I discovered that NewMarket Health is the registrant of the domain names www.healthsensemedia.com, www.naturalhealthresponse.com, and https://reversediabetesevent.com. True and correct copies of the domain registrant lookup for www.healthsensemedia.com, www.naturalhealthresponse.com, and https://reversediabetesevent.com are attached hereto as Attachments 87-89.

75.  Dr. Gerhauser holds himself out as the Editor in Chief of *Natural Health Response.* On March 6, 2019, I downloaded Dr. Gerhauser's LinkedIn profile. A true and

30

**FTC Ex. 1 - Rottner Decl.**

correct copy of Dr. Gerhauser's LinkedIn profile is attached hereto as Attachment 90.

76.   *Natural Health Response* is a health-related newsletter published by Health Sense Media. Att. 92, FTC-PROD-00000570.  Health Sense Media is also the copyright holder for Dr. Gerhauser's *Reverse Diabetes Event*.  Attachment 22, FTC-PROD-00000566.

77.   Health Sense Media's website is registered by NewMarket Health.  See Attachment 87.  Health Sense Media focuses on "alternative health and wellness newsletters, books, reports and dietary supplements."  Att. 91, FTC-PROD-00000571.  Health Sense Media claims that its "team of dedicated researchers scour the globe for breakthrough treatments and CURES you'll never hear about from the mainstream… or even our government."  *Id.*  On March 6, 2019, I downloaded Health Sense Media's LinkedIn profile.  A true and correct copy of Health Sense Media's LinkedIn profile is attached hereto as Attachment 91.

78.   According to Health Sense Media's website, www.healthsensemedia.com, its publications include *Natural Health Response* (Att. 92, FTC-PROD-00000570), which is held out on Facebook as "Natural Health Response with Dr. Richard Gerhauser" (Att. 93, FTC-PROD-00000743).  On April 10, 2019, I downloaded the Health Sense Media Publications and Products page.  On September 23, 2019, I downloaded the "Natural Health Response with Dr. Richard Gerhauser" Facebook profile.  A true and correct copy of the Health Sense Media Publications and Products page and the "Natural Health Response with Dr. Richard Gerhauser" Facebook profile are attached hereto as Attachments 92-93.

31

**FTC Ex. 1 - Rottner Decl.**

79. Dr. Gerhauser is also a member of NewMarket Health's "Health Sciences Institute Exclusive Expert Panel of Doctors." FTC-PROD-00000569. The Health Sciences Institute holds itself out as the "World's Foremost Cancer Experts and Alternative Health Specialists[.]" FTC-PROD-00000568. The Advisory Panel website claims that the specialists deliver "many different breakthroughs first-whether it's an American heart-health protocol, an arthritis treatment from New Zealand or a cancer fighting formula from Europe." *Id.* The website further offers a "FREE copy of The Ultimate Cancer Survival Guide," where "you'll discover the only 8 weapons you'll need in your arsenal to DEFEAT cancer and SURVIVE chemo side effect-free, including… **The ONE cure for cancer that's 10,000 times stronger than chemo**, but without the side effects." *Id.* On September 23, 2019, I downloaded the Health Sciences Institute's Advisory Panel website. A true and correct copy of the Health Sciences Institute's Advisory Panel website is attached hereto as Attachment 94.

80. In addition to his work with NewMarket Health, Dr. Gerhauser is also a physician at the Quality of Life Medical Center in Tucson, Arizona and co-founder of Gerhauser Health. Att. 90, FTC-PROD-00000750.

## DEFENDANTS' CROSS-PROMOTION ACTIVITIES

81. During the course of my investigation, the undercover email address received numerous messages from Agora Financial, NewMarket Health, Health Sense Media, Zachary Scheidt, and Dr. Gerhauser promoting not only their own, but each other's, products, or programs through emails and newsletters

32

**FTC Ex. 1 - Rottner Decl.**

82. Beginning on December 5, 2018, Agora Financial repeatedly marketed Dr. Gerhauser's *Reverse Diabetes Event* through its multiple newsletters, including *Rude Awakening, Daily Reckoning, Rich Life Roadmap,* and *America Uncensored.* See Attachments 1, 3-8.

83. Agora Financial also promoted other non-diabetes health-related products through its newsletters, including *Daily Reckoning, Technology Profits Daily* ("Tech Profits Daily"), and *5 Minute Forecast* ("5 Min. Forecast").

   a. On September 4, 2018, the undercover email address received an email from Daily Reckoning ([dr@dailyreckoning.com](mailto:dr@dailyreckoning.com)) with the title, "**Tomorrow Morning at 7:30 EDT: 'The Moment the World Stands Still[.]**'" FTC-PROD-0000949. The email is from Ray Blanco ("Blanco") and states, "[i]t's been fascinating seeing things that once seemed like science fiction mature and become technological fact, spawning lucrative, actionable investments. Just in the past year, we've seen the power of our DNA unlocked like never before to cure cancer or reverse blindness. Early investors in these technologies have struck it rich, but things are just getting started. Right now we're entering a new age in treating human disease. It's an age of medicine where we'll go after the fundamental reason for most chronic diseases, instead of just the symptoms of those diseases." FTC-PROD-0000950. The email goes on to state that "[a] group of scientists will take the stage at a prestigious medical conference and announce to the world **the potential end of disease as we know it**. In fact, long term, scientists at MIT and Harvard believe this medical breakthrough could cure up to 15,000 diseases." FTC-PROD-0000952. A true and correct

