# FTC Exhibit 2, Rottner Decl. Attachment 1

5/8/2019                                    Gmail - Don't make plans Dec. 11, 2018

 **Gmail**

---

## Don't make plans Dec. 11, 2018
1 message

---

**Rude Awakening** <rude@p.sevenfigurepublishing.com>                Wed, Dec 5, 2018 at 9:01 AM
To:

Don't make plans Dec. 11, 2018

### the Rude Awakening

December 5, 2018

Hi, Greg here.

Please read the urgent message below from our affiliates at Natural Health Response, because at *The Rude Awakening* we know that your health is just as important as your finances.

---

# Don't make plans Dec. 11, 2018

Dear *Rude Awakening* Reader,

Excuse me for being forward, but can I ask you a personal question?

Do you suffer with **Type 2 diabetes**?

Have you been diagnosed with **prediabetes**?

Or maybe your doctor has told you to **keep an eye on your blood sugar**.

Well, if you answered **yes** to any of those questions, then I have **good news** for you today...

Because after 37 years in practice, I recently discovered a simple, at-home treatment for Type 2 diabetes.

FTC-PROD-00000039

**FTC Ex. 2 - Rottner Decl., Att. 1**

And no, it has nothing to do with diet or exercise. It doesn't involve a single drug either.

Yet this new treatment is scientifically proven to **reverse every symptom of your diabetes in 28 days.**

Let me repeat:

**This brand-new treatment will reverse your diabetes just four weeks from today.**

Without changing your diet, spending a minute in the gym or taking a single drug.

Sure, it sounds impossible...

Which is why I'm revealing every step of this simple treatment — **for FREE** — in a live presentation on Tuesday, Dec. 11 **(click here now to reserve your spot).**

Tune in at 1:00 p.m. EST — and make sure you have at least 40 minutes to watch the entire thing.

Here's everything I'm going to cover in **this live presentation**. You'll discover...

The shocking **"hidden" cause of Type 2 diabetes**. No, it has nothing to do with what you eat or how much you exercise...

Why **Type 2 diabetes is NOT your fault**. And who we should be blaming instead (warning: This part will infuriate you)...

How doctors, the CDC and the World Health Organization are **getting it all wrong** when it comes to diabetes (hint: None of their solutions treat this new root cause)...

Along with my brand-new, **28-day treatment to reverse Type 2 diabetes.**

You'll hear **exactly how it works**...

FTC-PROD-00000040

**FTC Ex. 2 - Rottner Decl., Att. 1**

You'll see the **rock-solid proof** in action...

I'll show you decades of peer-reviewed scientific studies (including one that showed a **100% success rate**)...

I'll walk you through **every step** of this simple protocol...

And finally, at the end of the presentation, I'll show you exactly how you can start using this treatment today. So you too can **reverse your Type 2 diabetes in just 28 days.**

However, there is one catch...

You won't find this information anywhere else. It's only available through **this one-time live event.**

And space is extremely limited.

So make sure you **click here now to reserve your spot**. Otherwise, I'll have to give it to someone else.

I hope you'll join me on **Tuesday, Dec. 11, at 1:00 p.m. EST.**

**Click here now to reserve your spot** and I'll see you there.

## >> CLICK HERE NOW TO RESERVE YOUR SPOT <<

To reversing your diabetes,

Dr. Richard Gerhauser, MD

**P.S.** While I'd like to share this information with as many people as possible... and this live event is completely free... I have to limit attendance to 100 people today. Our software simply can't handle any more than that. So if you're not going to attend, please let me know. That way, I can give your spot to someone else.

FTC-PROD-00000041

**FTC Ex. 2 - Rottner Decl., Att. 1**

But if you'd like to discover how to reverse Type 2 diabetes in 28 days, **click here now to reserve your spot.**

See you on Tuesday, Dec. 11, at 1:00 p.m. EST.

### >> CLICK HERE NOW TO RESERVE YOUR SPOT <<

The Rude Awakening is committed to protecting and respecting your privacy. We do not rent or share your email address. By submitting your email address, you consent to *Seven Figure Publishing* a division of Agora Financial, LLC. delivering daily email issues and advertisements. To end your Rude Awakening e-mail subscription and associated external offers sent from The Rude Awakening, click here.

Please read our Privacy Statement. For any further comments or concerns please email us at rude@sevenfigurepublishing.com. If you are having trouble receiving your Rude Awakening subscription, you can ensure its arrival in your mailbox by whitelisting The Rude Awakening.

2018 *Seven Figure Publishing* a division of Agora Financial, LLC. 808 Saint Paul Street, Baltimore MD 21202. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security they personally recommend to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of a printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only after reviewing the prospectus or financial statements of the company.

FTC-PROD-00000042

**FTC Ex. 2 - Rottner Decl., Att. 1**