# FTC Exhibit 121, Burant Report

**REPORT OF CHARLES BURANT, M.D., PH.D**

## I.    INTRODUCTION

1.    My name is Charles F. Burant.  I have been retained by the Federal Trade Commission (FTC) to provide my expert opinion in connection with advertising claims made for *The Doctor's Guide to Reversing Type 2 Diabetes in 28 Days* ("*The Doctor's Guide*").  If called to testify, I could and would testify to this expert opinion.

2.    It is my understanding that certain entities and individuals collectively referred to as the "Reverse Diabetes Defendants" are responsible for the advertising claims I reviewed related to *The Doctor's Guide*.  As specified below, the FTC provided me with copies of that advertising for the purposes of rendering my expert opinion.

3.    This report outlines:

   a)    my credentials and qualifications;

   b)    the scope of my opinion;

   c)    background information on type 2 diabetes;

   d)    what constitutes "competent and reliable scientific evidence" for (i) claims concerning the causes, risks or contributory factors for type 2 diabetes; (ii) claims that a product, treatment plan or protocol plan can prevent the development or progression of type 2 diabetes; and (iii) claims that a product, treatment plan or protocol cures, treats, or mitigates type 2 diabetes or its symptoms.

   e)    whether the articles and studies referenced in the Reverse Diabetes Defendants' advertising meets that criteria for competent and reliable scientific evidence;

1

**FTC Ex. 121 - Burant Report**

f)    whether, based on my review of the relevant scientific literature, there is competent and reliable scientific evidence supporting the Reverse Diabetes Defendants' advertising claims regarding type 2 diabetes; and

g)    a summation of my conclusions regarding the Reverse Diabetes Defendants' diabetes claims.

## II.    CREDENTIALS AND QUALIFICATIONS

4.    I am a medical doctor, certified by the American Board of Internal Medicine in the fields of Endocrinology, Diabetes and Metabolism.  As detailed in my curriculum vitae, which is included with this report as Attachment 1, I am the Director of the A. Alfred Taubman Medical Research Institute — a medical research institute at the University of Michigan dedicated to supporting medical doctors who also perform laboratory research in the quest for new treatments and cures.

5.    I have served on the faculty at the University of Michigan since 1999.  Currently, I am the Robert C. and Veronica Atkins Professor of Metabolism, a Professor of Internal Medicine in the Division of Metabolism, Endocrinology, and Diabetes, and a Professor of Molecular and Integrative Physiology.  I am a member of the Cell and Molecular Biology Training Program.  Prior to joining the University of Michigan, I was an Assistant Professor in the Endocrinology Section of the Department of Medicine at the University of Chicago and was employed by Warner-Lambert as a Director where I oversaw preclinical diabetes drug development for two years before returning to academics.

6.    I received a Bachelor of Science degree in Biochemistry from University of Wisconsin (Madison, Wisconsin) in 1979, a Master of Science degree in Environmental Toxicology from the University of Wisconsin in 1981, and a degree in Medicine from the

2

**FTC Ex. 121 - Burant Report**

Medical University of South Carolina (Charleston, S. Carolina) in 1987.  I also received a Ph.D

in Molecular and Cellular Biology from the Medical University of South Carolina in 1987.

7.      I am a member of the American Diabetes Association, the American Association

of Clinical Endocrinology, and the American Society for Nutrition, among other professional

societies.  I have also been elected a Fellow of the American College of Endocrinology and the

American Association of Physicians.

8.      I am currently the Chair of the Executive Committee for the Regional

Comprehensive Metabolomics Resource Cores at the National Institute for Health (NIH) and I

also serve on the Executive Committee for the NIH Common Fund program, "Molecular

Transducers of Physical Activity."  Previously, I have served on the American Diabetes

Association's Research Policy and Marketing Committee, Research Foundation Board of

Directors Committee, and Oversight Committee.

9.      I have held several editorial positions relating to the publication of diabetes-

related research.  Currently, I am an associate editor for *Diabetes*, the American Diabetes

Association's journal that publishes peer-reviewed studies related to the physiology and

pathophysiology of diabetes.  Previously, I have served as an associate editor for the *Journal of

Lipid Research* and the *American Journal of Physiology, Endocrinology and Metabolism.*

10.     I have authored, co-authored, or published numerous books, book chapters,

abstracts and peer-reviewed journal articles related to the science of type 2 diabetes, including

risk factors and treatment for the disease.  I was the editor for several editions of the American

Diabetes Association's *Medical Management of Type 2 Diabetes* as well as coauthor of the

chapter *Type 2 Diabetes* for the Williams Textbook of Endocrinology, the preeminent

endocrinology textbook.  I have also served as principal or co-investigator on at least 15 clinical

**FTC Ex. 121 - Burant Report**

trials and studies of diabetic patients.  Most of my publications and active or completed research support have been on subjects related to obesity, insulin resistance and type 2 diabetes, including publications or trials about its causes, prevention, consequences and treatment.  A sampling of this work includes:

- National Institutes of Health, *Genotype-Phenotype relationships underlying aerobic capacity and metabolic health*:  This project will use phenotypic and transcriptomics profiling along with genotyping to understand the genetics of enhanced aerobic capacity.  (Role: Principal Investigator)

- National Institutes of Health, *Identifying Genes for Type 2 Diabetes: FUSION*:  The present proposal builds on a longstanding and productive collaboration between researchers in the USA and Finland to understand the genetic basis of type 2 diabetes, and to use this information to reveal disease mechanisms.  In this proposal, we will continue to identify genetic loci that influence risk to type 2 diabetes and variability in diabetes-related quantitative traits, and increasingly focus on identifying the causal variants, genes and other functional units, and the mechanisms by which they act.  (Role: Principal Investigator)

- National Institutes of Health, *Diabetes Progression with Metabolomic and Genomic Profiling in Starr County Mexican Americans*:  This project will perform integrative analyses of the multi-omics datasets to understand dysregulation of metabolic pathways and their genomic underpinnings, leading to prediabetes, diabetes, and progression of the disease.  (Role: Co-Investigator)

- National Institutes of Health, *Biology of Aerobic Capacity and Insulin Resistance*:  The genomic and metabolomic profile in rats with different intrinsic running capacity will be assessed before and following exercise training and following caloric restriction.  (Role: Principal Investigator)

- Burant, C.F., Sreenan, S., Hirano, K., Chang, T., Lohmiller, J., Lukens, J. Davidson, N.  Ross, S. and Graves, R., *Troglitazone action is independent of adipose tissue*, J. Clin. Invest. 100: 2900-2909 (1997).

- Maggs, D.G., Buchanan, T.A., Burant, C.F., Cline, G., Gumbiner, B., Hsueh, W.A., Inzucchi, S., Kelly, D., Nolan, D., Olefsky, J.M., Polonsky, K.D., Silver, D., Valiquett, T.R. and Shulman, G.I., *The metabolic effects of troglitazone in non-insulin dependent diabetes: a randomized, double-blind, placebo-controlled trial*, Ann. Int. Med. 128: 176-185 (1998).

**FTC Ex. 121 - Burant Report**

- Borer, KT, Wuorinen E, Ku K, Burant CF. *Appetite responds to changes in meal content while ghrelin, leptin and insulin track changes in energy availability*, J. Clin. Endo. Metabol.  94:2290-2298 (2009).

- Burant, CF, Viswanathan, P, Marcinak, J, Cao C, Vakilynejad M, Xie B and Leifke, E. *TAK-875, a G Protein−Coupled Receptor 40 Agonist, for the Treatment of Type 2 Diabetes Mellitus: A Phase II, Randomized, Double-Blind, Placebo- and Active-Controlled Study*, Lancet 379(9824):1403-11 (2012).

A complete list of all publications I have authored, as well as the active, pending and completed research support I have provided, is included as part of my curriculum vitae, provided with this report as Attachment 1.

11.     I am the recipient of several professional awards and honors, including the American Medical Association Award for Outstanding Research, the American Diabetes Association Award for Outstanding Research, and the Cure, Care and Commitment Award from the American Diabetes Association's Michigan Affiliate.

12.     Based upon my education, training and experience, as summarized above, I consider myself an expert in the fields of:  (1) type 2 diabetes, including its treatment, management, preventative care, causes, and risk or contributory factors; (2) the design, conduct, and analysis of clinical trials related to type 2 diabetes; and (3) statistical analyses of the results of such clinical trials.

13.     I have previously on one other occasion consulted for the FTC related to claims about the treatment of diabetes and its complications.  That consultation did not result in a report or a deposition.  I am currently consulting with the FTC on one other matter aside from this one.

14.     I have not testified as an expert at trial or by deposition in the last four years.  I am compensated by the FTC at the rate of $350.00 per hour for my work in this matter.

5

**FTC Ex. 121 - Burant Report**

## III.   SCOPE OF THE OPINION AND MATERIALS REVIEWED

15.   The FTC asked me to perform two tasks in connection with this report.  First, I was asked to identify what types of tests, analyses, research, studies, or other evidence experts in type 2 diabetes would generally accept as competent and reliable scientific evidence to support claims (1) concerning the causes, risks or contributory factors for type 2 diabetes; (2) that a product, treatment plan or protocol plan can prevent the development or progression of type 2 diabetes; and (3) that a product, treatment plan or protocol cures, treats, or mitigates type 2 diabetes or its symptoms.  Second, I was asked to evaluate from my perspective as an expert in the field of diabetes whether certain claims made in advertisements for *The Doctor's Guide for Reversing Type 2 Diabetes in 28 Days* were supported by any tests, analyses, studies, or other evidence of the type that meet the criteria for competent and reliable scientific evidence.

16.   For the second task, the FTC asked me to review advertisements made by the Reverse Diabetes Defendants related to *The Doctor's Guide*, all of which were provided to me by the FTC.  I reviewed the following:

- A video presentation entitled "Dr. Richard Gerhauser presents:  How to Reverse Type II Diabetes in 28 Days" (hereinafter referred to as the "Gerhauser Video");

- A transcript of the Gerhauser Video (the "Gerhauser Video Transcript"); and

- The following email advertisements for *The Doctor's Guide*: (i) December 5, 2018 email from Rude Awakening Re: Don't Make plans Dec. 11, 2018; (ii) December 7, 2018 email from Technology Profits Daily Re: Shocking new "protocol" reverses Type II Diabetes in 28 days; and (iii)

6

**FTC Ex. 121 - Burant Report**

March 19, 2019 email from Dr. Richard Gerhauser Re: [Discovered!] The

Real Cure for Diabetes.

Copies of the transcript and email advertisements that I reviewed are attached as Attachment 2 to this Report.

17.    The FTC asked me to analyze the following claims contained in the materials referenced in paragraph 16:

- claims that the protocol described in the marketing for *The Doctor's Guide* will cure, treat or mitigate type 2 diabetes in 28 days;

- claims that the supplements called "Himalayan Silk," "Epsom Blue," and "Chromanite" can either alone or in combination cure, treat, or mitigate type 2 diabetes in 28 days;

- claims that type 2 diabetes is caused by Non-Ionizing Radiation or exposure to electronic devices;

- claims that consumers can prevent type 2 diabetes by using Non-Ionizing Radiation blockers, or by otherwise avoiding NIR; and

- claims that the protocol described in the marketing for *The Doctor's Guide* is scientifically proven to cure, treat, mitigate type 2 diabetes or its symptoms in 28 days.

These claims are hereinafter referenced as the "diabetes claims."

18.    The protocol referenced in paragraph 17 refers to the protocol described in the Gerhauser Video and Video Transcript. In the Gerhauser Video and Video Transcript, the protocol is described as a "simple 3-step protocol to reverse Type II Diabetes in 28 days." In the Gerhauser Video and Transcript, the Reverse Diabetes Defendants describe the protocol as: (1)

7

**FTC Ex. 121 - Burant Report**

taking a supplement they call "Himalayan Silk;" (2) taking supplements they call "Sugar Companions"— which comprise of supplements they call "Epsom Blue" and "Chromanite;" and (3) using Non-Ionizing Radiation "blockers" and other tips to prevent Non-Ionizing Radiation. According to this marketing, this advertised three-step protocol will positively improve participants' "fasting glucose levels," hemoglobin A1C, cholesterol, and triglycerides, such that it would permanently "reverse" their type 2 diabetes and symptoms of type 2 diabetes in 28 days.

19. To facilitate my review of the diabetes claims, FTC staff also sent me *The Doctor's Guide* which provides additional information on the contents of Himalayan Silk, Epsom Blue, and Chromanite, and which provides additional information on the Non-Ionizing Radiation blockers. Based on my review of *The Doctor's Guide*, I understand that what the Reverse Diabetes Defendants call "Himalayan Silk" refers to mulberry extract, "Epsom Blue" refers to magnesium, and "Chromanite" refers to chromium.

20. In addition to the materials described above, I have also conducted an independent search of the relevant scientific literature to determine whether there are studies that provide scientific support for the advertised claims. A list of the materials I reviewed as a result of my literature search is provided below.

21. Based on my education, research, experience, and knowledge of developments in the field of diabetes, including developments in the causes, risk factors, treatment, and prevention of type 2 diabetes, I am generally familiar with the scientific literature relating to these issues. In addressing the FTC's questions, I have also relied on my education, research, experience, and knowledge of developments in the field of diabetes, using the skills I have acquired as an active researcher in this field.

8

**FTC Ex. 121 - Burant Report**

22.     Based on my review of the above-described materials, education, research, experience, and relevant knowledge, and for the reasons set forth below, it is my expert opinion that there is no competent and reliable scientific evidence for the diabetes claims.   I can declare this opinion with confidence because (i) the articles and studies cited in the marketing for *The Doctor's Guide* do not provide competent and reliable scientific evidence for the diabetes claims; (ii) I found no competent and reliable scientific evidence to substantiate the diabetes claims in my independent literature review; and, (iii) my research and general knowledge of scholarship in the field, along with my knowledge and experience pertaining to type 2 diabetes and metabolic disorders convince me that there is no competent and reliable scientific evidence for such claims.

## IV.     BACKGROUND ON TYPE 2 DIABETES

23.     Diabetes mellitus, commonly known as diabetes, refers to a group of metabolic disorders characterized by high blood glucose levels over a prolonged period.  Diabetes occurs when a person's blood glucose, sometimes referred to as blood sugar, is higher than what is considered safe.  One important measure of blood glucose is Hemoglobin A1C ("HbA1c") which reveals the average of a person's blood glucose levels over the past three months, showing how well diabetes is controlled.  Hemoglobin is a protein found in the body's red blood cells.  When glucose levels rise, it is linked through a chemical reaction to hemoglobin in the red blood cells. HbA1c specifically measures how much glucose is bound to hemoglobin.  The HbA1c test result is reported as a percentage.  The normal range for HbA1c levels for people without diabetes is under 5.7%.

24.     Diabetes is due to either the body's failure to produce enough insulin or the body's failure to effectively respond to the insulin produced.  Insulin performs the critical job of removing glucose from the bloodstream to the body's cells.  Therefore, changes in the

9

**FTC Ex. 121 - Burant Report**

production of insulin or the action of insulin can lead to diabetes.  Type 1 and type 2 diabetes are the most common forms of this disease.

25.    Type 1 diabetes occurs when the immune system destroys beta cells, a type of cell found in the pancreas that is responsible for producing insulin.  With beta cells destroyed, type 1 diabetes results in a near complete loss of insulin, which in turn, causes glucose to build up in the blood stream.  Type 1 diabetes must be treated with insulin.  Because the diabetes claims at issue here relate only to type 2 diabetes, I have focused my overview below on type 2 diabetes.

26.    In type 2 diabetes, insulin's action is impaired.  Type 2 diabetes starts with insulin resistance, where the body needs higher levels of insulin to move glucose from the blood stream in the cells.  Initially, the pancreas increases insulin production to meet demand; over time, however, the pancreas cannot make enough insulin, and blood glucose levels rise.  This is called beta cell failure.  Abnormal post-prandial glucose levels (meaning glucose levels during or shortly after meals) followed by rises in fasting glucose (meaning glucose levels after fasting for several hours) demonstrate the patient's progressive loss of beta cells and reduced insulin levels.

27.    Type 2 diabetes can result in hyperglycemia, having too much glucose in the blood, which in turn causes long-term health problems.  These problems include heart disease, stroke, kidney disease, eye problems, dental disease, nerve damage, and foot problems.  In adults with type 2 diabetes, the most common causes of death are heart disease and stroke.  Diabetes can cause changes to the blood vessels in the eyes, resulting in damage to the retina and reduced vision and blindness.  Diabetes is also the leading cause of kidney disease and the need for dialysis because hyperglycemia damages the blood vessels in the kidneys.  As a result, the kidneys cannot filter waste efficiently, and waste builds up in the body.  About one in four diabetic adults has kidney disease.  Hyperglycemia can also damage nerves leading to diabetic

**FTC Ex. 121 - Burant Report**

neuropathy.  Neuropathy is most often manifest by numbness and pain, usually starting in the toes and feet; in severe cases, the hands become affected.  Neuropathy can also cause adverse changes to digestion, bowel, bladder function and erectile dysfunction.  Diabetes can also cause changes in blood vessels, reducing blood flow in the feet impairing healing of sores, sometimes causing amputation.  Many of the injuries caused by hyperglycemia develop slowly and can persist undetected until problems become severe.

28.    The causes of type 2 diabetes are well understood, and include obesity and genetics.  Obesity is the primary reason for the development of insulin resistance and this risk increases with aging.[1]  A sedentary lifestyle is associated with obesity and the development of type 2 diabetes.[2]  Genetics also plays a predominant role in determining the risk of beta cell failure.  The risk for type 2 diabetes is increased in individuals who have a family history of diabetes and in certain ethnic groups, likely because the genetic risks are increased in these populations.[3]  The genetic variants identified to date appear to have their largest effect on beta cell function.[4]  Women with a history of gestational diabetes[5] or polycystic ovarian disease[6] are also at a markedly higher risk of type 2 diabetes than the general population.

29.    While diabetes and its symptoms can be treated effectively, it cannot be cured in the sense that it cannot be permanently reversed or prevented as the loss of beta cells is not reversible.

30.    Diabetes experts would define a "cure" of type 2 diabetes as persistent normalization of blood glucose.[7]  This would entail the restoration of normal action of insulin on tissues (that is, reversal of insulin resistance) as well as normalization of insulin secretion as determined by standardized testing.  The intervention that comes closest to 'curing' diabetes is bariatric surgery (either Roux-en-Y gastric bypass surgery or vertical sleeve gastrectomy),[8]

11

**FTC Ex. 121 - Burant Report**

which causes significant weight loss, reversing the underlying insulin resistance. If the remaining beta cell mass is adequate to secrete enough insulin, then the person may be considered "cured." However, those patients who do not have adequate beta-cell function after surgery-induced weight loss remain diabetic. This is why the proper term for post-bariatric surgery normalization of blood glucose is "remission" as individuals who regain weight often have a recurrence of hyperglycemia.[9] Even with aggressive weight loss or medication — which is well recognized amongst experts and practitioners as the most effective treatment to lowering blood glucose and HbA1c levels — there is no evidence that the underlying loss of beta cells, which is integral to the development of type 2 diabetes can be reversed in humans.[4] Thus, regaining weight or stopping diabetes medication will result in elevation of blood glucose, and ultimately, progression into diabetes.

31.     Treatment of type 2 diabetes is directed at controlling blood glucose levels. Rarely, severe elevations of glucose can result in a "hyperosmolar" state, a serious condition that can lead to stroke and death. A small proportion of type 2 diabetics can get ketoacidosis, a prominent feature of uncontrolled type 1 diabetes. Therefore, the treatment of type 2 diabetes is primarily aimed at preventing cardiovascular events and complications. Control of blood glucose through diet, exercise, oral or some injectable medications such as metformin, as well as insulin is effective in prevention of the "microvascular" complications of diabetes (eye disease, kidney disease and nerve problems) and control of blood pressure and lipid levels can reduce the incidence of heart attacks and stroke. Some newer diabetes medications can mitigate the risk of cardiovascular events and likely do so through mechanisms that are separate from their glucose lowering activity.[10] In addition, weight loss is quite effective in reversing insulin resistance, whether achieved by caloric reduction or bariatric surgery. Besides dietary changes that can

12

**FTC Ex. 121 - Burant Report**

result in weight loss, there are no recognized "natural product" interventions that are generally recognized as being effective in the treatment or reversal of type 2 diabetes.

32.    Mitigation of diabetes can be thought of as making the diabetes less severe.  This could be through reducing the risk of transitioning from a state of "impaired glucose tolerance" (sometimes known as prediabetes) to diabetes.  Several studies have shown that weight loss exercise, and some medications, such as acarbose, orlistat, "glitazones," and metformin can reduce the progression to diabetes.[11]

## V.        THE STANDARD FOR COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE

33.    In rendering my opinion on what constitutes competent and reliable scientific evidence for evaluating the diabetes claims as requested by the FTC, I used the following definition for competent and reliable scientific evidence:  tests, analyses, research, studies, or other evidence based on expertise of professionals in the relevant area, that have been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to yield accurate and reliable results.

34.    Using this definition, competent and reliable scientific evidence for claims that a product, treatment plan or protocol cures, treats, or mitigates type 2 diabetes; claims concerning causes, risks, and contributory factors for type 2 diabetes; and claims that a product, treatment plan or protocol can prevent the development or progression of type 2 diabetes[12-13] requires: appropriately analyzed results from at least one independent, well-designed, well-conducted, randomized, double-blind, placebo-controlled, human clinical trial that tests the claimed treatment, drug, hypothesis, or protocol precisely as recommended (including at the recommended dosage), and which involves an appropriate sample population which is of large enough size and duration to generate reliable data that statistically supports a positive therapeutic

benefit with an acceptable risk profile.[14]  This is the standard that I have applied when evaluating the diabetes claims.  I have provided additional details explaining the significance of these components below.

35.    For claims that a product, treatment plan or protocol cures, treats, or mitigates type 2 diabetes, and claims that a product, treatment plan or protocol can prevent the development or progression of type 2 diabetes, the results of the human clinical trials must show that the tested product, treatment plan, protocol, or hypothesis is efficacious in lowering blood glucose HbA1c levels, and the tested therapies must be directed at the underlying conditions that are known to lead to type 2 diabetes: insulin resistance and the relative deficiency of insulin.  A claim that a product, treatment plan or protocol "cures" type 2 diabetes must, at a minimum, be efficacious in reducing glucose HbA1c levels to within the normal range, below 5.7%.  As pointed out above in paragraph 30, the proper term for treatments that lead to normal HbA1c is remission, not "cure" because diabetes cannot be permanently prevented.

36.    To constitute competent and reliable scientific evidence in this context, clinical trials must use human subjects.  Although *in vitro* studies (using cells in culture) and animal studies may be useful preliminary tools to help formulate hypotheses, results from *in vitro* and animal studies cannot always be directly extrapolated to humans because of differences in physiology and metabolism between cells in culture animal subjects and humans.[15]  For example, there are significant difference in metabolism to control glucose between rodents and humans. This is why a hypothesis or conclusion from an animal study must be confirmed by testing on human subjects.

37.    To constitute competent and reliable scientific evidence in this context, the clinical trials must also use a placebo control group, meaning that while one group of subjects

14

receives the treatment that is being studied, another separate control group receives a "placebo" (a fake treatment or inert pill that has no therapeutic effect). This is important to account for a "placebo effect," whereby a subject shows improvement even when given an ineffective treatment. Placebo effect is a well-recognized phenomenon in scientific research that may be caused by various factors.[16] For example, in diabetes drug development, this can include changes in the behavior of individuals who enroll in clinical trials caused by their increased interaction with health care providers. The control group must consist of people having the same relevant characteristics as the group receiving the studied treatment or product to appropriately analyze the results. To be effective, the control group should also receive treatment that appears identical to the treatment being studied.

38.     Randomization of subjects is also necessary.[17] Individual subjects should be assigned to either a treatment or control group randomly to ensure that any observed effects can be isolated to the tested treatment alone and not be attributed to other factors, both known and unknown.

39.     In addition, the clinical trials must be double-blinded,[17] meaning that neither the subject nor the investigator knows which treatment (whether placebo or the tested treatment) the subject receives. Double-blindness is key to avoiding inadvertent bias by either the subject or the investigator.

40.     The sample population must also be appropriate, which includes an appropriate sample size. To estimate what sample size should be chosen for a clinical trial, a "power analysis" should be performed which determines how likely the study is to distinguish an actual effect from one of chance. For example, a study that has an 80% power means that the study has an 80% chance of the test having statistically significant results and a 20% chance that you will

15

**FTC Ex. 121 - Burant Report**

not find a significant result. A high statistical power means that the test results are likely valid.[18] Statistical power is affected chiefly by the size of the effect and the size of the sample used to detect it. The greater number of people in a clinical study, the greater the chance that you will be able "prove" your hypothesis that there is an effect of a treatment and that it is not a "false-positive." Studies with few participants tend to have a low statistical power, which increases the need for the study results to be replicated to be considered reliable.

