# FTC Exhibit 122, Johnson Decl.

## DECLARATION OF CHERYL L. JOHNSON

### PURSUANT TO 28 U.S.C. § 1746

I, Cheryl L. Johnson, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am currently the Clerk of the United States House of Representatives ("Clerk").

2. The Office of the Clerk of the United States House of Representatives ("Clerk's Office") is in receipt of nine letters from the summer and fall of 2018 from eight individuals, regarding "Congressional Checks."

3. Although the Clerk's Office was in receipt of the letters at the time that I was elected Clerk on February 25, 2019 (effective February 26, 2019), the Clerk's Office is a continuous office, and I submit this declaration in my capacity as the head of the office.

4. Attached as **Attachment A** are true and correct redacted copies of the nine letters described above, of which the Clerk's Office is in receipt.

5. In a letter stamped as received on September 19, 2018, an individual wrote to the Clerk asking to be "put [] on your list to receive Congressional checks . . . ." This individual's letter stated that he was "applying for participation before Sept. 13, 2018 under the Congressional trillion dollar giveaway."

6. In a letter dated September 23, 2018, an individual wrote to the Clerk asking the Clerk to "add my name to the payee list, pursuant to Section 199A. In order to start receiving my congressional checks . . . ." This individual's letter stated that he was providing his address so that the Clerk "will know where to mail all of my checks."

7. In a letter stamped as received on October 11, 2018, an individual wrote to the Clerk asking if "this advertisement regarding the congressional check is available to [sic] American public as stated."

FTC-PROD-00001027

**FTC Ex. 122 - Johnson Decl.**

8.  In a letter stamped as received on October 12, 2018, an individual wrote to the Clerk asking the Clerk to "put my name on the list for congressional checks . . . ."

9.  In a letter dated August 19, 2018, an individual wrote to the Clerk requesting that his "name be placed on roll [sic] as recipient of congressional checks as mandated by law."

10. The Clerk's Office does not administer a program called "Congressional Checks," nor does it maintain a list of individuals who are to receive "Congressional Checks."

I state under penalty of perjury that the foregoing statement is true and correct.
Executed on ___July 26___, 2019 at Washington, D.C.

Cheryl L. Johnson

FTC-PROD-00001028

**FTC Ex. 122 - Johnson Decl.**

# Attachment A

FTC-PROD-00001029

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



Clerk Of The House of Representative
Legislative Resource Center
135 Cannon Bldg.
Type (s)
Washingt                    20515
20515-

FTC-PROD-00001030

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

Congressional Checks
Section 199 A

Type reform: Filing Information

Schedual Income

Status: Widow
State District:
(CA49)?
Assets:

Owner Value of Assets:
Type (s)?          Tx.7

Filing report: Annual report
(short form)

FTC-PROD-00001031

FTC Ex. 122 - Johnson Decl.

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



Please put my name on list.

FTC-PROD-00001032

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



FTC-PROD-00001033

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

Congressional Checks
Section 199A
Congress Secrets (Checks)
800-708-1020

Name: ████████████████
Status: Widow
State: ████████████ (CA 49)?

Filing Type Information
Filing Type: Annual Report

Assets: ████████████████████████
████████████████████████████

Type (s) #1000
Congressional Checks
410,000

FTC-PROD-00001034

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

Congressional Checks
199 A
Please put my name on
the list.

FTC-PROD-00001035

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



Clerk of the House of Representatives
Legislative Resource Center
135 Cannon Building
Washington Dc   - n 5 15

20515-

FTC-PROD-00001036

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

Aug 11, 2018

To whom it may Concern.

My Name is ███████████

live at ████████████████

████████████████

Section 199A of the Tax Code

a provission made where We

Can receive some Tax Income

I am ████ years and Could use

extra taxes sense I am on a fixed

Income Finincial Transparent

Entity I would love to

receive the extra Income

over

FTC-PROD-00001037

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

I understand that Congression
Checks are already receiving their
Checks. Thank you for listening
to a old lady. I do appreciate,
all you do for us.

J D Code  76-0568219
Id  Code  34-1096634
Id  Code  20.8875684
Id  Code  895-500,000.00

Thank you

██████████████

FTC-PROD-00001038

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION





**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

AUG LEGISLATIVE RESOURCE CENTER

2018 SEP 19  PM 4: 54

OFFICE OF THE CLERK
U.S. HOUSE OF REPRESENTATIVES

Dear Sir,

I Request you put me on your List To Receive Congressional checks under 199A. I want To Become a partner to Receive Monthly checks. I am applying For participation before Sept. 13, 2018 under The Congressional TRILLION dollar giveaway.



