# FTC Exhibit 123, Shapiro Decl.

## DECLARATION OF KRISTIN SHAPIRO

### PURSUANT TO 28 U.S.C. § 1746

I, Kristin Shapiro, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them.  If called as a witness, I could and would testify as follows:

1.  I am currently an Assistant General Counsel in the Office of General Counsel for the United States House of Representatives.

2.  On September 20, 2018, legal counsel to the Office of the Clerk of the House of Representatives ("Clerk's Office"), Christopher Donesa, informed my office that the Clerk's Office had received several letters from individuals requesting "Congressional Checks."

3.  On March 8, 2018, another legal counsel to the Clerk's Office, Lloyd Horwich, forwarded copies of the letters that the Clerk's Office had received regarding "Congressional Checks" to me.

4.  In some of the letters, individuals requested to be placed on "the list" for "Congressional Checks."

5.  Many of the letters also referred to Section 199A of the tax code as a basis for receiving "Congressional Checks."

6.  In one letter, an individual asked how he could participate in the "congressional trillion dollar giveaway."

7.  In another letter, a different individual wrote to "request [his] name be placed on roll as recipient of Congressional Checks as mandated by law."

8.  Many of the letters included sensitive, personally identifiable information including names, addresses, bank account numbers, and social security numbers.  Individuals

FTC-PROD-00001053

### FTC Ex. 123 - Shapiro Decl.

apparently provided this information to the Clerk's Office under the belief that it would assist in distribution of the so-called "Congressional Checks."

9.  Based on information I received from the Clerk's description, I found a website advertisement online on October 5, 2018, purportedly created by Zachary Scheidt on behalf of a company called Agora Financial, telling individuals how they could receive "Congressional Checks."

10. The advertisement showed people holding checks with "Congressional Check" written on the check face and a seal purportedly resembling the seal of the United States Congress printed in the upper left corner.

11. A true and correct copy of the advertisement that I saw on October 5, 2018, for "Congressional Checks" is attached to this declaration as **Attachment A**.

12. To my knowledge, the House does not administer a program called "Congressional Checks" or keep a list of people to receive "Congressional Checks." To my knowledge, there is no such thing as a "Congressional Check" as depicted in the advertisement.

I state under penalty of perjury that the foregoing statement is true and correct. Executed on ___June 19___, 2019 at Washington, D.C.

_____

**FTC Ex. 123 - Shapiro Decl.**

# Attachment A

FTC-PROD-00001055

KING NEWS: Thanks to IRS Code Section 199A...

# U.S. Taxpayers Could Collect a Total of $1.17 Trillion in 2018

**While everyday folks are in the dark, the lawmakers who passed this NEW law
are set to collect up to $16 million in income.**

**Act before October 18th, and YOU too could pocket $939, $6,235 and even $21,538
in extra income… this month and every month after that.**

### "A multimillion-dollar windfall." — *Bloomberg*

Dear Taxpayer,

On December 15, 2017, lawmakers added a last-minute provision to the just-passed
tax plan…

FTC-PROD-00001056

**FTC Ex. 123 - Shapiro Decl.**

One that could put an extra $6,235 or more in your pocket this month…

And every month after that, if you choose.

There's a lot of money at stake…

As *Forbes* says, those who know how to take advantage of this provision "may be on course for a **multimillion-dollar tax break.**"

Ed Kleinbard, a former chief of staff of Congress's Joint Committee on Taxation, called this provision a **"complete giveaway."**

And Bloomberg called it **"a multimillion-dollar windfall."**

I call this opportunity "Congressional Checks"…

Because while 99.9% of everyday Americans are in the dark…

A handful of congressmen have already been collecting this easy cash.

The media is NOT reporting on this shocking scandal…

But I'll show you the truth in the next two minutes…

I'll even show you the documents they filed with the clerk of the House of Representatives…

Documents that PROVE they're collecting Congressional Checks of $115,000… $350,000… and even $2 million.

In fact, the *International Business Times* reviewed the most recent personal financial disclosure records of 44 lawmakers in the House and Senate.

And they've confirmed congressmen have collected up to "$16 million of annual income from those [Congressional Checks]."

Does that seem fair to you?

While these politicians are collecting millions of dollars…

Most hardworking taxpayers like you don't even know about this little-known tax provision…

And they're missing out on what CNBC called "a tax windfall…"

Simply because this provision was buried in more than 500 pages of new tax rules.

But here's the thing…

These checks are NOT some kind of perk exclusive to congressmen.

In fact, some savvy investors are already cashing in. In other words, these checks are available to regular folks like you too.

If you want to collect your first Congressional Check…

You just need to follow the instructions I'll describe below… and act before October 18th.

FTC-PROD-00001058

FTC Ex. 123 - Shapiro Decl.

# Right Now, There's $1.17 Trillion in Total
# at Stake… Ready to Be Distributed in 2018

Some of that money could end up in your pocket.

That's why Harvey Bezozi, a certified public accountant, says it's not just congressmen…

**"Ordinary people who [act] will also benefit,"** he says.

Let me repeat that…

You do NOT need to be a member of Congress in order to take advantage
of this opportunity.

