# FTC Exhibit 124, DiStefano Decl.

## DECLARATION OF PAUL VINCENT DISTEFANO
### Pursuant to 28 U.S.C. § 1746

I, Paul Vincent DiStefano, hereby state that I have personal knowledge of the facts set forth below and am competent to testify about them. If called as a witness, I could and would testify as follows:

1. I am over 75 years old, and I currently reside in Myrtle Beach, South Carolina. I am currently retired. I was a New York City police detective for 22 years.

2. In the fall of 2017, I received an online advertisement touting a pharmaceutical company that had a great new treatment that would cure pancreatic cancer. At the time, my wife was dying from pancreatic cancer.

3. Following up on that advertisement, I communicated with Altucher Financial and Agora Financial to learn about the treatment or company involved.

4. First, I spoke with Altucher Financial and they told me I needed to sign up for a subscription to their newsletter. I believe the cost was approximately $100. I did not see the information about the treatment in the Altucher Financial newsletter, I contacted them.

5. I learned from Altucher Financial that I needed to speak with Agora Financial to get information about the new treatment and the company involved. When I contacted Agora Financial to determine how I could learn the name of the company, I was told I would need to pay for a subscription and the information I wanted would be contained in their newsletter. I paid for the subscription. I do not remember the exact cost.

6. When I received the publication, it said nothing about the great new treatment or the company.

7. I called Agora Financial back and spoke with an agent named "Joe." I explained that I was

**FTC Ex. 124 - DiStefano Decl.**

not interested in buying any stock, but learning the name of the company doing the trial tests because my wife was dying of pancreatic cancer. Joe put me on hold to speak with a manager. When he got back on my line he told me that if I purchased a subscription for a product called *Technology Profits* at a cost of $270 for six weeks the information I was looking for would be in that newsletter. I purchased a six week subscription.

8. I received *Technology Profits* for six weeks. It did not identify the company or the great new treatment that would cure my wife's pancreatic cancer.

9. I again called Agora Financial. This time I spoke with a female manager about getting the information about the company and the great new treatment. I told her I was running out of time as my wife was dying of pancreatic cancer. She assured me that if I purchased a subscription for another newsletter, called *Agora Seven Figures*, at a cost of $2500 it would have all the information I would need.

10. I purchased the $2500 subscription because it was worth the cost to try to save my wife's life.

11. I started receiving the subscription and checked it diligently for information on the company with the pancreatic cancer treatment cure. I never saw a specific mention of such a treatment. The publication would, however, recommend stocks in pharmaceutical companies. Because I was desperate to find the company with this new treatment, I started calling these pharmaceutical companies and asked them if they were doing trials for pancreatic cancer. I was not able to figure out which company it was.

12. The only information I ever got about the new treatment or the company developing it was in the initial online advertisement I received. Despite being promised that all the information I wanted would be in the subscriptions I signed up for I did not get the

information in the newsletters I bought.

13. My wife died in early 2018.

14. After she died, I called and complained to Agora Financial about paying them approximately $2770, but giving me no information about the new treatment or the company developing a cure for my wife's pancreatic cancer. I asked for my money back. My complaints fell on deaf ears and my money was never refunded.

15. These companies take advantage of vulnerable people and only care about taking their money.

I state, under penalty of perjury, that the foregoing statement is true and correct.

Executed on _OcToBer 9th_ , 2019.

PAUL VINCENT DISTEFANO

**FTC Ex. 124 - DiStefano Decl.**