# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No. 19-cv-3100-ELH** |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND RESPONSE DEADLINES

Defendants, Agora Financial, LLC, NewMarket Health, LLC, NewMarket Health Publishing, LLC, Health Sense Media, LLC, Health Sense Publishing, LLC, Richard Gerhauser, M.D., and Zachary Scheidt, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), move the Court for an order extending the deadlines for their responses to the Complaint for Permanent Injunction and Other Equitable Relief ("Complaint") (ECF No. 1) and the Motion for Preliminary Injunction (ECF No. 2), filed by Plaintiff, the Federal Trade Commission ("FTC"). The FTC consents to the requested extensions, and good cause exists to grant the requested extensions for the reasons set forth below:

1. On October 24, 2019, the FTC filed its Complaint against Defendants, seeking permanent injunctive relief in connection with two promotions—the "Reverse Diabetes Promotion" and the "Congressional or Republican Checks Promotion"—which the FTC alleges violate Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

2. Contemporaneous with its Complaint, the FTC filed its Motion for Preliminary Injunction, which is supported by multiple declarations and more than a hundred and twenty

exhibits consisting of more than twelve hundred pages, and which seeks a preliminary injunction under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).

3. Defendants promptly reached out to the FTC and voluntarily accepted service of the Complaint and Motion for Preliminary Injunction on October 28, 2019.

4. Under the Federal Rules of Civil Procedure, Defendants' Response to the FTC's Complaint is presently due on November 18, 2019. Fed. R. Civ. P. 12.

5. Under the Local Rules of this Court, Defendants' response to the FTC's Motion for Preliminary Injunction is presently due on November 12, 2019. Local R. 105.2.

6. Under Federal Rule of Civil Procedure 6(b), "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

7. Good cause exists to briefly extend the deadlines for Defendants' responses to both the Complaint and the Motion for Preliminary Injunction. Both documents are lengthy, with detailed allegations and in order to properly investigate and address the allegations and relief requested therein, Defendants require more than the standard twenty-one and fourteen-day response times established by the Federal and Local Rules.

8. Defendants accordingly request that the deadline for their response to the FTC's Motion for Preliminary Injunction be extended to December 3, 2019, and that the deadline for their response to the FTC's Complaint be extended to January 14, 2020.

9. Defendants submit that no party will suffer any prejudice if the Court grants the requested extension, and that Defendants do not seek the extension to unduly delay the proceedings or for any other improper purpose.

10. The FTC has consented to the brief extensions requested herein.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the deadline for their response to the FTC's Motion for Preliminary Injunction to December 3, 2019, and the deadline for their response to the FTC's Complaint to January 14, 2020.

Respectfully Submitted,

/s
William M. Krulak, Jr. (Fed. Bar No. 26452)
Megan J. McGinnis (Fed. Bar No. 12810)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
T/F: 410-385-3448
wkrulak@milesstockbridge.com
mmcginnis@milesstockbridge.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2019, a copy of the foregoing was served on all counsel of record through the Court's CMECF system.

/s
Megan J. McGinnis