## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No. 19-cv-03100-SAG** |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of Joshua J. Gayfield., Miles & Stockbridge P.C., 100 Light Street, Baltimore, Maryland 21202, as additional counsel of record for Defendants Agora Financial, LLC, NewMarket Health, LLC, NewMarket Health Publishing, LLC, Health Sense Media, LLC, Health Sense Publishing, LLC, Richard Gerhauser, M.D., and Zachary Scheidt.

Respectfully Submitted,

/s/
Joshua J. Gayfield  (Fed. Bar No. 29189)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
T/F: 410-385-3734
jgayfield@milesstockbridge.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of December, 2019, a copy of the foregoing was served on all counsel of record through the Court's CMECF system.

/s/
Joshua J. Gayfield
