IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF EVALDO ALBUQUERQUE

I, Evaldo Albuquerque, declare as follows:

1. I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.

2. I graduated from University of Nebraska in 2005, with a degree in Business Administration.

3. I am currently employed as a copy chief for Agora Financial, LLC ("AF"). Prior to my promotion to copy chief, in 2019, I had been a copywriter for AF since 2013.

4. As copy chief, my current duties include writing sales letters and other supporting marketing materials, and mentoring other writers.

5. As a copywriter for AF, I came up with marketing concepts and strategies for all AF imprints and publications, one of which was Lifetime Income Report ("LIR").

6. In late 2017, I came up with the idea of using "Congressional Checks" as a metaphor for dividend income. The metaphor derives from the 2017 Tax Cuts and Jobs Act ("TCJA") passed in December 2017. In particular, the idea was sparked by a December 14, 2017 article from the International Business Times ("IBT") titled: *Paul Ryan And Top Republican*

*Lawmakers Could Reap Personal Windfall From New Real Estate Tax Breaks*, by David Sirota, Alex Kotch, and Josh Keefe (the "IBT Article"). A true and correct copy of this article is attached as **Exhibit 1**.

7. After reading the IBT article, I believed that there was an opportunity to promote the anticipated tax-advantaged treatment of certain pass-through dividend income to LIR's readership and prospective customers.

8. Inspired by the IBT Article, I began researching the TCJA and how investors, in addition to members of Congress, might benefit from the new law.

9. Given the potential for new tax benefits from dividends (which is typically the focus of LIR) paid to investors in certain pass-through entities, I reached out to Zachary Scheidt ("Scheidt"), editor of LIR, to propose that he write a book about these entities and that AF promote the book using the "Congressional Checks" metaphor. Scheidt agreed with my proposal.

10. Once Scheidt approved the book and "Congressional Checks" promotion, I drafted the long-form ad copy which served as the template for the promotion.

11. A typical practice in our industry is to run different versions of a promotion to see which one works better, or to vary or rework a promotion once it has run its natural course.

12. Shortly after the Congressional Checks promotion went live, I came up with the concept of retitling the promotion "Republican Checks." The different name tied it more closely to the fact that the TCJA passed both chambers of Congress and was enacted into law without a single Democratic vote; i.e. the tax advantaged dividend checks being issued by certain pass-through entities were now more valuable due to a bill passed solely by Republicans.

13. I wrote up the long-form copy for the Republican Checks promotion in or around spring 2018, and then shared it with Scheidt, who approved it.

14. The Republican Checks promotion went live in or around May 2018.

15. In or around fall of 2018, AF and I revised and updated the long-form Republican Checks ad copy to the version that is contained at FTC Exhibit 56.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: 12/13/19

Evaldo Albuquerque

102753\000004\4831-7434-2062.v5