IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff,* | * | |
| **v.** | * | **Case No. 19-cv-3100-SAG** |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## DECLARATION OF PAUL AMOS

1.      I am over 18 years of age and am legally competent to make this affidavit.

2.      From July 2016 through August 2018, I was Publisher for Health Sense Media, LLC ("Health Sense"). Since August 2018, I have served as the Publisher for NewMarket Health, LLC ("NewMarket").

3.      As Publisher for NewMarket, my daily duties include oversight for most business operations for the company, including sales, marketing, product development, content creation, copywriting, operations, and customer service. As publisher of Health Sense, my duties were largely identical.

4.      In August 2018, 100% of Health Sense's assets were transferred to NewMarket.

5.      In connection with the August 2018 transfer of Health Sense's assets to NewMarket, NewMarket Health Publishing, LLC ("NewMarketPub") took over publication of the *Natural Health Response* newsletter written by Richard Gerhauser, M.D., as well as its corresponding free daily e-letter and other informational publications.

6.      At the time of the purchase, one such informational publication that was in the works was an eleven-module comprehensive protocol for treating type 2 diabetes without the use of pharmaceuticals, referred to in this case as *The Doctor's Guide*.

7.      NewMarket employs a staff of copywriters who are tasked with preparing materials promoting NewMarketPub's publications. The members of NewMarket's copywriting staff who write promotions for Dr. Gerhauser's publications and products are expected to become familiar with Dr. Gerhauser's medical opinions and the bases for them. Like the editorial content published under his name, Dr. Gerhauser reviews and approves all copy promoting those publications.

8.      The promotional copy for *The Doctor's Guide* consisted of several "lift" or "insert" announcements for a "live" video in which Dr. Gerhauser described *The Doctor's Guide*. A transcript of the "live" video was also made. Customers could not purchase *The Doctor's Guide* from the lift or insert announcements; they were only able to purchase *The Doctor's Guide* after watching the entire video or reading (or at least scrolling through) the entire transcript.

9.      The video and transcript for *The Doctor's Guide* went live on December 11, 2018. On that date, *The Doctor's Guide* was sold for $150.00. Thereafter, *The Doctor's Guide* was sold for $250.00. *The Doctor's Guide* came with a 100% unconditional money back guarantee, promising a refund for any dissatisfied customers.

10.     Although NewMarket has ceased promoting and offering *The Doctor's Guide* for sale, the publication remains available to customers who purchased it.

**[Signature on Following Page]**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Dated: December 11, 2019

Paul Amos