**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>DECLARATION OF E. BRADFORD ANDERSON</u>**

I, E. Bradford Anderson, declare as follows:

1. I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.

2. I am the Director of Customer Communications for Agora Financial, LLC ("AF"). I have been with AF since early 2014.

3. My duties and responsibilities are to manage AF's customer service and telephone sales teams.

4. The teams I supervise handle all inbound customer inquiries regarding both active and prospective memberships. We assist customers in accessing their membership materials, modifying memberships, placing orders, and canceling purchases.

5. We are open and able to communicate with customers via phone and email from 9 a.m. to 8 p.m., EST.

6. I have reviewed the Declaration of Paul Vincent DiStefano as provided by the FTC (FTC Ex. 124).

7.      Mr. DiStefano's Declaration references an "online advertisement" in paragraph 2. However, as the FTC does not provide a copy and Mr. DiStefano's description is vague, I was unable to determine what that advertisement might have been.

8.      I queried AF's customer database to determine the transaction history associated with Mr. DiStefano. Based on a review of those materials, it is my understanding that, when Mr. DiStefano complained to AF in 2018, AF responded by providing him with complimentary lifetime subscriptions to investment publications focused on biotech and also provided him with numerous full refunds for the publications he had ordered, including for the publications he incorrectly claims were not refunded in paragraph 14 of his Declaration. Specifically, at his request, full refunds were provided to Mr. DiStefano on February 12, 2018 ($2,000), March 7, 2018 ($4.95), August 3, 2018 ($2,500 – for *Seven Figure Signals*), and August 14, 2018 (three refunds: $270 ( for *Technology Profits Confidential*), $49, and $79).

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: 12/11/19

E. Bradford Anderson
Director of Customer Communications
Agora Financial, LLC