IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF RICHARD GERHAUSER, M.D.

1. I am over 18 years of age and am legally competent to make this affidavit.

2. In 1981 I received my medical doctorate from the University of Nevada and in 1991 and 1994 I received masters degrees in exercise physiology and public health, respectively, from the University of Arizona. A copy of my C.V. is attached hereto as **Exhibit 1.**

3. I am licensed to practice medicine and in good standing in Nevada, Arizona, and California.

4. I am board certified in preventive medicine and public health and I was awarded a Fellowship in the American College of Preventive Medicine.

5. I have served as a clinical instructor and currently as a clinical assistant professor with the University of Arizona College of Medicine in the Department of Family and Community Medicine.

6. I have served as a staff physician at several facilities, including at Canyon Ranch Health Center for twelve years, and most recently at Quality of Life Medical & Research Center, LLC, where I remain employed but from which I am currently on sabbatical.

7.     I have spent nearly four decades developing a medical practice focused on identifying and eliminating environmental stressors that are contributing to the constantly increasing incidence of certain conditions, like diabetes, among the United States population and on treating those conditions using a natural, holistic approach. I give my patients the option of using natural approaches but I also utilize prescription drugs or referral to an endocrinologist based on the patient's preference or the inability to control symptoms with a holistic approach. In general I believe that mainstream medicine's preference for pharmaceutical drugs over natural and holistic treatments is a direct product of the financial incentives of the pharmaceutical industry, through the patent protection system of drugs development, and not usually a true reflection of the least harmful way to treat many conditions.

8.     These tenets ring particularly true in the case of diabetes, which is one of the diseases most frequently and successfully treated and/or managed through the use of supplements and environmental changes that have been shown to naturally improve blood sugar levels and insulin sensitivity. Using this approach, I have helped many patients with type 2 diabetes achieve blood sugar levels within the normal (i.e., outside of the diabetic) range, and I have not had any patients experience the most severe side effects of diabetes, including blindness, kidney failure or limb amputation.

9.     Additionally, while the dangers of pharmaceutical drugs and their side effects may often warrant strict randomized studies, the same dangers and side effects are typically not seen in the use of supplements and lifestyle changes to manage symptoms, and the rigorous testing that must be employed before pharmaceutical drugs are used to treat diseases should not be thoughtlessly imposed on natural treatments that do not pose comparable health risks. It has been estimated from several studies that properly prescribed medications cause over 100,000

deaths annually in the United States and another 100,000 die from medication errors (Reference Article by Dr Peter Gotzsche, former head of the prestigious Cochrane Reviews: Gotzsche P. Pol Arch Med Wewn. 2014;124(11):628-634. This makes prescription drugs the third leading cause of death in the United States and Europe. It is difficult to find documentation of any deaths from nutritional supplements. The latest and most comprehensive data we have concerning deaths from nutritional supplements showed 1 death from a presumed vitamin D overdose, 1 death from an "unknown" botanical, 1 death from an "unknown energy drink" and one death from a melatonin overdose. (reference: Gummin D, et al. 2017 Annual Report of the American Association of Poison Control Centers' National Poison Data System (NPDS): 35th Annual Report. Journal Clinical Toxicology. Volume 56, 2018 - Issue 12). That is a total of 4 deaths, all which could have been for reasons other than the supplement. Accordingly, I commonly base my treatment recommendations for natural supplements and environmental modifications on my own anecdotal evidence of many years in practice and less formal scientific studies from peer-reviewed journals than I would if I were recommending pharmaceutical drugs.

10.     In the fall of 2016, I was contacted by Kevin Hart of Health Sense Media, LLC about my interest in heading a franchise of publications and products. To discuss the opportunity, I traveled to HSM's Baltimore, Maryland office and, following a series of interviews and conversations over a span of several days, HSM and I determined that I was a good fit to take over writing a paid newsletter which would, on a going forward basis, be known as *Natural Health Response* ("NHR"). I also understood that in connection with the newsletter, HSM would help create daily e-letters and other informational publications to go out under my name, and over which I would have final editorial control. I further understood that I would work with

HSM to develop and market a line of products under what came to be the Solaire Nutraceuticals brand.

11. I write each NHR newsletter and have complete discretion and control in choosing the topics about which I write and what I say about them. However, my NewMarket editors and I are cognizant that NHR subscribers are most interested in alternative approaches to treating certain conditions, and type 2 diabetes is near the top of the list. Accordingly, during my first year-and-a-half of writing NHR, I often addressed natural ways to improve blood glucose levels and other topics related to treating type 2 diabetes. My recommendations in NHR were components of the multi-faceted approach I had honed in treating my own diabetic patients for decades.

12. Between my work with Health Sense and NewMarket, and my prior, independent work, I have written hundreds of articles taking views eschewed by mainstream medicine.

13. One informational product that I developed with NewMarket was a comprehensive "protocol" for treating or preventing type 2 diabetes without the use of pharmaceuticals (readers were cautioned to discuss any recommended changes with their doctor before starting). The protocol compiled and expanded on many of the subjects I had addressed in prior NHR newsletters and was based on the protocol I have used with my own patients for decades. The compilation, "The Doctor's Guide," consisted of eleven modules addressing recommended lifestyle changes, and information on a recommended regimen of dietary supplements that have been shown to naturally improve blood sugar levels and insulin sensitivity. Many modules of The Doctor's Guide identify a source where readers can purchase the products I recommend. I do not have any financial interest in, or stand to benefit from, any of those sources or recommendations.

4

14. To assist NewMarket in promoting The Doctor's Guide, I recorded a video describing my protocol, and the studies on which it was based. The studies discussed in the video are attached hereto as **Exhibits 2 through 6**. My promotional video for The Doctor's Guide accurately describes the studies on which I relied in making the recommendations set forth therein. Those studies were not, however, the only basis for my opinions in The Doctor's Guide. Additional studies supporting my approach to many of the issues addressed in The Doctor's Guide are attached as **Exhibits 7 through 13**.

15. One of the studies on which my protocol was based, and which I described in both *The Doctor's Guide* and the promotional video, was co-authored by several researchers from the University of Kansas and a university in India. The study involved a human clinical trial in which 100% of subjects with type 2 diabetes taking a mulberry supplement for twenty-eight days experienced significantly reduced fasting blood glucose concentrations—from a mean of $152.48 \pm 4.8$ mg/dL to a mean of $110.5 \pm 4.9$ mg/dL. To be considered diabetic, a patient's fasting blood glucose concentration must test at higher than 126 mg/dL. "To minimize the variability in the effects of diet on relevant indices of diabetes," the subjects of the study "were subjected to a prescribed diet," which was "very similar to that of the diet consumed by the subjects in their day-to-day life, but with appropriate changes to achieve ideal protein, fat and carbohydrate ratio (20:20:60)." This study formed the basis for the claims in *The Doctor's Guide* and the promotional materials for it, that the protocol might allow readers to reverse the symptoms of diabetes in as little as 28 days without giving up the foods they love. This was also the study that the promotional materials refer to as showing a 100% "cure" rate, which referred colloquially to the fact that 100% of the subjects experienced a reduction in their fasting glucose concentration

to a level that is not considered diabetic, all on a diet designed to approximate the diet consumed by the subjects in their day-to-day life.

**[Signature on Following Page]**

102753\000004\4852-4095-9150.v4

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: December 12, 2019

*[signature]*
Richard Gerhauser, M.D.

102753\000004\4852-4095-9150.v4