IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

* * * * * * * * * * * * *

## DECLARATION OF KEVIN HART

1. I am over 18 years of age and am legally competent to make this affidavit.

2. From September 2016 to August 2018, I was the Director of Franchise Development for Health Sense Media, LLC ("HSM").

3. Health Sense Publishing, LLC ("HSPub"), is a wholly owned subsidiary of HSM. Prior to August 2018, HSPub published paid subscription newsletters, with corresponding free daily e-letters and other informational publications, on health- and lifestyle-related topics. Each newsletter, along with its corresponding publications was led by a "guru."

4. In my position as Director of Franchise Development for HSM, I was in charge of identifying and engaging the individuals who served as gurus for HSPub.

5. In the fall of 2016, HSM was looking to replace the guru who headed the franchise that included *Natural Health Solutions* ("NHS") publications. I conducted extensive research and discovered Richard Gerhauser, M.D. Dr. Gerhauser struck me as a dynamic physician with excellent credentials who was passionate about treating patients with a natural, holistic approach—exactly what NHS's readers sought.

6.       I reached out to Dr. Gerhauser about his interest in potentially joining HSM, and he then traveled to HSM's Baltimore, Maryland office and, following a series of interviews and conversations over a span of several days, HSM and Dr. Gerhauser determined that he was a good fit to serve as the new guru for NHS. Accordingly, in the spring of 2017, Dr. Gerhauser took over as the guru and, in connection with the change, NHS was renamed *Natural Health Response* ("NHR").

7.       Under Dr. Gerhauser's direction, readership of NHR has more than tripled. Before Dr. Gerhauser took over, NHS had roughly 50,000 subscribers. By November 2018, NHR had 137,734 subscribers, 15,359 of whom were lifetime subscribers. And as of mid-November 2019, NHR has 192,325 subscribers, 26,090 of whom are lifetime subscribers. This represents a 40% increase in subscribers, and a 70% increase in lifetime subscribers, over the last year alone.

8.       In August 2018, NewMarket Health Publishing, LLC ("NewMarketPub") took over publication of NHR as well as its corresponding free daily e-letter and other informational publications. I became Vice President of Franchise Development for NewMarket.

9.       Although NewMarket employs editorial staff who help make Dr. Gerhauser's medical opinions more reader-friendly, Dr. Gerhauser personally writes each NHR newsletter and has complete discretion and control in choosing the topics about which he writes and what he says about them. Members of NewMarket's editorial staff have spent countless hours familiarizing themselves with the issues on which Dr. Gerhauser likes to publish, Dr. Gerhauser's medical opinions on those issues, the bases for them, and the methodologies he uses to treat a variety of conditions by reading everything he has ever published and interviewing him at length. They use their familiarity with his medical opinions and writings to assist in preparing

Dr. Gerhauser's free daily e-letters and other informational publications. Dr. Gerhauser reviews and approves everything published under his name.

10. One of the informational publications newly in the works at the time NHR transitioned to NewMarket was a comprehensive "protocol" for addressing the risk and symptoms of type 2 diabetes without the use of pharmaceuticals, expanding on many of the subjects Dr. Gerhauser had written about in prior NHR newsletters. That compilation, "*The Doctor's Guide*," consists of eleven modules addressing recommended lifestyle changes and information on a recommended regimen of dietary supplements that have been shown to naturally improve insulin levels. Many modules of *The Doctor's Guide* identify a source where readers can purchase the products Dr. Gerhauser has recommended. No defendant in this case (or any of their corporate affiliates) has any financial interest in, or stands to benefit from, any of those sources or recommendations.

11. NewMarket and its predecessors have been in the health publishing business for more than twenty years. It focuses on publishing innovative, non-traditional, non-prescription drug-based approaches to health and wellness that its readers do not find in mainstream publications. Due to my oversight of NewMarket's editorial functions, I am familiar with the feedback NewMarket receives from its readers. It is my understanding that the typical NewMarket reader has rejected the approach of mainstream medicine, and that many NewMarket readers are interested in becoming less dependent on prescription drugs. Between 2016 and August 2018, when several publications now published by NewMarket were under the Health Sense umbrella, Health Sense's publishing philosophy and the makeup of its readership were similar to that of NewMarket.

12. NewMarket has a history of publishing health and wellness ideas that, at the time of publication, may have been considered controversial by some, but that have since grown to enjoy widespread popularity and support. For example, when Dr. Atkins first began promoting his namesake low-carbohydrate diet in the 1980's, NewMarket was one of the first companies to publish his ideas at a time when the mainstream medical community rejected Atkins' claims as fringe and unsupported. Ultimately, the low-carbohydrate diet trend grew to dominate the sector.

13. NewMarket's continued success is entirely dependent on building trust and growing satisfied, long-term subscribers who find significant value in its publications. Through its promotional materials, NewMarket aims to catch potential new readers' attention through exciting marketing campaigns, but it derives no benefit from misleading consumers about the content of the publications to which they are subscribing, as a dissatisfied consumer is not likely to become a repeat or long-term subscriber. NewMarket currently has over 900,000 paid subscribers.

14. NewMarket currently has 72 employees and dozens of independent contractors and other vendors.

**[Signature on Following Page]**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Dated: December 10, 2019

Kevin Hart