**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No. 19-cv-3100-SAG** |
| **AGORA FINANCIAL, LLC,** *et al.,* | * | |
| *Defendants.* | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## DECLARATION OF MARK HYMAN M.D.

1.      I am over 18 years of age and am legally competent to make this affidavit.

2.      I am a practicing family physician and an internationally recognized leader, speaker, educator, and advocate in the field of Functional Medicine.  I obtained my undergraduate degree in Asian Studies in 1982 from Cornell University and obtained my medical degree from the University of Ottawa in 1987.  I have been practicing medicine for over 30 years. I am board certified in Family Medicine.  I am the founder and director of The UltraWellness Center, the Head of Strategy and Innovation of the Cleveland Clinic Center for Functional Medicine, a twelve-time *New York Times* bestselling author, and Board President for Clinical Affairs for The Institute for Functional Medicine.  I am the host of one of the leading health podcasts, *The Doctor's Farmacy*, and am a regular medical contributor on several television shows and networks, including *CBS This Morning, Today, Good Morning America, The View*, and CNN.  I am also an advisor and guest co-host on *The Dr. Oz Show*.

3.      Functional Medicine is an approach based on systems medicine and root cause analysis of chronic disease.  I routinely treat patients with type 2 diabetes using Functional Medicine, and have done so for the last 30 years.  As a practitioner in Functional Medicine, I

routinely review and rely on various sources of information to determine the best course of treatment for my patients, including but not limited to, medical journals, medical studies, epidemiological research, historical precedent, *in vivo* studies, *in vitro* studies, animal studies, open label clinical studies, and cross over studies. These are generally accepted sources of information relied upon by practitioners in the field of medicine, including Functional Medicine.

4.      I have turned my passion for Functional Medicine, real food, nutrition, and wellness into activism, working to change our food system on a global scale. Through my work to change policy for the betterment of public health, I have testified before the Senate Working Group on Health Care Reform on Functional Medicine. I consulted with the surgeon general on diabetes prevention and participated in the 2009 White House Forum on Prevention and Wellness. Senator Tom Harkin of Iowa nominated me for the President's Advisory Group on Prevention, Health Promotion, and Integrative and Public Health. Additionally, I presented at the Clinton Foundation's Health Matters, Achieving Wellness in Every Generation conference and the Clinton Global Initiative, as well as at the World Economic Forum on global health issues, TEDMED and TEDx. I am the winner of the Linus Pauling Award and the Nantucket Project Award. I received the Christian Book of the Year Award for his work on The Daniel Plan, a faith-based initiative that helped Saddleback Church collectively lose 250,000 pounds. I crafted and helped introduce the Take Back Your Health Act of 2009 to the United States Senate, which promotes reimbursement for lifestyle treatment of chronic disease. With Tim Ryan in 2015, I helped introduce the ENRICH Act into Congress to fund nutrition in medical education. I played a substantial role in the major 2014 film *Fed Up*, produced by Laurie David and Katie Couric, which addresses childhood obesity.

102753\000004\4852-2712-3886.v4

5.      I have reviewed Dr. Gerhauser's diabetes protocol, "The Doctor's Guide." Among other things, Dr. Gerhauser's protocol identifies herbs and nutrients that support glucose metabolism including mulberry extract, chromium, magnesium, all of which I have personally used in treating my patients with type 2 diabetes and other chronic conditions because of their natural ability to improve glucose metabolism.

6.      The protocol also discusses the importance of understanding circadian rhythms and avoiding excess exposure to electronic devices that emit blue light and other environmental factors. I also discuss these and similar lifestyle and environmental issues when treating my patients with type 2 diabetes and other chronic conditions.

7.      I have reviewed the scientific studies described by Dr. Gerhauser as the basis for the opinions set forth in *The Doctor's Guide* and find such studies to substantiate his recommendations and to be consistent with what experts in the field of integrative and functional medicine would consider and rely on as an adequate basis for his recommendations and opinions.

8.      One of the studies described in *The Doctor's Guide* was co-authored by several researchers from the University of Kansas and a university in India. The study involved a human clinical trial in which 100% of subjects with type 2 diabetes taking a mulberry supplement for twenty-eight days experienced significantly reduced fasting blood glucose concentrations—from a mean of $152.48 \pm 4.8$ mg/dL to a mean of $110.5 \pm 4.9$ mg/dL. To be considered diabetic, a patient's fasting blood glucose concentration must test at higher than 126 mg/dL. "To minimize the variability in the effects of diet on relevant indices of diabetes," the subjects of the study "were subjected to a prescribed diet," which was "very similar to that of the diet consumed by the subjects in their day-to-day life, but with appropriate changes to achieve ideal protein, fat and carbohydrate ratio (20:20:60)." This study provides some evidence for Dr. Gerhauser's claim

3

that mulberry may allow a reader to reverse the symptoms of diabetes in as little as 28 days without giving up the foods they love.

9.      I understand, based on reading the declaration of Charles Burant, M.D., Ph.D., in this litigation, that he challenges Dr. Gerhauser's protocol and opines that Dr. Gerhauser should not be allowed to offer opinions, or recommend health advice, without randomized, double-blind, and placebo-controlled human clinical testing ("RCTs") substantiating his recommendations. Such a blanket standard is inappropriate and impractical in the practice of medicine. Much of the practice of medicine today, including mainstream, prescription-drug based medicine, involves multi-faceted approaches that are not, in their entirety, supported by RCTs or capable of being tested by RCTs. In fact, a study of clinical practice guidelines development by the American College of Cardiology showed that only 10% were supported by randomized double blind clinical trials. Instead, physicians rely on the totality of the evidence, including historical precedent, epidemiologic research, commonly accepted treatment methodologies, medical journals, medical studies, *in vivo* studies, *in vitro* studies, animal studies, open label clinical studies, cross over studies and, occasionally, RCTs to support the treatment recommendations they make to their patients. Moreover, there are different levels of risk associated with varying types of treatments, which makes a blanket RCT requirement improper and infeasible. In the case of many dietary supplements, including the dietary supplements recommended in *The Doctor's Guide*, the FDA has deemed them safe for human consumption on an over-the-counter basis. Other products, however, carry greater risk and must accordingly be prescribed by physicians. It is inappropriate to impose a single evidentiary standard on medical treatment recommendations irrespective of the risk involved.

10.    It would not be appropriate or feasible to require the protocol described in *The Doctor's Guide* to be tested in the same way as a pharmaceutical drug using RCTs, as recommending over-the-counter supplements combined with environmental and lifestyle changes does not present the same issues.  Dr. Burant opinions are inconsistent with the standards applied by experts in the field of Functional Medicine, or in general medical care. Were Dr. Burant's opinions deemed valid, they would severely hamper the practice of integrative and functional medicine and chill the speech of the thousands of practitioners who publish, speak and treat patients who are seeking relief and wish to avoid an endless regimen of prescription drugs. And if his standard of evidence were applied to much of current medical practice, it would severely limit practitioners' ability to treat their patients.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Dated: December 9, 2019

_____
Mark Hyman, M.D.

102753\000004\4852-2712-3886.v4