**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF MATTHEW INSLEY**

I, Matthew Insley, declare as follows:

1. I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein. My statements are based on my personal knowledge and upon information known or reasonably available to Agora Financial, LLC ("AF"). I have reasonably investigated and verified each of the statements herein to the best of my ability, and I am duly authorized by AF to testify to the matters herein.

2. I started working for AF on September 1, 2005 as a publication manager.

3. I currently hold the title of Imprint Publisher at AF, a position I have held since January 1, 2018. My duties and responsibilities are similar to that of a CEO for the newsletters and research services I publish. I am responsible for the growth of my imprint's newsletters and services, the hiring and development of employees, the profitability of the long term imprint, and the accountability to our partners in Agora Financial.

4. AF is a publishing company whose affiliated editors and authors provide independent economic and financial commentary, analysis, and education to devoted readers through many different media channels. As of December 10, 2019, AF has 306 employees.

5. While AF offers a platform for its editors to express bold opinions and predictions regarding the economy and investments, it, like any other publisher in the financial marketplace, does not guarantee or insure the accuracy of the predictions or that readers will realize a particular outcome (that said, as discussed below, AF often offers full money back guarantees for the cost of a given publication).

6. AF's profit primarily comes from the sale of higher-priced premium financial newsletters and research services to its customers. AF also makes a profit by upgrading happy customers from annual subscription plans into higher-priced "lifetime" subscription plans which allow the customer to receive information for the life of the publication without paying annual renewal fees.

7. Dissatisfied readers are unlikely to become repeat or long-term subscribers. Accordingly, for AF to succeed it must build trust with long-term readers who find significant value in the economic commentary and analysis published by AF.

8. AF's marketing model was developed years ago, in the age of direct mail and print newsletters, and has evolved in the age of the Internet. To cut through the noise, AF prepares exciting, entertaining, and even quirky promotional materials, targeting characteristics, issues, or trends often ignored by the mainstream.

9. Indeed, the typical AF customer rejected mainstream financial media and advice long ago—often because they were burned by aspects of the mainstream financial system—and is looking for financial commentary from non-mainstream sources.

10. AF's copywriters (those who write materials promoting AF's publications) are trained to research and provide backup for claims asserted in promotional materials.

11. One of the publications I oversee is Lifetime Income Report ("LIR"), a monthly newsletter published by AF which focuses on highlighting long-term investments in established, fundamentally sound, companies with sustainable yields (i.e. dividend payments).

12. LIR has been published monthly since February 2009, and I have been working with the publication since approximately mid-2016. Zach Scheidt ("Scheidt") is the current editor of LIR.

13. In general, AF's promotions follow a typical flow. Someone (usually a copywriter or editor or publisher) has an idea for a publication or material for an existing publication and how to promote it. Copywriters prepare the long-form ad copy which serves as the template for promoting the publication. Before publication, the long-form copy undergoes careful internal fact checking and review and final approval from the editor.

14. Once finalized, the long-form copy is sent to AF's web production team, which prepares the website that will host the long-form copy and visual materials (in this case, the website hosted a video with an audio-recording of the long-form copy as well as a transcript). The marketing team then works to drive traffic to the website through emails, insert advertisements (which could be electronic or print and are short ads inserted in other editorial content), Internet banner advertising, lift notes,[1] and other materials.

15. Anyone who clicks on a banner, email link, lift note, etc., is redirected to the website containing the long-form ad copy. In the ordinary case, customers cannot and do not purchase any publication from AF without viewing the entire promotional video or reading the identical long-form transcript, including any disclosures contained within.[2]

---

[1] AF defines "lift notes" as short emails from either the author of a sales letter or a publisher.

[2] Hypothetically, it is possible for a customer to choose not to read through or watch the full promotional materials, and instead to call AF directly to order a publication. AF believes this to be an extremely rare event.

16. Attached hereto as **Exhibit** 1 is a true and correct copy of a spreadsheet prepared by one of AF's analysts (a CFA Charterholder) reflecting returns for a hypothetical portfolio invested in each of the 13 recommendations made by Schiedt in his book (published by AF) *Congress' Secret $1.17 Trillion Giveaway* (first made available on March 24, 2018) ("*Congress' Secret*"). The spreadsheet indicates that a hypothetical investment in each of the 13 securities made on March 26, 2018 (the first trading day after the book was made available) would have returned positive gains for 11 of the 13 (of these, 5 are over 56%, and 8 are over 20%) as of November 25, 2019.[3]

17. AF began promoting *Congress' Secret* on March 24, 2018 through a promotion titled Congressional Checks . Existing LIR customers were able to access *Congress' Secret* for free. New customers, however, would in virtually all cases not be able to order a copy of the book without watching the entire Congressional Checks video or reading through a word-for-word transcript of the video, including all disclaimers.

