IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| AGORA FINANCIAL, LLC, *et al.*, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF MYLES NORIN

I, Myles Norin, declare as follows:

1. I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.

2. I graduated from Towson University in 1988 with a BA in Accounting and Business Management.

3. After obtaining my C.P.A., I spent several years in accounting at two local firms. In 1995, I joined what was then Agora, Inc., which later became Monument and Cathedral Holdings, LLC ("M&C"). M&C is the holding company that owns, among other entities, Agora Financial, LLC ("AF") and NewMarket Health, LLC ("NewMarket"). AF and NewMarket are among the more than eighty (80) separate entities that are under the umbrella of M&C. I am currently the CEO of M&C. Agora, Inc. and M&C have operated for almost forty (40) years.

4. Although I am the CEO of M&C, each of the entities under the M&C umbrella is operated on a day-to-day basis by its own publisher or other similar senior manager. Each such senior manager has the independence to run his or her operation as he or she best sees fit, and has complete autonomy as to the hiring, firing and management of its employees. It is not unusual

for me to go months without having any substantive interaction with the senior manager of one or more such entity.

5. Further, as the CEO of M&C, I do not have any direct input on the content of the publications or other goods or services of those entities. M&C has no role in developing the materials used to promote the publications or other goods and services of those entities, nor does it direct the way any one entity interacts with another.

6. Similarly, the senior managers of the M&C entities have no ability to control or direct the publications, promotions or any activities managed by the senior manager of another M&C entity.

7. The M&C entities are located at various offices throughout Baltimore as well as such far-flung locations as southern Florida, Ireland and England.

8. Over the years, the M&C companies—which are primarily, though not exclusively, publishing companies—have marketed and sold countless newsletters, books, and lectures on travel, leisure, health, financial, and lifestyle topics, to millions of satisfied customers. Recently, one of the M&C entities started what has become a very popular wine club.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

Case 1:19-cv-03100-SAG   Document 33-23   Filed 12/13/19   Page 3 of 3

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: 12/10/19

Myles Norin, CEO
Monument and Cathedral Holdings, LLC

3