**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| **v.** | * | **Case No. 19-cv-3100-SAG** |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## DECLARATION OF ZACHARY SCHEIDT

I, Zachary Scheidt, declare as follows:

1.	I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.

2.	I am employed as an editor for multiple publications at Agora Financial, LLC ("AF").

3.	I graduated from Lee University in December, 1998, with a degree in Business Administration.

4.	After graduation I worked at SunTrust Bank as a cost accountant while going to school at night for an MBA in finance. I graduated in December, 2001 from Georgia State University with my MBA.

5.	In April of 2001, I took a new position at Piedmont Investment Advisory, an Atlanta-based private investment firm which at the time had $130 million in assets under management. Within a year, I got the opportunity to manage a small amount of that capital for the firm and grew the amount of capital I managed from there.

6.      Within three years, I took on the responsibility of managing the individual accounts of our most wealthy investors, while also trading for two of our three separate hedge funds.

7.      In 2007, I started writing part-time for Taipan Publishing, a separate division of the Agora companies. My writing covered many of the investment strategies I learned at Piedmont including dividend stock investing, investing in IPOs and new issuances, and some option strategies for generating cash flow.

8.      In 2010, I co-founded Mercenary Trader, an investment publishing company focused on helping teach traders how to profitably navigate the markets. Over five years, our subscriber base grew quickly, and I eventually sold my share of the company.

9.      In 2015 I joined AF as a full-time editor of multiple publications, including *Lifetime Income Report* ("*LIR*"). I am the current editor of *LIR* and serve as editor for no less than seven (7) other publications at AF as well.

10.     As editor of *LIR*, I am responsible for the investment analysis and recommendations. I locate investment recommendations and work with AF's publishing, marketing, financial research, fact checkers, and copywriting teams to find new ideas to attract readers for the publications I edit.

11.     I do not accept money from or trade any of the companies I write about for AF.

12.     As editor of *LIR*, I provide opinions regarding long-term investments in what I believe are established, fundamentally sound, high yield companies.

13.     I test every recommendation I make in *LIR* against an investment philosophy I call the "Three Pillars of Income Investing": 1) Capital Preservation, 2) Growth, and 3) Yield (the "Three Pillars"). Several recent issues of *LIR* are attached hereto as **Exhibit 1**.

102753\000004\4836-7763-9598.v2

14.     The idea of using "Congressional Checks" as a metaphor for dividend income comes directly from the 2017 Tax Cuts and Jobs Act ("TCJA") passed in December 2017. In particular, the idea was sparked by a December 14, 2017 article from the International Business Times ("IBT") titled: *Paul Ryan And Top Republican Lawmakers Could Reap Personal Windfall From New Real Estate Tax Breaks*, by David Sirota, Alex Kotch, and Josh Keefe (the "IBT Article").

15.     A member of AF's copywriting department, Evaldo Albuquerque ("Albuquerque"), read the IBT Article and told me about what he saw as an opportunity to publish content on the anticipated tax-advantaged treatment of certain pass-through dividend income to AF's *LIR* readership and prospective customers. He proposed the metaphor "Congressional Checks" to describe the tax-advantaged dividend checks from the TCJA which would inure to the benefit of so many of the lawmakers who voted for the bill.

16.     I read the article and agreed with Albuquerque's assessment and metaphor, and further agreed to write a book identifying entities that would potentially benefit from the TCJA. I then worked (along with my staff) to research and identify those entities.

17.     In or about March 26, 2018, AF first published my book, titled *Congress' Secret $1.17 Trillion Giveaway* ("*Congress' Secret*"). The text of *Congress' Secret* was prepared by my long-time ghost-writer, and I reviewed and approved the book's content before it went to press. The book was published in hard copy and electronic format, and identifies 13 companies with high yield potential.

18.     To publicize the book, AF and I prepared a transcript promoting the content of *Congress' Secret*. Agora Financial recorded audio of me reading the transcript and used that

3

audio to create a video and a website publicizing *Congress' Secret.*  A similar process took place for the separate "Republican Checks" video and transcript used to publicize *Congress' Secret*.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

102753\000004\4836-7763-9598.v2

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.**


Dated: _DECEMBER 11, 2019_

_____
Zachary Scheidt

102753\000004\4836-7763-9598.v2