IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ADDISON WIGGIN

I, Addison Wiggin, declare as follows:

1. I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.

2. I graduated from Western Colorado University in 1993 with a BA in English. I received my Masters in philosophy from St. John's College in 1995, having studied at both the Annapolis and Santa Fe campuses.

3. After a brief stint at the Cato Institute in Washington, D.C., I founded Agora Financial, LLC ("AF") in 2004. AF is an independent publishing firm focused on economic forecasting and financial research.

4. I currently serve as Executive Publisher for AF. My duties and responsibilities include: hiring, training and overseeing publishers within AF, as well as helping to develop materials that provide financial advice for a wide range of individual investors seeking to manage their own money or to be more knowledgeable when working with their own financial managers.

5.      While AF became an independent entity in 2004, it traces its roots back to (primarily) two groundbreaking financial publications: *Strategic Investment* (founded in 1984), and *The Daily Reckoning* (which I founded in 1999). *The Daily Reckoning* was one of the first widely distributed email newsletters on the Internet and continues to be distributed to hundreds of thousands of readers globally.

6.      I am a three time best-selling author. I co-authored two international best-sellers—*Financial Reckoning Day* (2003) and *Empire of Debt* (2005)—with William "Bill" Bonner. I also wrote New York Times best-seller *Demise of the Dollar* (2005) and *The Little Book of the Shrinking Dollar* (2012). All of my books have been republished in subsequent editions and have been collectively translated into a dozen languages.

7.      I was executive producer and writer of the acclaimed documentary *I.O.U.S.A.*, which covered the rise of America's debt crisis. The film was nominated for the Grand Jury Prize at the 2008 Sundance Film Festival, the 2009 Critics Choice Award for Best Documentary Feature, and was also shortlisted for a 2009 Academy Award. Roger Ebert's 3 ½ (out of 4) star review was written as a rueful letter to his grandchildren, wherein he recounted the chilling facts revealed in the movie: "*A letter to our grandchildren, Raven, Emil and Taylor: I see you growing up into such beautiful people, and I wish all good things to you as you make the leap into adulthood. But I have just seen a documentary titled 'I.O.U.S.A.' that snapped into sharp focus why your lives may not be as pleasant as ours have been.*" I also co-authored the film's companion book, *I.O.U.S.A.: One Nation. In Debt. Under Stress*.

8.      My work has been recognized by numerous major media outlets, including The Economist, The New York Times Magazine, Worth, and The Washington Post. I have also

appeared on major network news outlets, including ABC News, CNN, Fox Business and CBS Sunday Morning.

9. Today, AF is part of a family of companies that started as a single entity, Agora, Inc., (now known as Monument and Cathedral Holdings, LLC ("M&C")), forty years ago here in Baltimore, that has since grown into a number of related companies spanning the globe.

10. Over the years, the M&C companies—which are primarily, though not exclusively, publishing companies—have marketed and sold countless newsletters, books, and lectures on travel, leisure, health, financial, and lifestyle topics to millions of satisfied customers.

11. AF's affiliated editors and authors provide independent economic and financial commentary, analysis, and education to devoted readers through many different media channels.

12. AF is not a mainstream financial media company. Instead, it takes great pride in publishing—and its readers find great value in receiving—contrarian and provocative points of view that contribute to the "marketplace of ideas" in the investment and financial commentary community. Indeed, AF receives hundreds of testimonials every year extolling the qualities of its various publications.

13. Headquartered in the Mount Vernon neighborhood of Baltimore, Maryland, AF and its writers have built a determinedly loyal customer base, many of whom have written to AF with claims of significant financial gains realized by following trends and opinions published by AF's analysts and writers. AF's publications are also widely distributed in England, France, Germany, Australia, Argentina, and Brazil. AF has marketing partners in Japan, China, and India.

14. AF's writers and editors successfully predicted many significant financial events of the past several decades before the mainstream financial media, allowing AF's readers to

manage their affairs and protect their wealth accordingly. Examples include the bursting of the housing bubble and the credit bubble, the collapse of Lehman Bros., and the rise of cryptocurrency.

15. Today AF publishes more than 40 different investment publications that challenge traditional publishing outlets through their irreverent yet insightful commentary. AF is always on the lookout for independent financial thinkers and researchers who seek alternative publishing platforms.

16. Critically, AF is independent. It does not accept money to cover any of the publically traded companies or securities it discusses in its publications. AF vigorously polices conflicts of interest by having its editors and authors sign non-trading agreements which prohibit them from trading or investing in the companies they cover.

17. AF is not beholden to any special interests or ideology; instead it is fiercely protective of free speech under the First Amendment, including opinions that are unpopular or unorthodox and often leaning Libertarian.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Dated: December 10, 2019

_____
Addison Wiggin, Executive Publisher
Agora Financial, LLC