33

**FTC Ex. 1 - Rottner Decl.**

copy of the September 4, 2018 Daily Reckoning email is attached hereto as Attachment 95.

b. On April 25, 2019, the undercover email address received an email from Technology Profits Daily (techprofitsdaily@p.sevenfigurepublishing.com) with the title, "Add THIS to your coffee to cure Alzheimer's[.]" FTC-PROD-00000965. The email begins with an introduction by Blanco that claims, "At *Technology Profits Daily*, we know that your health is just as important as your finances. That's why you must see this important message below from our affiliates at *Nutrition & Healing*." *Id.* The email goes on to state that "Medical researchers have possibly proven that **YOU CAN CURE ALZHEIMER'S** at home — by adding this 1 super ingredient to your coffee. When I saw that doctors were SHOCKED to see **Alzheimer's disappear**...I KNEW that **this 'super coffee' recipe had to be the real deal."** *Id.* A true and correct copy of the April 25, 2019 Technology Profits Daily email is attached hereto as Attachment 96.

c. On August 1, 2019, the undercover email address received an email from 5 Min. Forecast (customerservice@agorafinancial.com) with the title, "One and Done? Get Real!" FTC-PROD-00000940. Under the header, **"Big Pharma's trillion-dollar shame: THIS could be the true cause of Alzheimer's Disease[,]"** the email claims that "[f]or 30 years, they said "Plaque" causes Alzheimer's. They were wrong. **Astonishing new pictures prove it (click here to see them now).** The real culprit? A strange little molecule called a TREM-2 protein. And this unknown West Coast 'startup' has a plan to stop it. Now they're on the verge of

34

**FTC Ex. 1 - Rottner Decl.**

announcing it to the world. **A world without Alzheimer's.** No one will see it coming, except you." FTC-PROD-00000943. A true and correct copy of the August 1, 2019 5 Min. Forecast email is attached hereto as Attachment 97.

84. Agora Financial also promoted multiple other financial products and opportunities not related to the checks program through its newsletters, including for example: *Tech Profits Daily, Daily Edge, Tim Sykes' Retirement Catch-Up Summit*, and *Daily Reckoning.*

    a. On Friday, June 22, 2018, the undercover email address received a message from Technology Profits Daily (TechProfitsDaily@p.sevenfigurepublishing.com) with the title "**The One Stock You Need When Massachusetts Goes Full Legal[.]**" FTC-PROD-00000154. The email is from Blanco and contains a section titled, "**Trump did WHAT?!? You can make HOW MUCH?!?**" FTC-PROD-00000160. Under the title, the message states, "[h]ard working Americans all over the country are cashing '**Trump Bonus Checks'** for... Some as much as *$4,280...$6,344* and even an exceptional *$8,181* **per month!** And it's all thanks to a 'loophole' Trump has in the new tax law... To help American citizens who deserve it." *Id.* A true and correct copy of the June 22, 2018 Blanco email is attached hereto as Attachment 98.

    b. On July 20, 2018, the undercover email address received a message from the Daily Edge (thedailyedge@agorafinancial.com) with the title "This 200% Gain Won't Be The Last...." FTC-PROD-00000164. The email is from Jody Chudley ("Chudley") and contains a section titled, "**Attention American**

35

**FTC Ex. 1 - Rottner Decl.**

**Patriots: $2.6 Trillion at Stake[.]"** FTC-PROD-00000166. Under the title, the message states "[i]f you consider yourself a patriot… You could be entitled to a piece of a $2.6 trillion American fortune. Simply put your name on a list." *Id.* When I clicked on the the email link it took me to another Scheidt product called "Cash for Patriots." A true and correct copy of the July 20, 2018 Chudley email is attached hereto as Attachment 99.

    i. In April, 2019 Scheidt used his paid subscription newsletter, *Lifetime Income Report,* to clarify the list for "Cash for Patriots. Scheidt states, "'to get on the list, you just need to buy shares of the company's stock through a stockbroker.' That's it! Owning shares automatically adds you to the list of people who are eligible for the quarterly dividend." FTC-PROD-00000936. A true and correct copy of the April 2019 Lifetime Income Report is attached hereto as Attachment 100.

c. On December 25, 2018, the undercover email account received a message from Peter Coyne ("Coyne") at Tim Sykes' Retirement Catch-Up Summit ([customerservice@agorafinancial.com](mailto:customerservice@agorafinancial.com)) with the title, "Never-Seen-Before Income clip [Not what you think]". FTC-PROD-00000148. In the email, Coyne states, "[i]f my colleague hadn't used this method to pocket $2,080 in 9 Minutes… I wouldn't take him seriously at all. But after some digging… it turns out he is one of America's best…" and offers an email link. *Id.* I clicked on the email link and it took me to a video by Tim Sykes ("Sykes") promoting his "Money Wall" strategy. A true and correct copy of the December 25, 2018 Coyne email is attached hereto as Attachment 101.