41. The clinical trial must also be of sufficient duration to provide competent and reliable scientific evidence that the effect is lasting. For example, in most diabetes drug development trials, the duration is at least 6 months in duration and at least one study up to one year in length. Such duration is required to evaluate both the long-term efficacy of the treatment and reveal potential toxicity effects of the tested treatment. It will also increase the likelihood that you will see a "true" response of an intervention. In drug trials, for example, subjects who volunteer for a trial "want to get better" and in short trials, things can get better in both placebo and treatment groups. As time goes on, the likelihood of a true response will become evident as subject become habituated, meaning that the study is no longer "novel" and individuals will revert to their usual behavior, increasing the likelihood that the true effects of the treatment can be identified. To evaluate a treatment's impact on HbA1c levels, the clinical trial must at least be 3 months in duration. Three months is significant because HbA1c provides the average blood sugar levels over approximately a three-month period.

42. To substantiate an efficacy claim for a diabetes treatment product, it is important that the clinical study test the product itself (and not just separate ingredients), on the population upon which it is intended to be used, at the dosage that the product is claimed to cause the effect. To the extent that a treatment plan requires multiple ingredients or products, one cannot test only

**FTC Ex. 121 - Burant Report**

one ingredient of a product, or one product, and extrapolate the effect of that ingredient or product to the effect of the combined treatment.  It is not reliable science to assume in the case of a treatment with multiple components, that these components have an additive or complimentary effect on the outcome.  Rather, various ingredients or products may inhibit the effects of each other when administered together, or may even increase the side effects associated with the treatment.  For example, in the treatment of hypothyroidism, if someone takes thyroid hormone with calcium, the absorption of the drug is markedly diminished due to the calcium binding the drug in the gastrointestinal tract.[19]  Also, diabetes patients who are treated with the drug pioglitazone and insulin together — both treatments that are individually recognized as efficacious in treating diabetes —have an increased risk of congestive heart failure and feet swelling.[20]  Likewise, dosage can be a determining factor in whether a treatment is effective, ineffective, or even harmful.  For example, if a patient is treated with too much of the antidiabetic class of drugs, sulfonylureas, the patient can develop hypoglycemia, a medical condition characterized by very low levels of blood sugar.

43.    Results of a randomized, double-blinded, placebo-controlled, human clinical trial often must be replicated by a second study if the initial study is not large enough.  This is to eliminate the potential of a "type 1 error" or "false positive".[21]  A single study of insufficient size can produce a result simply by coincidence, particularly where the sample population is too small, replication is needed to confirm the accuracy of the original results.  In addition, there is a higher chance that conclusions from a single study are based on subjects that are not representative of a population as a whole, and are thus, less reliable than a study's results that have been replicated.  This is particularly important in the context of trials involving diabetic subjects because subjects who are motivated to join such trials may also be more motivated to

17

improve their condition than the general population, and thus, more motivated to comply with the tested treatment, or may endeavor to improve their health by losing weight during the study or by changing their exercise habits.

44. The probative value of evidence in clinical trials relies not only on proper execution of the study but also, critically, the proper analysis of the data, including appropriate statistical analysis. Data analyzed with errors of statistical analysis is not reliable data. To illustrate, one common error in statistical analysis is known as a "difference in nominal significance" error ["DINS"] whereby the nominal significance of two independent statistical tests are compared as a means of drawing a conclusion of differential effects.[22] This error is committed in studies with more than one group, in which final measurements are compared with the individual group's baseline separately for each group; if one is significant and one is not, an author may erroneously conclude that the two groups are different. This inappropriate comparison can result in a false positive finding. If an intervention is compared to a placebo, it is not proper to claim an intervention has an effect simply because there is a "significant" change in the intervention, but not a significant change in the placebo group, if there is not a difference between the two groups at the end of the trial.

45. In addition, any conclusions must consider the total weight of the competent and reliable scientific evidence, not just a subset of that evidence. Consistent findings of an effect of an intervention across studies and populations is important for supporting a claim of therapeutic success. A subset of randomized controlled trials cannot support a claim if that subset is not consistent with the total body of randomized controlled trials.

46. Anecdotal evidence is not competent and reliable scientific evidence for the purposes of substantiating claims that a product, treatment plan or protocol cures, treats, or

18

**FTC Ex. 121 - Burant Report**

mitigates type 2 diabetes, claims about the causes or risk factors associated with type 2 diabetes, or claims that a product, treatment plan or protocol can prevent the development or progression of type 2 diabetes. Anecdotal observations may be interesting for the purposes of developing hypothesis, but until that hypothesis is tested in accordance with the standard I have described above, it is not reliable. In many instances, anecdotal evidence, when tested, does not prove to be accurate.

## VI. THE ARTICLES AND STUDIES CITED IN THE MARKETING FOR *THE DOCTOR'S GUIDE* DO NOT PROVIDE COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE DIABETES CLAIMS

47. I reviewed the articles and studies cited in the marketing for *The Doctor's Guide* to determine whether they provide competent and reliable scientific evidence for the diabetes claims. Based on my review and knowledge, I conclude that they do not provide competent and reliable scientific evidence for those claims. I address each claim and the corresponding evidence cited in the marketing below.

### A. STUDIES CITED IN MARKETING DO NOT PROVIDE COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR CLAIMS THAT TYPE 2 DIABETES IS CAUSED BY NON-IONIZING RADIATION

48. In the Gerhauser Video and Video Transcript, the Reverse Diabetes Defendants claim that Non-Ionizing Radiation from everyday electronic devices is a "hidden" cause for type 2 diabetes. They also state that once patients "discover this 'hidden' cause of diabetes" and follow their protocol to erase it, patients will not have to worry about what foods like burgers, fries, apple pie, ice cream, and chocolate fudge will do their blood sugar as their "blood sugar will fall back into the normal range." The Reverse Diabetes Defendants cite certain research in support of this claim. I have reviewed this research and conclude that none of the cited support constitutes competent and reliable scientific evidence for the claim that Non-Ionizing Radiation causes type 2 diabetes.

19

**FTC Ex. 121 - Burant Report**

49.    The Reverse Diabetes Defendants first refer to a "small study in the back of a well-known medical journal," which they explain discusses "the Amish and how –despite diabetes skyrocketing around the [United States]—the Amish are practically 'diabetes proof.'" The marketing does not identify the source of this article or provide any other information to locate it.  However, I conducted an independent literature search focusing on research related to type 2 diabetes and Amish populations.  Based on this independent search, the reliable evidence indicates that (a) Old World Amish have a distinct genetic make-up which may lead to their lower rate of diabetes[23] and (b) while older Amish individuals have a similar obesity rate as other Europeans, Amish children ages 8-19 years old are less likely to be overweight and are more active than non-Amish children, suggesting a later onset of obesity in the Amish population which may play a role in the reduction in the rate of type 2 diabetes in the population.[24]  This evidence is consistent with what is generally understood to be risk factors for the development of type 2 diabetes – obesity and genetics.  I have found no studies concluding that the Amish are "diabetes proof."

50.    The Gerhauser Video and Video Transcript also cites research from what they call a "leading health journal," *Informa Healthcare*, which they claim "has confirmed a shocking, 'hidden' cause of Type II Diabetes."   The Reverse Diabetes Defendants state that this research reports that "many modern-day devices like your TV, your cell phone, even the computer screen you're watching now…can slowly and silently – cause Type II Diabetes;" and that this study "confirms" that NIR exposure could be the reason why Type II diabetes is on the rise in the United States.  While the marketing does not identify the specific article(s) or research from *Informa Healthcare* they are relying on to support this claim, I conducted an independent literature search focusing on research published by *Informa Healthcare* and identified an article

20

**FTC Ex. 121 - Burant Report**

entitled, *Electromagnetic Hypersensitivity:  Biological Effects of Dirty Electricity with Emphasis on Diabetes and Multiple Sclerosis* ("*Electromagnetic Hypersensitivity*") published by *Informa Healthcare*.[25]  Based on the Reverse Diabetes Defendants' description, I believe the cited article to be the *Electromagnetic Hypersensitivity* article I found in my literature search.  I have reviewed this article and conclude that it has no scientific validity, and it does not constitute competent and reliable scientific evidence for the claim that Non-Ionizing Radiation or electronic devices "cause" type 2 diabetes.

51.    The *Electromagnetic Sensitivity* article does not present any results from even a single randomized, double-blind, placebo-controlled, human clinical trial as required to meet the criteria for competent and reliable scientific evidence.  Instead, it presents two anecdotes about a type 1 diabetic and, separately, a type 2 diabetic that claimed that their blood glucose control improved following reduced exposure from "dirty electricity."  Because the diabetes claims the FTC asked me to review do not address type 1 diabetes, the anecdote about the subject with type 1 diabetes is not relevant.  With respect to the type 2 diabetic, the subject reported improved blood glucose levels after reduced exposure from "dirty electricity."  However, as explained above, anecdotal evidence is not reliable and cannot be generalized to the public at large.  Moreover, the article does not make any conclusions to support the notion that a non-diabetic can *become* diabetic by exposure to electronic devices since the subject observed in the *Electromagnetic Sensitivity* article had diabetes at both the beginning and end of the observational study.  In addition, there is no information provided about the subject's diet such as whether it was controlled throughout the periods of "dirty electricity" exposure.  In addition, the subject's HbA1c levels and supposed "exposure to dirty electricity" were self-reported, which is unreliable for the purposes of evaluating clinical data in this context.  In sum, an

**FTC Ex. 121 - Burant Report**

anecdote about a single type 2 diabetic, whose diet and medical history is unknown, who self-reported reduced HbA1c levels, and who appeared to remain diabetic at the conclusion of the "observation" amounts to mere conjecture and does not constitute competent and reliable scientific evidence that Non-Ionizing Radiation causes type 2 diabetes.

52.     The Gerhauser Video and Video Transcript also includes the following side-by-side graphs showing the rising diabetes rate and the rise in electronic devices.  These graphs appear to be provided as proof that the rise in electronic devices is responsible for the rising diabetes rate.



However, these graphs are incomplete and do not constitute competent and reliable scientific evidence for the claim that Non-Ionizing radiation, or electronic devices, causes type 2 diabetes. As evidenced by the image above, the graphs are not depicted with the respective time periods for the corresponding data.  In fact, complete versions of the graphs, which are provided in *The Doctor's Guide,* show that the graphs depicting the rise in diabetes rate (between 1958 and 2015) and the rise in electronic devices (between 2016 and 2021) are likely from different time periods. Based on the data reported in *The Doctor's Guide*, it is clear that the rise in diabetes predates the rise in electronic device usage in the United States.  Therefore, this data does not provide any support for the notion that diabetes is caused by electronic devices.

**FTC Ex. 121 - Burant Report**

53.     In the Gerhauser Video and Video Transcript, the Reverse Diabetes Defendants also state that "NIR turns perfectly healthy children into Type II Diabetics."  In support of this claim, this marketing cites a study from the *International Journal of Environmental Research and Public Health*.  While the marketing does not identify the specific article(s) or research from the *International Journal of Environmental Research and Public Health* they are relying on to support this claim, I conducted an independent literature search focusing on research published by this journal and identified an article entitled *Association of Exposure to Radio-Frequency Electromagnetic Field Radiation (RF-EMFR) Generated by Mobile Phone Base Stations with Glycated Hemoglobin (HbA1c) and Risk of Type 2 Diabetes Mellitus*. ("*RF-EMFR and Risk of Type 2 Diabetes*").[26]  Based on the Reverse Diabetes Defendants' description, I believe the cited article to be the *RF-EMFR and Risk of Type 2 Diabetes* article I identified.

54.     I have reviewed this article and conclude that it also does not constitute competent and reliable scientific evidence for the claim that type 2 diabetes is caused by Non-Ionizing Radiation, or for the claim that Non-Ionizing Radiation turns "healthy" children into type 2 diabetics.

55.     This article reports on a study of 159 students in Saudi Arabia who attended two different schools.  According to the article, the students at one school were exposed to more Radio-Frequency Electronic Field Radiation (RF-EMFR), a measure of Non-Ionizing Radiation, than the students at another school.  After reviewing the subjects' glucose levels at the conclusion of the study, the article concludes that living near a RF-EMFR emitting tower has an impact on glucose levels.

56.     However, this article does not constitute competent and reliable scientific evidence for the claim that NIR causes type 2 diabetes.  This is an observational study.  It does

**FTC Ex. 121 - Burant Report**

not present any results from even a single randomized, double-blind, placebo-controlled, human clinical trial as required to meet the criteria for competent and reliable scientific evidence.

57.    In addition, there are several flaws in the analysis and design.  The most egregious error is in the statistical analysis.  They claim a "significantly impaired HbA1c" in students from the school with the highest RE-EMFR exposure.  I recalculated the statistic from their data and the differences were not, in fact, statistically significant.  In fact, the mean values are within the normal range for both groups of subjects.  The study also suggests that there are statistically more individuals with "prediabetes" in the high exposure school using a cutoff of >5.6% in HbA1c as abnormal.  However, there are no normative values for abnormal HbA1c in children.  In addition, they report values of HbA1c to 3 decimal places, implying an extremely accurate measurement of HbA1c.  To my knowledge, no HbA1c assay has this accuracy.  More likely, this indicates that the researchers are very naïve or sloppy in data analysis, which reduces the confidence in the results.  The design of this study was also flawed because the enrollment of the subjects was apparently arbitrary, as there were no strict inclusion or exclusion criteria:  There is no information provided about whether the subjects were diabetic before participating in this observational study or about their family history or other factors relevant to a study focused on diabetes.  Finally, the variability of RF-EMFR (a measure of NIR) measured in the schools was not presented nor was the potential day-to-day variation presented.  One must know the variation in these measurement in order to truly understand if the exposure was the same over a long period of time or if the measurement was a 'one-off' occurrence.

58.    For the reasons provided in paragraphs 55-57, I conclude that the studies in the marketing do not constitute competent and scientific evidence for the claims that NIR causes type 2 diabetes.

**FTC Ex. 121 - Burant Report**

59.     I understand based on the marketing that the Reverse Diabetes Defendants also claim that Non-Ionizing Radiation blockers or certain paints and devices that may serve to block "radiation" in the home can prevent type 2 diabetes.  The marketing does not identify any scientific support for this claim in the marketing that I reviewed.  As discussed in paragraph 71 below, I also have found no competent and reliable scientific evidence supporting this claim in my independent scientific literature search.

**B.     STUDIES CITED IN MARKETING DO NOT CONSTITUTE COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE CLAIMS THAT "HIMALAYAN SILK," "EPSOM BLUE," AND "CHROMANITE" CAN EITHER ALONE OR IN COMBINATION CURE, TREAT, OR MITIGATE TYPE 2 DIABETES IN 28 DAYS**

60.     The Reverse Diabetes Defendants claim that their three-step protocol, which involves treatment using supplements they call "Himalayan Silk," "Epsom Blue," and "Chromanite" (mulberry, magnesium, and chromium), will reverse type 2 diabetes in 28 days. The Reverse Diabetes Defendants cite certain research in support of this claim in the marketing that I reviewed.  However, none of this research studied the effects of the combined treatment of mulberry, magnesium, and chromium.  As explained in paragraph 42, a multicomponent treatment must be studied using all ingredients and components to constitute competent and reliable scientific evidence that the treatment is effective to treat type 2 diabetes.  Nevertheless, I reviewed the research cited by the Reverse Diabetes Defendants to determine whether it provides any competent and reliable scientific evidence that the individual components — mulberry, magnesium, or chromium — could cure, treat or mitigate type to diabetes in 28 days.  Based on my review and knowledge, I conclude that none of the cited support constitutes competent and reliable scientific evidence for this claim.

61.     In the Gerhauser Video and Video Transcript, the Reverse Diabetes Defendants state that "Himalayan Silk," which the *Doctor's Guide* reveals to be mulberry, "activates the

25

**FTC Ex. 121 - Burant Report**

pancreas," allowing it to pump insulin into the blood stream, "cleans out excess sugar," and "completely revers[es] Type II diabetes in just 28 days." In support of this claim, the marketing refers to a 2001 study from the University of Kansas. In addition, in an email advertisement I reviewed entitled "Shocking new 'protocol' reverses Type II Diabetes in 28 days," the Reverse Diabetes Defendants state the following about the protocol: "Can this new treatment really reverse Type II Diabetes in 28 days? Without diet, exercise, or a single drug? Sure, it sounds impossible…But, according to a new study from the University of Kansas, its true…."

62.     While the marketing does not identify the specific article(s) or research from the University of Kansas they are relying on to support this claim, I identified an article entitled *Effect of mulberry (Morus indica L.) therapy on plasma and erythrocyte membrane lipids in patients with type 2 diabetes*.[27] Based on the Reverse Diabetes Defendants' description, I believe this to be the article from the University of Kansas identified in the Gerhauser Video and Video Transcript. I have reviewed this article and conclude that it does not constitute competent and reliable scientific evidence for the claim that mulberry can "completely reverse type 2 diabetes in 28 days" or that it can cure, treat, or mitigate type 2 diabetes in 28 days, or at all.

63.     In this study, 24 type 2 diabetics were randomized into two treatment groups — one group was treated with mulberry and the other was treated with the drug glibenclamide. The study had several flaws. First, it was not double-blind, as study participants were not blinded to the regimen. The duration of the study (just 30 days) was also insufficient to show a significant change in blood glucose levels. Among other errors, the analysis was inappropriate and unreliable, as it relied on a differences in nominal significance (DINS) error to compare the study groups, an error that as explained above in paragraph 44 can result in false positive results. In addition, the weight of the individuals was not assessed. The number of tablets given to the

26

**FTC Ex. 121 - Burant Report**

intervention group alone could have affected their weight, which in turn could have affected their respective blood sugar levels.

64.     In the Gerhauser Video and Video Transcript, the Reverse Diabetes Defendants also state that "Epsom Blue," which the *The Doctor's Guide* reveals to be magnesium, "binds to the insulin receptors in cells" and is the "key" that unlocks the insulin receptors in the body, forcing them to open up and accept sugar again.  They claim that a recent study published in *Diabetes, Obesity, and Metabolism* showed that Epsom Blue significantly increased insulin sensitivity, lowered fasting glucose and HbA1C levels.  While the marketing does not identify the specific article(s) or research from *Diabetes, Obesity, and Metabolism* they are relying on to support this claim, I conducted an independent literature search and identified an article entitled *Oral magnesium supplementation reduces insulin resistance in non-diabetic subjects – a double-blind, placebo-controlled, randomized trial.*[28]  Based on the Reverse Diabetes Defendants' description, I believe this to be the article from *Diabetes, Obesity, and Metablism* identified in the Gerhauser Video and Video Transcript.  I have reviewed this article and conclude that it does not constitute competent and reliable scientific evidence for the claim that magnesium can cure, treat, or mitigate type 2 diabetes in 28 days, or at all.

65.     The study has several errors.  In this study, overweight, *non-diabetic* individuals were provided magnesium-aspartate mix (365mg/day) for 6 months.  While the study showed a small decrease in measures of insulin resistance, it does not conclude or support the claim that magnesium can cure patients *with diabetes*.  Moreover, the statistical tool used is invalid — again, the study relies on a data analysis error using the 'difference of a difference' (see explanation of "differences in nominal significance" [DINS] error" in paragraph 44 above) to draw conclusions.  In addition, the study does not report any statistically significant change in

27

**FTC Ex. 121 - Burant Report**

the fasting glucose and HbA1c results from the treatment. As stated in paragraph 35, a treatment must be effective at lowering HbA1c levels to be considered efficacious for the treatment of type 2 diabetes.

66.    In the Gerhauser Video and Video Transcript, the Reverse Diabetes Defendants state that "Chromanite," which *The Doctor's Guide* reveals to be chromium, "activate[s] the insulin receptors" in the body, and forces cells to open up and accept insulin. They also state that chromium "supercharge[s] the results" patients can get from mulberry and magnesium. In support of this claim, they rely on a single rat study on chromium, which they say concluded that "rats who ate less Chromanite…all went on to develop diabetes" and when chromium was added back into the rats' diets, "their **diabetes disappeared overnight**." While the marketing does not identify the specific article(s) or research they are relying on to support this claim, I know that this study does not constitute competent and reliable scientific evidence for the claim that chromium cures, treats, or mitigates type 2 diabetes in 28 days, or at all because, as explained above, clinical trials must use human subjects to be competent and reliable scientific evidence because animal data cannot always be extrapolated to humans.

67.    In the Gerhauser Video and Transcript, the Reverse Diabetes Defendants also state that doctors at the Health Sciences Center in Louisiana tested chromium and found that patients taking chromium saw a 30% improvement in insulin sensitivity. While the marketing does not identify the specific article(s) or research from the Health Sciences Center in Louisiana they are relying on to support this claim, I conducted an independent literature review and identified a study titled, *Effect of chromium dinicysteinate supplementation on circulating levels of insulin, TNF-a, oxidative stress, and insulin resistance in type 2 diabetic subjects: randomized, double-blind, placebo-controlled study*.[29]  Based on the Reverse Diabetes

28

**FTC Ex. 121 - Burant Report**

Defendants' description of this article, I believe this to be the study identified in the Gerhauser Video and Video Transcript.

68.     I have reviewed this study and conclude that it too does not constitute competent and reliable scientific evidence for the claim that chromium can cure, treat, or mitigate type 2 diabetes in 28 days, or at all.  In this study, 43 type 2 diabetics who were treated with metformin were randomized placebo, chromium picolinate (400 ug chromium), or Chromium dinicocysteinate (CDNC) a chromium complex consisting of chromium, niacin, and L-cysteine (400 ug chromium) for 3 months.  However, the study relies on an invalid differences in nominal significance error[22] which as, I have explained above, makes the results unreliable.

69.     In addition to the studies and articles referenced above, the marketing for *The Doctor's Guide* refers to certain unattributed research or studies in support of its diabetes claims. In an email dated December 5, 2018, Dr. Gerhauser states that his recently-discovered "at-home" treatment for Type 2 diabetes has "nothing to do" with diet or exercise, and does not involve drug treatment, but is "scientifically proven to reverse every symptom of your diabetes in 28 days."  The e-mail goes to state that there is "rock-solid proof" and "decades of peer-reviewed scientific studies (including one that showed a 100% success rate)" in support of his treatment. However, the email does not identify any sources for this scientific research and I have confirmed that none of the studies cited and evaluated above provide competent and reliable scientific evidence establishing that the treatment described in the marketing for *The Doctor's Guide* is "scientifically proven," or based on "decades of peer-reviewed scientific studies" or supported by a 100% success rate.  Moreover, as described below in paragraph 71, I have found no competent and reliable scientific evidence in my independent literature search to support this claim.

29

**FTC Ex. 121 - Burant Report**

## VII.   REVIEW OF SCIENTIFIC LITERATURE REGARDING NON-IONIZING RADIATION, MULBERRY, MAGNESIUM, AND CHROMIUM

70.     In addition to reviewing the studies referenced above, I have conducted an independent search of the relevant scientific literature to determine whether any studies provide scientific support for the diabetes claims.  I have also reviewed the studies referenced in *The Doctor's Guide* (when they could be located) to determine whether they provide competent and reliable scientific evidence for the diabetes claims.  While *The Doctor's Guide* does not specifically identify any of the studies they cite, I was able to locate what I believe to be their cited support based on their descriptions during my independent literature search.

71.     In my independent literature search and my review of *The Doctor's Guide*, I found no clinical trials, preliminary studies, or even anecdotal reports that has tested the three-step protocol described in that marketing.  Because there is no research testing the effectiveness of the protocol described —the combined treatment of mulberry, magnesium, chromium, and Non-Ionizing Radiation blockers — there is no competent and reliable scientific evidence for the claims that this protocol cures, treats or mitigates type 2 diabetes at all, much less in 28 days (*see* paragraph 42).  I have also found no clinical trials, preliminary studies, or anecdotal reports testing just the dietary supplements portion of the protocol — the combined treatment of mulberry, magnesium, and chromium.  Thus, there is also no competent and reliable scientific evidence for the claim that these three items can together cure, treat, or mitigate type 2 diabetes in 28 days, or that this protocol is "scientifically-proven."

72.     In addition, based on my literature search and my review of the research cited in *The Doctor's Guide*, I conclude that there is no competent and reliable scientific evidence that *any* treatment plan, outside of the well-recognized and scientifically supported options of

30

**FTC Ex. 121 - Burant Report**

bariatric surgery, extreme and expeditious weight loss, or medication, can cure, treat, or mitigate type 2 diabetes in 28 days.