You can place me as a partner under any of The FOLLOWING entities:

76 05 68 219
64-626-8599
94-328 1941
35 174 0409
100-95356 1121
OTR
20 - 887 5684  That has 1.32 billion available For distribution.

NOTE: Currently I am Living with my Youngest daughter at the Following Address!



Sincerely Yours,

FTC-PROD-00001040

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

05/06/2016 04:10 PM

30 JUL 2016 PM 7 L

Clerk of the House of Representatives
The Whittall
24 3 6 Rayburn HoB
Washington D.C. 20515

FTC-PROD-00001041

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

Dear Sir:

I am a widow and on ████ I will be ██ years old I need help so please consider give me some of that extra money that you are given out I see people are getting thousand of dollars please help me. with one of those checks that the goverment are sending out I have worked since I was 14 years old.

Thank You -

FTC-PROD-00001042

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

c/o Fiscal Dept.

CLERK OF THE HOUSE OF REPRESENTATIVES
. Legislative Resource Center.
135 Cannon - Building
Washington, DC. 20515.

2051¹

25 SEP 2018 PM5 L

FTC-PROD-00001043

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

9-23-18

To Whom it concerns,

I'm writing in regards, to Add My Name to the payee list, pursuant to Section 199A. In order to start receiving my congressional checks, per entity # 20-8875684. Before the October 18th 2018 deadline in order to allow more than enough time, for all of my funds to be released to me. Below you will find my address as well as my contact information, so you will Know where to mail all of my checks. Thank-you for your time on this matter today & GOD-BLESS.

YOUR-PAL,



MAIL TO:

CALL AT:

FTC-PROD-00001044

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



Novitex
Received Damaged #1

Clerk of the House of Representative
Legislative Resource Centre
185 Cannon Building
Washington, DC. 20515

FTC-PROD-00001045

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

1 November 2018

Clerk of the House of Representative
Legislature Resource Center
135 Cannon Building
Washington, DC 20515

Re: Congressional Check

Dear Sir:

This correspondence of utmost concernment was implemented to determine whether this advertisement regarding the congressional check is available to American public as stated. It was noted the section 199A is where senate passed a new tax bill by a vote of 54-48 makes this available to others.
If this congressional check is available to the public, I am wonder whether there are any criteria or requirements to receive a congressional check which is not made available to the American public.
I will await your response regarding the matter.

S     erely,

FTC-PROD-00001046

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



Clerk of the House of Representatives
Legislative Resource Center
135 Cannon Building
Washington, DC. 20515



FTC-PROD-00001047

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

OCT - 4 2018
LEGISLATIVE RESOURCE CENTE
18 OCT 12 PM 1: 23
U.S. HOUSE OF REPRESENTATIVES

From

To clerk of The
Hoase of Representius

Please put my name on the list for
Congressionel Checks based on 199A Tax
Bill. I was born & raised in ▮▮▮▮ and
work and retired from ▮▮▮ there. The
New York ID #20·8875654.
My wife allso from ▮▮▮▮▮ past away
▮▮▮ and we lost half of our income.
We were both retired from ▮▮▮
Please put me on the list for
Congressional Checks 199A.

Thank You ▮▮▮▮▮

FTC-PROD-00001048

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



RETURN RECEIPT
REQUESTED

The Honorable Karen L. Haas, Clerk
Office of the Clerk, U.S. House of Representatives
Legislative Resource Center
135 Cannon House Office Building
Washington, D.C.

FTC-PROD-00001049

**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



AUGUST 19, 2018

THE HONORABLE KAREN L. HAAS,CLERK
OFFICE OF THE CLERK,U.S. HOUSE OF REPRESENTATIVES
LEGISLATIVE RESOURSE CENTER
135 CANNON HOUSE OFFICE BUILDING
WASHIMNGTON, DC 20515-6601

DEAR MADAM CLERK:

PURSURANT TO 12/15/2017 TAX ACT,SEC.199-A BY U.S. HOUSE OF REPRESENTATIVES,I
HEREBY REQUEST MY NAME BE PLACED ON ROLL

AS RECIPIENT OF CONGRESSIONAL CHECKS AS MANDATED BY LAW.

PLEASE FIND ENCLOSED VOIDED CHECK PROVIDED FOR THAT PURPOSE.

FTC Ex. 122 - Johnson Decl.

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION

RESPECTFULLY,



**FTC Ex. 122 - Johnson Decl.**

SENSITIVE, PERSONALLY
IDENTIFIABLE INFORMATION



FTC-PROD-00001052

**FTC Ex. 122 - Johnson Decl.**