Just look what happened with Kevin Larry, from Chicago.

Even though he's not a member of Congress…

He's set to collect a massive check for $44,577 this month.

Imagine if that happened to you…

That's 34 times MORE money than the average monthly Social Security benefit.



No wonder Kevin has retired comfortably…

FTC-PROD-00001059

**FTC Ex. 123 - Shapiro Decl.**

And now, instead of worrying about money,
he says: "It's time to pursue my personal interests full time."

That's what these Congressional Checks
can do for you…

They can give you complete freedom to do whatever you want…
whenever you want.

For example, look at David M., from San Diego.

He used to be a personal banker at Wachovia.

Mind you… he didn't own the bank.

He just worked as a personal banker.

But now he's set to collect a Congressional Check for $21,538…
this month alone.

That's the equivalent of an extra annual
income of $258,464.

Think about that…

That's more than a quarter million dollars
thanks to these Congressional Checks.

No wonder he happily says these checks provide…

# "A Safe and Consistent Income Stream"

Sharon L. is not a congresswoman.

FTC-PROD-00001060

**FTC Ex. 123 - Shapiro Decl.**

Instead, she's a 68-year-old professor from Ohio. But she's also cashing in.

This month alone she's collecting a huge Congressional Check for $27,897.

And now she's planning to retire in
the
coming weeks.

And while Kevin, David and Sharon had the ability to collect above-average Congressional Checks…

They're not the only ones collecting these checks.

Not by a long shot.

I already started sharing this secret with some of my readers…

And they're stunned by how easy this is…

And by how much money they're collecting.

Harry F., an 88-year-old retiree from San Francisco, says:

> "I've collected close to $12,000. I'm using the extra income to pay my bills."

Mike M., from Illinois, has collected even more. He says:

> "I'm 67 years old and I've cashed approximately $35,000 [in Congressional Checks]. I'm using that income to complement my Social Security benefits."

FTC-PROD-00001061

**FTC Ex. 123 - Shapiro Decl.**

Yes, you heard that right…

Because this has nothing to do with Social Security or any government program…

You can collect these Congressional Checks on top of what you're already collecting from Social Security.

Michael C., a retiree from Florida who's also on Social Security benefits, says:

> "I've collected a total of $6,993. I'm 79 years old and this is helping me with retirement income."

These are everyday folks just like you…

And they did NOT have to pay extra taxes to collect that money…

They did NOT have to fill out any government paperwork…

And they did NOT have to meet any kind of income or age requirement.

It's really simple…

# You Just Need to Follow the Instructions
# I'll Describe Below and Act Before October 18th

And to make it even easier for you…

FTC-PROD-00001062

**FTC Ex. 123 - Shapiro Decl.**

I've already mapped out how much could be distributed in
Congressional Checks in 2018…

Take a look…



As you can see, there are millions set to be distributed every
single month.

FTC-PROD-00001063

FTC Ex. 123 - Shapiro Decl.

By the end of this month, some of that cash could end up in your pocket.

Then next month again…

And again…

And every month after that if you choose.

Look, it's no secret we are all being taxed into oblivion.

Every year, Americans fork over at least $5.7 trillion to federal, state and local governments.

We pay taxes on all sorts of things…

You own a home? Pay property taxes!

You invest? Pay capital gains taxes!

Buy anything? Pay sales taxes!

When you account for all the taxes…

You're probably forking over more than half of your income to the government.

The IRS doesn't think twice before taking YOUR money.

For once, this new tax provision is creating an opportunity for YOU to collect extra income.

Don't let this rare opportunity go to waste.

Like I mentioned before…

FTC-PROD-00001064

FTC Ex. 123 - Shapiro Decl.

# There's $1.17 Trillion at Stake… Billions More Than What's Available Through Social Security

Take a look at this…



While the entire Social Security program paid a total of $995 billion in benefits last year…

This year a total of $1.17 trillion in Congressional Checks could be distributed to everyday taxpayers like you.

That's $122 billion MORE than the government program.

And the law dictates that this pile of cash MUST be distributed!

That's not a question of if…

It's the law!

FTC-PROD-00001065

FTC Ex. 123 - Shapiro Decl.

These cash distributions are **contractually required** by the U.S. government.

And there's no way around that.

So if you don't collect, someone else will.

You just need to add your name to the list of check payees before October 18th…

Because according to the law, if you don't act by the predetermined date, "you will not collect the next payment."

But I'm getting ahead of myself.

Let me back up a bit and tell you how I uncovered this little-known tax provision…

# Section 199A of the Tax Code: A Provision That Could Put $1,000s in Your Pocket This Month… and Every Month After That

Hi, my name is Zachary Scheidt.

I'm a former hedge fund manager who lives with my seven children in Atlanta, Georgia.

For years, I helped manage millions of dollars for high-net-worth individuals… helping them grow a nest egg for retirement.

This type of work is lucrative.

**FTC Ex. 123 - Shapiro Decl.**

But after a while, I got tired of being chained to a desk… helping the rich get richer.