18. The book was initially offered for free in conjunction with the purchase of a 30-day risk-free trial subscription to LIR, although customers were charged $4.95 to cover shipping and handling costs for the book. During the 30-day risk-free trial, customers could read any of LIR's past issues, special reports, and portfolio recommendations. Customers were allowed to

---

[3] "Total return" assumes dividends are taken as income rather than reinvested. Even calculating the total return since just December 12, 2018 (the day Mr. Rottner purchased the book), 11 of the 13 investments still have a positive return (of these, 8 have double-digit gains, and 2 would have returned over 76%). *Id*.

cancel LIR at any time and for any reason within those 30 days.[4] After 45 days (later changed to 35 days), customers would be charged $99 for the 1-year subscription to LIR.[5]

19. With virtually all promotions, AF tests multiple versions and different price points to see how the market responds. As time goes on, promotions are often revised or "refreshed" in order to capture a new audience.

20. "Republican Checks" was conceived by AF's copywriters as a refresh of the "Congressional Checks" promotional efforts for *Congress' Secret*. Republican Checks offered *Congress' Secret* for free (no S&H charge) in exchange for a purchase of an LIR membership at $49 (cancellable within 1 year for a full money back refund).[6]

21. "Republican Checks" began running several months after "Congressional Checks." The first order of LIR/*Congress' Secret* through the "Republican Checks" promotion was taken on May 31, 2018, and the last order was taken on October 27, 2019, due to the promotion being discontinued.

22. Agora Financial continues to make *Congress' Secret* available to existing, paying customers of LIR but does not actively promote the book or make it available for purchase.

23. On October 2, 2018, I became aware that a nonprofit called The Congressional Award had contacted AF and reported that it had received communications from people

---

[4] While the advertised policy required cancellation within 30 days, AF typically permits cancellation of any entry level newsletter subscription (such as LIR) outside of the published refund policy. For example, over 40% of refunds (including the $4.95 charge) issued in relation to the Congressional or Republican Checks promotions were issued *outside* of AF's advertised 30-day refund period.

[5] While the risk-free trial period was advertised as only 30 days, AF generously allowed the trial subscription to run for 45 (at one point changed to 35) days before customers were charged in order to give customers more of a cushion to cancel if they decided they did not want or need the publications.

[6] While the vast majority of orders were placed at the price points identified in this Declaration, a small percentage of orders were placed at other prices. AF's liberal refund policy was applied to other price points as well.

inquiring about the "Congressional Checks" promotion.[7] As a result, AF decided to terminate the "Congressional Checks" campaign on October 4, 2018.[8] The Republican Checks promotion continued to run, albeit with revisions designed to prevent any additional potential confusion.

24. In my role as Imprint Publisher for AF, I routinely review and query AF's customer reporting databases. AF's customer reporting databases contain information about customers' purchase and refund history, cancellation history, and more.

25. It is my understanding that the FTC provided information in an Exhibit labeled ECF 2-125, which reflects letters from eight (8) individuals who apparently wrote to Congress in 2018, named Joan D. Montone, Willy Mobley, Brian Scary, David Williams, Joseph Nash, John E. Bogart, Brenda Carlton, and William C. Steinberg. AF's database team queried AF's business records associated with these names and, based upon my review of those records, my understanding is the following:

- Five of the eight individuals (Joan D. Montone, Willy Mobley, Brian Scary, David Williams, and Joseph Nash) are not (and appear to never have been) customers of AF or any of its affiliates

Of the remaining three:

- One (John E. Bogart) never subscribed to LIR or placed any order through either the "Congressional Checks" or "Republican Checks" promotions.

- One (Brenda Carlton) subscribed to LIR twice (through promotions unrelated to *Congress' Secret*) but later canceled and received full refunds for her purchases (while keeping the books and other free items provided with the promotions). Ms.

---

[7] Congressional Award did not identify the individuals from whom it received inquiries, so AF cannot evaluate whether any of those individuals actually subscribed to LIR through the "Congressional Checks" promotion.

[8] The last order through the Congressional Checks promotions was taken on October 10, 2018. There is generally a lag time between when AF ends a promotion and when the advertising for that promotion ceases to be available on the internet. The promotion ran both internally (to AF customers) and externally. Externally, AF advertised with "affiliate networks" (external partners that publicize AF promotions to their readers) and "display networks" (i.e., "banner ads" or "text ads" that are displayed around the Internet, through platforms such as Yahoo or Outbrain). Internally, readers would have to click a "lift note" or "insert ad" to reach the long-form promotion page/video.

       Carlton did not subscribe to LIR through either the "Congressional Checks" or "Republican Checks" promotions, nor did she receive *Congress' Secret* from AF.

- One (William C. Steinberg, Jr.) ordered *Congress' Secret* for $4.95 the afternoon of October 4, 2018. He was likely sent an e-copy later that same day. However, he never paid for the book because his credit card was declined for insufficient funds on three (3) occasions.

26.    As Imprint Publisher for LIR, unusual activity or feedback (whether positive or negative) in connection with promotions for this publication are reported to me. Once AF discontinued "Congressional Checks" after receiving reports from The Congressional Award, I did not receive any other reports of unusual customer confusion regarding the Congressional Checks promotion. Additionally, I never received and have not been made aware of any reports of unusual customer confusion regarding AF's "Republican Checks" promotion.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**

Dated: 12/12/19

Matthew Insley, Imprint Publisher
Agora Financial, LLC

102753\000004\4833-4948-3694.v2

MI8