36

**FTC Ex. 1 - Rottner Decl.**

d. On July 14, 2019, the undercover email account received a message from Daily Reckoning (dr@dailyreckoning.com) with the title, "'Trump's tax loophole' is paying out $1.17 trillion to Americans!" FTC-PROD-00000101. The email is from Brian Maher ("Maher") and states, "Trump signed a bill giving hard working Americans the chance to collect their share of $1.17 trillion. Most Americans aren't aware this 'loophole' exists. But it's Trump's gift to hard working Americans… And this strategy has already put amounts like $923, $4,039, and even $14,000 back into their pockets." *Id*. The email goes on to state that "[y]ou could be missing out on $1,000s of income by ignoring this 'loophole'" and offers an email link. FTC-PROD-00000102. I clicked on the email link and it took me to a transcript by Robert Kiyosaki promoting "Trump's 2019 Tax Bonanza." On October 2, 2019, I downloaded the transcript. A true and correct copy of the July 14, 2019 Maher email and transcript are attached hereto as Attachments 102 and 103.

85. Similarly, after the launch of the December 11, 2018 *Reverse Diabetes Event*, the undercover email address began receiving marketing from NewMarket Health, Health Sense Media, and Dr. Gerhauser for products and newsletters by multiple Agora Financial employees and affiliates, such as James Altucher, Harry Dent, Jeff Yastine, and Paul Mampilly.

a. On Wednesday, June 12, 2019, the undercover email account received a message from customerservice@naturalhealthresponse.com with the title, **"Gold Will Drop to WHAT??"** FTC-PROD-00000814. Under an image of Dr. Gerhauser is a message from Harry Dent ("Dent"), Founder of Dent

37

**FTC Ex. 1 - Rottner Decl.**

Research, that states, "I've been watching recently as the colossal financial bubble we're living in stretches closer and closer to its breaking point. When this thing pops... soon, and very soon... it's not only going to take down the entire stock market – it'll absolutely crush many of your other assets, too." *Id.* A true and correct copy of the June 12, 2019 Dent email is attached hereto as Attachment 104.

    i. Dent Research is "an affiliate of Charles Street Research." FTC-PROD-00000853. Charles Street Research identifies itself as a "division of Agora Publishing[,]" on its website. *Id.* On September 26, 2019, I downloaded a copy of the Charles Street Research website homepage. A true and correct copy of the Charles Street Research website homepage is attached hereto as Attachment 105.

    ii. Dent Research and Charles Street Research are identified as Agora Companies at the Agora Companies' website. FTC-PROD-00000843. On September 26, 2019, I downloaded the Agora Companies' "Customer Service Directory." A true and correct copy of the Agora Companies' "Customer Service Directory" is included as Attachment 106.

b. On Friday, August 16, 2019, the undercover email account received a message from customerservice@naturalhealthresponse.com with the title, "**The Stock of the Century – Buy This Stock RIGHT NOW!**" FTC-PROD-00000821. Under an image of Dr. Gerhauser is a message from Jeff Yastine ("Yastine"), Editorial Director of Banyan Hill Publishing that states, "Ex-hedge fund manager Paul Mampilly has issued his number one stock pick for the back half

38

**FTC Ex. 1 - Rottner Decl.**

of the year. It's issued by one little-known chipmaker that is demolishing the bigger market players lately." *Id.* The email quotes Paul Mampilly ("Mampilly"), "[t]his company has developed a revolutionary chip that is going to change the way the world does business[.]" *Id.* A true and correct copy of the August 16, 2019 Yastine email is attached hereto as Attachment 107.

    i. Banyan Hill Publishing is identified as an Agora Company at the Agora Companies' website. See Attachment 106, FTC-PROD-00000843.

    ii. Banyan Hill Publishing further identified itself as an Agora Company though a LinkedIn job posting. In the posting, Lauren Edwards, a "Recruiter at 14 West, an Agora Company" was seeking an Editorial Associate for "Banyan Hill Publishing, an Agora Company". FTC-PROD-00000839. On September 26, 2019, I downloaded the LinkedIn job posting. A true and correct copy of the LinkedIn job posting is attached hereto as Attachment 108.

c. On Monday, September 2, 2019, the undercover email account received a message from customerservice@naturalhealthresponse.com with the title, **"Confirm Your Shipping Address to Claim Your Order[.]"** FTC-PROD-00000825. Under an image of Dr. Gerhauser is a message from James Altucher ("Altucher") promoting his latest book, *Side Hustle Bible. Id.* According to Altucher, "in these pages, I reveal 177 ways you can make up to a 6-figure income with a side business. It's a start-to-finish guide for multiplying your wealth beyond your wildest dreams. And perhaps most importantly, how to do that on your own terms." FTC-PROD-00000826. A true and correct copy

39

**FTC Ex. 1 - Rottner Decl.**

of the September 2, 2019 Altucher email is attached hereto as Attachment 109. Altucher writes for *America Uncensored*, Laissez Faire Books, LLC, and *Altucher's Investment Network*.

    i. A true and correct copy of a January 6, 2019 America Uncensored email from James Altucher at customerservice@americauncensored.com titled, "James Altucher: I'm done" is attached hereto as Attachment 110, FTC-PROD-00000152.

    ii. Laissez Faire Books is identified as an Agora Company at the Agora Companies' website. I downloaded Laissez Faire's "About Us" webpage. A true and correct copy of Laissez Faire's "About Us" webpage is attached hereto as Attachment 111.

    iii. *Altucher's Investment Network* is distributed by Agora Financial. According to a May 10, 2019 Agora Financial press release, *Altucher's Investment Network* would serve its "readers… in true Agora Financial fashion[.]" FTC-PROD-00000797. A true and correct copy of the May 10, 2019 Agora Financial press release is attached hereto as Attachment 112.