73.    Based on my literature search and on my review of the studies provided in *The Doctor's Guide*, I conclude that there is no competent and reliable scientific evidence for the claim that NIR causes type 2 diabetes. The research provided in *The Doctor's Guide*, outlined below, does not constitute competent and reliable scientific evidence for this claim.

a)    In the *Doctor's Guide*, the Reverse Diabetes Defendants cite a review article from the *Journal of Biology and Medicine* entitled *Historical evidence of electrification caused the 20th century epidemic of "diseases of civilization"*[30] which referenced a study (Havas M, 2006. Electromagnetic hypersensitivity: biological effects of dirty electricity with emphasis on diabetes and multiple sclerosis. Electromagnetic Biology and Medicine, 25: 259–268) suggesting that NIR is associated with many of the diseases of "modern society." This paper confuses association with causation. This hypothesis amounts to nothing more than an observation of association, and not a conclusion of causation, and there is no biological possibility for NIR to have such an effect. Indeed, this study was criticized for these precise reasons by two respondents who note that association is not causation.[31-32]

b)    The *Doctor's Guide* also claims that a "growing number of studies have found that the dirty electricity emitted by [electric and magnetic fields ("EMFs")] increases plasma glucose levels, decreases insulin secretion, and reduces the ability of insulin to bind to certain cells in the body." But, the Reverse Diabetes Defendants support this claim only with anecdotal case studies,[25] not clinical trials. The case studies are poorly executed and have no scientific validity. There was no control and the

31

**FTC Ex. 121 - Burant Report**

subjects were not blinded and "knew" that their blood sugar levels "should" be better in the "clean" environment, which could affect their behavior and blood glucose control.

74.     Based on my literature search, I also conclude that there is no competent and reliable scientific evidence for the claim that mulberry or "Himalayan Silk" can cure, treat or mitigate type 2 diabetes in 28 days.

75.     *The Doctor's Guide* does not supply any competent and reliable scientific evidence for this claim either as their cited support is flawed.

a)     *The Doctor's Guide* first relies on the same article that appears in their marketing-- *Effect of mulberry (Morus indica L.) therapy on plasma and erythrocyte membrane lipids in patients with type 2 diabetes.*  As explained in paragraphs 62-63, this article does not constitute competent and reliable scientific evidence for the claim that mulberry can cure, treat, or mitigate type 2 diabetes in 28 days.

b)     Next, *The Doctor's Guide* points to another study that compared 10 people with type 2 diabetes with 10 people without diabetes and treated both groups with mulberry.[33]  The study concluded, "mulberry STOPPED the rise in blood glucose." However, contrary to the claim that "mulberry STOPPED the rise in blood glucose," there were rises in glucose levels in both groups, with a small decrease in the mulberry co-administration with glucose.  This small study and one-time test does not constitute competent and reliable scientific evidence for the claim that mulberry can cure, treat or mitigate diabetes.

c)     The Reverse Diabetes Defendants also claim in *The Doctor's Guide* that another study found similar results.  This study tested glucose "area under the curve," a measure of glucose levels in the blood, following consumption of 50 g of sugar.[34]  This

32

**FTC Ex. 121 - Burant Report**

was decreased by 14% when the participants consumed 250 mg of a proprietary extract of mulberry, which was statistically different than that seen in the placebo group. While this suggests a difference in absorption, this study does not test this preparation's ability to affect glucose levels in diabetics.

d)      The Reverse Diabetes Defendants also rely on a study from the University of Mississippi, which treated a small group of subjects for 3 months with 1 gm of mulberry extract.[35] However, there was no reported improvement in the subjects' HbA1c levels, the standard used to test the efficacy of a diabetes intervention.

76.      Based on my literature search, I also conclude that there is no competent and reliable scientific evidence to substantiate the claim that magnesium or "Epsom Blue" can cure, treat, or mitigate type 2 diabetes in 28 days. A systematic review of the literature using "metaanalysis" (a statistical technique that attempts to combine various individual study findings to provide improved statistical "power" to find significance in data sets) on magnesium and diabetes was published in 2016 and concluded that magnesium had little or no effect on type 2 diabetes using the standard of a reduction in HbA1c.[36] While the relevant scientific literature suggests that those with a higher magnesium intake may be at a lower risk of diabetes, there is no evidence that there is widespread deficiency of magnesium in individuals with type 2 diabetes such that this would be considered an effective treatment, much less constitute a cure, mitigating factor, or effective treatment in 28 days.

77.      *The Doctor's Guide* also does not supply any competent and reliable scientific evidence for the claim that magnesium can cure, treat, or mitigate type 2 diabetes in 28 days either:

33

**FTC Ex. 121 - Burant Report**

a)        *The Doctor's Guide* cites a study from Harvard University, which showed an epidemiological association between estimated dietary intake of magnesium and the development of type 2 diabetes.[37]  Epidemiological studies are not clinical trials and thus cannot provide competent and reliable scientific evidence for claims about a treatment's effect on type 2 diabetes.  Epidemiological studies like this one are focused on looking for associations and are not conducted in environments that are sufficiently controlled to serve as competent and reliable scientific evidence for such a claim.  While the study showed an epidemiological association between magnesium and diabetes, an association cannot prove causation.  There may be many other factors that coincide with estimated magnesium intake and diabetes development such as foods with higher (or lower) magnesium, which could be contributing to the finding.  An editorial accompanying this paper has detailed these concerns.[38]  In sum, a study's conclusion of an association between magnesium consumption and the development of type 2 diabetes is insufficient to support the claim that magnesium is an effective treatment for type 2 diabetes, or can cure, treat, or mitigate type 2 diabetes in 28 days.

b)        *The Doctor's Guide* also cites another epidemiological study[39] that compared the relationship of estimated intake of magnesium and the risk of diabetes and concluded that there was such a relationship.  However, as described above, this is epidemiological association, not evidence of causation, and does not address the primary claim that supplementation with magnesium can "reverse diabetes in 28 days."

78.    Based on my literature search, I also conclude that there is no competent and reliable scientific evidence to substantiate the claim that chromium or "Chromanite" can cure, treat or mitigate type 2 diabetes in 28 days.  The notion of chromium as a treatment for type 2

34

**FTC Ex. 121 - Burant Report**

diabetes originally arose from a finding of impaired glucose tolerance in a population in China that was found to be due to chromium deficiency. However, there is insignificant evidence of a systematic reduction in chromium in the vast majority of type 2 diabetics. Moreover, those individuals who suffer from diabetes from severe deficiency in chromium are generally not considered type 2 diabetics but rather chromium-deficient diabetics.

79.     The studies cited in *The Doctor's Guide* do not constitute competent and reliable scientific evidence for the claim that chromium can cure, treat, or mitigate type 2 diabetes in 28 days:

a)     *The Doctor's Guide* first refers to two rodent studies of chromium that they say showed that chromium improved blood sugar levels. As explained in paragraph 36, rodent studies cannot constitute competent and reliable scientific evidence.

b)     *The Doctor's Guide* also cites a case study from the 1970s where a patient with severe diabetes was allegedly given supplemental chromium for 2 weeks and showed improvement in blood sugar levels. While I was unable to identify this exact paper, a case study about a single diabetic is insufficient to constitute competent and reliable scientific evidence for the claim that chromium is effective treatment for type 2 diabetes.

c)     *The Doctor's Guide* also refers to a report from the Diabetes Council which they confirmed that 25-50 percent of the population is not getting enough chromium. I have not found this statement from the Diabetes Council. However, the Diabetes Council does not provide medical advice. Moreover, in relation to chromium and treatment of diabetes, the Diabetes Council's website reports that a meta-analysis of nine randomized, placebo-controlled, human clinical trials did <u>not</u> find that treatment of

**FTC Ex. 121 - Burant Report**

200-1000 mcg/day of chromium was effective in either reducing blood sugar levels or the HbA1c percentage (https://www.thediabetescouncil.com/can-chromium-help-with-diabetes/)

d)        *The Doctor's Guide* also refers to another study in a Chinese population where 180 patients with type 2 diabetes were divided into three treatment groups (placebo, 100mcg chromium, and 500 mcg of chromium twice a day) and concluded that the group taking the highest chromium dosage had significantly lower levels of HbA1c, glucose, insulin, and cholesterol.[40]  This study has several weaknesses including that data was completely eliminated from 25 of the 180 patients who either dropped out of the study or had missing data, and that while the subjects were on variable treatments prior to their enrollment in the study which continued throughout the duration of the study, the data was not assessed after adjusting for prior medication use.

e)        *The Doctor's Guide* also refers to an article from the Journal of American College of Nutrition which itself refers to a 1997 article reviewing the evidence as of that date for chromium and glucose metabolism.[41]  The article does not present any new primary data.  In any event, the article does not conclude that chromium can cure, treat, or mitigate type 2 diabetes in 28 days.

f)        *The Doctor's Guide* also refers to another study in which 72 patients with type 2 diabetes were initially randomized to either placebo or Brewer's yeast (containing chromium) and after 8 weeks were switched, with the placebo now consuming Brewer's yeast and the other group now taking placebo.  This was followed by another switch with another 8 weeks taking chromium chloride or placebo and a final switch were the groups then taking either placebo or chromium chloride.[42]  The study was randomized and

36

**FTC Ex. 121 - Burant Report**

blinded. However, the study did not conclude that chromium can cure, treat, or mitigate type 2 diabetes in 28 days. Moreover, the statistical analysis used was both poorly described and, as described, improper for the complex study's design. In addition, there were changes in medication in the study. Since changes in medication could result in changes in glucose levels, the medication changes need to be adjusted for in the final statistical analysis. These do not appear to have been taken into account.

g)    Finally, *The Doctor's Guide* refers to a study where scientists gave 400 mcg of chromium dinococysteinate to a group of diabetic patients for 90 days and reported better insulin production and lower blood sugar.[43] This study is severely flawed in that it uses a subset of data from an earlier study[29] (which is not mentioned in *The Doctor's Guide*). This is a dishonest use of data — such cherry-picking of data allows scientists to pick specific data to get a desired result — and disqualifies the second study from having any scientific value. Of note, the Reverse Diabetes Defendants does not report the findings from the earlier study, which showed <u>no difference in HbA1c in any of the groups</u>. The Reverse Diabetes Defendants claim that the study showed that "some of the participants were CURED of their diabetes." However, no subject was "cured," based on the data presented in the paper.

## VIII.    <u>CONCLUSION</u>

80.    In sum, based on my research and experiences relating to what experts in the field would consider competent and reliable scientific evidence as that term is defined above, it is my opinion that no competent and reliable scientific evidence exists to support the claims that (a) the protocol described in the marketing for *The Doctor's Guide* will cure, treat or mitigate type 2 diabetes or its symptoms in 28 days; (b) that supplements, "Himalayan Silk," "Epsom Blue," and

37

"Chromanite" can either alone or in combination cure, treat, or mitigate type 2 diabetes or its symptoms in 28 days; (c) that type 2 diabetes is caused by Non-Ionizing Radiation or exposure to electronic devices; (d) that consumers can prevent type 2 diabetes through the use of Non-Ionizing Radiation blockers, or by otherwise avoiding NIR; and (e) that the protocol described in the marketing for *The Doctor's Guide* is scientifically proven to cure, treat, or mitigate type 2 diabetes or its symptoms in 28 days.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *10/23/2019*

Charles F. Burant

38

**FTC Ex. 121 - Burant Report**

## References

1.      Whiting, D. R.; Guariguata, L.; Weil, C.; Shaw, J., IDF diabetes atlas: global estimates of the prevalence of diabetes for 2011 and 2030. *Diabetes Res Clin Pract* **2011,** *94* (3), 311-21.

2.      Katzmarzyk, P. T.; Powell, K. E.; Jakicic, J. M.; Troiano, R. P.; Piercy, K.; Tennant, B.; Physical Activity Guidelines Advisory, C., Sedentary Behavior and Health: Update from the 2018 Physical Activity Guidelines Advisory Committee. *Med Sci Sports Exerc* **2019,** *51* (6), 1227-1241.

3.      Meigs, J. B., The Genetic Epidemiology of Type 2 Diabetes: Opportunities for Health Translation. *Curr Diab Rep* **2019,** *19* (8), 62.

4.      DeFronzo, R. A., Pathogenesis of type 2 diabetes mellitus. *Med Clin North Am* **2004,** *88* (4), 787-835, ix.

5.      McIntyre, H. D.; Catalano, P.; Zhang, C.; Desoye, G.; Mathiesen, E. R.; Damm, P., Gestational diabetes mellitus. *Nat Rev Dis Primers* **2019,** *5* (1), 47.

6.      Kakoly, N. S.; Moran, L. J.; Teede, H. J.; Joham, A. E., Cardiometabolic risks in PCOS: a review of the current state of knowledge. *Expert Rev Endocrinol Metab* **2019,** *14* (1), 23-33.

7.      Buse, J. B.; Caprio, S.; Cefalu, W. T.; Ceriello, A.; Del Prato, S.; Inzucchi, S. E.; McLaughlin, S.; Phillips, G. L., 2nd; Robertson, R. P.; Rubino, F.; Kahn, R.; Kirkman, M. S., How do we define cure of diabetes? *Diabetes Care* **2009,** *32* (11), 2133-5.

8.      Chang, S. H.; Stoll, C. R.; Song, J.; Varela, J. E.; Eagon, C. J.; Colditz, G. A., The effectiveness and risks of bariatric surgery: an updated systematic review and meta-analysis, 2003-2012. *JAMA Surg* **2014,** *149* (3), 275-87.

9.      Batterham, R. L.; Cummings, D. E., Mechanisms of Diabetes Improvement Following Bariatric/Metabolic Surgery. *Diabetes Care* **2016,** *39* (6), 893-901.

10.     Secrest, M. H.; Udell, J. A.; Filion, K. B., The cardiovascular safety trials of DPP-4 inhibitors, GLP-1 agonists, and SGLT2 inhibitors. *Trends Cardiovasc Med* **2017,** *27* (3), 194-202.

11.     Gruss, S. M.; Nhim, K.; Gregg, E.; Bell, M.; Luman, E.; Albright, A., Public Health Approaches to Type 2 Diabetes Prevention: the US National Diabetes Prevention Program and Beyond. *Curr Diab Rep* **2019,** *19* (9), 78.

12.     Rendell, M., The path to approval of new drugs for diabetes. *Expert Opin Drug Saf* **2013,** *12* (2), 195-207.

13.     Gourgari, E.; Wilhelm, E. E.; Hassanzadeh, H.; Aroda, V. R.; Shoulson, I., A comprehensive review of the FDA-approved labels of diabetes drugs: Indications, safety, and emerging cardiovascular safety data. *J Diabetes Complications* **2017,** *31* (12), 1719-1727.

14.     Hadorn, D. C.; Baker, D.; Hodges, J. S.; Hicks, N., Rating the quality of evidence for clinical practice guidelines. *J Clin Epidemiol* **1996,** *49* (7), 749-54.

15.     Baribault, H., Mouse Models of Type 2 Diabetes Mellitus in Drug Discovery. *Methods Mol Biol* **2016,** *1438*, 153-75.

16.     Enck, P.; Bingel, U.; Schedlowski, M.; Rief, W., The placebo response in medicine: minimize, maximize or personalize? *Nat Rev Drug Discov* **2013,** *12* (3), 191-204.

17.     Day, S. J.; Altman, D. G., Statistics notes: blinding in clinical trials and other studies. *BMJ* **2000,** *321* (7259), 504.

18.     Julious, S. A., Sample sizes for clinical trials with normal data. *Stat Med* **2004,** *23* (12), 1921-86.

39

**FTC Ex. 121 - Burant Report**

19.     Skelin, M.; Lucijanic, T.; Amidzic Klaric, D.; Resic, A.; Bakula, M.; Liberati-Cizmek, A. M.; Gharib, H.; Rahelic, D., Factors Affecting Gastrointestinal Absorption of Levothyroxine: A Review. *Clin Ther* **2017,** *39* (2), 378-403.

20.     Seferovic, P. M.; Petrie, M. C.; Filippatos, G. S.; Anker, S. D.; Rosano, G.; Bauersachs, J.; Paulus, W. J.; Komajda, M.; Cosentino, F.; de Boer, R. A.; Farmakis, D.; Doehner, W.; Lambrinou, E.; Lopatin, Y.; Piepoli, M. F.; Theodorakis, M. J.; Wiggers, H.; Lekakis, J.; Mebazaa, A.; Mamas, M. A.; Tschope, C.; Hoes, A. W.; Seferovic, J. P.; Logue, J.; McDonagh, T.; Riley, J. P.; Milinkovic, I.; Polovina, M.; van Veldhuisen, D. J.; Lainscak, M.; Maggioni, A. P.; Ruschitzka, F.; McMurray, J. J. V., Type 2 diabetes mellitus and heart failure: a position statement from the Heart Failure Association of the European Society of Cardiology. *Eur J Heart Fail* **2018,** *20* (5), 853-872.

21.     Wu, P. S.; Lin, M.; Chow, S. C., On sample size estimation and re-estimation adjusting for variability in confirmatory trials. *J Biopharm Stat* **2016,** *26* (1), 44-54.

22.     Bland, J. M.; Altman, D. G., Comparisons against baseline within randomised groups are often used and can be highly misleading. *Trials* **2011,** *12*, 264.

23.     Rampersaud, E.; Damcott, C. M.; Fu, M.; Shen, H.; McArdle, P.; Shi, X.; Shelton, J.; Yin, J.; Chang, Y. P.; Ott, S. H.; Zhang, L.; Zhao, Y.; Mitchell, B. D.; O'Connell, J.; Shuldiner, A. R., Identification of novel candidate genes for type 2 diabetes from a genome-wide association scan in the Old Order Amish: evidence for replication from diabetes-related quantitative traits and from independent populations. *Diabetes* **2007,** *56* (12), 3053-62.

24.     Hairston, K. G.; Ducharme, J. L.; Treuth, M. S.; Hsueh, W. C.; Jastreboff, A. M.; Ryan, K. A.; Shi, X.; Mitchell, B. D.; Shuldiner, A. R.; Snitker, S., Comparison of BMI and physical activity between old order Amish children and non-Amish children. *Diabetes Care* **2013,** *36* (4), 873-8.

25.     Havas, M., Electromagnetic hypersensitivity: biological effects of dirty electricity with emphasis on diabetes and multiple sclerosis. *Electromagn Biol Med* **2006,** *25* (4), 259-68.

26.     Meo, S. A.; Alsubaie, Y.; Almubarak, Z.; Almutawa, H.; AlQasem, Y.; Hasanato, R. M., Association of Exposure to Radio-Frequency Electromagnetic Field Radiation (RF-EMFR) Generated by Mobile Phone Base Stations with Glycated Hemoglobin (HbA1c) and Risk of Type 2 Diabetes Mellitus. *Int J Environ Res Public Health* **2015,** *12* (11), 14519-28.

27.     Andallu, B.; Suryakantham, V.; Lakshmi Srikanthi, B.; Reddy, G. K., Effect of mulberry (Morus indica L.) therapy on plasma and erythrocyte membrane lipids in patients with type 2 diabetes. *Clin Chim Acta* **2001,** *314* (1-2), 47-53.

28.     Mooren, F. C.; Kruger, K.; Volker, K.; Golf, S. W.; Wadepuhl, M.; Kraus, A., Oral magnesium supplementation reduces insulin resistance in non-diabetic subjects - a double-blind, placebo-controlled, randomized trial. *Diabetes Obes Metab* **2011,** *13* (3), 281-4.

29.     Jain, S. K.; Kahlon, G.; Morehead, L.; Dhawan, R.; Lieblong, B.; Stapleton, T.; Caldito, G.; Hoeldtke, R.; Levine, S. N.; Bass, P. F., 3rd, Effect of chromium dinicocysteinate supplementation on circulating levels of insulin, TNF-alpha, oxidative stress, and insulin resistance in type 2 diabetic subjects: randomized, double-blind, placebo-controlled study. *Mol Nutr Food Res* **2012,** *56* (8), 1333-41.

30.     Milham, S., Historical evidence that electrification caused the 20th century epidemic of "diseases of civilization". *Med Hypotheses* **2010,** *74* (2), 337-45.

31.     Vocht, F.; Burstyn, I., Historical "evidence" that electrification caused the 20th century epidemic of diseases of civilization and the ecological fallacy. *Med Hypotheses* **2010,** *74* (5), 957-8.

32.    Gracia, M. C., Electrification may have induced civilization diseases through changes of lifestyle. *Med Hypotheses* **2010,** *74* (3), 615-6.

33.    Mudra, M.; Ercan-Fang, N.; Zhong, L.; Furne, J.; Levitt, M., Influence of mulberry leaf extract on the blood glucose and breath hydrogen response to ingestion of 75 g sucrose by type 2 diabetic and control subjects. *Diabetes Care* **2007,** *30* (5), 1272-4.

34.    Lown, M.; Fuller, R.; Lightowler, H.; Fraser, A.; Gallagher, A.; Stuart, B.; Byrne, C.; Lewith, G., Mulberry-extract improves glucose tolerance and decreases insulin concentrations in normoglycaemic adults: Results of a randomised double-blind placebo-controlled study. *PLoS One* **2017,** *12* (2), e0172239.

35.    Riche, D. M.; Riche, K. D.; East, H. E.; Barrett, E. K.; May, W. L., Impact of mulberry leaf extract on type 2 diabetes (Mul-DM): A randomized, placebo-controlled pilot study. *Complement Ther Med* **2017,** *32*, 105-108.

36.    Veronese, N.; Watutantrige-Fernando, S.; Luchini, C.; Solmi, M.; Sartore, G.; Sergi, G.; Manzato, E.; Barbagallo, M.; Maggi, S.; Stubbs, B., Effect of magnesium supplementation on glucose metabolism in people with or at risk of diabetes: a systematic review and meta-analysis of double-blind randomized controlled trials. *Eur J Clin Nutr* **2016,** *70* (12), 1354-1359.

37.    Lopez-Ridaura, R.; Willett, W. C.; Rimm, E. B.; Liu, S.; Stampfer, M. J.; Manson, J. E.; Hu, F. B., Magnesium intake and risk of type 2 diabetes in men and women. *Diabetes Care* **2004,** *27* (1), 134-40.

38.    Nadler, J. L., A new dietary approach to reduce the risk of type 2 diabetes? *Diabetes Care* **2004,** *27* (1), 270-1.

39.    Hruby, A.; Guasch-Ferre, M.; Bhupathiraju, S. N.; Manson, J. E.; Willett, W. C.; McKeown, N. M.; Hu, F. B., Magnesium Intake, Quality of Carbohydrates, and Risk of Type 2 Diabetes: Results From Three U.S. Cohorts. *Diabetes Care* **2017,** *40* (12), 1695-1702.

40.    Anderson, R. A.; Cheng, N.; Bryden, N. A.; Polansky, M. M.; Cheng, N.; Chi, J.; Feng, J., Elevated intakes of supplemental chromium improve glucose and insulin variables in individuals with type 2 diabetes. *Diabetes* **1997,** *46* (11), 1786-91.

41.    Anderson, R. A., Nutritional factors influencing the glucose/insulin system: chromium. *J Am Coll Nutr* **1997,** *16* (5), 404-10.

42.    Bahijiri, S. M.; Mira, S. A.; Mufti, A. M.; Ajabnoor, M. A., The effects of inorganic chromium and brewer's yeast supplementation on glucose tolerance, serum lipids and drug dosage in individuals with type 2 diabetes. *Saudi Med J* **2000,** *21* (9), 831-7.

43.    Saiyed, Z. M.; Lugo, J. P., Impact of chromium dinicocysteinate supplementation on inflammation, oxidative stress, and insulin resistance in type 2 diabetic subjects: an exploratory analysis of a randomized, double-blind, placebo-controlled study. *Food Nutr Res* **2016,** *60*, 31762.

41

**FTC Ex. 121 - Burant Report**

Additional materials considered [1-8]

1.      Wei, H.; Liu, S.; Liao, Y.; Ma, C.; Wang, D.; Tong, J.; Feng, J.; Yi, T.; Zhu, L., A Systematic Review of the Medicinal Potential of Mulberry in Treating Diabetes Mellitus. *Am J Chin Med* **2018,** *46* (8), 1743-1770.

2.      Russell, C. L., 5 G wireless telecommunications expansion: Public health and environmental implications. *Environ Res* **2018,** *165*, 484-495.

3.      Yilmaz, Z.; Piracha, F.; Anderson, L.; Mazzola, N., Supplements for Diabetes Mellitus: A Review of the Literature. *J Pharm Pract* **2017,** *30* (6), 631-638.

4.      Vincent, J. B., Effects of chromium supplementation on body composition, human and animal health, and insulin and glucose metabolism. *Curr Opin Clin Nutr Metab Care* **2019,** *22* (6), 483-489.

5.      Veronese, N.; Watutantrige-Fernando, S.; Luchini, C.; Solmi, M.; Sartore, G.; Sergi, G.; Manzato, E.; Barbagallo, M.; Maggi, S.; Stubbs, B., Effect of magnesium supplementation on glucose metabolism in people with or at risk of diabetes: a systematic review and meta-analysis of double-blind randomized controlled trials. *Eur J Clin Nutr* **2016,** *70* (12), 1354-1359.