It was not very fulfilling.

So about four years ago, I decided to change gears a bit…

And took a job as the chief income analyst at a company that writes to everyday folks
like you.

And for the past couple of years, I've been following the tax code reform…

Because I knew it could create an incredible opportunity for anyone to collect extra income… every single month.

So when Congress added that little-known provision 199A to the tax reform
last December…

I immediately started writing this letter…

# Because Every American Taxpayer Deserves
# to Take Advantage of This Rare Situation

I mean…

When was the last time you heard Congress passed a law that could actually benefit the little guy?

FTC-PROD-00001067

**FTC Ex. 123 - Shapiro Decl.**

It doesn't happen every day.

That's why I'm going public with everything I've uncovered.

And that's why I already shared this secret with my readers…

People like Chris T., a 73-year-old retiree from Colorado.

He sent me a note saying he already collected more than $20,000 from these
Congressional Checks.

And because these are not just one-time payments…

He's not done yet.

He's set to collect another check for $900 in the coming days.

John H., 87, says:

> "I've received a total of $4,210. I like the consistency of
> these checks. I'm adding the extra income to my nest egg."

And Kathy L., a 69-year-old retiree from Michigan, says:

> "I've cashed $7,349 so far. I'm planning to use the extra
> income to travel
> and see more of our beautiful country, maybe RVing."

Imagine that…

What would you do if you collected thousands of dollars from these Congressional Checks every month?

FTC-PROD-00001068

**FTC Ex. 123 - Shapiro Decl.**

Travel around the country, like Kathy is planning to do?

Pay off your mortgage?

Cover your living expenses?

Pay your medical bills?

Maybe pay your kids' or grandkids' tuition?

Or simply add thousands to your nest egg…

That could be your reality just a few days from now…

Because the next Congressional Check on my list is already
scheduled for October 18th

As long as you act before that date…

You can put yourself in a position to receive a Congressional
Check anywhere from $939 to as high as $6,235 or more…

I really hope you act fast…

# Because While Everyday Folks Are in the Dark, Congressmen Are Already Cashing In

During my investigation, I even found official financial disclosures
that documented everything that's happening behind the scenes.

For example, representative Darrell Issa filed this paper at the
clerk of the House
of Representatives…

FTC Ex. 123 - Shapiro Decl.



According to this document, he's collecting at least $410,000 a year from these Congressional Checks.

Imagine that…

How would an extra $400,000 a year change your life?

That's a retirement fortune for most people.

And he's not the only one…

Ron Johnson has collected Congressional Checks worth at least $115,000…

Chris Collins has cashed $350,000 in Congressional Checks…

And Vern Buchanan has banked up to $2 million.

Yes, that's right…

FTC-PROD-00001070

**FTC Ex. 123 - Shapiro Decl.**

While everyday folks are struggling, with most families having little or no
retirement savings…

Some of these politicians are even collecting millions of dollars…

Here's just a snapshot of how much money some of them have collected
in annual income…

# Some Senators Are Collecting Millions
# From Congressional Checks

| SENATOR | STATE | TOTAL CHECKS |
|---------|-------|-------------:|
| Corker, Bob | TN | $7,000,000 |
| Daines, Steve | MT | $4,215,000 |
| Alexander, Lamar | TN | $1,052,000 |
| Johnson, Ron | WI | $1,050,000 |
| Portman, Rob | OH | $274,502 |
| Risch, James | ID | $115,000 |
| Inhofe, Jim | OK | $100,000 |
| Kennedy, John | LA | $80,000 |
| Isakson, Johnny | GA | $55,000 |

| | | |
|---|---|---|
| Barrasso, John | WY | $50,000 |
| Strange, Luther | LA | $50,000 |
| Paul, Rand | KY | $30,000 |
| Hatch, Orrin | UT | $15,000 |
| Hoeven, John | ND | $6,000 |
| **Total** | | **$14,092,502** |

Source: U.S. Senate

It's really not fair…

These politicians already have some incredible perks you and I can only dream about…

Like a base annual salary of $174,000 (almost four times higher than the average salary
in America… even though they have up to 239 days off every year)…

A pension plan that could pay almost four times more than Social Security…

A $3.3 million allowance to cover any expenses…

And all that funded with YOUR taxpayer money.

As if all those incredible perks were not enough…

Now many of them are collecting millions in Congressional Checks.

That's why I'm writing this urgent message to you…

FTC-PROD-00001072

**FTC Ex. 123 - Shapiro Decl.**

Hardworking Americans like you deserve this money more than anybody else.

We're talking about as much as $1.17 trillion at stake… every year!

# That's the Equivalent of $3.2 Billion Being Paid Out EVERY DAY…

And $133.5 million being paid out EVERY HOUR.

Like I mentioned before, that cash mush be paid out by law.

According to federal law…

The entities impacted by Section 199A "must distribute" most of their money in the form
of Congressional Checks.

Don't let these politicians collect all that money…

As a taxpayer, nobody deserves that money more than you.