86. NewMarket Health, Health Sense Media, and Dr. Gerhauser also promoted other health products and opportunities not related to the *Reverse Diabetes Event*, through their newsletter.

    a. On January 30, 2019, the undercover email address received a message from Reverse Diabetes Event (customerservice@naturalhealthresponse.com) with the title, "Enjoy ice cream again!" FTC-PROD-00000150. In the email Dr.

40

**FTC Ex. 1 - Rottner Decl.**

Gerhauser states, "I couldn't believe it when I first saw it, but **this video** shows how you can make eating ice cream healthier just by doing one simple thing first. When you do **this one thing**, it's like tricking your body into thinking you're eating broccoli, not ice cream! It sounds impossible, but all the scientific **proof is in this video**. When you see how easy it is, I think you'll be amazed." *Id*. After his signature line, Dr. Gerhauser reiterates, "[i]t really is possible to make your body think you're eating broccoli, not ice cream. All the evidence is in this video." FTC-PROD-00000151. A true and correct copy of the January 30, 2019 Reverse Diabetes Event email is attached hereto as Attachment 113.

b.  On April 29, 2019, the undercover email address received a message from Emily Harper (customerservice@naturalhealthresponse.com) with the title, "Two drops. 45 seconds. Zero pain." FTC-PROD-00000136. The email states, "Have you had any back pain today? Or yesterday? If so, I have the only thing you will ever need to **eliminate all of your back pain**. It's not what you think, and it's even a little weird... But 1,490,083 seniors have tried it and are 'turning off' their pain within seconds. Just two drops, and you can **ERASE ALL OF YOUR BACK PAIN.  >>> Click here for INSTANT pain relief**." *Id*. A true and correct copy of the April 29, 2019 Harper email is attached hereto as Attachment 114.

c.  On July 3, 2019, the undercover email address received a message from Dr. Richard Gerhauser (customerservice@naturalhealthresponse.com) with the title, "Can you really disease-proof your body? ('Universal Vaccine')". FTC-PROD-

41

00000098. Dr. Gerhauser states, "Imagine walking into your local pharmacy tomorrow morning at 10:00 am... And walking out 15 minutes later feeling **INVINCIBLE... DISEASE-PROOF...** With no fear of **CANCER, DIABETES, ALZHEIMER'S, PNEUMONIA** or even **HEART DISEASE...** Today, thanks to a Nobel Prize-winning discovery, that dream has become a reality. In fact, an **all-in-one 'Universal Vaccine'** based on a 1912 discovery is now available in the United States... And at this moment, **American seniors are being 'inoculated'** against cancer, Alzheimer's, diabetes, heart disease and more... If you're over 55, the 'Universal Vaccine' is a MUST." FTC-PROD-00000098-99. A true and correct copy of the July 2, 2019 Dr. Gerhauser email is attached hereto as Attachment 115.

d. On October 1, 2019, the undercover email address received a message from Dr. Richard Gerhauser (customerservice@naturalhealthresponse.com) with the title, **"What the Bible says about blood pressure (Yes, really)[.]"** Att. 116, FTC-PROD-00001020. Dr. Gerhauser's email contains a "public health warning" alert. *Id.* at FTC-PROD-00001020-21. I clicked on the link for this alert and was brought to a transcript with the header, "**INCURABLE Chinese 'Klebsi Plague' Hits United States**". Att. 117, FTC-PROD-00000996. The transcript goes on to claim, "**AMERICAN SENIORS BEWARE**: If you were born before 1961. You are at immediate risk. Lungs fill with fluid – Vital organs shut down – **100% DEATH RATE[.]**" *Id.* The transcript goes on to promote cures for a number of diseases, including the claim that "Diabetes is now reversible" because of the "Asian wonder called **'Coptic salt'** that has proven

42

**FTC Ex. 1 - Rottner Decl.**

BETTER than metformin[.]" FTC-PROD-00001006-07. On October 10, 2019, I downloaded a copy of the transcript. A true and correct copy of the October 1, 2019 Dr. Gerhauser email and transcript are attached hereto as Attachments 116 and 117.

I state under penalty of perjury, that the foregoing is true and correct.

Executed on Date: 10.23.2019 _____
Adam Rottner

43

**FTC Ex. 1 - Rottner Decl.**

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AGORA FINANCIAL LLC,

NEWMARKET HEALTH, LLC,

NEWMARKET HEALTH PUBLISHING, LLC,

HEALTH SENSE MEDIA, LLC,

HEALTH SENSE PUBLISHING, LLC,

DR. RICHARD GERHAUSER, individually, and

ZACHARY SCHEIDT, individually,

Defendants.

**INDEX TO THE DECLARATION OF ADAM ROTTNER**

(Pursuant to 28 U.S.C. § 1746)

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 1 | | Declaration of Adam Rottner (Pursuant to 28 U.S.C. § 1746) | |
| 2 | 1 | Email from Rude Awakening RE "Don't make plans Dec. 11, 2018" dated 12/5/2018 | FTC-PROD-00000039-FTC-PROD-00000042 |