6.      Veronese, N.; Demurtas, J.; Pesolillo, G.; Celotto, S.; Barnini, T.; Calusi, G.; Caruso, M. G.; Notarnicola, M.; Reddavide, R.; Stubbs, B.; Solmi, M.; Maggi, S.; Vaona, A.; Firth, J.; Smith, L.; Koyanagi, A.; Dominguez, L.; Barbagallo, M., Magnesium and health outcomes: an umbrella review of systematic reviews and meta-analyses of observational and intervention studies. *Eur J Nutr* **2019**.

7.      Mahboubi, M., Morus alba (mulberry), a natural potent compound in management of obesity. *Pharmacol Res* **2019,** *146*, 104341.

8.      Thaipitakwong, T.; Numhom, S.; Aramwit, P., Mulberry leaves and their potential effects against cardiometabolic risks: a review of chemical compositions, biological properties and clinical efficacy. *Pharm Biol* **2018,** *56* (1), 109-118.

**FTC Ex. 121 - Burant Report**

# ATTACHMENT 1

FTC Ex. 121 - Burant Report

# CURRICULUM VITAE

## Charles Francis Burant, M.D., Ph.D.

Robert C. and Veronica Atkins Professor of Metabolism
Professor, Internal Medicine, Division of Metabolism, Endocrinology, and Diabetes
Director, Taubman Medical Research Institute

Professor, Molecular & Integrative Physiology
Professor, Department of Nutritional Sciences, School of Public Health
Professor, School of Kinesiology

6903 Brehm Tower
1000 Wall St.
Ann Arbor, MI 48109-5678
Phone: 734-615-3481
E-Mail: burantc@umich.edu

## EDUCATION AND TRAINING

8/1975-5/1979 University of Wisconsin, Madison, Wisconsin; B.S. Biochemistry
6/1979-7/1981 University of Wisconsin, Madison, Wisconsin; M.S. Environmental Toxicology
7/1981-5/1987 Medical University of South Carolina, Charleston, S. Carolina; M.D. in Medicine
7/1981-5/1987 Medical University of South Carolina, Charleston, S. Carolina; Ph.D. in Molecular and Cellular Biology

## POSTDOCTORAL TRAINING

6/1987-6/1988 University of California, San Francisco, California; Internship in Medicine
6/1988-6/1989 University of California, San Francisco, California; Resident in Medicine
7/1989-6/1991 University of Chicago; Fellow in Endocrinology, Department of Medicine

## ACADEMIC, ADMINISTRATIVE AND CLINICAL APPOINTMENTS

7/1991-6/1992    Instructor, Department of Medicine, University of Chicago
7/1992-8/1998    Assistant Professor, Endocrinology Section, Department of Medicine, University of Chicago
8/1998-8/2001 Research Fellow and Director, Cell Biology, Head, Metabolic Diseases, Parke-Davis Pharmaceuticals, Ann Arbor, MI
4/1999-9/2001 Adjunct Assistant Professor of Medicine, University of Michigan
10/2001-5/2008    Associate Professor of Medicine, University of Michigan
10/2001-present    Adjunct Professor of Kinesiology, University of Michigan
1/2002-5/2006 Associate Professor of Molecular and Integrative Physiology, University of Michigan

1                           CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

7/2002-presentMember, Cell and Molecular Biology Training Program, University of Michigan
7/2004-presentProgram Director, Fellowship Program in Metabolic Diseases
7/2005-presentMember, Center for Computational Medicine and Biology
5/2006-presentProfessor of Internal Medicine and Molecular and Integrative Physiology
1/2006-presentDirector, Michigan Metabolomics and Obesity Center
1/2006-presentDirector, Michigan Metabolomics and Obesity Center
5/2006-presentRobert C. and Veronica Atkins Professor of Metabolism
12/2010-present        Professor, Department of Nutritional Sciences, UM School of Public Health

## CERTIFICATION AND LICENSURE

1988    National Board of Medical Examiners
1992    American Board of Internal Medicine
1993    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism
2000    American Board of Internal Medicine-renewal
2000    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism-renewal
2013    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism-renewal

## ACTIVE RESEARCH SUPPORT

R24 DK097153                    Burant (PI)              09/01/2012 – 07/31/2018
National Institutes of Health              $2,121,742 (Year 1 Costs, total direct costs
        $6,100,000)
**Michigan Regional Comprehensive Metabolomics Research Core**
This is a project to expand the metabolomics capabilities at the University of Michigan to become a
        national metabolomics resource.

1R01DK099034                    Burant (PI-MPI grant)    3/01/2013 – 02/28/2016
National Institutes of Health              Pending (Yearly Costs)
**Genotype-Phenotype relationships underlying aerobic capacity and metabolic health**
This project will use phenotypic and transcriptomics profiling along with genotyping to understand the
        genetics of enhanced aerobic capacity.

5U01DK062370                    Boehnke (PI)             01/01/2014 – 05/31/2019
National Institutes of Health              Pending (Yearly Costs)
**Identifying Genes for Type 2 Diabetes: FUSION**
The present proposal builds on a longstanding and productive collaboration between researchers in the
        USA and Finland to understand the genetic basis of type 2 diabetes, and to use this information
        to reveal disease mechanisms. In this proposal, we will continue to identify genetic loci that
        influence risk to type 2 diabetes and variability in diabetes-related quantitative traits, and
        increasingly focus on identifying the causal variants, genes and other functional units, and the
        mechanisms by which they act.
Role: Co-investigator

1R01DK104339-01
National Institutes of Health.          Tishkoff (PI)              10/01/2014 – 09/30/2019

2                              CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

**Integrative Nutrigenomic and Metabolomics Analyses of Africans with Variable Diets**
This project will examine the relationship between metabolome, genome and diet in cardiovascular risk
   factors in diverse African populations.
Role: Co-investigator


U2CES026553
National Institutes of Health.   Meeker (PI)          09/01/2015- 08/31/2019
**M-CHEAR: Michigan Children's Health Exposure Analysis Resource Laboratory Hub**
M-CHEAR will provide infrastructure and support to investigate the relationship between environmental
   exposures and health in the nation's children.
Role: Co-investigator, Director Untargeted Analysis Resource


U24 DK112342          Burant (PI-MPI grant with Jun Li)   12/01/2016 – 8/31/2022
National Institutes of Health.
**MiCAS-Michigan Chemical Analysis Element**
Role: Communicating Principal Investigator
The role of exercise in conferring health benefits will be examined by the Molecular Transducers of
   Physical Activity Consortium.  The MiCAS will perform small molecule analysis and lead data
   integration across sites.


No Identifier          Burant (PI-MPI grant with Rothberg and J Lumeng) 1/01/2017 – 12/31/2018
Taubman Medical Research Institute.
**Modulation of the Intergenerational Risk of Obesity-Pilot Phase**
Role: Communicating Principal Investigator
This grant supports the planning phase of an application that will assess the effectiveness of
   preconception weight loss to modulate the risk of obesity in children born to mothers with
   obesity.


# PENDING RESEARCH SUPPORT


National Institutes of Health.   Gao (PI-UT Houston)          06/01/2017 – 5/30/2022
**Diabetes Progression with Metabolomic and Genomic Profiling in Starr County Mexican**
   **Americans**
Role: Coinvestigator
This project will perform integrative analyses of this multi-omics datasets to understand dysregulation of
   metabolic pathways and their genomic underpinnings, leading to prediabetes, diabetes, and
   progression of the disease


# COMPLETED RESEARCH SUPPORT (within last 5 years)


UL1 RR024986          Shanley (PI)          06/01/2012 – 05/31/2017
National Institutes of Health          $7,658,028 (Yearly Costs)
**Michigan Institute for Clinical and Health Research (MICHR)**
Role: Associate Director, Director Pilot and Feasibility Grant Program

**FTC Ex. 121 - Burant Report**

R01 DK079084                          Burant (PI)              08/01/2007 – 01/31/2012
National Institutes of Health
**Using Systems Biology to Understanding Islet Adaptation and Failure**

R01 DK51563                           MacDougald (PI)          07/01/2006 – 06/31/2011
National Institutes of Health
**Regulation of adipocyte differentiation and metabolism**

R01 DK077200                          Burant (PI)              04/01/2008 – 04/30/2014
National Institutes of Health         $208,271 (Yearly Costs)
**Biology of Aerobic Capacity and Insulin Resistance**
The genomic and metabolomic profile in rats with different intrinsic running capacity will be assessed
    before and following exercise training and following caloric restriction.
Role: Principal Investigator

R01 DK088114                          Oral (PI)                02/05/2011 – 12/31/2015
National Institutes of Health
**Effects of Recombinant Human Leptin in Nonalcoholic Fatty Liver Disease (NAFLD)**
Role: Co-Investigator

DP3 DK094292                          Burant (PI, MPI Grant)   09/30/2011 – 08/31/2016
National Institutes of Health         $1,452,738 (Yearly Costs)
**Tissue-Specific Metabolic Reprogramming in Diabetic Complications**
Role: Principal Investigator

P30 DK089503-6                        Burant (PI)              07/01/2015 – 06/30/2020
National Institutes of Health
**Michigan Nutrition Obesity Research Center (Grant transferred to R. Seeley)**
Role: Principal Investigator

# HONORS AND AWARDS

1977    National Science Foundation - Undergraduate Research Award
1981-1987 Medical Scientist Training Program Award
1984    Alpha Omega Alpha National Medical Honor Society
1985    Welcome Trust Young Investigator Award
1985    Mead Johnson Award
1985    American Medical Association Award for Outstanding Research
1985    American Diabetes Association Award for Outstanding Research
1990-1991   Juvenile Diabetes Federation Fellowship
1991    Louis Block Award for Outstanding Young Faculty
1992-1995   American Diabetes Association Career Development Award
1994    Elected, Central Society for Clinical Research
1999    Fellow, American College of Endocrinology
2006    Endowed Chair, Robert C. and Veronica Atkins Professor of Metabolism

4                          CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

2008  Cure, Care and Commitment Award, American Diabetes Association, Michigan Affiliate
2011  A. Alfred Taubman Scholar
2015  Ad hoc member, President's Council of Advisors on Science and Technology
2016  American Association of Physicians

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

American Association for Advancement of Sciences
American Diabetes Association
Central Society for Clinical Investigation
American College of Physicians, Elected Member
American Association of Clinical Endocrinology
American Physiological Society
American Society for Nutrition
American Association of Physicians

## EDITORIAL POSITIONS, BOARDS AND PEER-REVIEW SERVICE

*Editorial Boards*
1994-1998    Editorial Board, Diabetes
1997-1999    Editorial Board, Peptide Therapy: Index and Reviews
1999-2007    Assistant Editor, Journal of Biological Chemistry
2000-2007    Associate Editor, American Journal of Physiology, Endocrinology and Metabolism
2011-2017    Associate Editor, Journal of Lipid Research
2016-        Associate Editor, Diabetes

*Study Sections*
1993            National Institutes of Health, Child Health Study Section (ad hoc)
1994-1995    Endocrinology Study Section (ad hoc)
1995            Metabolism Study Section (ad hoc)
1994-1996; 1998  NRSA Study Section
1997-2000    American Diabetes Association Research Grant Review
2001-2002    Chair, American Diabetes Association Grant Review Panel
2004    Center for Complementary and Alternative Medicine-NIH (ad hoc)
2004-2007    Integrative Physiology of Obesity and Diabetes Study Section-NIH
2010            Nutrition Obesity Research Center Review Panel-NIH
2011            Ad Hoc Special emphasis Review Panel-NIH
2011            Chair, Environmental Exposure and Metabolic Diseases Study
                 Section-NIH
2011-2017    Chair, Nutrition Obesity Research Centers Grant Review Study Section-NIH
2013            DP2 "Pioneer" Grant Panel
2013            CIDO Study Section
2016            Intramural Program Reviewer, National Institutes of Aging

*Other*
1999-2001    American Diabetes Association- Research Policy and Marketing Committee

5                                    CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

| | |
|---|---|
| 2001-2004 | American Diabetes Association- Annual Meeting Organizing Committee |
| 2003-present | Advisory Panel, National Diabetes Education Initiative |
| 2004-2007 | American Diabetes Association Research Policy Committees |
| 2004-2007 | American Diabetes Association Research Foundation Board of Directors |
| 2007-2009 | American Diabetes Association Oversight Committees |
| 2014-present | Chair, Executive Committee, Regional Comprehensive Metabolomics Resource Cores-NIH |
| 2017-present | Executive Committee, Molecular Transducers of Physical Activity-MIH |

## TEACHING

| | |
|---|---|
| 2005-2014 | Pre-clinical curriculum, 2d year Medical School.  Endocrinology Sequence Lectures.  Nutrition. |
| 2005-2014 | Pre-clinical curriculum, 2d year Medical School.  Gastroenterology Sequence Lectures.  Obesity. |
| 2005-2014 | Case discussions, Endocrinology for 2nd year Medical Students. |
| 2007-2008 | PIBS 507.  Introduction to Translational Research.  Sequence director. |
| 2008-present | PIBS 502. Endocrine Physiology |
| 2010-present | K-Award writing workshop director. |
| 2011-present | PIBS 555  Integrative Genomics |
| 2013-present | PIBS 610  Cellular Physiology |

### MENTORING

Ph.D. Thesis Advisor for Janet Daniels (nee Chen), Human Nutrition. Degree conferred 5-97 (Assistant Professor, Rensselaer Polytech Institute).

Ph.D. Thesis Advisor for Dawn Belt (MSTP), Pathology Graduate Program Degree Conferred 7-2001, (Assistant Professor, University of Wisconsin).

Ph.D. Thesis Advisor for William Chutkow (MSTP), Department of Biology and Molecular Biology. Degree Conferred 7-97 (Assistant Professor, Harvard Medical School).

Ph.D. Thesis Advisor for Joseph Dosch (MCB) 5-04- 5-10 (Post-doctoral Fellow, University of Michigan)

Ph.D. Thesis Advisor for Andrew Miller (Physiology) 6-06- 6/08 (University of Michigan, SPH)

Ph.D. Thesis Advisor for Katherine Overmyer (Physiology) 2009-2014

Ph.D. Thesis Advisor for Erin Shellman (Bioinformatics) 2009-2012 (Data Scientis, Zymergen, Inc.)

Ph.D. Thesis Advisor for Chanisa Thonusin (Molecular and Integrative Physiology (2012-2016)

M.S.  Thesis Advisor for Tanu Soni (Biostatistics) 2010-2012 (Research Statistician, University of Michigan)

Ph.D. Thesis Advisor for Mahmoud El-Azzouny (Chemistry) 2010-2013 (Assistant Professor, UM).

Ph.D. Thesis Advisor for Teal Guiduci (Statistics)  2014-present

Ph.D. Thesis Advisor for James Casey (Human Nutrition)  2015-present

Ph.D. Thesis Advisor for Jennifer LaBarre (Human Nutrition)  2016-present

Post-Doctoral Fellow Advisor for Janet Tobian, M.D., Ph.D.  1995-1998 (Vice President, Eli Lilly Co).

Post-Doctoral Fellow Advisor for Floris Bovelander, Ph.D.  1995-1998 (Owner, Bovelander Field Hockey Training Center (1996 Olympic Gold Medalist)).

6                                    CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

Post-Doctoral Fellow Advisor for Christopher Corpe, Ph.D. 1994-1998 (Senior Director, Nestle Research Institute).

Post-Doctoral Fellow Advisor for Xiangquan Li, M.D., Ph.D.  1998-2002 (Assistant Professor, Syracuse University).

Post-Doctoral Fellow Advisor for Lanjing Zhang, M.D., M.S.  2002-2006 (Clinical Assistant Professor of Pathology Robert Wood Johnson Medical School-UMDNJ).

Post-Doctoral Fellow Advisor for Angele Subauste, M.D.  2002-2006 (Assistant Professor of Internal Medicine, University of Mississippi).

Post-Doctoral Fellow Advisor for Ann Chang, M.D.  2001-2005 (Senior Director, Lilly Pharmaceuticals)

Post-Doctoral Fellow Advisor for Mary-Ann Huang, M.D.  2003-2005. (Director, Amylin Pharmaceuticals)

Post-Doctoral Fellow Advisor for Emilie Collins, M.D. (Private Practice, Grand Rapids, MI).  2005-2007

Post-Doctoral Fellow Advisor for Amy Rothberg, M.D  2007-2009 (Associate Professor of Internal Medicine University of Michigan)

Post-Doctoral Fellow Advisor for Julian Munoz, MD, Ph.D.  2009-2011 (Assistant Professor, University of South Carolina)

Post-Doctoral Fellow Advisor for Cristina Lara-Castro, M.D.  2008-2010 (Medicine Resident, Palmetto Health Systems, Columbia South Carolina)

Post-Doctoral Fellow Advisor for Charles Evans 2008-2010 (Assistant Professor, University of Michigan)

Post-Doctoral Fellow Advisor for Mahmoud el-Azzouny 2013-2017 (Agilent Technologies)

Post-Doctoral Fellow Advisor for Jacob Mahoney 2016-2017 (Post-Doctoral Fellow, Stanford University)

## COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

| | |
|---|---|
| 1995-1998 | Endocrine Fellowship Director, University of Chicago |
| 1996-1998 | Member, Animal Care and Usage Committee, University of Chicago |
| 1997-1998 | Chairman, Animal Care and Usage Committee, University of Chicago |
| 2002-2011 | Associate Director, Molecular Biology Core, Michigan Diabetes Research and Training Center |
| 2003-present | Advisory Panel, Michigan Diabetes Research and Training Center |
| 2004-present | Working Group, Michigan Comprehensive Diabetes Center |
| 2004-2010 | Director, Fellowship Program in Metabolic Diseases |
| 2005-present | Founding Director, University of Michigan Metabolomics and Obesity Center |
| 2005-present | Executive Committee, University of Michigan Translational Training Grant (K30) program |
| 2007-2008 | Search Committee, Chair, School of Public Health Human Nutrition Program |
| 2006-present | Associate Dean for Research (ORGS) Advisory Committee |
| 2007-2015 | CTSA grant review panel |
| 2007-2014 | Dean's Advisory Committee |
| 2008-2016 | Unified Curriculum Committee, Translational Research Training Program, CTSA |
| 2009-2012 | Founding Director University of Michigan Investigational Weight Management Clinic |

CFB    01/01/2018

**FTC Ex. 121 - Burant Report**

2009-2012          Basic Sciences Scholars Program Committee
2009-2013          Director, Post-doctoral Translational Scholars Program
2009-present       Executive Committee, MICHR Educational Committee
2010-present       Director, Michigan Nutrition Obesity Research Center (NIH-P30)
2011               ULAM Departmental Nomination Review Committee
2012    Chair, Department of Computational Medicine and Bioinformatics Search Committee
2012               Lead, Strategic Plan, 'Cure Obesity and Metabolic Diseases'
2011-2015          Associate Director, MICHR, Lead P/F Grant Program
2012-present       Director, Michigan Regional Comprehensive Metabolomics Resource Core
                     (NIH-R24)
2012-present       External Advisory Board, U. Washington Nutrition Obesity Research Center
2012-2015          Associate Director (P/F program) Michigan Institute for Clinical and Human
                     Research
2012-2015          Executive Committee, MICHR (CTSA)
2013-present       Oversight Committee, School of Public Health *Momentum* Center
2013-2014          Search Committee, Department of Human Nutrition, School of Public Health
2013-2014          Search Committee, Department of Computational Medicine and Bioinformatics
2014-2015          Search Committee, Exercise Science, School of Kinesiology
2014-present       External Advisory Board, IUPUI Bioengineering T32
2014-present       External Advisory Board, Boston Nutrition Obesity Research Center
2014-present.      Governance Committee, University of Michigan Central Biorepository
2016-present       Oversight Committee, Michigan Genetics Initiative
2016-present       External Advisory Board, Colorado Obesity Research Center
2017-present       Co-lead, MoTrPAC Executive Committee (NIH Consortium)

## CONSULTING POSITIONS

1997-2000          Parke-Davis Pharmaceuticals
1995-1997          Bristol-Meyers-Squibb
1995-1998          'E.R.' television series, NBC Television
2001-2015          Takeda Pharmaceuticals, North America, Scientific Advisory Board
2001-2006          Allergan Pharmaceuticals
2003-2007          Sankyo Pharmaceuticals
2004-2007          Concurrent Pharmaceuticals
2004-2007          Amylin, Scientific Advisory Board
2006-present       Zydus Pharmaceuticals, Scientific Advisory Board
2006-present       Metabolic Solutions Development Company, Scientific Advisory Board
2011-2012          Daiichi-Sankyo, Scientific Advisory Board
2011-present       Diapan Therapeutics, Scientific Advisory Board
2012-2014          GI-Dynamics, Scientific Advisory Board
2014-2015          Morgridge Institute, University of Wisconsin-Madison
2016-present       Johnson & Johnson

## PATENTS

Apolipoprotein B mRNA editing protein compositions and methods

CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

Patent number: 5550034
Method of treating fatty liver diseases and conditions in non-lipodystrophic subjects.
Patent number: 8501686

CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

# BIBLIOGRAPHY

*Peer-Reviewed Publications*

1.  Hsia, M.T.S. and Burant, C.F.  1979.  Preparation and spectral analysis of 3,3',4,4' tetrachloroazobenzene and the corresponding azo and hydrazo analogs.  J. Assoc. Off. Anal. Chem. 62:746.

2.  Hsia, M.T.S., Kreamer, B.L., Burant, C.F. and Treutelaar, M.K.  1980.  General health effects of prolonged exposure to 3,3'4,4'-tetrachloroazobenzene in rats. Drug and Chem. Toxicol. 3:47.

3.  Hsia, M.T.S., Burant, C.F., Kreamer, B.L. and Schrankel, K.R.  1982.  Thymic atrophy induced by acute exposure of TCAB and TCAOB in rats.  Toxicology 24:243.

4.  Burant, C.F. and Hsia, M.T.S.  1984.  Excretion and distribution of two occupational toxicants, tetracholoazobenzene and tetrachlorazoxybenzene in the rat.  Toxicology 29:243.

5.  Burant, C.F., Treutelaar, M.K., Landreth, G.E. and Buse, M.G.  1984.  Phosphorylation of insulin receptors solubilized from rat skeletal muscle.  Diabetes 33:704.

6.  Burant, C.F., Lemmon, S.K., Treutelaar, M.K. and Buse, M.G.  1984.  Insulin resistance of denervated rat skeletal muscle:  A model for impaired receptor-function coupling.  Am. J. Physiol. 247:E657.

7.  Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1986.  Diabetes induced structural and functional changes in insulin receptors from rat skeletal muscle.  J. Clin. Invest. 67:61.

8.  Burant, C.F., Treutelaar, M.K., Buse, M.G.  1986.  In vivo and in vitro activation of the insulin receptor kinase in control and denervated skeletal muscle.  J. Biol. Chem. 261:8985.

9.  Burant, C.F., Treutelaar, M.K., Block, N.E. and Buse, M.G.  1986.  Structural differences between liver- and muscle- derived insulin receptors.  J. Biol. Chem. 261:14301.

10. Burant, C.F., Treutelaar, M.K., Sens, D., Allen, K.D. and Buse, M.G.  1987.  Comparison of insulin and insulin-like growth factor-I receptors from rat skeletal muscle and L-6 myocytes.  Biochem. Biophys. Res. Comm. 147:100.

11. Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1988.  Tissue specific differences in the activation of the insulin receptor kinase in vivo and vitro.  Endocrinology 122:427.

12. Sowell, M.O., Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1988.  Minimal effects of phorbol esters on glucose transport and insulin sensitivity of rat skeletal muscles.  Diabetes 37:499.

13. Ganzler, T., Allen, K.D., Burant, C.F., Inabnett, T. Scott, A., Buse, M.G., Sens, D.A. and Garvin, A.J. 1988.  Detection of Type I insulin-like growth factor receptors in Wilms' Tumors.  Am. J. Pathol. 130:431.

14. Burant, C.F., Treutelaar, M.K., Peavy, D.E., Frank, B.H. and Buse, M.G.  1988.  Differential binding of monoiodinated insulin to muscle and liver derived receptors and activation of the receptor kinase.  Biochem. Biophys. Res. Comm. 152:1353.

CFB    01/01/2018

**FTC Ex. 121 - Burant Report**

15.   Buse, M.G., Burant, C.F. and Block, N.E.  1989.  Tissue specific differences in insulin receptor structure and function, in NORDISK Insulin Symposium #3; Genes and Gene Products in Development of Diabetes Mellitus-Basic and Clinical Aspects, Oslo, Norway.  Elsievier, Amsterdam.  pp. 205-224.

16.   Bell, G.I., Kayano, T., Buse, J.B., Burant, C.F., Takeda, J., Lin, D., Fukumoto, H. and Seino, S.  1990.  Molecular biology of mammalian glucose transporters.  Diabetes Care 13:198-208.