Remember, this is wide open to the public.

There's no income requirement.

No age limit.

And this is not a congressional perk.

That's why *Forbes* called this provision "a boom for private investors."

FTC-PROD-00001073

**FTC Ex. 123 - Shapiro Decl.**

And the website Medium.com confirmed that the new law "may allow millions more taxpayers to benefit from [Congressional Checks]."

# You Just Need to Follow My Instructions Below on How to Take Advantage of Section 199A

I'm 100% confident this can work for you because I've already shared these instructions
with my readers…

And they're already cashing in…

Brian M., a 67-year-old retiree from Florida, has collected $3,489.



FTC-PROD-00001074

**FTC Ex. 123 - Shapiro Decl.**

He sent me a note saying: "I'll keep [collecting these checks] through retirement."

Steve A., from South Carolina, is set to receive a check for $6,235 in the next month or so.



Brian V., from Arizona, has collected $22,287.67 so far.

**FTC Ex. 123 - Shapiro Decl.**

And he's set to collect another Congressional Check for $939.00 in the coming days.



As you can see, I'm not talking about one of those tax rebates that you can only
collect once.

I'm talking about multiple checks getting paid out every month.

Because of the way the law is written…

You could receive up to 40 of those checks every year, if you follow my instructions.

FTC-PROD-00001076

**FTC Ex. 123 - Shapiro Decl.**

Imagine that…

With a check for $6,235 (like the one Steve is collecting)…

You're looking at a possible extra annual income of almost $250,000!

Even better…

I've already mapped out the biggest Congressional Checks for you…





If you follow my calendar, you could end up collecting thousands every single month.

I'm talking about multiple checks getting deposited to your account with little effort.

FTC-PROD-00001077

FTC Ex. 123 - Shapiro Decl.

For example…

In the coming days, Justin F., another one of my readers, is set to collect a Congressional Check for $2,975…

And another one for $1,440.

That's almost five grand he'll collect… without doing any kind of work.

As you're about to see, this couldn't be easier.

Anyone can collect these checks.

You just need to add your name to the list of check payees before October 18th.

I suggest you act fast…

As you can probably imagine, a lot of American taxpayers will be jumping all over this opportunity once they find out about it.

This won't remain a "secret" for very long.

But in order to take advantage of this opportunity…

It's important that you first understand where all this money is coming from.

# It All Started With the Brand-New Tax Bill

In the early morning hours of December 20, 2017, the Senate passed a new tax bill by a vote of 51-48.

FTC-PROD-00001078

**FTC Ex. 123 - Shapiro Decl.**

I'm sure you heard about it in the news.

But here's what the media did NOT cover…

At the last minute…

Right before passing the new law…

When the media wasn't paying much attention…

They added a little-known provision known as Section 199A.

Matt Gardner, a senior fellow at the Institute of Economics and Tax Policy, later confirmed:

"The mechanism is completely new and can't be found in any prior version of the bill."

Senator Hatch, one of the crafters of the tax provision, even explained why politicians added that provision at the last minute…

Saying that several congressmen stand to reap a personal windfall from the legislative language [they] added to the final bill.

# But if You've Never Heard of Section 199A, Don't Worry… It's NOT Your Fault

I bet not one in 1 million Americans know about it.

You see, Section 199A benefits a very specific and select group of private entities known
as fiscally transparent entities.

**FTC Ex. 123 - Shapiro Decl.**

Ask your neighbors and friends if they know what a fiscally transparent entity is…

And I'm pretty sure they will have no clue what you're talking about.

But this section essentially creates a unique opportunity for these entities to increase their profits through certain tax benefits…

And some of that cash can end up in YOUR pocket.

You see, they get these tax benefits because they provide important services to society…

For example, one of these entities I've identified helps run hospitals across the country…

Another one runs senior housing facilities…

And one is helping develop America's renewable energy.

So it's a win-win-win situation.

The government gets help providing important services to society…

These entities get tax benefits in return…

And everyday folks like you get a piece of the cash.

Because the truth is…

Anyone can become a partner of those entities if you follow the right steps.

I'll explain more in just a moment…

FTC Ex. 123 - Shapiro Decl.

But here's what you need to know right now…

# Once You Become a Partner… It's Almost Guaranteed You'll Begin Collecting These Congressional Checks

Why am I so certain?

Because it's the law!

As you know, our tax code is very complicated.

So I won't bore you to death with all the details.

But according to the Internal Revenue Code…

If these entities do not emit those checks to its partners…

They might lose their tax advantages.

And that's essentially what's creating this opportunity to collect consistent income…

Every single month…

Sometimes multiple checks in the same month.

Of course, like any other investment, nothing is guaranteed. All investing carries
a level of risk.

But the good news is, so far, anyone who's become a partner of these entities has received a check… **in 100% of the cases**.

Right now, there are only 416 of those fiscally transparent entities in the U.S.

And they can be hard to find if you don't know where to look.

But I've already identified the ones that could pay the biggest Congressional Checks.