1

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 3 | 2 | Chart listing some of the emails identified and included with Declaration RE Dr. Gerhauser's *Reverse Diabetes Event,* dated 10/16/2019 | FTC-PROD-00000967 |
| 4 | 3 | Email from Daily Reckoning RE Doctor admits, "Type II Diabetes has nothing to do with your diet!" dated 12/6/2018 | FTC-PROD-00000043-FTC-PROD-00000044 |
| 5 | 4 | Email from The Rich Life Roadmap RE "The 2 Most Dangerous Years of Your Life" dated 12/6/2018 | FTC-PROD-00000045-FTC-PROD-00000054 |
| 6 | 5 | Email from The Rich Life Roadmap RE "All You'll Need for Retirement" dated 12/7/2018 | FTC-PROD-00000055-FTC-PROD-00000064 |
| 7 | 6 | Email from The Rich Life Roadmap RE "Why Millennials are Repeating the Same Old Mistakes" dated 12/8/2018 | FTC-PROD-00000067-FTC-PROD-00000074 |
| 8 | 7 | Email from Daily Reckoning RE "Type II Diabetes has nothing to do with your diet!" dated 12/8/2018 | FTC-PROD-00000065-FTC-PROD-00000066 |
| 9 | 8 | Email from America Uncensored RE "Don't make plans December 11, 2018" dated 12/10/2018 | FTC-PROD-00000075-FTC-PROD-00000078 |
| 10 | 9 | Email from Reverse Diabetes Event RE "3…2…1…" dated 12/11/2018 | FTC-PROD-00000079-FTC-PROD-00000080 |
| 11 | 10 | Email from Reverse Diabetes Event RE "Oops" dated 12/11/2018 | FTC-PROD-00000081-FTC-PROD-00000082 |
| 12 | 11 | Email from Reverse Diabetes Event RE "We're starting without you" dated 12/11/2018 | FTC-PROD-00000083-FTC-PROD-00000084 |
| 13 | 12 | Email from Reverse Diabetes Event RE "I have a secret for you" dated 12/15/2018 | FTC-PROD-00000094-FTC-PROD-00000095 |
| 14 | 13 | Email from Reverse Diabetes Event RE "Good news (and some bad news)" dated 12/23/2018 | FTC-PROD-00000096-FTC-PROD-00000097 |
| 15 | 14 | Camtasia Recording RE *Reverse Diabetes Event* Signup (Document Produced in Native Format) dated | FTC-PROD-00000309 |

2

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| | | 12/11/2018 | |
| 16 | 15 | Camtasia Recording RE *Reverse Diabetes Event* Presentation (Document Produced in Native Format) dated 12/11/2018 | FTC-PROD-00000310 |
| 17 | 16 | Email from Reverse Diabetes Event RE "You won't believe what Dr. Gerhauser just said…" dated 12/11/2018 | FTC-PROD-00000085-FTC-PROD-00000087 |
| 18 | 17 | Email From Reverse Diabetes Event RE "Here's what you missed" dated 12/12/2018 | FTC-PROD-00000088-FTC-PROD-00000090 |
| 19 | 18 | Email From Reverse Diabetes Event RE "Your special offer expires at midnight" dated 12/12/2018 | FTC-PROD-00000091-FTC-PROD-00000093 |
| 20 | 19 | Camtasia Recording RE *Reverse Diabetes Event* and *The Doctor's Guide* Order (Document Produced in Native Format) dated 3/4/2019 | FTC-PROD-00000194 |
| 21 | 20 | Email from Natural Health Response RE "Your order confirmation" dated 3/4/2019 | FTC-PROD-000000961-FTC-PROD-00000964 |
| 22 | 21 | Modules 1-11 and Bonus Reports 1-2 from Natural Health Response RE *The Doctor's Guide* | FTC-PROD-00000389-FTC-PROD-00000484 |
| 23 | 22 | Transcript from Reverse Diabetes RE *The Doctor's Guide* | FTC-PROD-00000550-FTC-PROD-000000566 |
| 24 | 23 | Email from Reverse Diabetes Event RE "Type II Diabetes is NOT caused by what you eat!" dated 10/1/2019 | FTC-PROD-00000832-FTC-PROD-00000834 |
| 25 | 24 | Email from Dr. Richard Gerhauser RE "[Discovered!] The REAL Cure for Diabetes  dated 3/19/2019 | FTC-PROD-00000128-FTC-PROD-00000133 |
| 26 | 25 | Letter from Thomas G. Hungar, General Counsel, U.S. House of Representatives RE "'Congressional Checks' Scheme to Defraud" dated 10/5/2018 | FTC-PROD-00000251-FTC-PROD-00000308 |
| 27 | 26 | Email from The Daily Edge RE "A Message from the CEO of Agora Financial" dated 12/4/2018 | FTC-PROD-00000001-FTC-PROD-00000013 |

3

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 28 | 27 | Email from The Daily Edge RE "URGENT: Get Ready for the 'Rip Your Face Off' Rally" dated 12/17/2018 | FTC-PROD-00000014-FTC-PROD-00000025 |
| 29 | 28 | Email from The Daily Edge RE "My Private CES Tour Just Revealed the Future of Ford, GM" dated 1/16/2019 | FTC-PROD-00000026-FTC-PROD-00000038 |
| 30 | 29 | Email from The Daily Edge RE "Overnight Riches" dated 12/11/2018 | FTC-PROD-00000138-FTC-PROD-00000147 |
| 31 | 30 | Camtasia Recording RE The Daily Edge "Republican Checks" Presentation (Document Produced in Native Format) dated 12/12/2018 | FTC-PROD-00000311 |
| 32 | 31 | Image of "Republican Check" made out to Brian M. of Orlando, FL, as seen in the *Republican Checks* presentation. | FTC-PROD-00000486 |
| 33 | 32 | Image of David M. holding "Congressional Check" as seen in the *Republican Checks* presentation. | FTC-PROD-00000488 |
| 34 | 33 | Image of Kevin Larry holding "Congressional Check" as seen in the *Republican Checks* presentation. | FTC-PROD-00000489 |
| 35 | 34 | Image of Sharon L. holding "Congressional Check" as seen in the *Republican Checks* presentation. | FTC-PROD-00000490 |
| 36 | 35 | Original Stock Photo of David M. as seen on shutterstock.com | FTC-PROD-00000544-FTC-PROD-00000547 |
| 37 | 36 | Original Stock Photo of David M. as seen in Google  Reverse Image Search of 3/27/2019 | FTC-PROD-00000548-FTC-PROD-00000549 |
| 38 | 37 | Original Stock Photo of Kevin Larry as seen on listauno.it | FTC-PROD-00000588-FTC-PROD-00000595 |
| 39 | 38 | Original Stock Photo of Kevin Larry as seen on shutterstock.com | FTC-PROD-00000754-FTC-PROD-00000757 |
| 40 | 39 | Original Stock Photo of Kevin Larry as seen on | FTC-PROD-00000596-FTC-PROD-00000599 |