17.   Kayano, T., Burant, C.F., Fukumoto, H., Gould, G.W., Fan, Y-S., Eddy, R.L. Byers, M.G., Shows, T.B., Seino, S. and Bell, G.I.  1990.  Human Facilitative glucose transporters: isolation, functional characterization and gene localization of cDNAs encoding an isoform (GLUT5) expressed in small intestine kidney muscle and adipose tissue and an unusual glucose transporter pseudogene-like sequence (GLUT6).  J. Biol. Chem. 265:13276-13282.

18.   Nagamatsu, S., Kornhauser, J.M., Burant C.F., Seino, S., Mayo, K.E and Bell, G.I.  1991.  Glucose transporter expression in brain: cDNA sequence of mouse GLUT3, the brain facilitative glucose transporter isoform, and identification of sites of expression by in situ hybridization.  J. Biol. Chem. 267:467-472.

19.   Davidson, N.O., Hausman, A.M.L., Ifkovits, C., Buse, J.B., Gould, G.W., Burant, C.F. and Bell, G.I.  1992.  Expression of glucose transporters in human fetal and adult small intestine: Localization of the facilitative glucose transporter isoform, GLUT5, to the luminal surface of absorptive epithelial cells.  Am. J. Physiol. 262 (Cell Physiol. 31):C795- C800.

20.   Burant, C.F. and Bell, G.I.  1992.  Mammalian facilitative glucose transporters: Evidence for similar substrate recognition sites in functionally monomeric proteins.  Biochemistry 31:10414-10420.

21.   Burant, C.F., Takeda, J, Brot-Laroche, E., Bell G.I., and Davidson, N.O.  1992.  Fructose transporter in human spermatozoa and small intestine is GLUT5.  J. Biol. Chem. 267:14523-14526.

22.   Rand, E., DePaoli, A.M., Davidson, N.O., Bell, G.I., and Burant, C.F.  1993.  Sequence, tissue distribution and functional characterization of the rat fructose transporter, GLUT5.  Am. J. Physiol. 262 (Gastrointest. Liver Physiol 27):G1169-G1176.

23.   Teng, B., Burant, C.F. and Davidson, N.O.  1993.  Molecular cloning of an apolipoprotein B mRNA editing protein.  Science 260:1816-1819.

24.   Bell, G.I., Burant, C.F., Takeda, J. Gould, and G.W.  1993.  Structure and function of faciltiative sugar tranporters.  J. Biol. Chem. 268:19161-19164.

25.   Burant, C.F., DePaoli, A.M., Flink, S., Chen, J., Hediger, M., Buse, J.B. and Chang, E.B.  1994.  Small intestinal hexose transport in experimental diabetes: Increased transporter mRNA and protein expression in enterocytes.  J. Clin. Invest. 93:578-585.

26.   Giannoni, F., Bonen, D.K., Funahashi, T., Hadjuafapiou, C., Burant, C.F. and Davidson, N.O.  1994.  Induction of apolipoprotein B mRNA editing in human liver accompanied by secretion of apolipoprotein B48.  J. Biol. Chem. 269:5932-5936.

11                          CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

27. Burant, C.F. and Saxena, M.D. 1994. Rapid, reversible substrate regulation of fructose transporter (GLUT5) expression in rat small intestine and kidney. Am. J. Physiol. 267 (Gastrointes. Liver Physiol. 30):G71-G79.

28. Andersen, D.K., Ruiz, C.L. and Burant, C.F. 1994. Insulin regulation of hepatic glucose transporter protien is impaired in chronic pancreatitis. Ann. Surg. 219:679-687.

29. Hayashi, Y., DePaoli, A.M., Burant, C.F., and Refetoff, S. 1994. Expression of a thyroid hormone-responsive recombinant gene introduced into adult mice livers by replication-defective adenovirus can be regulated by endogenous thyroid homone receptors. J. Biol. Chem. 269:23872-23875.

30. Cho, J.H., Musch, M.W., DePaoli, A.M. Bookstein, C., Xie, Y., Burant, C.F., Rao, M., Chang, E.B. 1994. Glucocorticoids regulate NHE3, an apical sodium/hydrogen exchanger, in a regional and tissue specific manner. Am. J. Physiol. 267 (Cell Physiol.):C796-803.

31. Burant, C.F. and Davidson, N. O. 1994. Expression of GLUT3 glucose transporter isoform in rat testis: Site of expression, effect of diabetes and comparison to human testis. Am. J. Physiol. 267 (Regul. Integr. Comp. Physiol. 6). R1488-R1495.

32. Corpe, C. P. and Burant, C.F. 1996. Hexose transporter expression in rat small intestine: Effect of diet on diurnal variations. Am. J. Physiol. 271(Gastrointest. Liver Physiol. 34):G211-G216.

33. Sreenan, S., Sturis, J., Pugh, W., Burant, C.F. and Polonsky, K.S. 1996. Prevention of hyperglycemia in the Zucker Diabetic Fatty rat by treatment with metformin and troglitazone. Am. J. Physiol. 271(Endocrinol. Metab. 34):E742-E747

34. Chutkow, W.C., Simon, M.C., Le Beau, M.M. and Burant, C.F. 1996. Cloning, tissue expression and chromosomal localization of SUR2, the putative drug binding subunit of cardiac, skeletal muscle and vascular KATP channels. Diabetes 45:1439-1445.

35. Ghazzi, M., Antonucci, T., Driscoll, J., Huang, S., Gaja, B., Perez, J., Dandona, P., Wilson, M., McGill, J.B., Burant, C., Lang, R., Rao, R.H., Gorscan, J., Rendell, M., Mohiuddin, S., and Witcomb, R. 1997. Cardiac and glycemic benefits of troglitazone treatment in NIDDM. Diabetes 46:433-439.

36. Rumsey, S.C., Kwon, O., Xu, G., Burant, C. F., Simpson, I., and Levine, M. 1997. Glucose transporter isoforms GLUT1 and GLUT3 transport dehydroascorbic acid. J. Biol. Chem. 272:18982-18989.

37. Burant, C.F., Sreenan, S., Hirano, K., Chang, T., Lohmiller, J., Lukens, J. Davidson, N. Ross, S. and Graves, R. 1997. Troglitazone action is independent of adipose tissue. J. Clin. Invest. 100:2900-2909.

38. Buse, J.B., Gumbiner, B., Mathias, N., Nelson, D., Whitcomb, R., and the Troglitazone Study Group (C.F. Burant). Troglitazone reduces exogenous insulin dose in insulin treated type II diabetes patients. Diabetes Care. 21. 1455-1461.

39. Maggs, D.G., Buchanan, T.A., Burant, C.F., Cline, G., Gumbiner, B., Hsueh, W.A., Inzucchi, S., Kelly, D., Nolan, D., Olefsky, J.M., Polonsky, K.D., Silver, D., Valiquett, T.R. and Shulman, G.I. 1998. The metabolic effects of troglitazone in non-insulin dependent diabetes: a randomized, double-blind, placebo controlled trial. Ann. Int. Med. 128: 176-185.

12                              CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

40.    Corpe, C. P., Bovelander, F.J., Hoekstra, J. and Burant, C. F.  The control of GLUT5 expression by fructose occurs in mature enterocytes by diurnally influenced transcriptional  and post-transcriptional events.  Biochem. Biophys. Acta. 1402:229-238.

41.    Pohlenz, J., Rosenthal, I.M., Weiss, R.E., Jhiang, S.M., Burant, C.F. and Refetoff, S.  1998.  Congenital hypothyroidism due to iodide transport deffect caused by compound heterozygous mutations in the sodium/iodide symporter (NIS) gene.  J. Clin. Invest. 101:1028-1035.

42.  Chutkow, W.A., Michealski, J., Nelson, D.A., Fan, Z. and Burant, C.F.  1999.  Alternative Splicing of SUR2 regulates nucleotide sensitivity of KATP.  J. Biol. Chem. 274(19):13656-13665.

43.  Corpe, C.P., Hoekstra, H., and Burant, C. F.  1999.  Intestinal Fructose Adsorption, Clinical and molecular aspects.  J. Pediatr. Gastroenterol. Nutr. 28:364-374.

44.    Sreenan, S., Keck, S.A., Fuller, T.P., and Burant, C.F.  1999.  Troglitazone induced changes in substrate storage and metabolism in insulin resistant skeletal muscle. Am. J. Physiol. 276:E1119-1129.

45.    Corpe, C.P., Sreenan, S. and Burant, C.F.  2000.  Effects of type-2 diabetes and troglitazone on the expression patterns of small intestinal sugar transporters and PPAR-gamma in the Zucker diabetic fatty rat.  Digestion 63:116-123.

46.    Chutkow, W.A., Samuel, V., Hansen, P.A., Pu, J., Valdivia, C.R., Makielski, J.C., and Burant, C.F.  2001.  Disruption of SUR2-Containing $K_{ATP}$ Channels Enhances Insulin Stimulated Glucose Uptake in Skeletal Muscle.  Proc. Natl. Acad. Sci. (USA) 98:11760-11764.

47.    Sreenan SK, Zhou YP, Otani K, Hansen PA, Currie KP, Pan CY, Lee JP, Ostrega DM, Pugh W, Horikawa Y, Cox NJ, Hanis CL, Burant CF, Fox AP, Bell GI, Polonsky KS.  2001.  Calpains play a role in insulin secretion and action.  Diabetes 50:2013-2020.

48.    Corpe, C, Sreenan SK and Burant CF.  2001.  Effects of type-2 diabetes and troglitazone on the expression patterns of small intestinal sugar transporters and PPAR-gamma in the Zucker diabetic fatty rat.  Digestion 63:116-123.

49.    Watson, P.A., Nesterova, A., Burant, C.F., Klemm, D.J., and Reusch, J.E. 2001.   Diabetes-related changes in CREB content enhance smooth muscle cell proliferation and migration.  J. Biol. Chem. 276:46142-45150.

50.    Macchia, P.E., Jiang, P., Yuan, Y-D., Chandararadna, R.A.S., Weiss, R.E., Chassande, O., Samarut, J., Refetoff, S. and Burant, C.F.  2002.  RXR Receptor Agonist Suppression of Thyroid Function: Central Effects in the Absence of Thyroid Hormone Receptor.  Am. J. Physiol. (Endocrinol. Metab.) Am. J. Physiol. (Endocrinol Metab). 283:E326-31.

51.    Corpe, C.P., Bovelander, F.P., Munoz, C.M., Hoekstra, J.H., Simpson, I.A., Kwon, O., Levine, M. and Burant, C.F.  2002.  Cloning and functional characterization of the mouse fructose transporter, GLUT5.  Biochem. Biophys. Acta. 1576:191-7

52.    Chutkow, W.A., Pu, J., Wheeler, M.T., Wada, T., Makielski, J.C., Burant, C.F.* and McNally, E.M.* 2002.  Prinzmetal-like vasospasm, hypertension, and early death result from the absence of *Sur2* $K_{ATP}$ channels in mice. J. Clin. Invest. 110:203-208 *communicating authors.

13                                      CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

53.    Treutelaar, M.K., Skidmore J.M., Dias-Leme, C.L., Hara, M, Zhang, L., Simeone, D., Martin, D.M, and Burant, C.F.  2003.  Nestin-lineage cells contribute to microvasculature but not endocrine cells of the pancreatic islet.  Diabetes 52:2503-2512.

54.    Zhang, L., Zheng, F, Binkley, C., Giordano, T, Burant, C.F., Logsdon, C.D., and Simeone, D.M. 2004. Raf kinase inhibitory protein (RKIP) inhibits β Cell proliferation.  Surgery 136:708-15.

55.    Borer, K, Wuorinen, E., Chao, C. And Burant, C.F. Exercise energy expenditure is not consciously detected due to oro-gastric, not metabolic, basis of hunger sensation.  2005.  Appetite 45:177-181.

56.   Gerin, I, Dolinsky, V.W., Chiang, S-H., Burant, C.F., Steffensen, K.R., Gustafsson, J-A. and MacDougald, O.A.  2005.  LXRβ is required for adipocyte hypertrophy, glucose homeostasis and β-cell function in aged mice.  J. Biol. Chem. 280:23024-23031.

57.   Li, X., Hansen, P., Chandraratna, R.A.S., and Burant, C.F.  2005 . High affinity Retinoid X Receptor ligands decrease hepatic glucose production without peripheral insulin sensitization: antihyperglycemic effects in the absence of activation of the peroxisome proliferator-activated receptor γ-RXR heterodimer.  J. Biol. Chem. 280:38317-38327.

58.   Zhou, Y.-P., Madjidi, A., Johnson, J.H., Palma, J.F., Schweitzer, A., Burant C.F., Blume, J.E., Johnson, J.D.  2005.  MMP-Mediated Tissue Remodeling Underlies β-Cell Failure in the Pancreatic Islets of Zucker Diabetic Fatty Rats.  Diabetes 54:2612-2619.

59.  Zhang, L. Chenwei, L., Li, X., Mahmood, R., van Golen, R., Greenson, J., Li, G., D'Silva, N.J., Burant, C.F., Logsdon, C.D., and Simeone, D.S.  2006.  Identification of a candidate tumor suppressor gene rap1GAP in pancreatic cancer.  Cancer Res. 66:898-906.

60.  Simeone, D.M., Zhang, L., Treutelaar, M.K., Binkley, C., Logsdon, C.D., Zhang L., and Burant C.F.  2006.  Regulation of adult islet size by TGFβ family-mediated regulation of an islet precursor cell population.  Am. J. Physiol. 291(6):E1305-1316.

61.  Li, X., Zhang, J., Meshinchi, S., Raffin, D., Dias-Leme, C., Johnson, J.D., Treutelaar, M.K., and Burant, C.F.  2006.  Islet microvasculature in islet hyperplasia and islet failure in Type 2 diabetes.  Diabetes 55:2965-2973.

62.  Chenwei, L., Heidt, D.G., Dalerba, P., Burant, C.F., Zhang, L. Adsay, V., Wicha, M., Clarke, M.F., and Simeone, D.S.  2007. Identification of pancreatic cancer stem cells.  Cancer Res. 67:1030-1037.

63.  Wright, W.S., Longo, K.A., Dolinsky, V.W., Gerin, I., Kang, S., Bennett, C.N., Chiang, S.H., Prestwich, T.C., Gress, C., Burant, C.F., Susulic, V.S., Macdougald, O.A.  2007.  Wnt10b Inhibits Obesity in ob/ob and Agouti Mice.  Diabetes 56:295-303.

64.  Li C., Heidt D.G., Dalerba P, Burant C.F., Zhang L., Adsay V., Wicha M., Clarke M.F., Simeone D.M.  2007.  Identification of pancreatic cancer stem cells.  Cancer Res. 67:1030-1037.

65.  Heidt D.G., Burant C.F., Simeone D.M.  2007.  Total pancreatectomy: indications, operative technique, and postoperative sequelae.  J Gastrointest Surg. 11:209-16.

66.  Subauste A.R., Burant C.F.  2007.  Role of FoxO1 in FFA-induced oxidative stress in adipocytes.  Am. J. Physiol. Endocrinol. Metab. 293:E159-164.

14                                      CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

67. Borer, K.T., Wuorinen, E, Lukos, J, Denver, J, Porges, S.W. and Burant, C.F.  2009.  Two bouts of exercise before meals, but not after meals, lower daily blood glucose in nondiabetic women.  J. Sports Medicine 41:1606-1614.

68. Singer, B, Jutkiewicz, E, Fuller, C, Lichtenwalner, R, Zhang, H, Velander, A, Li, X., Gnegy, M, Burant, C.F. and Parent, J.  2009.  Conditional Ablation and Recovery of Forebrain Neurogenesis in the Mouse. J Comp Neurol. 514:567-582.

69. Thyfault, J.P., Rector, R.S., Uptergrove, G. M. Borengasser, S. J., Morris, E. M., Wei, Y., Laye, M. J., Burant, C.F., Qi, N. Ridenhour, S.E.C., Koch, L.G., Britton, S. L., and Ibdah J. A. 2009. Rats selectively bred for low aerobic capacity have reduced hepatic mitochondrial oxidative capacity and susceptibility to hepatic steatosis and injury.  J. Physiol. 587, 1805-1816.

70. Borer, KT, Wuorinen E, Ku K, Burant CF.  2009. Appetite responds to changes in meal content while ghrelin, leptin and insulin track changes in energy availability.  J. Clin. Endo. Metabol. 94:2290-2298.

71. Schenk S, Harber MP, Shrivastava CR, Burant CF, Horowitz JF. 2009. Improved insulin sensitivity after weight loss and exercise training is mediated by a reduction in plasma fatty acid mobilization, not enhanced oxidative capacity. J Physiol. 587:4949-4961.

72. Singer BH, Jutkiewicz EM, Fuller CL, Lichtenwalner RJ, Zhang H, Velander AJ, Li X, Gnegy ME, Burant CF, Parent JM.  2009. Conditional ablation and recovery of forebrain neurogenesis in the mouse. J Comp Neurol. 514:567-82.

73. Bogan, K.L., Evans, C., Song, P., Burant, C.F., Kennedy, R.T., Brenner, C.  2009. Identification of Isn1 and Sdt1 as glucose and vitamin-regulated NMN and NaMN 5'-nucleotidases responsible for production of nicotinamide riboside and nicotinic acid riboside.  J. Biol. Chem 284:34861-9.

74. Liu D, Sartor MA, Nader GA, Gutmann L, Treutelaar MK, Pistilli EE, Iglayreger HB, Burant CF, Hoffman EP. 2010. Gordon PM. Skeletal muscle gene expression in response to resistance exercise: sex specific regulation. BMC Genomics. Nov 24;11:659

75. Gerin I, Clerbaux LA, Haumont O, Lanthier N, Das AK, Burant CF, Leclercq IA, MacDougald OA, Bommer GT. 2010. Expression of miR-33 from an SREBP2 intron inhibits cholesterol export and fatty acid oxidation. J Biol Chem. 285(44):33652-61.

76. Subauste AR, Elliott B, Das AK, Burant CF. 2010. A role for 1-acylglycerol-3-phosphate-O-acyltransferase-1 in myoblast differentiation. Differentiation. 80:140-6.

77. Evans C, Bogan KL, Song P, Burant CF, Kennedy RT, Brenner C. 2010. NAD+ metabolite levels as a function of vitamins and calorie restriction: evidence for different mechanisms of longevity. BMC Chem Biol. 10:2.

78. Liu D, Sartor MA, Nader GA, Gutmann L, Treutelaar MK, Pistilli EE, Iglayreger HB, Burant CF, Hoffman EP. Gordon PM. 2010.  Skeletal muscle gene expression in response to resistance exercise: sex specific regulation. BMC Genomics. Nov 24;11:659. PMC3091777

79. Gao J, Tarcea VG, Karnovsky A, Mirel BR, Weymouth TE, Beecher CW, Cavalcoli JD, Athey BD, Omenn GS, Burant CF, Jagadish HV. 2010. Metscape: a Cytoscape plug-in for visualizing and interpreting metabolomic data in the context of human metabolic networks. Bioinformatics. 26(7):971-3.  PMC3044292

CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

80. Su G, Burant CF, Beecher CW, Athey BD, Meng F. 2011. Integrated metabolome and transcriptome analysis of the NCI60 dataset. BMC Bioinformatics. 12:S36 1-7. PMC3044292

81. Lorenz, MA, Burant, CF, Kennedy, RT. Reducing Time and Increasing Sensitivity in Sample Preparation for Adherent Mammalian Cell Metabolomics. 2011. Analytical Chemistry. 83:3406-14. PMC3094105

82. Burniston JG, Kenyani J, Wastling JM, Burant CF, Qi NR, Koch LG, Britton SL. 2011. Proteomic analysis reveals perturbed energy metabolism and elevated oxidative stress in hearts of rats with inborn low aerobic capacity. Proteomics. 11(16):3369-79. PMID: 21751351.

83. Koch LG, Kemi OJ, Qi N, Leng SX, Bijma P, Gilligan LJ, Wilkinson JE, Wisløff H, Høydal MA, Rolim N, Abadir PM, van Grevenhof EM, Smith GL, Burant CF, Ellingsen O, Britton SL, Wisløff U. Intrinsic aerobic capacity sets a divide for aging and longevity. Circ Res. 2011 Oct 28;109(10):1162-72. PMC3236084.

84. Evans SJ , Prossin AR , Harrington GJ , Kamali M , Ellingrod VL , Burant, CF, McInnis, MG. 2012. Fats and Factors: Lipid Profiles Associate with Personality Factors and Suicidal History in Bipolar Subjects. PLoS ONE 7(1): e29297

85. Karnovsky A, Weymouth T, Hull T, Tarcea VG, Scardoni G, Laudanna C, Sartor MA, Stringer KA, Jagadish HV, Burant C, Athey B, Omenn GS. 2012. Metscape 2 bioinformatics tool for the analysis and visualization of metabolomics and gene expression data. Bioinformatics. 28:373-380. PMC3268237

86. Burant, CF, Viswanathan, P, Marcinak, J, Cao C, Vakilynejad M, Xie B and Leifke, E. 2012. TAK-875, a G Protein−Coupled Receptor 40 Agonist, for the Treatment of Type 2 Diabetes Mellitus: A Phase II, Randomized, Double-Blind, Placebo- and Active-Controlled Study. Lancet 379(9824):1403-11.

87. Pratley, R.E., Burant, C.F. Wilson, C. Mekki, Q., Fleck, P. and Defronzo, R.A. 2012. Efficacy and Tolerability of the DPP-4 Inhibitor Alogliptin Combined With Pioglitazone, in Metformin-Treated Patients With Type 2 Diabetes. J. Clin. Endo. Metab. 97:1615-22.

88. Kiefer, F.W., Orasanu, G., Qi, N.R., Burant, C.F., Nallamshetty, S., Brown, J.D., Duester, G. and Plutzky, J. 2012. Retinaldehyde dehydrogenase 1 coordinates hepatic gluconeogenesis and fatty acid metabolism independent of body weight. Endocrinology 153:3089-99. PMID 22555438

89. Haschemi, A, Kosma, P, gille, L, Evans, C, Burant, CF, Starkl, Ph, Knapp, B, Haas, R, Schmid, JA, Jandl, C, Amir, S, Lubec, G, Park, J, Esterbauer, H, Bilban, M, Brizuela, L, Pospisilik, AJ, Wotterbein, LE, and Wagner, O. 2012. The Sedoheptulose Kinase CARKL Directs Macrophage Polarization Through Control of Glucose Metabolism. Cell Metabolism 15: 813-826. PMID 22682222

90. Izadpanah A, Barnard RJ, Eliseo AJ, Baldwin GC, Bridges S, Burant CF and Roberts CK. 2012. A Short-term diet and exercise intervention ameliorates inflammation and markers of metabolic health in overweight/obese children in the absence of obesity reversal. Am. J. Physiol. Endo Metab. 303:E542-50 PMID 22713506

16                                   CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

91. Evans SJ, Kamali M, Prossi, AR, Harringto, GJ, Ellingro, VL, McInni, MG and Burant, CF. 2012. Association of Plasma Omega-3 and Omega-6 Lipids with Burden of Disease Measures in Bipolar Subjects J. Psychiatric Res. 46(11):1435-41 PMID 22884424

92. Subauste, AR, Das, AK, Li, X, Elliot, B, Evans, C, El Azzouny, M, Treutelaar, M, Oral, E, Leff, T and Burant, CF. 2012. Alterations in lipid signaling underlie lipodystrophy secondary to AGPAT2 mutations. Diabetes 61(11):2922-31. PMID 22872237

93. Jasinska A, Yasud M, Burant CF and Falk E. 2012. Impulsivity and inhibitory control deficits are associated with unhealthy eating in young adults. Appetite. 59(3):738-747. PMID 22885454

94. Peterson MD, Hurvitz, EA and Burant CF. 2012. Secondary Muscle Pathology and Metabolic Dysregulation in Adults with Cerebral Palsy. Am. J. Physiol. Endo Metab 303:E1085-93. PMID 22912367

95. Shellman, ER, Burant, CF and Schnell, S. 2012. Elucidating Properties of Metabolic Pathways with Motifs. Molecular BioSystems 9:352-60. PMID 23287894

96. Lorenz MA, El Azzouny, MA, Kennedy RT, Burant CF. 2013. β-cell metabolome response to glucose-stimulated insulin secretion. J. Biol. Chem. 288: 10923-10935. PMID: 23426361, PMC4036363

97. McDonnell SRP, Hwant SR, Rolland D, Murga-Zamalloa C, Basruru V, Conlon KP, Fermin D, Wolfe T, Raskind, A. Ruan C. Thomas C., Hogaboam CM, Burant CF, Dlenitoba-Johnson KSJ, Lim, MS. 2013. Integrated Phosphoproteomic and Metabolomic Profiling Reveals NPM-ALK-Mediated Phosphorylation of PKM2 and Metabolic Reprogramming in Anaplastic Large Cell Lymphoma. Blood 122:958-68. PMID 23814019

98. Snider NT, Griggs NW, Singla A, Moons DS, Weeraginghe SVW, Lok AS, Ruan C, Burant CF, Thompson LF, Omary MB. 2013. CD73 (5'-ectonucleotidase) hepatocyte levels differ across mouse strains and contribute to Mallory-Denk body formation. Hepatology 58(5):1790-800. PMID 23729294. PMC3796030

99. Ren Y-y, Overmyer KA., Qi NR, Treutelaar MK, Heckenkam L, Kalahar M, Koch LG, Britton SL, Burant CF and Li JZ. Genetic Analysis of a Rat Model of Aerobic Capacity and Metabolic Fitness. PLoS One 8(10): e77588. PMID:24147032 PMC3795692

100. Rothberg AE, McEwen LN, Fraser T, Burant CF and Herman WH. 2013. The impact of a managed care obesity intervention program on clinical outcomes and costs: A prospective observational study. Obesity 21(11):2157-62.        PMC3947418.