Take a look…

# The Top 10 Entities Set to Pay the Biggest Congressional Checks

| Fiscally Transparent Entity | Cash Available for Distribution |
|---|---|
| 76-0568219 | $2,519,370,086.40 |
| 04-6268599 | $1,753,165,785.60 |
| 94-3281941 | $1,487,092,492.80 |
| 35-1740409 | $1,470,987,878.40 |
| 20-8875684 | $1,323,746,956.80 |
| 95-3551121 | $1,308,218,342.40 |
| 22-3479661 | $1,290,380,428.80 |
| 41-2232463 | $1,044,899,942.40 |

FTC-PROD-00001082

**FTC Ex. 123 - Shapiro Decl.**

**34-1096634         $970,022,707.20**

**47-4466442         $895,500,000.00**

As you can see, the government identifies these entities by a strange nine-digit ID code.

That's probably another reason why they're hard to find.

But as I write this…

These entities are already getting ready to emit the next batch of Congressional Checks.

As I mentioned before, they follow a very specific schedule.

That's why I've already mapped out the payout opportunities for the rest of 2018.

I want to make sure you don't miss any of those checks…

Because if you miss any of the dates, you'll have to wait until the next date.

There's no going back.

It's just the way the law has been written.

That's why it's imperative that you act by October 18th… if you want to collect your first check.

There're no exceptions.

If you act just one day late, you will not have the right to collect that check.

FTC-PROD-00001083
**FTC Ex. 123 - Shapiro Decl.**

Those are the rules.

# Unfortunately, I Can't Share More Details With Everyone Online

Now, I wish I could explain all the details in this letter…

And walk you step-by-step through everything…

But I don't want this information to leak online.

I'm afraid Congress could close this "loophole" if they find out millions of Americans are taking advantage.

That's why I'd like to reserve this information for a small group.

So here's what I did…

I just put everything I know inside a brand-new book called **_Congress' Secret $1.17 Trillion Giveaway_**.



I will NOT sell this book on Amazon or in any other bookstore.

But I have 945 copies to give away today.

That's right…

These copies are FREE.

I only ask you to pay a small shipping fee of $4.95.

FTC-PROD-00001084

**FTC Ex. 123 - Shapiro Decl.**

That means for less than $5, you can learn how to collect checks of $939, $6,235 and even $21,538… this month… and every month after that.

Once these books are gone, they're gone.

I'll show you how to claim your FREE copy in just a moment.

Once you receive it in the mail…

I'd like you to immediately read the introduction, where I walk you step-by-step through
this situation…

I'll explain how Section 199A of the new tax code works…

I'll tell you how to start claiming these Congressional Checks…

How these checks are distributed…

And how much you can expect to collect.

Then, once you're done reading the introduction…

You'll find a total of 10 chapters.

Remember, I already identified the top 10 entities that could pay out these checks.

In each chapter, I'll give you more details on each opportunity…
so you can decide for yourself if it's right for you.

In other words…

FTC Ex. 123 - Shapiro Decl.

# This FREE Book Is Packed With Details on How to Collect $1,000s From These Entities Every Month

For example, in chapter 6 you'll find all the details on an entity that's simply identified by the U.S. government as ID#20-8875684.

***This New York entity has a whopping $1.32 billion available for distribution.**

And its next Congressional Check is scheduled for just a few weeks from now.

In fact, one of my readers, Justin F., is set to collect a check for $2,975 from this entity.



FTC-PROD-00001086

**FTC Ex. 123 - Shapiro Decl.**

See how you can join Justin on page 35.

**\*\*\* Entity #22-3479661 could pay out as much as $1.29 billion in Congressional Checks.**

Chris T., a 73-year-old retiree from Colorado, is set to collect one of those checks
for $900 in the coming weeks.



FTC-PROD-00001087

**FTC Ex. 123 - Shapiro Decl.**

You could collect this check too.

Remember, there's no special requirement.

You just need to follow the instructions on page 47 of your free book.

**\*\*\* This Ohio entity, identified by #34-1096634, is set to pay $321 million
THIS MONTH alone.**

As long as you follow the instructions on page 81...

You could end up collecting a portion of those millions.

These are just three chapters…

There's so much more in this book…

A total of 10 chapters…

With details on the top 10 entities that could pay you a total of 40 Congressional Checks…

That's an average of about three checks every single month!

And I already mapped out all the money that's available… each month.



FTC-PROD-00001088

FTC Ex. 123 - Shapiro Decl.



As you can see, there are millions at stake each and every month.

Imagine how much easier your life will be…

Instead of worrying about running out of money in retirement…

You'll spend your golden years doing the things you love…

Because you'll have complete peace of mind…

The peace of mind that only comes when you have consistent income coming in…

Month in and month out.

It couldn't be easier.

Simply follow my instructions…

And decide if you want to participate.

With this information, you'll know everything you need to collect up to 40 Congressional Checks this year…

And every year if you choose.

FTC Ex. 123 - Shapiro Decl.

Again, I'd like to send you an actual PHYSICAL copy of my book… FREE.

And that's not all…

I want to make your claiming of this FREE book the easiest decision you'll ever make.