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| | | depositphotos.com | |
| 41 | 40 | Original Stock Photo of Sharon L. as seen on istockphoto.com | FTC-PROD-00000758-FTC-PROD-00000774 |
| 42 | 41 | Original Stock Photo of Kevin Larry as seen in Google  Reverse Image Search of 3/27/2019 | FTC-PROD-00000600-FTC-PROD-00000601 |
| 43 | 42 | Original Stock Photo of Sharon L. as seen in Google  Reverse Image Search of 3/27/2019 | FTC-PROD-00000775-FTC-PROD-00000776 |
| 44 | 43 | Financial Disclosure Report of Congressman Issa as seen in the *Congressional Checks* Transcript | FTC-PROD-00000268-FTC-PROD-00000271 |
| 45 | 44 | Financial Disclosure Report of Congressman Issa as seen in the *Republican Checks* Transcript | FTC-PROD-00000586 |
| 46 | 45 | Financial Disclosure Report of Congressman Issa as seen in the *Republican Checks* Video | FTC-PROD-00000587 |
| 47 | 46 | Financial Disclosure Report of Congressman Issa dated 5/12/2017 | FTC-PROD-00000573-FTC-PROD-00000585 |
| 48 | 47 | Welcome and Order Page RE *Lifetime Income Report with Zach Scheidt* | FTC-PROD-00000923-FTC-PROD-00000925 |
| 49 | 48 | Email from *Lifetime Income Report* RE "Welcome to Lifetime Income Report" dated 12/12/2018 | FTC-PROD-00000992-FTC-PROD-00000995 |
| 50 | 49 | e-Book RE *Congress' Secret $1.17 Trillion Giveaway,* Copyright 2018 | FTC-PROD-00000610-FTC-PROD-00000705 |
| 51 | 50 | Supplemental Material RE "The Little Booklet of Retirement Freebies" | FTC-PROD-00000711-FTC-PROD-00000720 |
| 52 | 51 | Supplemental Material RE "The Secret Transaction that Could Generate Hundreds (Or More) in Instant Income Week After Week" | FTC-PROD-00000721-FTC-PROD-00000733 |
| 53 | 52 | Supplemental Material RE "The Government Loophole That Eliminates Mortgage Payments…Saving you $100s Every Month" | FTC-PROD-00000706-FTC-PROD-00000710 |
| 54 | 53 | Supplemental Material RE "Zach Scheidt's Big Book of Income" | FTC-PROD-00000602-FTC-PROD-00000609 |

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 55 | 54 | Dividend Payouts and Stock Price History RE "Congressional Check" Companies Identified in *Congress' Secret $1.17 Trillion Giveaway*, created on 10/17/2019 | FTC-PROD-00001115 |
| 56 | 55 | Transcript of the *Republican Checks* Presentation | FTC-PROD-00000321-FTC-PROD-00000369 |
| 57 | 56 | September 2018 *Lifetime Income Report* Vol. 10 Issue 9 RE "Collect a Big Yield from Global Trade War Fears" | FTC-PROD-00000968-FTC-PROD-00000979 |
| 58 | 57 | November 2018 *Lifetime Income Report* Vol. 10 Issue 11 RE "Smart Money Just Made a $3 Billion Investment--and You Can 'Piggyback' Their Move to Lock in an 8.5% Yield" | FTC-PROD-00000980-FTC-PROD-00000991 |
| 59 | 58 | *Congressional Checks* Advertisement as seen on cnsnews.com | FTC-PROD-00000388 |
| 60 | 59 | Congressional Checks Advertisement RE "U.S. Taxpayers Could Collect a Total of $1.17 Trillion in 2018" | FTC-PROD-00000485 |
| 61 | 60 | Congressional Checks Advertisement on Breitbart | FTC-PROD-00000487 |
| 62 | 61 | Tweet RE *Congressional Checks* Advertisement on Discogs dated 8/9/2018 | FTC-PROD-00000567 |
| 63 | 62 | Article from Matt Insley on Sentinel News RE "Updates from Organizations - Government agencies - Advertise Various Artists" dated 8/16/2018 | FTC-PROD-00000246-FTC-PROD-00000250 |
| 64 | 63 | Article from Matt Insley on The New Under Ground Church RE "Why These 44 Congressmen Don't Care About Social Security" dated 8/6/2018 | FTC-PROD-00000243-FTC-PROD-00000245 |
| 65 | 64 | Article from Matt Insley on The Alternative Daily RE "Claim Your 'Congressional Check' by October 18th" | FTC-PROD-00000781-FTC-PROD-00000783 |