101. Rothberg AE, McEwen Neshewat GM, Fowler CE, Kraftson AT, Burant CF and Herman WH. 2014. The Impact of Weight Loss on Health-Related Quality of Life: Implications for Cost-Effectiveness Analyses. Qual. Life Res 23(4):1371-6. PMID: 24129672.

102. Evans CR, Karnovsky A, Kovach M, Standiford T, Burant CF and Stringer K. 2014. Untargeted LC-MS Metabolomics of Bronchoalveolar Lavage Fluid Differentiates Acute Lung Injury from Health. J. Proteome Res. 13:640-9. PMID: 24289193

103. Wardlaw SL, Meece K, Klein S, White A, Kasten T, Lucey B, Bateman RJ and Burant CF. Continuous 24-Hour Leptin, Proopiomelanocortin and Amino Acid Measurements in Human

**FTC Ex. 121 - Burant Report**

Cerebrospinal Fluid: Correlations with Plasma Leptin, Soluble Leptin Receptor and Amino Acid Levels. 2014. J. Clin. Endo. Metab. 99:2540-8.  PMID 24670082

104. El-Azzouny M.A., Evans CR, Kennedy RT, and Burant CF. 2014.  Increased Glucose Metabolism and Glycerolipid Formation by Fatty Acids and GPR40 Underlies the Fatty Acid Potentiation of Insulin Secretion.  J. Biol. Chem. 289:13575-88.  PMID:24675078  PMC4036363

105. Duren, W, Weymouth T, Hull T, Omenn GS, Burant CF, Karnovsky A. 2014.  MetDisease – connecting metabolites to diseases via literature. Bioinformatics 30(15):2239-41. PMC4103594

106. Evans SJ, Ringrose RN, Harrington GJ, Mancuso P, Burant CF, McInnis MG.  2014.  Dietary intake and plasma metabolomic analysis of polyunsaturated fatty acids in bipolar subjects reveal dysregulation of linoleic acid metabolism. J. Psych. Res. 57:58-64.

107. Shellman ER, Chen Y, Lin X, Burant CF, Schnell S.  2014. Metabolic network motifs can provide novel insights into evolution: The evolutionary origin of Eukaryotic organelles as a case study. Comp. Biol. Chem. 53PB:242-250.  PMID: 23292343 (PMCID pending)

108. Gallagher KA, Joshi, A, Carson, WF, Mukerjee S, Kittan N, Schaller M, Feldman EL Henke PK, Hogaboam Burant CF and Kunkel SL. 2015. Epigenetic Changes in Bone-Marrow Alter Macrophage Phenotypes in Diabetic Wounds.  Diabetes 64:1420-30. PMC4375075

109. Peterson MD, Al Snih, S, Serra-Rexach JA and Burant CF.  2015.  Android Adiposity and Lack of Moderate and Vigorous Physical Activity Are Associated With Insulin Resistance and Diabetes in Aging Adults.  J. Gerontology: Med. Sci. 70(8):1009-17. PMC4506315

110. Evans CR, Overmyer KA, Qi N, and Burant, CF.  2015. Reducing variability and improving biological fidelity for targeted and unbiased untargeted metabolomics of polar molecules in mammalian tissues. PLoS One 10(2):e0117232.  PMC4319778

111. Ren YY, Qi NR, Treutelaar MK, Koch LG, Britton SL, Burant CF, Li JZ.  2015. Selection-, age-, and exercise-dependence of skeletal muscle gene expression patterns in a rat model of metabolic fitness. bioRxiv doi: http://dx.doi.org/10.1101/013706.

112. El-Azzouny M, Evans CR, Burant CF and Kennedy RT. 2015. Metabolomics analysis reveals that AICAR affects glycerolipid, ceramide and nucleotide synthesis pathways in INS-1 cells. PLoS One. 10(6):e0129029. PMC4480354

113. Overmyer KA, Evans CR, Qi N, Minogue CE, Carson JJ, Chemside-Scabbo CJ, Koch LG, Britton SL, Pagliarini DJ, Coon JJ, Burant CF.  2015. Maximal oxidative capacity during exercise is associated with skeletal muscle fuel selection and dynamic changes in mitochondrial protein acetylation.  Cell Metabolism 21, 468-478.  PMC4350023.

114. Abi Salloum B, Veiga-Lopez A, Abbott DH, Burant CF, Padmanabhan V.  2015. Developmental programming: exposure to testosterone excess disrupts steroidal and metabolic environment in pregnant sheep. Endocrinology 156:2323-37. PMC4430607.

115. Burghardt PR, Rothberg AE, Dykhuis KE, Burant CF, and Zubieta, J-K. 2015 Endogenous opioid mechanisms are implicated in obesity and weight loss in humans. J. Clin. Endo. Metab. 100(8):3193-201.  PMID:26108093; PMC pending

CFB   01/01/2018

**FTC Ex. 121 - Burant Report**

116. Evans SJ, Prossin AR, Mcinnis MD, Burant CF and Ellingrod VE.  2015. Plasma Linoleic Acid Partially Mediates the Association of Bipolar Disorder on Self-Reported Mental Health Scales Journal of Psychiatric Research. J. Psych. Res. 68:61-7.  PMID: 26228402

117. Byrd JB, Rothberg AE, Chomic R, Burant CF, Brook RD and Auchus RJ.  2015.  Serum cortisol-to-cortisone ratio and blood pressure in severe obesity before and after weight loss.  CardioRenal Medicine (in press).

118. Wynn ML, Yates JA, Evans CR, Van Wassenhove L, Wu ZF, Bridges S, Bao L, Fournier C, Ashrafzadeh S, Merrins MJ, Satin LS, Schnell S, Burant CF and Merajver SD.  RhoC is a potent regulator of glutamine metabolism and N-acetylaspartate production in inflammatory breast cancer cells. J. Biol. Chem. 291(26):13715-29. PMC4919454

119. Visovatti S, Hyman M, Goonewardna S, Anyanwu A, Kanthi Y, Robichaud P, Wang W, Petrovic-Djergovic D, Rattan R, Burant C and Pinsky D.  Purinergic dysregulation in pulmonary hypertension. Am J Physiol Heart Circ Physiol. 2016 Jul 1;311:H286-98. PMID 27208163

120. Sud M, Fahy E, Cotter D, Azam K, Vadivelu I, Burant CF, Edison A, Fiehn O, Higashi R, Nair S, Sumner S, Subramaniam S.  Metabolomics Workbench: An international data repository for metabolomics data and metadata, metabolite standards, protocols, tutorials and training, and analysis tools. Nucleic Acid Res. 4:D463-70. PMC4702780.

121. Min JS, DeAngelis RA, Gupta S, Maurva MR, Evans C, Das A, Burant, CF, Lambris, JD and Subramaniam S. 2016. Systems analysis of the complement-induced priming phase of liver regeneration reveals an integrated pathway with acute phase proteins and cholesterol metabolism.  J. Immun. 1972500-8.

122. Phatchariya P, Ansari IH, El Azzouny M, Longacre MJ, Burant CF, Jitrapakdee S and Michael J MacDonald MJ.  2016. Suppression of Pyruvate Carboxylase in Invasive Breast Cancer Cells Inhibits Cell Growth in Association with Impaired Pyruvate Cycling and Anaplerotic Flux. Mol. Metabol. (in press).  PMID: 27689010

123. Callaghan BC, Xia R, Reynolds E, Banerjee M, Burant CF, Rothberg AR, Busui R, Villegas-Umana E, Feldman EL.  2016. Diabetes, pre-diabetes, and obesity are associated with polyneuropathy. J. Am. Med. Assn. Neurology 73:1468-1476.

124. Marchlewicz E, Dolinoy D, Tang L, Milewski S, Jones T, Goodrich J, Tanu Son Ti, Domino S, Song P, Burant CF, and Vasantha Padmanabhan V.  2016. Lipid metabolism is associated with developmental epigenetic programming.  Nature Sci. Reports. 6:34857.

125. Sas KM, Kyampill P, Byun J, Nair N, Hinders LM, Hur J, Zhang H, Lin C, Qi NR, Michailidis G, Groop P, Darshi M, Sharma K, Schelling JR, Sedor JR Pop-Busui R, Weinberg SM, Soleimanpour SA, Abcowers SF, Gardner TW, Burant CF, Feldman EL, Kretzler M, Brosius FC and Pennathur S.  2016. Tissue-specific metabolic reprogramming drives nutrient flux in diabetic complications. J. Clin. Invest. Insights. 22;1:e86976. PMID: 27699244.

126. Ren YY, Koch LG, Britton SL, Qi NR, Treutelaar MK, Burant CF, Li JZ.  2016. Selection-, age-, and exercise-dependence of skeletal muscle gene expression patterns in a rat model of metabolic fitness. Physiol. Genomics. 48:816-825.  PMID: 27637250.

CFB    01/01/2018

**FTC Ex. 121 - Burant Report**

127. Ma S, Upneja A, Galecki A, Tsai Y, Burant CF, Raskind S, Seluanov A, Gorbunova V, Clish CB, Miller RA and Gladyshev, VN. 2017. Cell culture-based profiling across mammals reveals DNA repair and metabolism as determinants of species longevity. ELife pii: e19130 PMC5148604

128. Phannasil P, Ansari IH, El Azzouny M, Longacre MJ, Rattanapornsompong K, Burant CF, Jitrapakdee S, MacDonald MJ. 2016. Mass spectrometry analysis shows the biosynthetic pathways supported by pyruvate carboxylase in highly invasive breast cancer cells. Biochim Biophys Acta. S0925-4439, 30313-1.

129. Wahl DR, Dresser J, Wilder-Romans K, Zhao SG, Davis M, Zhao L, Kachman M, Wernisch S, Burant CF, Morgan, MA, Feng FY, Speers C, Lyssiotis CA, Lawrence TS. 2017. Inhibiting Isocitrate Dehydrogenase 1-mediated Reductive Biosynthesis to Augment Glioblastoma Therapy (in press). PMID:27923831

130. Basu S, Duren W, Evans CR, Burant CF, Michailidis G, Karnovsky A. 2017. Sparse network modeling and Metscape-based visualization methods for the analysis of large-scale metabolomics data. Bioinformatics 33(10):1545-1553. PMID: 28137712

131. ElAzzouny M, Tom CTBM, Evans CR, Olson LL, Tanga, MJ, Gallagher KA, Martin BR, Burant CF. 2017. Dimethyl itaconate is not metabolized into itaconate intracellularly. J. Biol. Chem 292:4766-4769. PMID: 28188288.

132. Rothberg AE, McEwen LN, Kraftson AT, Ajluni N, Fowler CE, Nay CK, Miller NM, Burant CF, Herman WH. 2017. Impact of weight loss on waist circumference and the components of the metabolic syndrome. BMJ Open Diabetes Res Care. Feb 20:5(1):e000341. PMC5337678

133. Biwer C, Rothberg AR, IglayReger H, Derksen H, Burant CF and Najarian K. 2017. Windowed Persistent Homology: A Novel Signal Processing Algorithm Applied to Analyze Clinical Obesity Data. PLOS One 12(5):e0177696. PMCID pending

134. Kim DS, Jackson AU, Li YK, Stringham HM, Kuusisto J, Kangas AJ, Soininen P, Ala-Korpela M, Burant CF, Boehnke M, Laakso M, Speliotes EK. 2017. Novel association of TM6SF2 rs58542926 genotype with increased serum tyrosine levels and decreased apolipoprotein B-100 particles: the METSIM study. J. Lipid Res. 58:1471-1481. PMCID pending

135. Calvert AE, Chalastanis A, Wu Y, Hurley LA, Kouri FM, Bi Y, Kachman M, May JL, Bartom E, Hua Y, Mishra RK, Schiltz GE, Dubrovskyi O, Mazar AP, Peter ME, Zheng H, James CD, Burant CF, Chandel NS, Davuluri RV, Horbinski C, Stegh AH. 2017. Cancer-Associated IDH1 Promotes Growth and Resistance to Targeted Therapies in the Absence of Mutation. Cell Rep. 19:1858-1873.

136. Kimball A, Joshi A, Carson WF, Boniakowski A, Davis F, Schaller M, Allen R, Bermick J, Henke PK, Burant CF, Kunkel SL, Gallagher KA. 2017. The Histone Methyltransferase, MLL1, Directs Macrophage-Mediated Inflammation in Wound Healing and is Altered in a Murine Model of Obesity and Type 2 Diabetes. Diabetes 66:2459-2471. PMC5566299.

137. Perng W, Hector EC, Song PXK, Tellez Rojo MM, Raskind S, Kachman M, Cantoral A, Burant CF, Peterson KE. 2017. Metabolomic Determinants of Metabolic Risk in Mexican Adolescents. Obesity (Silver Spring). 25:1594-1602. PMC5573626.

20                                                      CFB      01/01/2018

**FTC Ex. 121 - Burant Report**

138.     Thonusin C, IglayReger HB, Rothberg AE, Burant CF and Evans CR. 2017. A drift-correction and batch combination tool for MS-based metabolomics data.  J. Chromatography A 1523:265-274. PMID:28927937

139.  Liu D, Morales FE, IglayReger HB, Treutelaar MK, Rothberg AE, Hubal MJ, Nadler EP, Robidoux J, Barakat H, Horowitz JF, Hoffman EP, Burant CF, Gordon, PM. 2017.  Expression of macrophage genes within skeletal muscle correlates inversely with adiposity and insulin resistance in humans. Applied Physiol. Nutr. Metab. (in press).

## Articles Submitted for Publication

1.     Thonusin C, IglayReger HB, Rothberg AE, Michailidis G, Evans CR and Burant CF. Modulating effect of VO2peak and obesity on the age-dependent change in metabolism in humans.  (submitted).

2.     ElAzzouny M, Qi N, Schmitt M, Limback M, Giri S, Jain M, Burant CF. 2017. Effect of Saroglitazar on Fatty Acid Metabolism in Zucker Fa/Fa Rats. J. Lipid Res. (in press).

## Invited Reviews

1.     Burant, C.F.  1994. Molecular biology of glucose transport.  In Advances in Molecular and Cell Biology.  E. Bittar and N. Bittar eds. Jai Press Inc. Greenwich, CT.

2.     Burant, C.F., Sivitz, W.I., Fukumoto, H., Kayano, T., Nagamatsu, S., Seino, S., Pessin, J.E. and Bell, G.I.  1991.  Mammalian glucose transporters: structure and molecular regulation. In Rec. Prog. Hormone Res. 47:349-388.

3.     Bell, G.I., Fukumoto, H., Burant, C.F., Seino, S., Sivitz, W.I. and Pessin, J.E.  1990.  Facilitative glucose transporter proteins: structure and regulation of expression in adipose tissue.  In Progress In Obesity Research 1990:  Proceedings of the Sixth International Congress on Obesity.  Osaka, Japan.  Y. Oomura et al. eds., J. Libbey & Co., Ltd., London, England.  pp. 269-275.

4.     Burant, C.F.  Insulin Sensitization.  2000.  In Obesity: Pathology and Therapy. D.H. Lockwood and T.G. Heffner, Eds.  Springer, New York. pp. 369-402.

5.     Burant, C. and Simeone, D.  2002.  Connecting islet development to developing useful islets. Trends Endo. Metab. 13:48-49.

6.     Subauste, A. and Burant, C.F.  2003.  DGAT: Novel therapeutic target for obesity and type diabetes mellitus.  Curr. Drug Targets Immune Endo. Metabol. Disord. 3: 263-270.

7.     MacDougald, O.A. and Burant, C.F.  2005.  Fickle factor foils fat fate. Nat Cell Biol. 7:543-545.

8.     MacDougald, O.A. and Burant, C.F.  2007.  Obesity and metabolic perturbations following loss of aquaporin 7, the adipose glycerol transporter.  Proc. Nat. Acad. Sci.  102:10759-10760.

9.     Heidt D.G., Burant C.F., and Simeone D.M.  2007.  Total Pancreatectomy: Indications, Operative Technique, and Post-Operative Sequelae.  J. Gastrointest. Surg. 11:209-16.

10.  Macdougald, O.A. and Burant, C.F.  2007.  The Rapidly Expanding Family of Adipokines.. Cell Metab. 6:159-161.

11.  Oral EA, Burant C. 2009. Leptin and insulin resistance: good, bad, or still unclear?  Am J Physiol Endocrinol Metab. 296:E394-395.

**FTC Ex. 121 - Burant Report**

12. Myers MG Jr, Burant CF. PPAR-γ action: it's all in your head. Nat Med. 2011 May;17:544-5. PMID 21546969.

13. Athey BD, Cavalcoli JD, Jagadish HV, Omenn GS, Mirel B, Kretzler M, Burant C, Isopheki RD, Delisi C; the NCIBI faculty, trainees, and staff.  2011. The NIH National Center for Integrative Biomedical Informatics (NCIBI).  J Am Med Inform Assoc.

14. Hinder, L. M., Vincent, A. M., Burant, C. F., Pennathur, S., and Feldman, E. L., 2012. Bioenergetics in diabetic neuropathy: what we need to know. Journal of the Peripheral Nervous System 17, 10-14.

15. Burant, CF.  Activation of GPR40 as a therapeutic target for the treatment of type 2 diabetes.  2013. Diabetes Care 36 Suppl 2:S175-9.

16. Kurland, IJ, Accili D, Burant, CF.,  Fischer, SM, Kahn, BB, Newgard, CB,  Ramagiri, S, Ronnett, GV, Ryals, JA, Sanders, M, Shambaugh, J, Shockcor, J and Gross, S. 2013.  Metabolomics in biological processes. Annals New York Acad. Sci.  1287:1-16. PMID: 23659636

17. Burant CF, Robinson KR, Buse CA and Buse JB.  2016. Maria Buse: All in the family, her 6 decades of diabetes discovery. Diabetes Care 39(6):852-6.

### *Books and Book Chapters*

1. Bell, G.I., Fukumoto, H., Burant, C.F. and Seino, S.  1990.  Genetics of glucose transporters. In Genetics and Human Nutrition, edited by Randle, P.J., Bell, J.I. & Scott, J., J. Libbey & Co., Ltd., London pp. 121-131.

2. Burant, C.F., Buse, J.B., and Polonsky, K.S.  2003. *Type 2 Diabetes*.  Williams Textbook of Endocrinology.  Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

3. Burant, C.F.  2004.  Medical Management of Type 2 Diabetes, Fifth Edition.  American Diabetes Association, Alexandria, VA.

4. Burant, C.F., Polonsky, K.S. and Buse, J.B.  2007. *Type 2 Diabetes*.  Williams Textbook of Endocrinology.  Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

5. Burant, C.F.  2008.  Medical Management of Type 2 Diabetes, Sixth Edition.  American Diabetes Association, Alexandria, VA.

6. Burant, C.F., Polonsky, K.S. and Buse, J.B.  2011. *Type 2 Diabetes*.  Williams Textbook of Endocrinology.  Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

7. Burant, C.F.  2012.  Medical Management of Type 2 Diabetes, Sixth Edition.  American Diabetes Association, Alexandria, VA.

**FTC Ex. 121 - Burant Report**

8.  Polonsky, K.S. and Burant, C.F.  2016.  *Type 2 Diabetes*.  Williams Textbook of Endocrinology. Larsen**,** R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

23                                    CFB     01/01/2018

**FTC Ex. 121 - Burant Report**

FTC Ex. 121 - Burant Report

# ATTACHMENT 2

Dr. Richard Gerhauser, M.D. presents:

# How to Reverse Type II Diabetes in 28 Days

Shocking study shows 100% cure rate. Stay on this page for details

Hi there, thanks for joining me today.

For those of you who don't know me, my name's Dr. Richard Gerhauser.

And if you suffer from Type II Diabetes...

Or if you've been diagnosed with pre-diabetes...

Then I have an urgent announcement for you today.

Because, for the first time ever, I'm going to reveal my simple 3-step protocol to reverse **Type II Diabetes in 28 days.**

Yes, you heard that right...

In the next 2 minutes, I'm going to show you a simple plan – which you can do in the comfort of your own home...

**That reverses every symptom of your diabetes in 28 days.**

No,

## It has nothing to do with changing your diet or exercising more

In fact, as you're about to hear, those "mainstream" solutions could be making your diabetes worse.

Instead, new research out of leading health journal – Informa Healthcare – has confirmed a shocking, **"hidden"** cause of Type II Diabetes...

It's something Prevention Magazine reports, is *"responsible for many of today's diseases."*

And it could explain why diabetes has **skyrocketed** in recent years, even though our diets haven't really changed.

More importantly, though, it led me to create this simple 3-step "protocol" that **reverses your diabetes in just 28 days.**

This is the exact same treatment I use with my in-person patients.

And a recent study shows a shocking **100% success rate**...

Meaning, every single person who tried this has reversed their diabetes. And I guarantee, it will do the same for you.

## Imagine... just 4 weeks from today... finally being declared "diabetes free"

Imagine...

Walking into your doctor's office...

Waiting patiently as he runs every blood test under the sun...

Feeling calm and relaxed as he looks over your results. Telling you...

*"Your diabetes is gone. I'm not sure what you're doing but, whatever it is, keep doing it."*

And, please, let me be **100% clear**...

I'm talking about numbers your doctor can easily measure, like your fasting glucose levels, hemoglobin A1C, cholesterol, and triglycerides.

So you and your doctor both know... your diabetes is gone for good.

Then you can throw your glucose monitor in the trash... stop taking a diabetes pill every day... and never spend another dime on test strips.

Friend, this is completely **revolutionary**...

## For the first time in history, we're no longer talking about masking your symptoms...

...or temporarily managing your blood sugar levels.

But actually **reversing every symptom of Type II Diabetes** – in just 28 days.

What's the first thing you'll do when your diabetes is gone?

Will you go out to your favorite restaurant and **enjoy a big stack of pancakes loaded with syrup** – never worrying about what it's doing to your blood sugar?

**FTC Ex. 121 - Burant Report**

Will you **visit your grandkids** – surging with natural, "all day" energy to chase them around the yard?

Will you take that **tropical vacation** you've always dreamed of – since you're no longer tied up with doctor's appointments…

Or maybe you'll simply **relax with your wife** – without painful finger pricks or annoying glucose tests getting in the way.

Now, I know… that sounds like a pipe dream. And you're right to be skeptical.

But, as a Medical Doctor with over 37 years' experience, I guarantee…

If you read this report to the end…

And follow the simple instructions I'm about to give you…

Just **28 days** from now, that dream can be your reality.

Now, I'm sure you have plenty of questions. And I'm going to answer them all for you right now.

You'll hear about the deadly, new threat that's causing your blood sugar levels to spike.

Brace yourself, because…

## You're about to hear how certain items around your home, in the office, and even in the gym are slowly destroying your body's ability to make insulin…

…causing your blood sugar to fly out of whack…

And, eventually leading to diabetes.

I'll show you why you haven't heard a single word about this from the mainstream media. And how everyone – from the CDC to the World Health Organization – has covered it up for years.

You'll also hear why Type II Diabetes is NOT your fault – and who we *should* be blaming instead (warning: this part will **infuriate** you)…

And, finally, I'll show you exactly how to get rid of this "hidden" root cause of diabetes – using a simple, 3-step protocol – allowing you to **relax** and **enjoy your life**…

Without giving up the foods you love or spending a single minute in the gym.

It sounds like science fiction, I know. But at least keep watching long enough for me to prove it to you.

Alright, it looks like we have a big crowd today…

So, if you don't mind, I'm going to have my team switch me over to a slide presentation so it's easier for you to follow along.

Okay… looks like we got it. Can you see?

Good. Let's get started…

As I mentioned, my name is Dr. Richard Gerhauser.

I've been a Medical Doctor for the last 37 years and I have a large medical practice.

Over the past 4 decades, a lot has changed…

But there's one thing that scares me more than anything else I see in my clinic…

Of course, I'm talking about **diabetes.**

My patients often tell me about the **fear** they feel when they're first diagnosed…

For example,

## Did you know diabetes is a leading cause of blindness in the United States?

Or that it's responsible for more than 60% of amputations?