So I've prepared three other gifts I'd like to send you today…

**(Value: ~~$29~~ FREE) Bonus Gift #1:**

# *The Secret Transaction That Could Generate HUNDREDS (or More) in INSTANT INCOME Week After Week*

Did you know there's a way to generate hundreds, or more, in instant income…

Week after week…

Without buying or selling a single share of stock?

It's true.

It's a little-known financial instrument that was created in 2005.

It has nothing to do with dividend stocks… bonds… selling options… or any income strategy you might have heard before.

Instead, it's a new instrument that normally trades for pocket change…

FTC-PROD-00001090

**FTC Ex. 123 - Shapiro Decl.**

But that could pay BIG every Friday.

We're talking about getting started with as little as $10…

And the chance to collect hundreds and even thousands of dollars at the end of every week.

You see, according SEC regulations, these instruments must pay out any profits
every Friday…

And that's what creates an opportunity for a steady income stream.

I learned about this secret from a friend who's a 25-year veteran trader.

He worked his entire adult life on the Chicago Board Options Exchange, where this new revolutionary instrument was created.

It's really a shame most people don't know about it…

Because the few who do are collecting weekly income of $1,850, $2,788 and even $3,716…

And doing it over and over again.

For example, Brian B., from California, says:

> "Made just over $1,000 in a week. Good money for less than 15 min. work."

Mary Z., from New York, says:

FTC-PROD-00001091

**FTC Ex. 123 - Shapiro Decl.**

"It doesn't tie up your money for long periods of time. Being able to grow your wealth at such a fast pace is absolutely ideal for me."

Tom R., from Houston, says:

"Cashed in nicely! I made about $1,850 yesterday. I'm reminded of the
quote from Napoleon Hill, 'Whatever the mind can conceive and dream,
it can achieve.'"

$1,000 or so might not sound like a lot of money.

But imagine collecting that every Friday!

That money adds up really quick.

And with the next Friday just around the corner…

I want you to have everything you need to get started right away.

You'll find all the details of this strategy inside this bonus report called *The Secret Transaction That Could Generate HUNDREDS (or More) in INSTANT INCOME Week After Week*.

This report is also FREE.

FTC Ex. 123 - Shapiro Decl.

You'll have it as soon as you claim your FREE book.

But that's not all…

### (Value: ~~$29~~ Yours FREE!) Bonus Gift #2:

# *The Little Booklet of Retirement Freebies*

This special booklet includes 50 ways to get almost anything you want in life for pennies on the dollar!

***Such as how to get movie tickets, groceries, even VIP seats at the big game and more either free or at whopping discounts.



Or how about this…

***Get chauffeured around your favorite city. Ride in style your next night out on the town — absolutely free.

If I hadn't done it myself, I wouldn't believe it.

***If you LOVE dining out, but HATE paying top dollar, don't worry.

See page 8 and discover a little-known secret that'll let you go out for dinner, drink wine and pay the same price you would to eat at home.

FTC-PROD-00001093

**FTC Ex. 123 - Shapiro Decl.**

***Drink for free on planes and cruise ships: Beat the system on your next cruise and drink for free, without buying the expensive all-inclusive deal.

This is just a small sample of the 50 tricks you'll find inside this special FREE report.

And there's still more…

I saved the best gift for last…

**(Value: $99 Yours FREE!)**

# My Best Income Ideas… FREE

Like I mentioned before, my name is Zachary Scheidt.

After years of working as a hedge fund manager…

I'm now the chief income analyst at Agora Financial — one of America's largest independent financial research institutions.

Every month I publish a research letter called ***Lifetime Income Report***…

Where I show you all the "insider" secrets and financial loopholes I've discovered throughout my career.



And in the next 30 days, I'd like you to send you this report… FREE.

I'm on a mission to help regular Americans generate more income during

FTC-PROD-00001094

**FTC Ex. 123 - Shapiro Decl.**

retirement and live out their "golden
years" the way they always dreamed.

Because I know that without these income secrets…

You'll likely retire on Social Security.

And I think we can both agree that's just not enough income,
right?

I mean, the average retiree's monthly benefit is currently $1,305.

That's barely above the federal poverty line.

The bottom line is…

If you depend exclusively on Social Security for income…

You'll most likely spend your golden years eating cat food and
struggling to make
ends meet.

That's why I spent the last few months investigating this
opportunity…

And writing my new book, ***Congress' Secret $1.17 Trillion
Giveaway***.

And that's why I want to send you my research for the next 30
days…

All of this will be yours free.

# All I Ask Is That You Pay a Small $4.95 Shipping Charge to Get the

FTC-PROD-00001095

**FTC Ex. 123 - Shapiro Decl.**

# Book *Congress' Secret $1.17 Trillion Giveaway* and All These Bonuses in Your Hands

You really have nothing to lose.

I'm so certain you will love this that I'm willing to put a 100% refund on the line.

You must be absolutely thrilled with EVERYTHING, or I'll even send you your $4.95 back.

And you don't even need to send back the book.