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 66 | 65 | Blog from Living More Working Less RE "Congressional Checks - SCAM By Zachary Scheidt? My Review Uncovers The Truth!" | FTC-PROD-00000734-FTC-PROD-00000736 |
| 67 | 66 | Blog from Kyle's Blog RE "'Congressional Checks', Scam by Zachary Scheidt? - A Review You Should Read First!" dated 5/7/2018 | FTC-PROD-00000173-FTC-PROD-00000190 |
| 68 | 67 | Blog from Affiliate UNguru RE "Congressional Checks - Scam or Secret $1.17 Trillion Giveaway? What You Need to Know…" dated 9/15/2018 | FTC-PROD-00000372-FTC-PROD-00000378 |
| 69 | 68 | Email from Retired Millionaire RE "Your Payout could be released" dated 6/28/2018 | FTC-PROD-00000886-FTC-PROD-00000891 |
| 70 | 69 | Blog from Laptop Freedom Living RE "Are 'Congressional Checks' a Scam? Bait & Switch Tactics! MUST READ!" dated 11/20/2018 | FTC-PROD-00000380-FTC-PROD-00000387 |
| 71 | 70 | Webpage of The Daily Edge RE "Section 199A of New Tax Code Offers New Hope for American Seniors" | FTC-PROD-00000938-FTC-PROD-00000939 |
| 72 | 71 | ICANN WHOIS Search Results for Webpage RE naturalhealth-response.com performed on 7/22/2019 | FTC-PROD-00001025-FTC-PROD-00001026 |
| 73 | 72 | Maryland Business Express and State of Maryland Documents RE Monument & Cathedral Holdings, Inc | FTC-PROD-00000317-FTC-PROD-00000318; FTC-PROD-00000241-FTC-PROD-00000242; FTC-PROD-00000200-FTC-PROD-00000203; FTC-PROD-00000195-FTC-PROD-00000199; FTC-PROD-00000227-FTC-PROD-00000228; FTC-PROD-00000742-FTC-PROD-00000739; FTC-PROD-00000740 |

7

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 74 | 73 | Maryland Business Express and State of Maryland Documents RE Agora Financial, LLC | FTC-PROD-00000737-FTC-PROD-00000738; FTC-PROD-00000233-FTC-PROD-00000234; FTC-PROD-00000209-FTC-PROD-00000210 |
| 75 | 74 | State of Maryland Documents RE St. Paul Research, LLC | FTC-PROD-00000239-FTC-PROD-00000240; FTC-PROD-00000312 |
| 76 | 75 | Maryland Business Express and State of Maryland Documents RE Health Sense Media, LLC | FTC-PROD-00000315-FTC-PROD-00000316; FTC-PROD-00000370-FTC-PROD-00000371; FTC-PROD-00000235-FTC-PROD-00000236; FTC-PROD-00000231-FTC-PROD-00000232; FTC-PROD-00000229-FTC-PROD-00000230 |
| 77 | 76 | State of Maryland Documents RE NewMarket Health Publishing, LLC (formerly Agora Health, LLC) | FTC-PROD-00000211-FTC-PROD-00000214; FTC-PROD-00000225-FTC-PROD-00000226 |
| 78 | 77 | State of Maryland Documents RE NewMarket Health, LLC | FTC-PROD-00000221-FTC-PROD-00000222 |
| 79 | 78 | Webpage RE M&C/Agora's "About Us" Page | FTC-PROD-00000777-FTC-PROD-00000778 |
| 80 | 79 | LinkedIn Profile RE M&C/Agora | FTC-PROD-00000779-FTC-PROD-00000780 |
| 81 | 80 | Webpage RE 14 West's Home Page | FTC-PROD-00000191-FTC-PROD-00000193 |
| 82 | 81 | Webpage RE Agora Financial's "About Us" Page | FTC-PROD-00000379 |
| 83 | 82 | Webpage RE Agora Financial's "Who is Zach Scheidt" Page | FTC-PROD-00000784-FTC-PROD-00000785 |
| 84 | 83 | Webpage RE Agora Financial's "Zach Scheidt" Page | FTC-PROD-00000752-FTC-PROD-00000753 |
| 85 | 84 | June 2019 *Lifetime Income Report* | FTC-PROD-00000798-FTC-PROD-00000813 |
| 86 | 85 | Webpage RE NewMarket Health's Home Page | FTC-PROD-00000747-FTC-PROD-00000748 |
| 87 | 86 | Webpage RE NewMarket Health's "About Us" Page | FTC-PROD-00000745-FTC-PROD-00000746 |