And whether you've suffered in silence for years…

Or you recently got a diagnosis…

If you have Type II diabetes, you're twice as likely to die from a heart attack or stroke.

The statistics are downright scary.

But I want you to know, **it's not your fault.**

And you're certainly not alone…

You see, when I graduated from the medical school in Nevada in 1981, only **5.2 million Americans** had diabetes.

FTC Ex. 121 - Burant Report

Today, that number's spiked to **30.3 million**.

That's a **483% growth** over the last 40 years. It's gotten so bad, nearly 1 in 2 American adults are diabetic or pre-diabetic right now...

**Friend, we're in the midst of an unprecedented, nationwide diabetes epidemic.**

And, in my medical opinion, it has *nothing* to do with foods we're eating...

It's not because we've gotten lazier, or due to anything you've been told by the press.

Impossible? Here, let me **prove** it to you...

*Do you remember when you were a kid?*

Back in the '60s and '70s, when we drank full-sugar sodas (none of this diet, sugar-free nonsense)...

We had pasta, bread, or a baked potato with every meal...

Heck, you probably even ate **dessert** every night. If you cleaned your plate, you could grab a couple cookies or a slice of cake...

Back then, people ate what they wanted.

And yet... do you remember one of your friends or family members with diabetes? **Of course not!**

Today, however, it seems like everyone's eating healthy.

Gluten free this. Sugar free that. Everywhere you look, there's some new "health snack."

Yet diabetes numbers are at an all-time high.

*How can that be?*

Well, as you're about to see.

### There's something *else* behind this spike... Something that's recently been added to our modern world...

Something we thought was safe, but is now being called...

**A "hidden," root cause of diabetes.**

In order to truly reverse this disease, you **MUST** know what it is...

...and take action – starting today.

That's when you'll finally break free from Type II Diabetes – and start enjoying your life again.

Imagine how **relaxed** you'll feel – never wondering if there's something more you should be doing to control your blood sugar...

Imagine going golfing with your buddies, or tending to your garden – never needing a break to check your blood sugar levels...

And imagine biting into a **huge, juicy burger** – with the bun and everything...

Cheese dripping off the side...

Then following it up with a plate of **fries** dipped in ketchup.

*For dessert?* Maybe you'll order a slice of **apple pie** with a side of **ice cream**... topped with chocolate fudge if you're in the mood.

And the best part?

You'll never have to worry about what they're doing to your blood sugar.

Because, once you discover this "hidden" cause of diabetes – and follow the simple 3-step protocol to erase it – your blood sugar will fall back into the normal range...

...again, just **4 short weeks** from today.

I'll show you how in just a minute.

First, let me explain how I accidentally stumbled upon this new discovery...

And tell you why...

### Everyone – from the CDC and the World Health Organization, to the highest forms of our US government – are getting it completely wrong

See, until now, most people thought diabetes was caused by eating the wrong foods, not exercising enough, or some combination of the two.

And they thought... simply by eating the right foods, or spending 30 minutes a day at the gym, that you could effectively manage your diabetes.

**But it's not that simple...**

FTC Ex. 121 - Burant Report

In fact, I've seen firsthand that the "mainstream" advice simply doesn't work.

(If you've ever tried to change your diet or exercise more, I'm sure you know exactly what I mean.)

You see, when I first went into practice, I followed their advice.

After all, that's what we learned in medical school.

I tried telling patients to eat more vegetables…

And I tried drawing up complicated, time-consuming exercise programs.

But my patients' numbers simply wouldn't budge. Or… if they did… they'd shoot back into the diabetic range within a few months.

For years, I watched patients struggle to keep their diabetes in check…

And,

## Deep down, I knew… There has to be a better way

So, after years of feeling like I was failing my patients, I went on a mission…

I vowed to find what really causes diabetes… figure out how to reverse it… and share that information not only with my patients…

But with everyone suffering with diabetes.

So we can put an end to the growing epidemic in America.

And so YOU can finally say "goodbye" to diabetes – once and for all.

*Can you imagine how that will feel?*

Well, believe it or not, I found it in the strangest of places…

On a remote, rural farm in Lancaster County, Pennsylvania.

It started a few years ago, when I noticed a small study in the back of a well-known medical journal.

The article was about the Amish and how – despite diabetes skyrocketing around the US – the Amish are practically *"diabetes proof."*

For example…

## Did you know the Amish are 54% less likely to develop diabetes, compared to the rest of America?

Surprisingly, it's true…

At first, my mind drifted to the obvious…

*"Well, they must eat a better diet."*

Maybe you had the same thought.

Well, it turns out, I was completely wrong. The Amish actually eat a pretty standard American diet.

After all, have you ever been to an Amish Market?

If so, you know they're packed with giant loaves of bread, a dozen different kinds of candy, cookies and pies…

All the foods you've been told to avoid.

And it's not like they belong to fancy, expensive gyms either.

So I dug deeper…

What *else* makes the Amish different than the rest of America?

Why are they seemingly immune to diabetes?

And,

## What could they possibly be doing to make themselves *"diabetes proof"*

Or… as you're about to discover… maybe it's something they're not doing.

Think for a second…

What's the first thing that comes to mind when you think of the Amish?

Is it their relatively simple lifestyle?

Their choice to avoid modern technology – like TVs, cell phones, and computers?

If so, you're spot on…

And, before I share the shocking details with you, let me ask you another question…

FTC Ex. 121 - Burant Report

Have you ever spent too long at your computer? And... after an hour or so, you feel **completely drained** – even though you didn't really do anything?

Or maybe you've stared at your cell phone right before bed... and... the next morning, you wake up feeling **tired**, like you hardly slept.

Well, it turns out, there's a surprising reason why...

In my medical opinion, it's the same reason why the Amish rarely develop diabetes...

And it explains how I found the **28-day treatment to reverse diabetes** – which I'll reveal in just a minute.

Before I tell you what it is, I should warn you...

**What you're about to hear will shock you.** You might even write it off as a hoax.

In fact, at first, I didn't believe it myself...

But give me just 2 minutes to show you the undeniable scientific proof... the same proof that convinced me **this is real**... and allow you to decide for yourself.

*Are you ready?* Here goes...

A shocking new study from leading health journal – Informa Healthcare – reports that many modern-day devices...

Like...

### Your TV, your cell phone, even the computer screen you're watching now... can slowly – and silently – cause Type II Diabetes

Impossible?

Take a look at these two charts...



On the left, you see the rising diabetes numbers in America.

And on the right... you see the increase in the number of electronic devices.

*Coincidence?* Maybe...

But it's impossible to deny the connection between the rise in diabetes – and the amount of new technology in our world.

So what exactly is going on?

And how is this new technology causing diabetes?

I'll explain everything right now...

See, these new devices emit a dangerous form of radiation known as **"Non-Ionizing Radiation,"** (or NIR).

Simply put – it's an electromagnetic wave that comes from these new devices.

If you live within 45 miles of a cell tower – meaning, you have service on your cell phone right now – **you've been exposed.**

If you have a cell phone, TV, laptop, computer, or a wireless router in your home...

Even if you're using those new, energy efficient lightbulbs the government recommends...

**You've been exposed** to this new type of radiation.

For years, we've been told these devices are safe...

But a growing pile of evidence – and even some of today's top doctors and scientists – now suggest:

### "NIR" exposure could be the reason why Type II Diabetes is on the rise in the US

Now, I know, that sounds far-fetched.

But a recent study published by Informa Healthcare confirms it.

You see, in this shocking report...

Doctors shared the tragic story of Bill Thomas, a 51-year old engineer from Fort Wayne, Texas.

For most of his life Bill suffered with Type II Diabetes.

Normally, when someone is diagnosed with diabetes, their doctor tells them to eat some

**FTC Ex. 121 - Burant Report**

Normally, when someone is diagnosed with diabetes, their doctor tells them to eat some more veggies, skip dessert, and exercise for 30 minutes a day.

And that's *exactly* what Bill's doctor did...

Now, Bill followed that advice to a T...

He even bought a glucose monitor, so he could measure his blood sugar levels in the morning and after each meal.

However, Bill noticed his blood sugar didn't spike around meals, like he expected...

Instead, it spiked **randomly**...

Like when he sat at his computer (but lowered immediately when he left the room)...

Or when he visited the hospital – around the newer medical devices (but returned to normal when he walked back to his car).

In fact, one day in spring 2017, Bill went in for a normal checkup...

His doctor ran his numbers as soon as he entered the hospital – and was surprised to see that Bill's numbers hadn't really moved.

"That happens," he said. "Let's wait 20 minutes and try again."

But that's when things got really **weird**...

See, when Bill's doctor re-ran his numbers, they had spiked into the diabetic range.

How could his blood sugar skyrocket... in 20 minutes... *while he was just sitting there?*

*Can you imagine...*

Following your doctor's advice to the letter...

Spending 30 minutes a day in the gym – doing everything right...

Only to see your numbers shoot up and down like a roller coaster?

Well, as you may have guessed, many of these new medical devices emit **"NIR"**...

And that's exactly why this new type of radiation is so **dangerous**.

In just a minute, I'll show you exactly what "NIR" is doing to your body...

And how...

## My 3-step protocol is specifically designed to reverse the effects of this new type of radiation

But, first, maybe you're thinking Bill is the only person affected by "NIR."

Or that it only raises blood sugar in people already diagnosed with diabetes.

I have to admit....

At first, that's what I thought too. But as I found out, **that's simply not true...**

In fact, **"NIR" turns perfectly healthy children into Type II Diabetics!**

You see, in 2015, researchers in the International Journal of Environmental Research and Public Health...

...followed 96 children from Saudi Arabia who lived within a few miles of a cell tower.

Meaning, they were exposed to high levels of "NIR" every day.

Before the study, these kids were perfectly healthy. They had normal blood sugar levels and no family history of diabetes.

But after regular exposure to "NIR," their HbA1c levels shot through the roof...

Compared to the people with low "NIR" exposure, these children were **16% more likely** to have high HbA1c levels...

Not only that, but they were nearly **twice as likely** to develop diabetes later in life.

There was no change in their diet. And no change in exercise.

In other words,

## "NIR" exposure alone could turn healthy children into Type II Diabetics

And it could be doing the same exact thing to you.

Now, if you're anything like me, you're probably thinking...

*Why isn't anyone talking about this?*

Well, as you're about to see, this story goes a lot deeper than you think...

However, if you're familiar with how our **corrupt government** works, the answer won't come as a surprise...

As you can imagine, there's lots of money in new technology.

**FTC Ex. 121 - Burant Report**

It's reported that the big tech companies make up to $151 million a day.

They can't admit that these new devices are actually causing diabetes. If they did, their billion-dollar cash cow would disappear overnight.

So, instead,

### They ignore the mounting evidence... and rely on phony reports saying "NIR" is safe

All the while putting **you** – and every other American – at risk.

Luckily, I'm not after the money...

I gave up that goal a long time ago. Instead, I've made it my life mission to help people – rather than chasing every last dollar.

And it's why I'm putting my career on the line to share this with you today.

You see, as I mentioned earlier, I developed a simple, 3-step "protocol" to **reverse Type II Diabetes in 28 days.**

It's specifically designed to **protect** you from "NIR"...

...**boost** your insulin production...

...and **"reset"** your body's ability to process insulin.

I'm about to show you exactly how it's done...

First, however, let me show you exactly how "NIR" causes diabetes.

**Because "NIR" has two harmful effects on your body...**

If you've been diagnosed with Type II Diabetes, I'm sure you're very familiar with insulin therapy. You might even be taking insulin shots right now.

But you might not know why insulin is so important...

You see, insulin is a hormone that removes excess sugar from your blood stream.

If you think of your body like a car, sugar is the fuel that keeps it going.

And insulin is the driver – directing and guiding it where it needs to go.

But,

### When your body can't make enough insulin, there's simply no way to remove sugar from your blood stream

So it just sort of floats around aimlessly until your body finds something to do with it.

First, it tries removing sugar through urine – which is why it seems like you're running to the bathroom every 15 minutes.

When that doesn't work, it's stored as **fat** around your midsection...

Or sent to your arms and legs – causing **tingling**, **numbness**, and even **nerve pain**...

Or it gets into the arteries in your eyes – causing blurry vision and eventually leading to **blindness**.

It even clogs your arteries – leading to a **deadly** heart attack or stroke.

And that's why "Non-Ionizing Radiation" is such a problem.

See, when "NIR" enters your body, it disrupts this process.

**It "turns off" insulin production...**

Meaning: your body has no way of cleaning excess sugar out of your blood.

So, even if you ate nothing but spinach and kale, you'd still end up with high blood sugar.

That's why I say diabetes has **NOTHING** to do with how much sugar you eat.

Instead, it's a simple problem of not creating enough insulin...

...caused by exposure to "NIR."

But as you're about to see,

### There's a simple way to *"jumpstart"* your body's ability to create insulin... Reversing the effects of this harmful radiation...

Allowing your body to naturally clean excess sugar from your blood stream...

And reversing your **Type II Diabetes in 28 days.**

In fact, it's the first step in my diabetes-reversing protocol. Full details in just a minute.

First, we need to talk about the second harmful effect "NIR" has on your body.

FTC Ex. 121 - Burant Report

Because, once your body starts creating insulin again, it needs somewhere to go.

Remember: this is the same 3-step protocol I use with my patients.

**And it has a 100% success rate.**

Meaning, I personally **guarantee** – if you follow all 3 steps I'm about to reveal – your diabetes will be gone just 28 days from today.

*Are you ready to see what it's all about?*

Let's dive in…

Believe it or not, this 3-step protocol starts with the strange-looking fruit you see right here:



It's called **Himalayan Silk**.

For centuries, traditional healers in China and Japan have used Himalayan Silk.

Because,

### Himalayan Silk works by "activating" the pancreas… allowing it to pump insulin into the blood stream

As you remember, insulin is what carries sugar out of your blood and into your cells – so your body can use it as fuel.

And it's the first thing you need to reverse the effects of "NIR."

Think of it as an **all-natural "jumpstart"**…

Revving up your body's ability to create insulin…

Cleaning excess sugar out of your body…

And completely reversing Type II Diabetes in just 28 days.

*Want proof?* Just listen to this…

In 2001, a group of scientists from the University of Kansas took 24 patients from India with Type II Diabetes and split them into two groups.

One group received a small dose of Himalayan Silk…

While the other group took a popular diabetes drug called glyburide.

At the beginning of the trial, doctors measured each patients' blood numbers…

I'm talking about fasting blood glucose and HbA1c levels… triglycerides… even their LDL and HDL cholesterol.

And, after just 28 days, they were **stunned** when they saw the results.

See,

### Himalayan Silk performed 238% better than big pharma's leading drug

Let me repeat…

This all-natural plant worked 238% better than one of the most popular diabetes drugs.

Can you believe it?

Specifically, Himalayan Silk lowered fasting glucose levels **27%**…

And **reversed Type II Diabetes** in every patient.

Can you imagine…

Watching your fasting glucose levels drop 27% - and being declared **"diabetes free"**?

Truth be told, this is the most powerful diabetes-reversing solution I've ever seen.

But, friend, it gets better…

Because Himalayan Silk also lowered LDL cholesterol (the bad kind) by 23%…

It increased HDL cholesterol (the good kind) by 18%…

And triglycerides improved by 16%.

**FTC Ex. 121 - Burant Report**

Imagine the look on your doctor's face when all your numbers improve...

## Imagine how you'll feel when your doctor tells you, *"your diabetes is gone"*

Now imagine hearing those words just 28 days from today...

Take out a calendar, flip exactly 4 weeks from today, and circle the date. That's EXACTLY when you'll finally be free from Type II Diabetes.

**Friend, does it feel like you just got a second chance?**

A second chance to live the life you've always wanted – the life you deserve.

That's exactly what I want for you today... and what you'll get when you discover the power of Himalayan Silk for yourself.

Before I show you exactly how to do that, however, I'm sure you're wondering...

Why hasn't my doctor told me about Himalayan Silk?

And again, the answer is pretty simple: **follow the money.**

You see,

## Did you know Big Pharma practically owns most medical schools in America?

Surprisingly, it's true...

A recent investigation by the American Medical Student Association went undercover into the top 150 medical schools in the United States...

...to see just how much money they were taking from Big Pharma.

And they found that nearly all of these schools take big "donations" from well-known drug companies.

In fact, Big Pharma contributes more than **$11.5 million** to medical schools every year.

These "donations" come in the form of research grants – which the schools gladly accept.

In return, as I saw firsthand, medical schools agree to teach students about drugs... rather than natural ways to reverse disease.

So rather than focusing on natural treatments like Himalayan Silk...

Their mantra is, *"prescribe, prescribe, prescribe."*

It's why so many Americans are on Actos, Avandia, and insulin...

And,

## It's why we still haven't found a way to beat diseases like Type II Diabetes

Heck, I even followed this advice for years. Until I found out what truly causes diabetes...

And started using natural treatments like Himalayan Silk with my patients.

In fact, it's the first step in the diabetes-reversing protocol I use in my clinic.

And... at the end of this presentation, I'll show you **the only place** to get Himalayan Silk.

Along with the exact dosage I recommend, and when you should take it...

And how long it takes before you'll start seeing results (hint: book your next doctor's appointment exactly 4 weeks from today).

Details in just a moment...

Because, as I mentioned, there are **two more steps** you need to reverse diabetes.

Remember: low insulin isn't the only problem caused by "Non-Ionizing Radiation."

You also need to *"reset"* your insulin receptors – so they open up and start accepting sugar again.

And that's exactly what this second step is designed to do.

As you're about to see,

## There are two unique ways to "reset" your insulin sensitivity

I call them the **"Sugar Companions,"** because they take the sugar in your body and guide it exactly where it needs to go.

And Sugar Companion #1 comes from the last place you'd expect...

In 1618 a farmer by the name of Henry Wicker was starting a farm in rural England.

He had a large plot of land... a barn... and half a dozen cows which he intended to farm for meat...

meat.

Since he didn't have a trough, or any of the equipment a regular farmer would use, his cows drank straight from the well.

However, at first, they refused to drink because of an odd, bitter taste in the water.

But still... Henry forced his cows to drink from the well (after all, his livestock needed water to live).

After a few days, the farmer noticed that the water seemed to have some sort of **natural elixir** in it...

If a cow got scratched or developed a rash... after drinking this seemingly normal well-water... his cows' wounds would heal – almost like magic.

So Henry started to wonder, *"What in the heck is in this water?"*

Unfortunately, he wouldn't live to find out...

But, about a hundred years later, English scientists began to study the water on Henry's property.

And they stumbled upon one of the greatest discoveries of our time...

It's a natural molecule known as **Epsom Blue**.

And, as it turns out, this molecule was abundant in the water Henry's cows were drinking.

It's also absolutely critical to your health.

See, through its unique molecular structure, Epsom Blue binds to the insulin receptors in your cells.

In short,

## Epsom Blue is the "key" that unlocks the insulin receptors in your body...

...forcing them to *"open up"* and accept sugar again.

When you have low levels of Epsom Blue, sugar simply floats around your blood stream until it's converted to fat (or damages the nerves in your feet, hands, or eyes).

In fact, a recent study published in Diabetes, Obesity, and Metabolism proved how well Epsom Blue works...

When given to a handful of patients...

Epsom Blue significantly increased insulin sensitivity (meaning, your body starts accepting insulin again)...

And it lowered fasting glucose and HbA1C levels...

If you're suffering from diabetes...

Imagine how it'll feel seeing your fasting glucose and HbA1C drop into the normal range.

## Picture how your life will look when it's no longer controlled by Type II Diabetes

Will you sleep better – no longer worried about deadly complications like kidney failure or nerve damage?

Will you enjoy going out to restaurants again – no longer chained to the salad section?

Or maybe you'll take your grandkids to the park – without worrying about your next blood sugar test.

Whatever you do, you'll finally feel free...

Free to live your life however you want – when Type II Diabetes is nothing more than a distant memory.

That's exactly what your future will look like just 4 short weeks from today.

And it's why, at the end of this presentation I'll show you the best place to get **Epsom Blue**...

Along with how much you should take for the best results...

So you can finally **break free from Type II Diabetes** – once and for all.

Full details in just a minute.

First, however, I want to share one more story with you...

It's about the discovery of a second "Sugar Companion" –

## The second "Sugar Companion" is a way to "supercharge" the results you'll get with Himalayan Silk and Epsom Blue

And it starts all the way back in 1797...

FTC Ex. 121 - Burant Report

...when a French scientist named Louis-Nicholas Vauquelin made a **bizarre** discovery.

See, Louis-Nicholas was obsessed with rocks and minerals. He enjoyed collecting them and studying their unique makeup.

And in the summer of 1797... when experimenting with ore from Siberia... he found something he'd never seen before.

It was the shiny green rock you see here:



*What makes this discovery so important?*

Well, when Louis-Nicholas looked deeper, he found a unique compound inside this rock...

It's what makes that bright green color on the outside.

That compound is called **Chromanite.**

Louis-Nicholas noted his discovery... and wrote it down in his journal...

But, until a few centuries later, it was mostly forgotten....

Then, in 1950, scientists realized why this compound is so **unique**.

You see, Chromanite is an abundant mineral in the Earth's crust.

## Chromanite is also a key component of many foods we eat

So, when scientists were conducting a study on rats – trying to figure out the cause of diabetes...

They fed the rats a number of different diets...

Including, one that was low in Chromanite.

And they found that the rats who ate less Chromanite... all went on to develop diabetes.

But, when they added Chromanite back into their diet, their **diabetes disappeared** overnight.

Now, I know... this sounds too good to be true...

And you're not a lab rat.

That's why, years later, doctors at the Health Sciences Center in Louisiana decided to put Chromanite to the true test – seeing how it affects blood sugar in people.

So, for 90 days, they gave a small dose of Chromanite to Type II Diabetics.

And the results were nothing short of **incredible**...

See,

## Patients taking Chromanite saw a 30% improvement in insulin sensitivity...

Meaning, your body is able to start using the insulin it's producing again.

What's more...

Their fasting glucose levels dropped by an astounding 30%!

Imagine improving your blood sugar by **30%**...

What would your doctor say? *What would your wife say?*

But, friend, it gets even better...

Because doctors were even more impressed when they noticed how Chromanite works.

See, much like our first Sugar Companion – Epsom Blue...

Chromanite works by **"activating"** the insulin receptors in your body.

That means it forces your cells to "open up"... accept insulin... and start cleaning sugar out of your blood stream.

In fact,

## Chromanite and Epsom Blue work in perfect harmony to "reset" your insulin sensitivity...

Cleaning glucose out of your blood stream...

And completely reversing diabetes.

FTC Ex. 121 - Burant Report

But there's one final thing you need to make sure you truly **reverse your diabetes**... and make sure it never comes back.

You see, as you've heard today, it's impossible to avoid "NIR" completely.

Our modern world is simply filled with these radiation-emitting devices...

And, unless you decide to live like the Amish, you're going to be in 24/7 contact with these devices.

That's why there are a few simple "tweaks" I recommend to limit your "NIR" exposure.

For example, did you know there are "Non-Ionizing Radiation" blockers...

Such as paints, window coverings, cases for your cell phone, or cases for your laptop computer...

That can block these sources of radiation?

(Yes, even if you're sitting in front of the computer all day or live near a cell phone tower.)

These items work like a shield, deflecting harmful radiation from your body.

And it's the perfect defense against "NIR."

### Think of it as a way to "diabetes proof" your entire body – without changing your lifestyle at all

But that's not the only NIR-reducing tip I want share with you...

Because I've discovered several more easy tips you can use to limit your exposure to "NIR"...

...and make sure you reverse your diabetes – for good.

Again, in just 28 days.

Are you starting to see how these 3 easy steps could change your life?

When you put together everything we discussed today...

From Himalayan Silk to boost your insulin production...

Both Sugar Companions – Epsom Blue and Chromanite – to deliver insulin throughout your body...

And the simple tips to avoid "NIR" exposure...

You'll finally have everything you need to defeat the root cause of diabetes.

### Allowing you to reverse virtually every symptom of your diabetes – in just 28 days

I'm so excited for the **freedom** you'll feel once you finally say *"goodbye"* to your diabetes once and for all.

If you're ready to experience the diabetes-reversing power of this 3-step protocol for yourself...

Then I have some great news for you today (and a private invitation just for you... so stay tuned).

Because the 3 steps you heard about today are the building blocks of my **brand-new** diabetes-reversing protocol...

These are the exact steps I use with patients in my clinic.

And, normally, you can only get them if you make an appointment to see me in person.

But I realize how important this is – and how many lives I can change by sharing this with every American today...

So, for the first time, I've written the entire protocol into an easy-to-follow plan.

And you can get instant access to it – right now.

I call it:

### The Doctor's Guide to Reversing Type II Diabetes in 28 Days

And it's a simple, step-by-step manual on how to reverse diabetes in just 4 weeks.