You can keep your book *Congress' Secret $1.17 Trillion Giveaway* and all the bonus gifts.

But you need to let me know ASAP.

I only have 945 copies to give away today.

It's on a first-come, first-served basis.

No exceptions.

Once the books are gone, I'll have to shut this offer down.

*Congress' Secret $1.17 Trillion Giveaway* has all the information you need to start collecting Congressional Checks of anywhere from $939 to as high as $6,235 or more…

This month… and every month if you choose.

**FTC Ex. 123 - Shapiro Decl.**

And the bonus gifts are packed with ideas, tricks and loopholes that will help you make that extra income you want and deserve.

Here's what to do next…

Click on the "Reserve Now" button below.

It will take you to a secure webpage where you will pay a nominal shipping fee and send me your address so I can rush you a copy of my book.

As soon as you receive your book in the mail, immediately open the package, crack open your new book, get a good whiff of the freshly printed pages.

So just to recap…

Here's everything you get today…

✓ FREE Copy of My Brand-New Book *Congress' Secret $1.17 Trillion Giveaway* (Value: $39)

✓ Bonus Gift #1: *The Secret Transaction That Could Generate HUNDREDS (or More) in INSTANT INCOME Week After Week* (Value: $29)

✓ Bonus Gift #2: *The Little Booklet of Retirement Freebies* (Value: $29)

FTC-PROD-00001097

**FTC Ex. 123 - Shapiro Decl.**

✓ Bonus Gift #3: 30-Day FREE Trial of
*Lifetime Income Report* (Value: $99)



That's a total value of $196.

But you do NOT have to pay that.

You can have everything today for **a single payment of just $4.95** to help
us cover shipping.

We'll ship your book right away.

And with your free 30-day trial to my monthly income newsletter,
*Lifetime Income Report*…

You can expect a new issue delivered by email on the third week
of every month.

Based on the feedback I've received so far, you'll love it…

FTC-PROD-00001098

**FTC Ex. 123 - Shapiro Decl.**

# Readers Love *Lifetime Income Report*

## *"BEST MONEY EVER"*

*"I am making the best money ever. Thank you for looking out for your subscribers."*

— *Scott B., Baltimore, Maryland*

## *"LET'S KEEP MAKING MORE MONEY"*

*"Thank you for everything you do for your readers, and I hope you keep up the good work. I am so happy with my* **Lifetime Income Report** *subscription, let me tell you that you have officially become one of my financial mentors for years to come. Cheers to that, now let's keep making more money."*

— *Edwin S., Boston, Massachusetts*

## *"4 FOR 4"*

*"I took 4 of your investment suggestions. All 4 are showing profit, and one right off gave me a dividend. I was*

**FTC Ex. 123 - Shapiro Decl.**

*shocked! Thanks for caring. I will be investing more and listening to you!"*

— *Jose A., San Diego, California*


## *"40% AND GROWING"*

*"We like **Lifetime Income Report**. It gives us a feeling of stability. My 40% and growing portion has been fruitful."*

— *Jim H., Provo, Utah*


## *"STABLE INCOME, LESS RISK, TOTAL CONTROL"*

*"For me it has been a stable place to park the money and earn greater returns*
*than from bank CDs… and frankly at less risk in my opinion. This way I have*
*total control over the funds and can move them at any time. Keep the recommendations coming!"*

— *Allison A., Portland, Oregon*

**FTC Ex. 123 - Shapiro Decl.**

# *"THE BEST FOR MONTHLY INCOME & FUTURE GROWTH"*

*"I wish you would offer a lifetime subscription… I buy the whole portfolio. **Lifetime Income Report** provides the best combination of current dividends as well as future dividend growth."*

— *Steven M., Brooklyn, New York*

# *"GOOD FOR THE SMALL INVESTOR"*

*"I am doing very well. I am a small investor and am not able to invest much,*
*so I have to be very choosy with what recommendations I invest… thanks for all*
*the hard work you do."*

— *Richard S., Buffalo, New York*

These people are happy they paid $99 for an annual subscription.

But you will have to pay ZERO to get started.

Because I want to send *Lifetime Income Report* to you for one month, <u>absolutely free and without obligation</u>.

**FTC Ex. 123 - Shapiro Decl.**

Of course, I'm hoping you'll stay on as a subscriber and join the thousands of people like yourself who benefit from the income secrets in its pages every month.

But if you don't, that's fine. No hard feelings.

If you decide it's not for you for any reason during the first 30 days, no worries.

Simply call our friendly Baltimore-based customer service staff (the number, 800-708-1020, is on all our publications and emails) and let us know.

You'll never be charged another cent.

But if (and ONLY if) you like what you're seeing, simply do nothing.

We'll bill your card $99 for a one-year subscription to ***Lifetime Income Report***
after your 30-day free trial is over.

There's truly nothing to lose.

But a world of instant income to gain.

# Get Started Today — Reserve Your FREE Copy…

As I showed you today, several congressmen are already collecting hundreds of thousands of dollars every year in Congressional Checks…

FTC-PROD-00001102

**FTC Ex. 123 - Shapiro Decl.**

Some are even collecting millions.