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 88 | 87 | ICANN WHOIS Search Results for Webpage RE healthsensemedia.com performed on 10/16/2019 | FTC-PROD-00001023-FTC-PROD-00001024 |
| 89 | 88 | ICANN WHOIS Webpage RE naturalhealthresponse.com performed on 7/9/2019 | FTC-PROD-00000786 |
| 90 | 89 | ICANN WHOIS Search Results for Webpage RE pro.reversediabetesevent.com performed on 7/9/2019 | FTC-PROD-00000787-FTC-PROD-00000788 |
| 91 | 90 | LinkedIn Profile RE Richard Gerhauser | FTC-PROD-00000749-FTC-PROD-00000751 |
| 92 | 91 | LinkedIn Profile RE Health Sense Media, An Agora Company | FTC-PROD-00000571-FTC-PROD-00000572 |
| 93 | 92 | Webpage RE Health Sense Media's "Publications and Products" Page | FTC-PROD-00000570 |
| 94 | 93 | Facebook Page RE Natural Health Response with Dr. Gerhauser | FTC-PROD-00000743-FTC-PROD-00000744 |
| 95 | 94 | Webpage RE Health Sciences Institute's "Meet the Health Sciences Institute Advisory Panel" Page | FTC-PROD-00000568-FTC-PROD-00000569 |
| 96 | 95 | Email from Daily Reckoning RE "Tomorrow Morning at 7:30 EDT: 'The Moment the World Stands Still'" dated 9/4/2018 | FTC-PROD-00000949-FTC-PROD-00000960 |
| 97 | 96 | Email from Technology Profits Daily RE "Add THIS to your coffee to cure Alzheimer's" dated 4/25/2019 | FTC-PROD-00000965-FTC-PROD-00000966 |
| 98 | 97 | Email from 5 Min. Forecast RE "One and Done? Get Real!" dated 8/1/2019 | FTC-PROD-00000940-FTC-PROD-00000948 |
| 99 | 98 | Email from Technology Profits Daily RE "The One Stock You Need When Massachusetts Goes Full Legal" dated 6/22/2019 | FTC-PROD-00000154-FTC-PROD-00000163 |
| 100 | 99 | Email from The Daily Edge RE "This 200% Gain Won't Be The Last…" dated 7/20/2019 | FTC-PROD-00000164-FTC-PROD-00000172 |
| 101 | 100 | April 2019 *Lifetime Income Report* Vol. 11 Issue 4 RE "The System Is | FTC-PROD-00000926-FTC-PROD-00000937 |

9

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| | | Rigged Against You but You Can Beat the Odds" | |
| 102 | 101 | Email from Tim Sykes' Retirement Catch-Up Summit RE "Never-Seen-Before Income clip [Not what you think]" dated 12/25/2018 | FTC-PROD-00000148-FTC-PROD-00000149 |
| 103 | 102 | Email from Daily Reckoning RE "'Trump's tax loophole' is paying out $1.17 trillion to Americans!" dated 7/14/2019 | FTC-PROD-00000101-FTC-PROD-00000102 |
| 104 | 103 | Transcript RE "Trump's 2019 Tax Bonanza" | FTC-PROD-00000859-FTC-PROD-00000885 |
| 105 | 104 | Email from Dr. Richard Gerhauser RE "Gold Will Drop to WHAT??" dated 6/12/2019 | FTC-PROD-00000814-FTC-PROD-00000816 |
| 106 | 105 | Webpage RE Charles Street Research's Home Page | FTC-PROD-00000853-FTC-PROD-00000854 |
| 107 | 106 | Webpage RE The Agora Companies' "Contact Us" Page | FTC-PROD-00000842-FTC-PROD-00000845 |
| 108 | 107 | Email from Dr. Richard Gerhauser RE "The Stock of the Century - Buy This Stock RIGHT NOW!" dated 8/16/2019 | FTC-PROD-00000821-FTC-PROD-00000824 |
| 109 | 108 | LinkedIn Job Posting RE Editorial Associate at Banyan Hill Publishing | FTC-PROD-00000839 |
| 110 | 109 | Email from Dr. Richard Gerhauser RE "Confirm Your Shipping Address to Claim Your Order" dated 9/2/2019 | FTC-PROD-00000825-FTC-PROD-00000831 |
| 111 | 110 | Email from America Uncensored RE "James Altucher: 'I'm done.'" dated 1/6/2019 | FTC-PROD-00000152-FTC-PROD-00000153 |
| 112 | 111 | Webpage RE Laissez Faire's "About Us" Page | FTC-PROD-00000857 |
| 113 | 112 | Webpage RE Agora Financial's "Choose Yourself Financial Launches Latest Newsletter - Altucher's Investment Network" Page dated 5/10/2019 | FTC-PROD-00000797 |
| 114 | 113 | Email from Reverse Diabetes Event RE "Enjoy ice cream again!" dated 1/30/2019 | FTC-PROD-00000150-FTC-PROD-00000151 |

| FTC Exhibit | Rottner Decl. Att. | Document | Bates Range |
|---|---|---|---|
| 115 | 114 | Email from Emily Harper RE "Two drops. 45 seconds. Zero pain" dated 4/29/2019 | FTC-PROD-00000136-FTC-PROD-00000137 |
| 116 | 115 | Email from Dr. Richard Gerhauser RE "Can you really disease-proof your body?" dated 7/3/2019 | FTC-PROD-00000098-FTC-PROD-00000100 |
| 117 | 116 | Email from Dr. Richard Gerhauser RE "What the Bible says about blood pressure (Yes, really)" dated 10/1/2019 | FTC-PROD-00001020-FTC-PROD-00001021 |
| 118 | 117 | Transcript RE "Incurable Chinese 'Klebsi Plague' Hits United States" | FTC-PROD-00000996-FTC-PROD-00001019 |
| 119 | 118 | December 15, 2018 Credit Card Statement for Undercover Identity | FTC-PROD-00001109-FTC-PROD-00001111 |
| 120 | 119 | March 15, 2019 Credit Card Statement for Undercover Identity | FTC-PROD-00001112-FTC-PROD-00001114 |

11