Inside, I cover all the details on Himalayan Silk, Epsom Blue, Chromanite...

Along with nearly a dozen more diabetes-reversing "secrets" I've discovered through the years.

They're all designed to combat the effects of "NIR" – the root cause of diabetes...

And help you break free from diabetes without giving up the foods you love, exercising, or taking a single drug.

I've taken everything I've learned in my 37 years helping patients reverse diabetes...

**FTC Ex. 121 - Burant Report**

And typed them all up into an easy-to-follow online protocol – which you can access and start using today.

It's exactly like sitting with me in person, going over your numbers, and drawing up a personalized plan for you to reverse your diabetes.

For example, we'll start a lesson I call **Understanding Your Diabetes** – where we'll discuss exactly what diabetes is… and what it isn't.

This is always the first step I take with my in-person patients.

Because, before you learn how to reverse diabetes, you first have to understand what's going on inside your body.

Think of it like an initial consultation… where I'd normally run a few tests, show you your numbers, and explain the science behind your diabetes (in plain, easy-to-understand language).

Then,

## I'll walk you through the 3 tests every diabetic needs… and isn't getting right now

Yes, your fasting glucose and HbA1c levels are important. But, as you've heard today, they don't tell you the full story.

These 3 tests will tell you what's really going on inside your body…

Including how to measure your exposure to "Non-Ionizing Radiation."

Yet, I can almost guarantee not 1 doctor in 100 even knows these tests exist. I'll tell you exactly what they are, where you can go to get them, and how to ask your doctor about these 3 tests (without offending him).

After that, I'll cover every shocking detail of the **"hidden" root cause of diabetes.**

This is where you'll get all the details on **"NIR."**

I'll show you exactly which devices emit this type of radiation.

I'll walk you through the science of what it's doing to your body (including a few diagrams so you can see what's going on)…

And I'll give you a few life-changing steps to limit your exposure to "NIR"…

…including exactly where you can get one of the radiation-preventing products.

I'll also share a few more easy steps you can take – like removing this 1 "harmless" item from your bedroom – that can lower your exposure to "NIR"…

…and make sure you stay diabetes free for life.

Then,

## Once we've discussed the root cause of diabetes, we'll get into what I call the "action steps"

We'll start with **Himalayan Silk**…

You'll get all the details on this **all-natural insulin "jumpstart" that reverses your Type II Diabetes in just 28 days.**

I'll show you where you can get it… how it works… when to take it… and exactly how much to take for the best results.

Just follow these easy steps and watch your diabetes disappear in 4 weeks.

Then, once your body starts producing insulin again, you'll hear about the two **Sugar Companions** you discovered earlier – so you can "reset" your insulin sensitivity.

Module 7 covers Sugar Companion #1: **Epsom Blue**…

While Module 8 goes into detail on Sugar Companion #2: **Chromanite.**

Remember: these two Sugar Companions form the perfect diabetes-fighting duo…

And in **The Doctor's Guide to Reversing Type II Diabetes in 28 Days,** you'll get full details on where you can find them…

I'll also show you the exact dosage I recommend and when to take them… so there's no guesswork.

It's the same "done for you" approach I take with all my patients.

I'll walk you through every step, showing you exactly how to reverse your diabetes. Again, just 28 days from today.

All told,

## The Doctor's Guide to Reversing Type II Diabetes in 28 Days is the most complete system ever created for Type II Diabetes

FTC Ex. 121 - Burant Report



But there are a few more diabetes-reversing tricks I've discovered throughout my career.

And if you want to do a complete "deep dive" into how to reverse your diabetes...

...I've included these special "bonus" chapters for you to go through on your own.

In your copy of this easy-to-follow, at home protocol, I give you everything you need to **reverse every symptom of your diabetes** – and make sure it never comes back.

And I'm about to show you how to claim your copy.

However, there is one catch...

This is the only place you can get access to **The Doctor's Guide to Reversing Type II Diabetes in 28 Days.**

It's not available in stores. And I haven't published it anywhere else on the Internet.

The only way to get access to this easy, at home guide is through this presentation right now.

In exactly 1 minute, I'm going to show you how to get full access to the entire manual.

So, just 4 weeks from today, you can finally **erase your diabetes for good.**

First, I'm sure you're wondering:

### How much does a system like this cost?

Well, if you came to my clinic, you'd pay $1,000 for me to walk you through the entire protocol one-on-one.

And that's on top of any other expenses. Like flights, spending the night in a hotel, and renting a car.

And even then...

If I showed you exactly how to get rid of your Type II Diabetes...

And you did it in just 28 days...

I'm sure you'd agree – $1,000 would be a bargain.

But I know $1,000 is out of reach for most people. And, as I said before, it's my mission to help as many people as possible escape from Type II Diabetes.

So, here's what I'm going to do...

**For the next 24 hours,** I'm making The Doctor's Guide to Reversing Type II Diabetes in 28 Days available...

For just $249.

That's like a huge $750 discount.

But, friend, you can do better...

Because you signed up for this live event – and stuck with me to the very end – you've proven that you're ready to take the next step.

And I don't want anything standing in your way...

So,

### Because you decided to take action today, I'm going to take another $100 off that rock-bottom price

This $100 "rebate" is only available for live attendees.

So this is only time you'll be able to get **The Doctor's Guide** at such a low price.

Here's how to claim your $100 "rebate" now:

In just a minute, you'll see a bright blue **"Add to Cart"** button appear below this video.

When you click that button, you'll lock in your special $100 "rebate" (along with the 75% off "discount" I mentioned earlier).

As soon as you do, you'll head straight to our secure RSVP form – using the same security as Amazon and Google.

Fill out your information and... in seconds... you'll get instant access to the entire **Doctor's Guide to Reversing Type II Diabetes.**

Yes...

**FTC Ex. 121 - Burant Report**

Just moments from now, you can start your path to becoming "diabetes free" – in just 28 days.

When you click the button below, you'll get instant access to **The Doctor's Guide to Reversing Type II Diabetes in 28 Days.**

As soon as you do, start with the chapter titled Understanding your Diabetes.

Read up on what causes diabetes. Discover the numbers you need to know – along with rare symptoms to look out for.

Then hop into the next chapter, where you'll discover the 3 tests every diabetic needs... but isn't getting.

### Notice how empowered you feel with this life-changing information at your fingertips

Then dig into a shocking, root cause of diabetes: **"Non-Ionizing Radiation."**

Read up on how dangerous it is for your blood sugar.

See how modern devices slowly **"burn out"** your body's ability to produce insulin.

And jot down a few of the **"secrets"** to lowering your exposure.

Then find out how to attack this root cause of diabetes – and finally beat it once and for all. You'll get all the details on:

**Himalayan Salt,** the insulin-booster that reverses Type II Diabetes in 28 days...

Along with **Epsom Blue** and **Chromanite,** the two "Sugar Companions" to increase your insulin sensitivity...

### And remember:
### I'll be with you every step of the way...

Walking you through this entire program and making sure you stick with it until you're declared "diabetes free."

**And here's my promise to you...**

If you read this guide and follow to the letter...

And your diabetes doesn't disappear in 28 days...

I'll refund every cent you pay today. Here's how it works:

Click the button below and head straight to our secure RSVP page.

Fill in your information and get instant access to **The Doctor's Guide to Reversing Type II Diabetes in 28 Days.**

As soon as you do, start flipping through the modules.

Skip ahead to the action guide if you want... and read up on Himalayan Salt, Epsom Blue, and Chromanite.

Then put what you learn to use...

And just **28 days** from today, if you don't feel more energetic and youthful...

If you don't notice your blood sugar stabilizing... your numbers remaining constant in the morning and after meals...

And if your diabetes doesn't **disappear completely**...

Give me a call and I'll send back every cent you paid today.

### You can even make an appointment with your doctor – so you KNOW you're finally diabetes free

It doesn't get any more risk free than that.

*Can you feel it?*

That buzz of excitement rushing through your body?

That means you're ready to make the leap... and start the journey to your brand-new life.

I know you're ready to get rid of your diabetes once and for all...

And I know how much you want this...

All you have to do is click the button below... claim your **Doctor's Guide to Reversing Type II Diabetes in 28 Days...**

*And let me do the rest.*

Remember: you're completely protected by my **100% Money Back Guarantee.**

**Simply click the button below now to get started.**

But wait, there's one more thing I forgot.

FTC Ex. 121 - Burant Report

To make this a true "no brainer" for you...

## I'd like to send you two FREE bonus gifts

At no cost to you.

When you click the button below and say "yes" today, I'll include both **FREE** bonus reports with your instant access to The Doctor's Guide to Reversing Type II Diabetes.

Here's what you'll get...

**Bonus Report #1: The 5 Big Pharma Moneymakers Giving You Diabetes**

Did you know there are a handful of common drugs that are proven to cause Type II Diabetes?

Shockingly, it's true...

These common drugs are packed with **toxic chemicals that raise your blood sugar levels.** And worse...

If you're taking any of these drugs right now, they'll completely wreck your results...

Causing your blood sugar to fly out of whack...

And making it impossible to reverse your diabetes.

That's why I put together this comprehensive list of 5 prescription drugs that are giving you diabetes.

You'll get one copy – **FREE** – when you get access to The Doctor's Guide now.

But that's not all. Because you're also getting...

**Bonus Report #2: Nutrient Trifecta Makes Diabetic Nerve Pain Disappear**

Many of my patients tell me, even after they reverse their diabetes, they still suffer from lingering nerve pain.

Which is why I developed a simple protocol to reversing diabetic nerve pain.

In this special report, you'll get the exact protocol I give patients who visit my clinic.

And, just a few weeks, you'll feel it start to kick in...

Tingling and numbness disappear...

Fear of amputation washes away...

And **pain completely vanishes**...

Your copy is **100% FREE** when you click the "Add to Cart" button below. So, to quickly recap, here's everything you get when you click the button below:

**Bonus Report #1: The 5 Big Pharma Moneymakers Giving You Diabetes**

**Bonus Report #2: Nutrient Trifecta Makes Diabetic Nerve Pain Disappear**

All backed by my **100% Money Back Guarantee.**

So, are you ready to start your brand-new life?

Are you ready to finally **break free** from diabetes – and start enjoying your life again?



## And are you ready to know how it feels to finally reverse Type II Diabetes... for good?

Simply click the button below now.

Look, the way I see it, you're standing at a crossroads...

On the left, there's option 1.

You can close this page, do nothing, and continue down the path you're on.

You can keep suffering with lifelong diabetic symptoms... spending **hundreds** on test strips and glucose meters... trying to track all your numbers... all the while wondering if someday you'll have to have a foot cut off or worse...

All the while knowing you had a chance to do something about it and you let it slip away.

That's why I recommend option 2: **the done-for-you option.**

Simply click the button below and get instant access to **The Doctor's Guide to Reversing Type II Diabetes in 28 Days.**

## Just seconds from now, you'll discover exactly how to attack root causes of diabetes...

Eliminate it with a safe, natural technique...

And enjoy the youthful energy and freedom that comes with it.

**FTC Ex. 121 - Burant Report**

All just 28 days from today.

**Your brand-new life is waiting** for you when you click the button below now.

Remember: your copy of **The Doctor's Guide to Reversing Type II Diabetes in 28 Days is completely guaranteed.**

If this 3-step protocol doesn't work exactly as I promised today, I'll refund every penny.

Simply click the button below and I'll see you on the next page.

For **The Doctor's Guide to Reversing Type II Diabetes in 28 Days**, I'm Dr. Richard Gerhauser.

Thanks for joining me today.

Click the button below to get instant access to The Doctor's Guide to Reversing Type II Diabetes in 28 Days.



## ADD TO CART

(You Can Review Your Order Before it's Final)

**SOLAIRE**
NUTRACEUTICALS

©Health Sense Media | 16 W Madison St, Baltimore MD 21201, United States of America | Contact Us | Privacy Policy | Terms and Conditions | All rights reserved. No part of this report may be reproduced or placed on any electronic medium without written permission from the publisher.

**FTC Ex. 121 - Burant Report**

 **Gmail**

---

**Don't make plans Dec. 11, 2018**
1 message

---

**Rude Awakening** <rude@p.sevenfigurepublishing.com>    Wed, Dec 5, 2018 at 9:01 AM
To

Don't make plans Dec. 11, 2018

### the Rude Awakening

December 5, 2018

Hi, Greg here.

Please read the urgent message below from our affiliates at Natural Health Response, because at *The Rude Awakening* we know that your health is just as important as your finances.

---

# Don't make plans Dec. 11, 2018

Dear *Rude Awakening* Reader,

Excuse me for being forward, but can I ask you a personal question?

Do you suffer with **Type 2 diabetes**?

Have you been diagnosed with **prediabetes**?

Or maybe your doctor has told you to **keep an eye on your blood sugar**.

Well, if you answered **yes** to any of those questions, then I have **good news** for you today...

Because after 37 years in practice, I recently discovered a simple, at-home treatment for Type 2 diabetes.

**FTC Ex. 121 - Burant Report**

And no, it has nothing to do with diet or exercise. It doesn't involve a single drug either.

Yet this new treatment is scientifically proven to **reverse every symptom of your diabetes in 28 days.**

Let me repeat:

**This brand-new treatment will reverse your diabetes just four weeks from today.**

Without changing your diet, spending a minute in the gym or taking a single drug.

Sure, it sounds impossible...

Which is why I'm revealing every step of this simple treatment — **for FREE** — in a live presentation on Tuesday, Dec. 11 **(click here now to reserve your spot)**.

Tune in at 1:00 p.m. EST — and make sure you have at least 40 minutes to watch the entire thing.

Here's everything I'm going to cover in **this live presentation**. You'll discover...

The shocking **"hidden" cause of Type 2 diabetes**. No, it has nothing to do with what you eat or how much you exercise...

Why **Type 2 diabetes is NOT your fault**. And who we should be blaming instead (warning: This part will infuriate you)...

How doctors, the CDC and the World Health Organization are **getting it all wrong** when it comes to diabetes (hint: None of their solutions treat this new root cause)...

Along with my brand-new, **28-day treatment to reverse Type 2 diabetes.**

You'll hear **exactly how it works**...

FTC Ex. 121 - Burant Report

You'll see the **rock-solid proof** in action...

I'll show you decades of peer-reviewed scientific studies (including one that showed a **100% success rate**)...

I'll walk you through **every step** of this simple protocol...

And finally, at the end of the presentation, I'll show you exactly how you can start using this treatment today. So you too can **reverse your Type 2 diabetes in just 28 days.**

However, there is one catch...

You won't find this information anywhere else. It's only available through **this one-time live event.**

And space is extremely limited.

So make sure you **click here now to reserve your spot**. Otherwise, I'll have to give it to someone else.

I hope you'll join me on **Tuesday, Dec. 11, at 1:00 p.m. EST.**

**Click here now to reserve your spot** and I'll see you there.


**>> CLICK HERE NOW TO RESERVE YOUR SPOT <<**


To reversing your diabetes,

Dr. Richard Gerhauser, MD

**P.S.** While I'd like to share this information with as many people as possible... and this live event is completely free... I have to limit attendance to 100 people today. Our software simply can't handle any more than that. So if you're not going to attend, please let me know. That way, I can give your spot to someone else.

FTC Ex. 121 - Burant Report

But if you'd like to discover how to reverse Type 2 diabetes in 28 days, **click here now to reserve your spot.**

See you on Tuesday, Dec. 11, at 1:00 p.m. EST.

**>> CLICK HERE NOW TO RESERVE YOUR SPOT <<**

The Rude Awakening is committed to protecting and respecting your privacy. We do not rent or share your email address. By submitting your email address, you consent to *Seven Figure Publishing* a division of Agora Financial, LLC. delivering daily email issues and advertisements. To end your Rude Awakening e-mail subscription and associated external offers sent from The Rude Awakening, click here.

Please read our Privacy Statement. For any further comments or concerns please email us at rude@sevenfigurepublishing.com. If you are having trouble receiving your Rude Awakening subscription, you can ensure its arrival in your mailbox by whitelisting The Rude Awakening.

© 2018 *Seven Figure Publishing* a division of Agora Financial, LLC. 808 Saint Paul Street, Baltimore MD 21202. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security they personally recommend to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of a printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only after reviewing the prospectus or financial statements of the company.

**FTC Ex. 121 - Burant Report**

 Gmail

## Shocking new "protocol" reverses Type II Diabetes in 28 days
1 message

**Technology Profits Daily** <TechProfitsDaily@p.sevenfigurepublishing.com>          Fri, Dec 7, 2018 at 9:10 AM
To:

Can this new treatment really reverse Type II Diabetes in 28 days?



TECHNOLOGY PROFITS DAILY
Ray Blanco's Real Time Tech and Biotech Tracker

December 7, 2018

# Shocking new "protocol" reverses Type II Diabetes in 28 days

Dear *Tech Profits Daily* Reader,

**Can this new treatment really reverse Type II Diabetes in 28 days?**

Without diet, exercise, or a single drug?

Sure, it sounds impossible...

But, according to a new study from the University of Kansas, it's true...

On **Tuesday, December 11that 1:00 PM EST** my colleague Dr.Richard Gerhauser, M.D. will reveal every step of this brand-new treatment with you.

You'll hear **exactly how it works**...

...he'll walk you through **every step** of this simple protocol...

...and, finally, he'll share exactly how **you can start using this treatment** – today. And again, it involves no expensive drugs, no strict diets, and not a single minute of exercise.

**FTC Ex. 121 - Burant Report**

If you suffer from Type II Diabetes, **please join him for this live event.**

**>> CLICK HERE NOW TO RESERVE YOUR SPOT <<**

Regards,

Sean McCloskey
Managing editor, *Technology Profits Daily*

**P.S.** There is one catch... space for this live webinar is extremely limited. And I expect it to fill up fast. So if you're interested in learning this 28-day plan to cure Type II Diabetes – I urge you to **claim your spot now.**

*Technology Profits Daily* is committed to protecting and respecting your privacy. We do not rent or share your email address. By submitting your email address, you consent to *Seven Figure Publishing* a division of Agora Financial, LLC. delivering daily email issues and advertisements. To end your *Technology Profits Daily* e-mail subscription and associated external offers sent from *Technology Profits Daily*, feel free to click here.

Please read our Privacy Statement. For any further comments or concerns please email us at TechProfitsDailyFeedback@sevenfigurepublishing.com. If you are having trouble receiving your *Technology Profits Daily* subscription, you can ensure its arrival in your mailbox by whitelisting *Technology Profits Daily.*

© 2018 *Seven Figure Publishing* a division of Agora Financial, LLC. 808 Saint Paul Street, Baltimore MD 21202. Although our employees may answer your general customer service questions, they are not licensed under securities laws to address your particular investment situation. No communication by our employees to you should be deemed as personalized financial advice.

We expressly forbid our writers from having a financial interest in any security they personally recommend to our readers. All of our employees and agents must wait 24 hours after on-line publication or 72 hours after the mailing of a printed-only publication prior to following an initial recommendation. Any investments recommended in this letter should be made only after consulting with your investment advisor and only after reviewing the prospectus or financial statements of the company.

**FTC Ex. 121 - Burant Report**

**From:**      Dr. Richard Gerhauser <customerservice@naturalhealthresponse.com>
**Sent:**      Tuesday, March 19, 2019 4:10 PM
**To:**        ████████████████████████████
**Subject:**   [Discovered!] The REAL Cure for Diabetes

You'll be shocked

**March 19, 2019**

# [Discovered!] The REAL Cure for Diabetes

## Scientists Ignite 4 Times FASTER Weight Loss In Game-Changing Experiment

Recently, scientists gave volunteers a combination of two powerful herbs, to see what kind of weight loss effect they'd have.

What happened?

The herbs caused four times faster weight loss... and the volunteers ended up shrinking their bellies by four full inches! And now, they are available to you...

[Click here to discover what these two herbs are](#).

**FTC Ex. 121 - Burant Report**

**Details here**

Dear Reader,

If you have type 2 diabetes, you've probably been told it's a life sentence.

In other words, once you have it, you'll always have it.

Your doctor probably also told you that the best you hope for was to "manage" your condition and "minimize" complications.

Well, I have better news.

Because according to the latest research, **type 2 diabetes can be CURED.**

## Recommended Links

**Do you know the new doctor-recommended way to <u>naturally</u> fall asleep in just a few minutes?**

There are no pills to take. **And it starts working <u>instantly</u>.**

So, you drift into a deep, peaceful sleep in just moments -- and wake up in the morning feeling rested and refreshed.

*Plus, studies show that this ingenious trick actually works **<u>better</u>** the more trouble you have getting to sleep.*

Now, one world-renowned MD is revealing exactly how to do this simple trick right here.

<u>>>> Click here now to get the best sleep of your life and sleep soundly all night long.</u>

---

**BREAKING: Doctor-Approved "Smart Pill" Reverses Age-Related Memory Loss**

Have you heard of this brand-new "smart pill"? [click here to see how it works]

**FTC Ex. 121 - Burant Report**



Believe it or not, scientists have now discovered how this tiny black pill works to reverse memory loss in seniors.

Not only that, but this smart pill has the power to...

Increase your ability to focus and pay attention...

Increase your ability to multitask...

Boost your brain power... banish brain fog...

Yes, even reverse those dreaded "senior moments."

It's almost like hitting the "reset" button on your brain -- restoring it like new.

Wouldn't that feel great? To have the quick, sharp mind of a 20-year-old?

You can get the all the details -- right here -- in this short video

Diabetes is a brutal disease. If you don't carefully manage your blood sugar levels, you could be staring down the barrel of heart disease, nerve damage, and blindness.

Your chances of having an amputation skyrocket, and your chances of having a heart attack or stroke **double**.

Those are all good reasons to prevent type 2 diabetes, to begin with.

But what if you already have it? Are you doomed to travel down an inevitable road of sickness and misery?

No way!

**FTC Ex. 121 - Burant Report**

**The latest research shows that type 2 diabetes can be reversed... as in CURED.**

The best part is that this cure wasn't developed by some Big Pharma giant, and it won't cost an arm or a leg (no pun intended).

In fact, **it won't cost anything at all**.

In a study published in the *Lancet Diabetes & Endocrinology Journal* that involved 300 type 2 diabetics, half received typical diabetes treatment while the other half did something radical:

They went on a diet.

For 3-5 months, they consumed just 800 calories per day of a special formula meal. Then they worked with a dietitian to keep the weight off.

After one year, **nearly 50% of the people on the low-calorie diet had reversed their diabetes**. Two years later, 36% were still diabetes free!

Those who lost the most weight were the most likely to stay diabetes free.

This means they were able to keep their HbA1c levels down *without using drugs*.

You probably haven't heard about this because they're no money to be made in a drug-free way to cure a disease.

And for all those doubting Thomases out there, I dare you to put it to the test for yourself. You've got nothing to lose but weight... oh, and your diabetes.

To a brighter day,

Dr. Richard Gerhauser, M.D.

## Did you know there's a small organ that controls how you feel?

Obviously, it's not your brain. Surprised? I was too...

FTC Ex. 121 - Burant Report

Yet, a new report out of the prestigious California Institute of Technology shows...

The blue feelings that are getting you down... that occasionally make you feel sad and unhappy...

**Do not come from your brain.**

Instead, they start in this small organ.

But the good news is... once you fix this 1 thing, you'll start feeling happier... more energized... and more excited for your future -- starting in 7 days.

Want to see how it's done? Click here now.

**Please Click Here to View it Now**

**Coffee Not Working Anymore?**

 If you feel tired all the time and coffee doesn't work anymore, this might be the problem.

Because your fatigue... brain fog... and sleepless nights might all be connected. The issue is 1 organ in your body.

Fortunately, science has uncovered how to reverse all your problems and feel relief starting in just 33 minutes.

Click here to find out the solution.

To end your *Natural Health Today* e-mail subscription and associated external offers sent from *Natural Health Today*, **click here to unsubscribe.**

If you are you having trouble receiving your *Natural Health Today* subscription, you can ensure its arrival in your mailbox by whitelisting *Natural Health Today.*

© 2019 by NewMarket Health Publishing. All Rights Reserved. PO Box 913 Frederick, MD 21705. All

**FTC Ex. 121 - Burant Report**

rights reserved. No part of this report may be reproduced by any means or for any reason without the consent of the publisher. The information contained herein is obtained from sources believed to be reliable, but its accuracy cannot be guaranteed. All material in this publication is provided for information only and may not be construed as medical advice or instruction. No action or inaction should be taken based solely on the contents of this publication; readers should consult a health professional on any matter relating to their health.

The information and opinions provided in this publication are believed to be accurate and sound based on the best judgment available to the authors, but readers who fail to consult with appropriate health authorities assume the risk of any injuries. The publisher is not responsible for errors or omissions. The material in this report has not been approved by the Food & Drug Administration. The products discussed are not intended to diagnose, treat, cure, or prevent any disease.

*Natural Health Today* is committed to protecting and respecting your privacy. Please read our Privacy Statement.

FTC Ex. 121 - Burant Report