But because this is NOT a congressional perk, you too can participate.

Remember, there's $1.17 trillion at stake…

Ready to be distributed… as the law dictates.

As long as you sign up before October 18th, you could collect your first check.

Many of my readers are already cashing in…

And I'm happy they're not letting politicians in Washington collect all these trillions that
are available.

You could be next.

I've reserved a FREE copy for you.

But I'm only giving away 945 books today.

And they are available on a first-come, first-served basis only.

So if you're interested, please act soon.

Otherwise, you'll never have the chance to collect these Congressional Checks.

This book is not available on Amazon.com or at any other bookstore.

You can only get one right here… only by clicking the "Reserve Now" button below to get started today.

FTC-PROD-00001103

**FTC Ex. 123 - Shapiro Decl.**

This will take you to a secure order form page where you can review your order and tell us where you'd like everything sent.

# <u>RESERVE NOW</u>

(You Can Review Your Order Before it's Final)

Oh, and one more thing I almost forgot…

Respond in the next 5 minutes…

And I'll also send you Bonus Gift #4: ***The Government-Backed Loophole That ELIMINATES Mortgage Payments… Saving You $100s Every Month***

According to the Consumer Financial Protection
Bureau, the average adult 65 and over owes $80,000
on their mortgage.



That's terrible. The last thing you want to do is to retire with that kind of debt.

If you do that, big mortgage payments will take a big chunk of your nest egg… every month.

That's why I recently investigated a little-known government-backed "loophole"…

One that could help put hundreds of dollars in your pocket every month.

FTC-PROD-00001104

**FTC Ex. 123 - Shapiro Decl.**

Before you start guessing, this has nothing to do with
a reverse mortgage.

And it's not some kind of refinance plan that costs thousands in
closing costs.

Instead, it's 100% free. No wonder over 3 million Americans have
already taken advantage of this loophole.

People like Mary B., from South Carolina. She used the loophole
to shave $20,000 off
of her mortgage.

> She says: "We improved our situation, and saved $213 on
> our total payment every month."

> James F. says: "We are saving over $350 per month
> now… All because of [this loophole]. Thank god for this."

> And Melissa S. says: "I had heard from a co-worker who
> used [this loophole]. She is now saving over $300 per
> month! I was hearing such great things I had to try it for
> myself. I'm saving almost $270 a month! The money we
> save every month is going to be very useful."

How much could this loophole save you?

Well, it depends on your personal situation. But the average
savings is $291 per month.

FTC-PROD-00001105

**FTC Ex. 123 - Shapiro Decl.**

According to some estimates, this loophole could end up saving you $190,000 in total.

That's money you can add to your nest egg… instead of shelling out to banks in the form of mortgage payments.

Money that you can use to help you with bills, renovations or your grandkids' education.

But there's a catch… actually, two.

First, not everyone will qualify for this.

You need to meet certain requirements. But there are still 1 million Americans who qualify for this. You could be one of them.

And second, you must act before December 31, 2018. By law, that's when this
loophole expires.

I've put all the details on this opportunity in a special report called ***The Government-Backed Loophole That ELIMINATES Mortgage Payments…***
***Saving You $100s Every Month***.

It's yours FREE when you claim your copy of ***Congress' Secret $1.17 Trillion Giveaway***.

Your copy will arrive in your mailbox shortly.

The bonus reports will be available for download within minutes of you placing your order.

Looking forward to showing you how YOU, too, can get income for LIFE!

Sincerely,

Zachary Scheidt
Editor, *Lifetime Income Report*
March 2018



## <u>RESERVE NOW</u>

(You Can Review Your Order Before it's Final)

P.S. I only have 945 copies of *Congress' Secret $1.17 Trillion Giveaway* available today. Inside you'll find everything you need to know to start collecting Congressional Checks.

Best of all, it's all FREE… you just pay a nominal $4.95 to have it shipped to your home.

FTC-PROD-00001107

**FTC Ex. 123 - Shapiro Decl.**

Plus you're going to receive one full month of complimentary access to *Lifetime*
*Income Report*, where I'm going to show you even MORE ways to make income.
Every single week.

***There's really nothing to lose. I'm so certain you will love this that I'm willing to put a 100% refund on the line. You must be absolutely thrilled with EVERYTHING, or I'll even send you your $4.95 back.

And you don't even need to send back the book.

Click the "Reserve Now" button to claim your free copy of *Congress' Secret*
*$1.17 Trillion Giveaway*, all the free bonuses and your 30-day trial to *Lifetime Income Report* immediately.

# RESERVE NOW

(You Can Review Your Order Before it's Final)

© Agora Financial, LLC | 808 St. Paul St., Baltimore, MD 21202, United States of America |
Privacy Policy | Terms and Conditions
No part of this report may be reproduced or placed on any electronic medium without written
permission from the publisher. Information contained herein is obtained from sources believed to be
reliable, but its accuracy cannot be guaranteed.

**FTC Ex. 123 - Shapiro Decl.**