## SUPPLEMENTAL REPORT OF CHARLES BURANT, M.D., PH.D

1.      My name is Charles F. Burant.  I have been retained by the Federal Trade Commission (FTC) to provide my expert opinion in connection with the "diabetes claims" made for *The Doctor's Guide to Reversing Type 2 Diabetes in 28 Days* ("*The Doctor's Guide*"), which are identified in Paragraph 17 of my Report dated October 23, 2019 ("Initial Report").  If called to testify, I could and would testify to this expert opinion.

2.      I submit this Supplemental Report in furtherance of my Initial Report and in response to the Declaration of Richard Gerhauser, M.D. ("Gerhauser Declaration") and the Declaration of Mark Hyman, M.D.  ("Hyman Declaration").  I am also attaching an updated version of my curriculum vitae which lists all publications and research support I have earned as of January 7, 2020.

3.      I have reviewed both the Gerhauser and Hyman Declarations and each of the studies cited therein.  Based on my review of these materials, my education, research, experience and relevant knowledge, it is still my expert opinion that there is no competent and reliable scientific evidence for the Reverse Diabetes Defendants' diabetes claims.

4.      In his declaration, Dr. Gerhauser identifies several studies he relied upon for the diabetes claims.  In my Initial Report, I addressed why the studies contained in his Exhibits 3-6 do not constitute competent and reliable scientific evidence for any of the diabetes claims.

5.      The Hyman and Gerhauser Declarations address one of the studies I evaluated in my Initial Report, *Effect of mulberry (Morus indica L.) therapy on plasma and erythrocyte membrane lipids in patients with type 2 diabetes*.  The Gerhauser and Hyman Declarations highlight this study as some evidence for the claim that mulberry "may" cure, treat, mitigate type 2 diabetes in "as little as" 28 days.  However, in my Initial Report, I identified several flaws with this study and explained why it does not constitute competent and reliable scientific evidence.

1

The Hyman and Gerhauser Declarations do not address any of these flaws. In addition, the article itself does not claim that mulberry "cures" diabetes. In fact, the participants in this study showed extremely poor glucose control even with the mulberry treatment, exhibited by significantly elevated HbA1c levels, which remained unchanged throughout the study. Any expert in diabetes treatment and management would agree that such poor blood glucose control does not demonstrate a remission or cure of diabetes, much less support a reporting of a "100% cure rate."

6.      I have also reviewed the additional studies identified by Dr. Gerhauser (Exhibits 2, 7-13) and conclude that they do not constitute competent and reliable scientific evidence for any of the diabetes claims either for the following reasons.

7.      Most of the remaining studies (specifically, Exhibits 7, 9, 10, 11, and 12) do not evaluate any of the components of the three-step protocol described in the advertising that was provided to me, but are related to circadian rhythms, alterations in sleep patterns, and light exposures and what impact, if any, these factors may have on type 2 diabetes or metabolism. Thus, they do not constitute competent and reliable scientific evidence for the Reverse Diabetes Defendants' diabetes claims.

8.      The remaining studies (Exhibits 2, 8 and 13) also do not constitute competent and reliable scientific evidence for these claims.

9.      Exhibit 2 is an article entitled *Dirty Electricity Elevates Blood Sugar Among Electrically Sensitive Diabetics and May Explain Brittle Diabetes.* The article is a series of case studies that are, at best, anecdotal. As I explained in my Initial Report, anecdotal evidence is not competent and reliable scientific evidence. The article itself admits limited utility of the finding by concluding that more research is needed, including "large scale studies" to determine to what

extent the presented cases can be extrapolated to the general population.  This article does not constitute competent and reliable scientific evidence for any of the Reverse Diabetes Defendants' diabetes claims, including the claim that Non-Ionizing Radiation ("NIR") or electronic devices "causes" type 2 diabetes.

10.    Exhibit 8 entitled *Magnesium Intake, Quality of Carbohydrates, and Risk of Type 2 Diabetes:  Results from Three U.S. Cohorts* describes an epidemiological study that reported a lower intake of magnesium was associated with a higher risk of type 2 diabetes.  As I discussed in my Initial Report, epidemiological studies are not clinical trials, and thus cannot provide competent and reliable scientific evidence for claims about a treatment's effect on type 2 diabetes.  An epidemiological association between magnesium and diabetes is not sufficient to show causation.

11.    Exhibit 13 entitled *Effects of Exposure to Electromagnetic Field Radiation (EMFR) Generated by Activated Mobile Phones on Fasting Blood Glucose* describes a preclinical study in 40 rats.  Such a small study, which reports marginal results in rats, cannot constitute competent and reliable scientific evidence for the diabetes claims.  As I explained in my Initial Report, while animal studies may be useful preliminary tools to help formulate hypotheses, they cannot always be extrapolated to humans because of differences in physiology and metabolism between animal subjects and humans.  There are other reliability concerns with this study as the reported assay for insulin shows levels that are about 10 times lower than what is normally found in fasting rats.

12.    The Hyman and Gerhauser Declarations also suggest that the standard I outlined in my Initial Report for what experts in the field of type 2 diabetes would require for competent and reliable scientific evidence for the diabetes claims is not appropriate for supplements

because they pose less risks to patient safety than pharmaceutical drugs. However, there can be serious and dangerous consequences—including physical harm and injury—if a patient relies on an unproven claim about the therapeutic benefits of a product and foregoes a proven treatment.

13.    The Reverse Diabetes Defendants claim that patients can stop medication treatment, stop monitoring their blood glucose, and eat without restriction with their protocol. As there is no reliable indication that this protocol works, reducing or eliminating proven medication treatment, or altering diet, based on the approach implied by the Reverse Diabetes Defendants can result in significant worsening of diabetes control and attendant risks of short and long-term consequences of elevated blood glucose. This is particularly true as they advertise to patients that they can eat high-carbohydrate and high-sugar foods (e.g., apple pie, ice cream, chocolate fudge, fries dipped in ketchup) without worrying about their blood sugar (See Initial Report, Att. 2 at 3). This is a very dangerous recommendation for unsuspecting patients struggling with a stubborn, sometimes debilitating, disease.

14.    I'd also note that my opinion on the standard for competent and reliable scientific evidence is informed by the definition that was provided to me. Specifically, competent and reliable scientific evidence requires evidence that has "been conducted and evaluated in an objective manner by persons qualified to do so, using procedures generally accepted in the profession to **yield accurate and reliable results**." Anecdotal evidence, observational studies, and case studies with a small number of participants, even when well conducted, have limited utility in providing data that can be considered by experts in the field as reliable. This is particularly true when considering that recommendations about treatment need to be based on data that can be extrapolated to larger populations.

15.    In sum, based on my research and experiences relating to what experts in the field would consider competent and reliable scientific evidence, it is my opinion that no competent and reliable scientific evidence exists to support the diabetes claims identified in my Initial Report.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01 | 15 | 2020

Charles F. Burant M.D., Ph.D.

# CURRICULUM VITAE

## Charles Francis Burant, M.D., Ph.D.

Robert C. and Veronica Atkins Professor of Metabolism
Professor, Internal Medicine, Division of Metabolism, Endocrinology, and Diabetes
Professor, Molecular & Integrative Physiology
Professor, Department of Nutritional Sciences, School of Public Health
Adjunct Professor, Division of Movement Science, School of Kinesiology
Director, A. Alfred Taubman Medical Research Institute

6903 Brehm Tower
1000 Wall St.
Ann Arbor, MI 48109-5678
Phone: 734-615-3481
E-Mail: burantc@umich.edu

## EDUCATION AND TRAINING

8/1975-5/1979 University of Wisconsin, Madison, Wisconsin; B.S. Biochemistry
6/1979-7/1981 University of Wisconsin, Madison, Wisconsin; M.S. Environmental Toxicology
7/1981-5/1987 Medical University of South Carolina, Charleston, S. Carolina; M.D. in Medicine
7/1981-5/1987 Medical University of South Carolina, Charleston, S. Carolina; Ph.D. in Molecular and Cellular Biology

## POSTDOCTORAL TRAINING

6/1987-6/1988 University of California, San Francisco, California; Internship in Medicine
6/1988-6/1989 University of California, San Francisco, California; Resident in Medicine
7/1989-6/1991 University of Chicago; Fellow in Endocrinology, Department of Medicine

## ACADEMIC, ADMINISTRATIVE AND CLINICAL APPOINTMENTS

7/1991-6/1992   Instructor, Department of Medicine, University of Chicago
7/1992-8/1998   Assistant Professor, Endocrinology Section, Department of Medicine, University of Chicago
8/1998-8/2001   Research Fellow and Director, Cell Biology, Head, Metabolic Diseases, Parke-Davis Pharmaceuticals, Ann Arbor, MI
4/1999-9/2001   Adjunct Assistant Professor of Medicine, University of Michigan
10/2001-5/2008  Associate Professor of Medicine, University of Michigan
10/2001-present Adjunct Professor of Kinesiology, University of Michigan
1/2002-5/2006   Associate Professor of Molecular and Integrative Physiology, University of Michigan
7/2002-present  Member, Cell and Molecular Biology Training Program, University of Michigan

7/2004-present   Program Director, Fellowship Program in Metabolic Diseases
7/2005-present   Member, Center for Computational Medicine and Biology
5/2006-present   Professor of Internal Medicine and Molecular and Integrative Physiology
1/2006-present   Director, Michigan Metabolomics and Obesity Center
1/2006-present   Director, Michigan Metabolomics and Obesity Center
5/2006-present   Robert C. and Veronica Atkins Professor of Metabolism
12/2010-present Professor, Department of Nutritional Sciences, UM School of Public Health
7/2017-present   Director, A. Alfred Taubman Medical Research Institute

## CERTIFICATION AND LICENSURE

1988    National Board of Medical Examiners
1992    American Board of Internal Medicine
1993    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism
2000    American Board of Internal Medicine-renewal
2000    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism-renewal
2013    American Board of Internal Medicine-Endocrinology, Diabetes and Metabolism-renewal

## ACTIVE RESEARCH SUPPORT

R24 DK097153                           Burant (PI)                  09/01/2012 – 07/31/2018
National Institutes of Health          $2,121,742 (Year 1 Costs, total direct costs
      $6,100,000)
**Michigan Regional Comprehensive Metabolomics Research Core**
This is a project to expand the metabolomics capabilities at the University of Michigan to become a national metabolomics resource.

1R01DK099034                           Burant (PI-MPI grant)    3/01/2013 – 02/28/2016
National Institutes of Health          Pending (Yearly Costs)
**Genotype-Phenotype relationships underlying aerobic capacity and metabolic health**
This project will use phenotypic and transcriptomics profiling along with genotyping to understand the genetics of enhanced aerobic capacity.

5U01DK062370                           Boehnke (PI)             01/01/2014 – 05/31/2019
National Institutes of Health          Pending (Yearly Costs)
**Identifying Genes for Type 2 Diabetes: FUSION**
The present proposal builds on a longstanding and productive collaboration between researchers in the USA and Finland to understand the genetic basis of type 2 diabetes, and to use this information to reveal disease mechanisms. In this proposal, we will continue to identify genetic loci that influence risk to type 2 diabetes and variability in diabetes-related quantitative traits, and increasingly focus on identifying the causal variants, genes and other functional units, and the mechanisms by which they act.
Role: Co-investigator

1R01DK104339-01
National Institutes of Health.         Tishkoff (PI)            10/01/2014 – 09/30/2019
**Integrative Nutrigenomic and Metabolomics Analyses of Africans with Variable Diets**

2                                      CFB     01/07/2020

This project will examine the relationship between metabolome, genome and diet in cardiovascular risk factors in diverse African populations.
Role: Co-investigator

U2CES026553
National Institutes of Health.   Meeker (PI)                09/01/2015- 08/31/2019
**M-CHEAR: Michigan Children's Health Exposure Analysis Resource Laboratory Hub**
M-CHEAR will provide infrastructure and support to investigate the relationship between environmental exposures and health in the nation's children.
Role: Co-investigator, Director Untargeted Analysis Resource

U24 DK112342              Burant (PI-MPI grant with Jun Li)              12/01/2016 – 8/31/2022
National Institutes of Health.
**MiCAS-Michigan Chemical Analysis Element**
Role: Communicating Principal Investigator
The role of exercise in conferring health benefits will be examined by the Molecular Transducers of Physical Activity Consortium.  The MiCAS will perform small molecule analysis and lead data integration across sites.

No Identifier              Burant (PI-MPI grant with Rothberg and J Lumeng) 1/01/2017 – 12/31/2018
Taubman Medical Research Institute.
**Modulation of the Intergenerational Risk of Obesity-Pilot Phase**
Role: Communicating Principal Investigator
This grant supports the planning phase of an application that will assess the effectiveness of preconception weight loss to modulate the risk of obesity in children born to mothers with obesity.

National Institutes of Health.   Gao (PI-UT Houston)                06/01/2017 – 5/30/2022
**Diabetes Progression with Metabolomic and Genomic Profiling in Starr County Mexican
          Americans**
Role: Coinvestigator
This project will perform integrative analyses of this multi-omics datasets to understand dysregulation of metabolic pathways and their genomic underpinnings, leading to prediabetes, diabetes, and progression of the disease.
Role:  Co-Investigator

R01HD074559              (J. Lee)                05/01/14 – 02/28/19 (no cost extension)
National Institutes of Health.
**Conventional and Metabolomic Predictors of Pediatric Prediabetes and Insulin Resistance**
The proposed study will evaluate the longitudinal test performance of an array of conventional biomarkers of glycemia, including Hemoglobin A1c (HbA1c), and novel metabolomic biomarkers for identifying progression of glucose tolerance (normal to prediabetes or prediabetes to diabetes) in an overweight and obese pediatric population.

U2CES030164              (Evans, Nevetskii)                7/1/18-6/30/22
National Institutes of Health.
**Michigan Compound Identification Development Cores**

The main goal of this project is to use cutting-edge computational and experimental methods to systematically identify metabolites among the high proportion of features in untargeted metabolomics data which are presently considered unknown. In so doing, we will address a long-standing challenge in the field of metabolomics and enhance biological insights from extant and future metabolomics data.
Role: Co-Investigator

U01 CA2354387                    (Karnovsky)                                          7/1/18-6/30/22
NIH
**Methods and Tools for Integrative Functional Enrichment Analysis of Metabolomics Data**
This proposal is focused on building computational tools to enable the last stage of this workflow with the ultimate goal to help researchers generate testable hypotheses and derive biological knowledge from their data.
Role: Co-Investigator

# PENDING RESEARCH SUPPORT
NONE

# COMPLETED RESEARCH SUPPORT (within last 5 years)

UL1 RR024986                    Shanley (PI)                06/01/2012 – 05/31/2017
National Institutes of Health        $7,658,028 (Yearly Costs)
**Michigan Institute for Clinical and Health Research (MICHR)**
Role: Associate Director, Director Pilot and Feasibility Grant Program

R01 DK079084                    Burant (PI)                08/01/2007 – 01/31/2012
National Institutes of Health
**Using Systems Biology to Understanding Islet Adaptation and Failure**

R01 DK51563                    MacDougald (PI)                07/01/2006 – 06/31/2011
National Institutes of Health
**Regulation of adipocyte differentiation and metabolism**

R01 DK077200                    Burant (PI)                04/01/2008 – 04/30/2014
National Institutes of Health        $208,271 (Yearly Costs)
**Biology of Aerobic Capacity and Insulin Resistance**
The genomic and metabolomic profile in rats with different intrinsic running capacity will be assessed
        before and following exercise training and following caloric restriction.
Role: Principal Investigator

R01 DK088114                    Oral (PI)                02/05/2011 – 12/31/2015
National Institutes of Health
**Effects of Recombinant Human Leptin in Nonalcoholic Fatty Liver Disease (NAFLD)**
Role: Co-Investigator

DP3 DK094292                    Burant (PI, MPI Grant)        09/30/2011 – 08/31/2016
National Institutes of Health        $1,452,738 (Yearly Costs)

**Tissue-Specific Metabolic Reprogramming in Diabetic Complications**
Role: Principal Investigator

P30 DK089503-6                          Burant (PI)                          07/01/2015 – 06/30/2020
National Institutes of Health
**Michigan Nutrition Obesity Research Center (Grant transferred to R. Seeley)**
Role: Principal Investigator

## HONORS AND AWARDS

1977   National Science Foundation - Undergraduate Research Award
1981-1987 Medical Scientist Training Program Award
1984   Alpha Omega Alpha National Medical Honor Society
1985   Welcome Trust Young Investigator Award
1985   Mead Johnson Award
1985   American Medical Association Award for Outstanding Research
1985   American Diabetes Association Award for Outstanding Research
1990-1991   Juvenile Diabetes Federation Fellowship
1991   Louis Block Award for Outstanding Young Faculty
1992-1995   American Diabetes Association Career Development Award
1994   Elected, Central Society for Clinical Research
1999   Fellow, American College of Endocrinology
2006   Endowed Chair, Robert C. and Veronica Atkins Professor of Metabolism
2008   Cure, Care and Commitment Award, American Diabetes Association, Michigan Affiliate
2011   A. Alfred Taubman Scholar
2015   Ad hoc member, President's Council of Advisors on Science and Technology
2016   American Association of Physicians

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

American Association for Advancement of Sciences
American Diabetes Association
Central Society for Clinical Investigation
American College of Physicians, Elected Member
American Association of Clinical Endocrinology
American Physiological Society
American Society for Nutrition
American Association of Physicians

## EDITORIAL POSITIONS, BOARDS AND PEER-REVIEW SERVICE

*Editorial Boards*
1994-1998   Editorial Board, Diabetes
1997-1999   Editorial Board, Peptide Therapy: Index and Reviews
1999-2007   Assistant Editor, Journal of Biological Chemistry
2000-2007   Associate Editor, American Journal of Physiology, Endocrinology and Metabolism

2011-          Associate Editor, Journal of Lipid Research
2016-          Associate Editor, Diabetes

*Study Sections*
1993           National Institutes of Health, Child Health Study Section (ad hoc)
1994-1995      Endocrinology Study Section (ad hoc)
1995           Metabolism Study Section (ad hoc)
1994-1996; 1998   NRSA Study Section
1997-2000      American Diabetes Association Research Grant Review
2001-2002      Chair, American Diabetes Association Grant Review Panel
2004           Center for Complementary and Alternative Medicine-NIH (ad hoc)
2004-2007      Integrative Physiology of Obesity and Diabetes Study Section-NIH
2010, 2012, 2015, 2018 Chair, Nutrition Obesity Research Center Review Panel-NIH (Chair)
2011           Ad Hoc Special emphasis Review Panel-NIH
2011           Chair, Environmental Exposure and Metabolic Diseases Study
               Section-NIH
2011-2017      Chair, Nutrition Obesity Research Centers Grant Review Study Section-NIH
2013           DP2 "Pioneer" Grant Panel
2013           CIDO Study Section
2016           Intramural Program Reviewer, National Institutes of Aging

*Other*
1999-2001      American Diabetes Association- Research Policy and Marketing Committee
2001-2004      American Diabetes Association- Annual Meeting Organizing Committee
2003-present   Advisory Panel, National Diabetes Education Initiative
2004-2007      American Diabetes Association Research Policy Committees
2004-2007      American Diabetes Association Research Foundation Board of Directors
2007-2009      American Diabetes Association Oversight Committees
2014-present    Chair, Executive Committee, Regional Comprehensive Metabolomics Resource Cores-
                   NIH
2017-present   Executive Committee, Molecular Transducers of Physical Activity-NIH

# TEACHING

2005-2014          Pre-clinical curriculum, 2d year Medical School.  Endocrinology Sequence
                   Lectures.  Nutrition.
2005-2014          Pre-clinical curriculum, 2d year Medical School.  Gastroenterology Sequence
                   Lectures.  Obesity.
2005-2014          Case discussions, Endocrinology for 2nd year Medical Students.
2007-2008          PIBS 507.  Introduction to Translational Research.  Sequence director.
2008-present       PIBS 502. Endocrine Physiology
2010-present       K-Award writing workshop director.
2011-present       PIBS 555 Integrative Genomics
2013-present       PIBS 610 Cellular Physiology

# MENTORING

Ph.D. Thesis Advisor for Janet Daniels (nee Chen), Human Nutrition. Degree conferred 5-97 (Assistant Professor, Rensselaer Polytech Institute).

Ph.D. Thesis Advisor for Dawn Belt (MSTP), Pathology Graduate Program Degree Conferred 7-2001, (Assistant Professor, University of Wisconsin).

Ph.D. Thesis Advisor for William Chutkow (MSTP), Department of Biology and Molecular Biology. Degree Conferred 7-97 (Assistant Professor, Harvard Medical School).

Ph.D. Thesis Advisor for Joseph Dosch (MCB) 5-04- 5-10 (Post-doctoral Fellow, University of Michigan)

Ph.D. Thesis Advisor for Andrew Miller (Physiology) 6-06- 6/08 (University of Michigan, SPH)

Ph.D. Thesis Advisor for Katherine Overmyer (Physiology) 2009-2014

Ph.D. Thesis Advisor for Erin Shellman (Bioinformatics) 2009-2012 (Data Scientis, Zymergen, Inc.)

Ph.D. Thesis Advisor for Chanisa Thonusin (Molecular and Integrative Physiology (2012-2016)

M.S. Thesis Advisor for Tanu Soni (Biostatistics) 2010-2012 (Research Statistician, University of Michigan)

Ph.D. Thesis Advisor for Mahmoud El-Azzouny (Chemistry) 2010-2013 (Agilent Technologies).

Ph.D. Thesis Advisor for Teal Guidici (Statistics) 2014-2018

Ph.D. Thesis Advisor for James Casey (Human Nutrition) 2015-present

Ph.D. Thesis Advisor for Jennifer LaBarre (Human Nutrition) 2016-present

Ph.D. Thesis Advisor for Johanna Fleishman (Molecular and Integrative Physiology) 2019-present


Post-Doctoral Fellow Advisor for Janet Tobian, M.D., Ph.D. 1995-1998 (Vice President, Eli Lilly Co).

Post-Doctoral Fellow Advisor for Floris Bovelander, Ph.D. 1995-1998 (Owner, Bovelander Field Hockey Training Center (1996 Olympic Gold Medalist)).

Post-Doctoral Fellow Advisor for Christopher Corpe, Ph.D. 1994-1998 (Senior Director, Nestle Research Institute).

Post-Doctoral Fellow Advisor for Xiangquan Li, M.D., Ph.D. 1998-2002 (Assistant Professor, Syracuse University).

Post-Doctoral Fellow Advisor for Lanjing Zhang, M.D., M.S. 2002-2006 (Clinical Assistant Professor of Pathology Robert Wood Johnson Medical School-UMDNJ).

Post-Doctoral Fellow Advisor for Angele Subauste, M.D. 2002-2006 (Assistant Professor of Internal Medicine, University of Mississippi).

Post-Doctoral Fellow Advisor for Ann Chang, M.D. 2001-2005 (Senior Director, Lilly Pharmaceuticals)

Post-Doctoral Fellow Advisor for Mary-Ann Huang, M.D. 2003-2005. (Director, Amylin Pharmaceuticals)

Post-Doctoral Fellow Advisor for Emilie Collins, M.D. (Private Practice, Grand Rapids, MI). 2005-2007

Post-Doctoral Fellow Advisor for Amy Rothberg, M.D 2007-2009 (Associate Professor of Internal Medicine University of Michigan)

Post-Doctoral Fellow Advisor for Julian Munoz, MD, Ph.D. 2009-2011 (Assistant Professor, University of South Carolina)

Post-Doctoral Fellow Advisor for Cristina Lara-Castro, M.D. 2008-2010 (Medicine Resident, Palmetto Health Systems, Columbia South Carolina)

Post-Doctoral Fellow Advisor for Charles Evans 2008-2010 (Assistant Professor, University of Michigan)

Post-Doctoral Fellow Advisor for Mahmoud el-Azzouny 2013-2017 (Agilent Technologies)
Post-Doctoral Fellow Advisor for Jacob Mahoney 2016-2017 (Post-Doctoral Fellow, Stanford
  University)

# COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

| | |
|---|---|
| 1995-1998 | Endocrine Fellowship Director, University of Chicago |
| 1996-1998 | Member, Animal Care and Usage Committee, University of Chicago |
| 1997-1998 | Chairman, Animal Care and Usage Committee, University of Chicago |
| 2002-2011 | Associate Director, Molecular Biology Core, Michigan Diabetes Research and Training Center |
| 2003-present | Advisory Panel, Michigan Diabetes Research and Training Center |
| 2004-present | Working Group, Michigan Comprehensive Diabetes Center |
| 2004-2010 | Director, Fellowship Program in Metabolic Diseases |
| 2005-present | Founding Director, University of Michigan Metabolomics and Obesity Center |
| 2005-present | Executive Committee, University of Michigan Translational Training Grant (K30) program |
| 2007-2008 | Search Committee, Chair, School of Public Health Human Nutrition Program |
| 2006-present | Associate Dean for Research (ORGS) Advisory Committee |
| 2007-2015 | CTSA grant review panel |
| 2007-2014 | Dean's Advisory Committee |
| 2008-2016 | Unified Curriculum Committee, Translational Research Training Program, CTSA |
| 2009-2012 | Founding Director University of Michigan Investigational Weight Management Clinic |
| 2009-2012 | Basic Sciences Scholars Program Committee |
| 2009-2013 | Director, Post-doctoral Translational Scholars Program |
| 2009-present | Executive Committee, MICHR Educational Committee |
| 2010-present | Director, Michigan Nutrition Obesity Research Center (NIH-P30) |
| 2011 | ULAM Departmental Nomination Review Committee |
| 2012 | Chair, Department of Computational Medicine and Bioinformatics Search Committee |
| 2012 | Lead, Strategic Plan, 'Cure Obesity and Metabolic Diseases' |
| 2011-2015 | Associate Director, MICHR, Lead P/F Grant Program |
| 2012-present | Director, Michigan Regional Comprehensive Metabolomics Resource Core (NIH-R24) |
| 2012-present | External Advisory Board, U. Washington Nutrition Obesity Research Center |
| 2012-2015 | Associate Director (P/F program) Michigan Institute for Clinical and Human Research |
| 2012-2015 | Executive Committee, MICHR (CTSA) |
| 2013-present | Oversight Committee, School of Public Health *Momentum* Center |
| 2013-2014 | Search Committee, Department of Human Nutrition, School of Public Health |
| 2013-2014 | Search Committee, Department of Computational Medicine and Bioinformatics |
| 2014-2015 | Search Committee, Exercise Science, School of Kinesiology |
| 2014-present | External Advisory Board, IUPUI Bioengineering T32 |
| 2014-2018 | External Advisory Board, Boston Nutrition Obesity Research Center |
| 2014-present. | Governance Committee, University of Michigan Central Biorepository |
| 2016-present | Oversight Committee, Michigan Genetics Initiative |
| 2016-present | External Advisory Board, Colorado Obesity Research Center |
| 2017-present | Co-lead, MoTrPAC Executive Committee (NIH Consortium) |
| 2017-present | External Advisory Board, Indiana Diabetes Research Center |

CFB    01/07/2020

2019          Co-Chair, Neurology Chair Search Committee

## CONSULTING POSITIONS

1997-2000     Parke-Davis Pharmaceuticals
1995-1997     Bristol-Meyers-Squibb
1995-1998     'E.R.' television series, NBC Television
2001-2015     Takeda Pharmaceuticals, North America, Scientific Advisory Board
2001-2006     Allergan Pharmaceuticals
2003-2007     Sankyo Pharmaceuticals
2004-2007     Concurrent Pharmaceuticals
2004-2007     Amylin, Scientific Advisory Board
2006-present  Zydus Pharmaceuticals, Scientific Advisory Board
2006-present  Metabolic Solutions Development Company, Scientific Advisory Board
2011-2012     Daiichi-Sankyo, Scientific Advisory Board
2011-present  Diapan Therapeutics, Scientific Advisory Board
2012-2014     GI-Dynamics, Scientific Advisory Board
2014-2015     Morgridge Institute, University of Wisconsin-Madison
2016-2018     Johnson & Johnson

## PATENTS

Apolipoprotein B mRNA editing protein compositions and methods
Patent number: 5550034
Method of treating fatty liver diseases and conditions in non-lipodystrophic subjects.
Patent number: 8501686

# BIBLIOGRAPHY

*Peer-Reviewed Publications*

1.  Hsia, M.T.S. and Burant, C.F.  1979.  Preparation and spectral analysis of 3,3',4,4' tetrachloroazobenzene and the corresponding azo and hydrazo analogs.  J. Assoc. Off. Anal. Chem. 62:746.

2.  Hsia, M.T.S., Kreamer, B.L., Burant, C.F. and Treutelaar, M.K.  1980.  General health effects of prolonged exposure to 3,3'4,4'-tetrachloroazobenzene in rats. Drug and Chem. Toxicol. 3:47.

3.  Hsia, M.T.S., Burant, C.F., Kreamer, B.L. and Schrankel, K.R.  1982.  Thymic atrophy induced by acute exposure of TCAB and TCAOB in rats.  Toxicology 24:243.

4.  Burant, C.F. and Hsia, M.T.S.  1984.  Excretion and distribution of two occupational toxicants, tetracholoazobenzene and tetrachlorazoxybenzene in the rat.  Toxicology 29:243.

5.  Burant, C.F., Treutelaar, M.K., Landreth, G.E. and Buse, M.G.  1984.  Phosphorylation of insulin receptors solubilized from rat skeletal muscle.  Diabetes 33:704.

6.  Burant, C.F., Lemmon, S.K., Treutelaar, M.K. and Buse, M.G.  1984.  Insulin resistance of denervated rat skeletal muscle:  A model for impaired receptor-function coupling.  Am. J. Physiol. 247:E657.

7.  Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1986.  Diabetes induced structural and functional changes in insulin receptors from rat skeletal muscle.  J. Clin. Invest. 67:61.

8.  Burant, C.F., Treutelaar, M.K., Buse, M.G.  1986.  In vivo and in vitro activation of the insulin receptor kinase in control and denervated skeletal muscle.  J. Biol. Chem. 261:8985.

9.  Burant, C.F., Treutelaar, M.K., Block, N.E. and Buse, M.G.  1986.  Structural differences between liver- and muscle- derived insulin receptors.  J. Biol. Chem. 261:14301.

10. Burant, C.F., Treutelaar, M.K., Sens, D., Allen, K.D. and Buse, M.G.  1987.  Comparison of insulin and insulin-like growth factor-I receptors from rat skeletal muscle and L-6 myocytes. Biochem. Biophys. Res. Comm. 147:100.

11. Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1988.  Tissue specific differences in the activation of the insulin receptor kinase in vivo and vitro.  Endocrinology 122:427.

12. Sowell, M.O., Burant, C.F., Treutelaar, M.K. and Buse, M.G.  1988.  Minimal effects of phorbol esters on glucose transport and insulin sensitivity of rat skeletal muscles.  Diabetes 37:499.

13. Ganzler, T., Allen, K.D., Burant, C.F., Inabnett, T. Scott, A., Buse, M.G., Sens, D.A. and Garvin, A.J.  1988.  Detection of Type I insulin-like growth factor receptors in Wilms' Tumors.  Am. J. Pathol. 130:431.

14. Burant, C.F., Treutelaar, M.K., Peavy, D.E., Frank, B.H. and Buse, M.G.  1988.  Differential binding of monoiodinated insulin to muscle and liver derived receptors and activation of the receptor kinase.  Biochem. Biophys. Res. Comm. 152:1353.

15. Buse, M.G., Burant, C.F. and Block, N.E.  1989.  Tissue specific differences in insulin receptor structure and function, in NORDISK Insulin Symposium #3; Genes and Gene Products in Development of Diabetes Mellitus-Basic and Clinical Aspects, Oslo, Norway.  Elsevier, Amsterdam.  pp. 205-224.

16. Bell, G.I., Kayano, T., Buse, J.B., Burant, C.F., Takeda, J., Lin, D., Fukumoto, H. and Seino, S.  1990.  Molecular biology of mammalian glucose transporters.  Diabetes Care 13:198-208.

17. Kayano, T., Burant, C.F., Fukumoto, H., Gould, G.W., Fan, Y-S., Eddy, R.L. Byers, M.G., Shows, T.B., Seino, S. and Bell, G.I.  1990.  Human Facilitative glucose transporters: isolation, functional characterization and gene localization of cDNAs encoding an isoform (GLUT5) expressed in small intestine kidney muscle and adipose tissue and an unusual glucose transporter pseudogene-like sequence (GLUT6).  J. Biol. Chem. 265:13276-13282.

18. Nagamatsu, S., Kornhauser, J.M., Burant C.F., Seino, S., Mayo, K.E and Bell, G.I.  1991.  Glucose transporter expression in brain: cDNA sequence of mouse GLUT3, the brain facilitative glucose transporter isoform, and identification of sites of expression by in situ hybridization.  J. Biol. Chem. 267:467-472.

19. Davidson, N.O., Hausman, A.M.L., Ifkovits, C., Buse, J.B., Gould, G.W., Burant, C.F. and Bell, G.I.  1992.  Expression of glucose transporters in human fetal and adult small intestine: Localization of the facilitative glucose transporter isoform, GLUT5, to the luminal surface of absorptive epithelial cells.  Am. J. Physiol. 262 (Cell Physiol. 31):C795- C800.

20. Burant, C.F. and Bell, G.I.  1992.  Mammalian facilitative glucose transporters: Evidence for similar substrate recognition sites in functionally monomeric proteins.  Biochemistry 31:10414-10420.

21. Burant, C.F., Takeda, J, Brot-Laroche, E., Bell G.I., and Davidson, N.O.  1992.  Fructose transporter in human spermatozoa and small intestine is GLUT5.  J. Biol. Chem. 267:14523-14526.

22. Rand, E., DePaoli, A.M., Davidson, N.O., Bell, G.I., and Burant, C.F.  1993.  Sequence, tissue distribution and functional characterization of the rat fructose transporter, GLUT5.  Am. J. Physiol. 262 (Gastrointest. Liver Physiol 27):G1169-G1176.

23. Teng, B., Burant, C.F. and Davidson, N.O.  1993.  Molecular cloning of an apolipoprotein B mRNA editing protein.  Science 260:1816-1819.

24. Bell, G.I., Burant, C.F., Takeda, J. Gould, and G.W.  1993.  Structure and function of faciltiative sugar tranporters.  J. Biol. Chem. 268:19161-19164.

25. Burant, C.F., DePaoli, A.M., Flink, S., Chen, J., Hediger, M., Buse, J.B. and Chang, E.B.  1994.  Small intestinal hexose transport in experimental diabetes: Increased transporter mRNA and protein expression in enterocytes.  J. Clin. Invest. 93:578-585.

26. Giannoni, F., Bonen, D.K., Funahashi, T., Hadjuafapiou, C., Burant, C.F. and Davidson, N.O.  1994.  Induction of apolipoprotein B mRNA editing in human liver accompanied by secretion of apolipoprotein B48.  J. Biol. Chem. 269:5932-5936.

CFB     01/07/2020

27.  Burant, C.F. and Saxena, M.D.  1994.  Rapid, reversible substrate regulation of fructose transporter (GLUT5) expression in rat small intestine and kidney.  Am. J. Physiol. 267 (Gastrointes. Liver Physiol. 30):G71-G79.

28.  Andersen, D.K., Ruiz, C.L. and Burant, C.F.  1994.  Insulin regulation of hepatic glucose transporter protien is impaired in chronic pancreatitis.  Ann. Surg. 219:679-687.

29.  Hayashi, Y., DePaoli, A.M., Burant, C.F., and Refetoff, S.  1994.  Expression of a thyroid hormone-responsive recombinant gene introduced into adult mice livers by replication-defective adenovirus can be regulated by endogenous thyroid homone receptors. J. Biol. Chem. 269:23872-23875.

30.  Cho, J.H., Musch, M.W., DePaoli, A.M. Bookstein, C., Xie, Y., Burant, C.F., Rao, M., Chang, E.B.  1994.  Glucocorticoids regulate NHE3, an apical sodium/hydrogen exchanger, in a regional and tissue specific manner.  Am. J. Physiol. 267 (Cell Physiol.):C796-803.

31.  Burant, C.F. and Davidson, N. O.  1994.  Expression of GLUT3 glucose transporter isoform in rat testis: Site of expression, effect of diabetes and comparison to human testis. Am. J. Physiol. 267 (Regul. Integr. Comp. Physiol. 6). R1488-R1495.

32.  Corpe, C. P. and Burant, C.F.  1996.  Hexose transporter expression in rat small intestine: Effect of diet on diurnal variations.  Am. J. Physiol. 271(Gastrointest. Liver Physiol. 34):G211-G216.

33.  Sreenan, S., Sturis, J., Pugh, W., Burant, C.F. and Polonsky, K.S.  1996.  Prevention of hyperglycemia in the Zucker Diabetic Fatty rat by treatment with metformin and troglitazone. Am. J. Physiol. 271(Endocrinol. Metab. 34):E742-E747

34.  Chutkow, W.C., Simon, M.C., Le Beau, M.M. and Burant, C.F.  1996.  Cloning, tissue expression and chromosomal localization of SUR2, the putative drug binding subunit of cardiac, skeletal muscle and vascular KATP channels.  Diabetes 45:1439-1445.

35.  Ghazzi, M., Antonucci, T., Driscoll, J., Huang, S., Gaja, B., Perez, J., Dandona, P., Wilson, M., McGill, J.B., Burant, C., Lang, R., Rao, R.H., Gorscan, J., Rendell, M., Mohiuddin, S., and Witcomb, R.  1997.  Cardiac and glycemic benefits of troglitazone treatment in NIDDM.  Diabetes 46:433-439.

36.  Rumsey, S.C., Kwon, O., Xu, G., Burant, C. F., Simpson, I., and Levine, M.  1997.  Glucose transporter isoforms GLUT1 and GLUT3 transport dehydroascorbic acid. J. Biol.  Chem. 272:18982-18989.

37.  Burant, C.F., Sreenan, S., Hirano, K., Chang, T.,  Lohmiller, J.,  Lukens, J. Davidson, N.  Ross, S. and Graves, R.  1997.  Troglitazone action is independent of adipose tissue.  J. Clin. Invest. 100:2900-2909.

38.  Buse, J.B., Gumbiner, B., Mathias, N., Nelson, D., Whitcomb, R., and the Troglitazone Study Group (C.F. Burant).  Troglitazone reduces exogenous insulin dose in insulin treated type II diabetes patients.  Diabetes Care. 21. 1455-1461.

39.  Maggs, D.G., Buchanan, T.A., Burant, C.F., Cline, G., Gumbiner, B., Hsueh, W.A., Inzucchi, S., Kelly, D., Nolan, D., Olefsky, J.M., Polonsky, K.D., Silver, D., Valiquett, T.R. and Shulman, G.I. 1998.  The metabolic effects of troglitazone in non-insulin dependent diabetes: a randomized, double-blind, placebo-controlled trial.  Ann. Int. Med. 128: 176-185.

CFB     01/07/2020

40.   Corpe CP, Bovelander FJ, Hoekstra J, and Burant CF.  The control of GLUT5 expression by fructose occurs in mature enterocytes by diurnally influenced transcriptional  and post-transcriptional events.  Biochem. Biophys. Acta. 1402:229-238.

41.   Pohlenz J, Rosenthal I.M, Weiss RE, Jhiang SM, Burant CF. and Refetoff, S.  1998.  Congenital hypothyroidism due to iodide transport deffect caused by compound heterozygous mutations in the sodium/iodide symporter (NIS) gene.  J. Clin. Invest. 101:1028-1035.

42.   Chutkow WA, Michealski J, Nelson DA., Fan Z. and Burant, CF.  1999.  Alternative Splicing of SUR2 regulates nucleotide sensitivity of KATP.  J. Biol. Chem. 274(19):13656-13665.

43.   Corpe CP, Hoekstra H, and Burant CF. 1999. Intestinal Fructose Adsorption, Clinical and molecular aspects.  J. Pediatr. Gastroenterol. Nutr. 28:364-374.

44.   Sreenan S, Keck, SA, Fuller, TP, and Burant CF.  1999.  Troglitazone induced changes in substrate storage and metabolism in insulin resistant skeletal muscle. Am. J. Physiol. 276:E1119-1129.

45.   Corpe CP, Sreenan S and Burant, CF. 2000. Effects of type-2 diabetes and troglitazone on the expression patterns of small intestinal sugar transporters and PPAR-gamma in the Zucker diabetic fatty rat.  Digestion 63:116-123.

46.   Chutkow WA, Samuel, V, Hansen, PA, Pu, J, Valdivia CR, Makielski, JC, and Burant, CF.  2001. Disruption of SUR2-Containing $K_{ATP}$ Channels Enhances Insulin Stimulated Glucose Uptake in Skeletal Muscle.  Proc. Natl. Acad. Sci. (USA) 98:11760-11764.

47.   Sreenan SK, Zhou YP, Otani K, Hansen PA, Currie KP, Pan CY, Lee JP, Ostrega DM, Pugh W, Horikawa Y, Cox NJ, Hanis CL, Burant CF, Fox AP, Bell GI, Polonsky KS.  2001.  Calpains play a role in insulin secretion and action.  Diabetes 50:2013-2020.

48.   Corpe C, Sreenan SK and Burant CF.  2001.  Effects of type-2 diabetes and troglitazone on the expression patterns of small intestinal sugar transporters and PPAR-gamma in the Zucker diabetic fatty rat.  Digestion 63:116-123.

49.   Watson PA, Nesterova A., Burant, CF, Klemm DJ and Reusch, JE. 2001. Diabetes-related changes in CREB content enhance smooth muscle cell proliferation and migration.  J. Biol. Chem. 276:46142-45150.

50.   Macchia, P.E., Jiang, P., Yuan, Y-D., Chandararadna, R.A.S., Weiss, R.E., Chassande, O., Samarut, J., Refetoff, S. and Burant, C.F.  2002.  RXR Receptor Agonist Suppression of Thyroid Function: Central Effects in the Absence of Thyroid Hormone Receptor.  Am. J. Physiol. (Endocrinol. Metab.) Am. J. Physiol. (Endocrinol Metab). 283:E326-31.

51.   Corpe CP, Bovelander, FP, Munoz CM, Hoekstra JH, Simpson IA, Kwon O, Levine M and Burant CF  2002. Cloning and functional characterization of the mouse fructose transporter, GLUT5. Biochem. Biophys. Acta. 1576:191-7

52.   Chutkow WA, Pu J, Wheeler, MT, Wada T, Makielski JC, Burant CF* and McNally EM* 2002. Prinzmetal-like vasospasm, hypertension, and early death result from the absence of *Sur2* $K_{ATP}$ channels in mice. J. Clin. Invest. 110:203-208 *communicating authors.

CFB     01/07/2020

53. Treutelaar MK, Skidmore JM., Dias-Leme CL, Har, M, Zhang L, Simeone D, Martin DM, and Burant CF.  2003.  Nestin-lineage cells contribute to microvasculature but not endocrine cells of the pancreatic islet.  Diabetes 52:2503-2512.

54. Zhang L, Zheng F, Binkley C., Giordano T, Burant CF, Logsdon CD, and Simeone DM.  2004. Raf kinase inhibitory protein (RKIP) inhibits β Cell proliferation.  Surgery 136:708-15.

55. Borer K, Wuorinen E, Chao C and Burant CF. Exercise energy expenditure is not consciously detected due to oro-gastric, not metabolic, basis of hunger sensation.  2005.  Appetite 45:177-181.

56. Gerin I, Dolinsky VW, Chiang S-H, Burant CF, Steffensen KR, Gustafsson J-A. and MacDougald, OA.  2005.  LXRβ is required for adipocyte hypertrophy, glucose homeostasis and β-cell function in aged mice.  J. Biol. Chem. 280:23024-23031.

57. Li X., Hansen, P, Chandraratna RAS, and Burant, CF  2005. High affinity Retinoid X Receptor ligands decrease hepatic glucose production without peripheral insulin sensitization: antihyperglycemic effects in the absence of activation of the peroxisome proliferator-activated receptor γ-RXR heterodimer.  J. Biol. Chem. 280:38317-38327.

58. Zhou Y-P, Madjidi A, Johnson, JH, Palma, JF, Schweitzer A, Burant CF, Blume, JE, Johnson JD 2005.  MMP-Mediated Tissue Remodeling Underlies β-Cell Failure in the Pancreatic Islets of Zucker Diabetic Fatty Rats.  Diabetes 54:2612-2619.

59. Zhang L, Chenwei L, Li X, Mahmood R., van Golen R., Greenson J, Li G, D'Silva NJ, Burant CF, Logsdon CD, and Simeone DS.  2006.  Identification of a candidate tumor suppressor gene rap1GAP in pancreatic cancer.  Cancer Res. 66:898-906.

60. Simeone, D.M., Zhang, L., Treutelaar, M.K., Binkley, C., Logsdon, C.D., Zhang L., and Burant C.F.  2006.  Regulation of adult islet size by TGFβ family-mediated regulation of an islet precursor cell population.  Am. J. Physiol. 291(6):E1305-1316.

61. Li, X., Zhang, J., Meshinchi, S., Raffin, D., Dias-Leme, C., Johnson, J.D., Treutelaar, M.K., and Burant, C.F.  2006.  Islet microvasculature in islet hyperplasia and islet failure in Type 2 diabetes. Diabetes 55:2965-2973.

62. Chenwei, L., Heidt, D.G., Dalerba, P., Burant, C.F., Zhang, L. Adsay, V., Wicha, M., Clarke, M.F., and Simeone, D.S.  2007. Identification of pancreatic cancer stem cells.  Cancer Res. 67:1030-1037.

63. Wright, W.S., Longo, K.A., Dolinsky, V.W., Gerin, I., Kang, S., Bennett, C.N., Chiang, S.H., Prestwich, T.C., Gress, C., Burant, C.F., Susulic, V.S., Macdougald, O.A.  2007.  Wnt10b Inhibits Obesity in ob/ob and Agouti Mice.  Diabetes 56:295-303.

64. Li C., Heidt D.G., Dalerba P, Burant C.F., Zhang L., Adsay V., Wicha M., Clarke M.F., Simeone D.M.  2007.  Identification of pancreatic cancer stem cells.  Cancer Res. 67:1030-1037.

65. Heidt D.G., Burant C.F., Simeone D.M.  2007.  Total pancreatectomy: indications, operative technique, and postoperative sequelae.  J Gastrointest Surg. 11:209-16.

66. Subauste A.R., Burant C.F.  2007.  Role of FoxO1 in FFA-induced oxidative stress in adipocytes. Am. J. Physiol. Endocrinol. Metab. 293:E159-164.

CFB    01/07/2020

67.  Borer, K.T., Wuorinen, E, Lukos, J, Denver, J, Porges, S.W. and Burant, C.F.  2009.  Two bouts of exercise before meals, but not after meals, lower daily blood glucose in nondiabetic women.  J. Sports Medicine 41:1606-1614.

68.  Singer, B, Jutkiewicz, E, Fuller, C, Lichtenwalner, R, Zhang, H, Velander, A, Li, X., Gnegy, M, Burant, C.F. and Parent, J.  2009.  Conditional Ablation and Recovery of Forebrain Neurogenesis in the Mouse. J Comp Neurol. 514:567-582.

69.  Thyfault, J.P., Rector, R.S., Uptergrove, G. M. Borengasser, S. J., Morris, E. M., Wei, Y., Laye, M. J., Burant, C.F., Qi, N. Ridenhour, S.E.C., Koch, L.G., Britton, S. L., and Ibdah J. A. 2009. Rats selectively bred for low aerobic capacity have reduced hepatic mitochondrial oxidative capacity and susceptibility to hepatic steatosis and injury.  J. Physiol. 587, 1805-1816.

70.  Borer, KT, Wuorinen E, Ku K, Burant CF.  2009. Appetite responds to changes in meal content while ghrelin, leptin and insulin track changes in energy availability.  J. Clin. Endo. Metabol. 94:2290-2298.

71.  Schenk S, Harber MP, Shrivastava CR, Burant CF, Horowitz JF. 2009. Improved insulin sensitivity after weight loss and exercise training is mediated by a reduction in plasma fatty acid mobilization, not enhanced oxidative capacity. J Physiol. 587:4949-4961.

72.  Singer BH, Jutkiewicz EM, Fuller CL, Lichtenwalner RJ, Zhang H, Velander AJ, Li X, Gnegy ME, Burant CF, Parent JM.  2009. Conditional ablation and recovery of forebrain neurogenesis in the mouse. J Comp Neurol. 514:567-82.

73.  Bogan, K.L., Evans, C., Song, P., Burant, C.F., Kennedy, R.T., Brenner, C.  2009. Identification of Isn1 and Sdt1 as glucose and vitamin-regulated NMN and NaMN 5'-nucleotidases responsible for production of nicotinamide riboside and nicotinic acid riboside.  J. Biol. Chem 284:34861-9.

74.  Liu D, Sartor MA, Nader GA, Gutmann L, Treutelaar MK, Pistilli EE, Iglayreger HB, Burant CF, Hoffman EP. 2010. Gordon PM. Skeletal muscle gene expression in response to resistance exercise: sex specific regulation. BMC Genomics. Nov 24;11:659

75.  Gerin I, Clerbaux LA, Haumont O, Lanthier N, Das AK, Burant CF, Leclercq IA, MacDougald OA, Bommer GT. 2010. Expression of miR-33 from an SREBP2 intron inhibits cholesterol export and fatty acid oxidation. J Biol Chem. 285(44):33652-61.

76.  Subauste AR, Elliott B, Das AK, Burant CF. 2010. A role for 1-acylglycerol-3-phosphate-O-acyltransferase-1 in myoblast differentiation. Differentiation. 80:140-6.

77.  Evans C, Bogan KL, Song P, Burant CF, Kennedy RT, Brenner C. 2010. NAD+ metabolite levels as a function of vitamins and calorie restriction: evidence for different mechanisms of longevity. BMC Chem Biol. 10:2.

78.  Liu D, Sartor MA, Nader GA, Gutmann L, Treutelaar MK, Pistilli EE, Iglayreger HB, Burant CF, Hoffman EP. Gordon PM. 2010.  Skeletal muscle gene expression in response to resistance exercise: sex specific regulation. BMC Genomics. Nov 24;11:659. PMC3091777

79.  Gao J, Tarcea VG, Karnovsky A, Mirel BR, Weymouth TE, Beecher CW, Cavalcoli JD, Athey BD, Omenn GS, Burant CF, Jagadish HV. 2010. Metscape: a Cytoscape plug-in for visualizing and interpreting metabolomic data in the context of human metabolic networks. Bioinformatics. 26(7):971-3.  PMC3044292

80. Su G, Burant CF, Beecher CW, Athey BD, Meng F. 2011. Integrated metabolome and transcriptome analysis of the NCI60 dataset. BMC Bioinformatics. 12:S36 1-7. PMC3044292

81. Lorenz, MA, Burant, CF, Kennedy, RT. Reducing Time and Increasing Sensitivity in Sample Preparation for Adherent Mammalian Cell Metabolomics. 2011. Analytical Chemistry. 83:3406-14. PMC3094105

82. Burniston JG, Kenyani J, Wastling JM, Burant CF, Qi NR, Koch LG, Britton SL. 2011. Proteomic analysis reveals perturbed energy metabolism and elevated oxidative stress in hearts of rats with inborn low aerobic capacity. Proteomics. 11(16):3369-79. PMID: 21751351.

83. Koch LG, Kemi OJ, Qi N, Leng SX, Bijma P, Gilligan LJ, Wilkinson JE, Wisløff H, Høydal MA, Rolim N, Abadir PM, van Grevenhof EM, Smith GL, Burant CF, Ellingsen O, Britton SL, Wisløff U. Intrinsic aerobic capacity sets a divide for aging and longevity. Circ Res. 2011 Oct 28;109(10):1162-72. PMC3236084.

84. Evans SJ , Prossin AR , Harrington GJ , Kamali M , Ellingrod VL , Burant, CF, McInnis, MG. 2012. Fats and Factors: Lipid Profiles Associate with Personality Factors and Suicidal History in Bipolar Subjects. PLoS ONE 7(1): e29297

85. Karnovsky A, Weymouth T, Hull T, Tarcea VG, Scardoni G, Laudanna C, Sartor MA, Stringer KA, Jagadish HV, Burant C, Athey B, Omenn GS. 2012. Metscape 2 bioinformatics tool for the analysis and visualization of metabolomics and gene expression data. Bioinformatics. 28:373-380. PMC3268237

86. Burant, CF, Viswanathan, P, Marcinak, J, Cao C, Vakilynejad M, Xie B and Leifke, E. 2012. TAK-875, a G Protein−Coupled Receptor 40 Agonist, for the Treatment of Type 2 Diabetes Mellitus: A Phase II, Randomized, Double-Blind, Placebo- and Active-Controlled Study. Lancet 379(9824):1403-11.

87. Pratley, R.E., Burant, C.F. Wilson, C. Mekki, Q., Fleck, P. and Defronzo, R.A. 2012. Efficacy and Tolerability of the DPP-4 Inhibitor Alogliptin Combined With Pioglitazone, in Metformin-Treated Patients With Type 2 Diabetes. J. Clin. Endo. Metab. 97:1615-22.

88. Kiefer, F.W., Orasanu, G., Qi, N.R., Burant, C.F., Nallamshetty, S., Brown, J.D., Duester, G. and Plutzky, J. 2012. Retinaldehyde dehydrogenase 1 coordinates hepatic gluconeogenesis and fatty acid metabolism independent of body weight. Endocrinology 153:3089-99. PMID 22555438

89. Haschemi, A, Kosma, P, gille, L, Evans, C, Burant, CF, Starkl, Ph, Knapp, B, Haas, R, Schmid, JA, Jandl, C, Amir, S, Lubec, G, Park, J, Esterbauer, H, Bilban, M, Brizuela, L, Pospisilik, AJ, Wotterbein, LE, and Wagner, O. 2012. The Sedoheptulose Kinase CARKL Directs Macrophage Polarization Through Control of Glucose Metabolism. Cell Metabolism 15: 813-826. PMID 22682222

90. Izadpanah A, Barnard RJ, Eliseo AJ, Baldwin GC, Bridges S, Burant CF and Roberts CK. 2012. A Short-term diet and exercise intervention ameliorates inflammation and markers of metabolic health in overweight/obese children in the absence of obesity reversal. Am. J. Physiol. Endo Metab. 303:E542-50 PMID 22713506

CFB     01/07/2020

91. Evans SJ, Kamali M, Prossi, AR, Harringto, GJ, Ellingro, VL, McInni, MG and Burant, CF. 2012. Association of Plasma Omega-3 and Omega-6 Lipids with Burden of Disease Measures in Bipolar Subjects J. Psychiatric Res. 46(11):1435-41 PMID  22884424

92. Subauste, AR, Das, AK, Li, X, Elliot, B, Evans, C, El Azzouny, M, Treutelaar, M, Oral, E, Leff, T and Burant, CF.  2012. Alterations in lipid signaling underlie lipodystrophy secondary to AGPAT2 mutations.  Diabetes 61(11):2922-31. PMID 22872237

93. Jasinska A, Yasud M, Burant CF and Falk E. 2012. Impulsivity and inhibitory control deficits are associated with unhealthy eating in young adults. Appetite. 59(3):738-747.  PMID 22885454

94. Peterson MD, Hurvitz, EA and Burant CF.  2012.  Secondary Muscle Pathology and Metabolic Dysregulation in Adults with Cerebral Palsy.  Am. J. Physiol. Endo Metab 303:E1085-93.   PMID 22912367

95. Shellman, ER, Burant, CF and Schnell, S. 2012.  Elucidating Properties of Metabolic Pathways with Motifs.  Molecular BioSystems 9:352-60. PMID 23287894

96. Lorenz MA, El Azzouny, MA, Kennedy RT, Burant CF.  2013.  β-cell metabolome response to glucose-stimulated insulin secretion. J. Biol. Chem. 288: 10923-10935. PMID: 23426361, PMC4036363

97. McDonnell SRP, Hwant SR, Rolland D, Murga-Zamalloa C, Basruru V, Conlon KP, Fermin D, Wolfe T, Raskind, A. Ruan C. Thomas C., Hogaboam CM, Burant CF, Dlenitoba-Johnson KSJ, Lim, MS.  2013.  Integrated Phosphoproteomic and Metabolomic Profiling Reveals NPM-ALK-Mediated Phosphorylation of PKM2 and Metabolic Reprogramming in Anaplastic Large Cell Lymphoma. Blood 122:958-68.  PMID 23814019

98. Snider NT, Griggs NW, Singla A, Moons DS, Weeraginghe SVW, Lok AS, Ruan C, Burant CF, Thompson LF, Omary MB.  2013.  CD73 (5'-ectonucleotidase) hepatocyte levels differ across mouse strains and contribute to Mallory-Denk body formation. Hepatology 58(5):1790-800. PMID 23729294. PMC3796030

99. Ren Y-y, Overmyer KA., Qi NR, Treutelaar MK, Heckenkam L, Kalahar M, Koch LG, Britton SL, Burant CF and Li JZ.  Genetic Analysis of a Rat Model of Aerobic Capacity and Metabolic Fitness.  PLoS One 8(10): e77588.  PMID:24147032 PMC3795692

100. Rothberg AE, McEwen LN, Fraser T, Burant CF and Herman WH.  2013. The impact of a managed care obesity intervention program on clinical outcomes and costs:  A prospective observational study. Obesity 21(11):2157-62.  PMC3947418.

101. Rothberg AE, McEwen Neshewat GM, Fowler CE, Kraftson AT, Burant CF and Herman WH. 2014. The Impact of Weight Loss on Health-Related Quality of Life:  Implications for Cost-Effectiveness Analyses.  Qual. Life Res 23(4):1371-6.  PMID:  24129672.

102. Evans CR, Karnovsky A, Kovach M, Standiford T, Burant CF and Stringer K. 2014. Untargeted LC-MS Metabolomics of Bronchoalveolar Lavage Fluid Differentiates Acute Lung Injury from Health.  J. Proteome Res. 13:640-9.  PMID:  24289193

103. Wardlaw SL, Meece K, Klein S, White A, Kasten T, Lucey B, Bateman RJ and Burant CF. Continuous 24-Hour Leptin, Proopiomelanocortin and Amino Acid Measurements in Human

Cerebrospinal Fluid: Correlations with Plasma Leptin, Soluble Leptin Receptor and Amino Acid Levels. 2014. J. Clin. Endo. Metab. 99:2540-8.  PMID 24670082

104. El-Azzouny M.A., Evans CR, Kennedy RT, and Burant CF. 2014.  Increased Glucose Metabolism and Glycerolipid Formation by Fatty Acids and GPR40 Underlies the Fatty Acid Potentiation of Insulin Secretion.  J. Biol. Chem. 289:13575-88.  PMID:24675078  PMC4036363

105. Duren, W, Weymouth T, Hull T, Omenn GS, Burant CF, Karnovsky A. 2014.  MetDisease – connecting metabolites to diseases via literature. Bioinformatics 30(15):2239-41. PMC4103594

106. Evans SJ, Ringrose RN, Harrington GJ, Mancuso P, Burant CF, McInnis MG.  2014.  Dietary intake and plasma metabolomic analysis of polyunsaturated fatty acids in bipolar subjects reveal dysregulation of linoleic acid metabolism. J. Psych. Res. 57:58-64.

107. Shellman ER, Chen Y, Lin X, Burant CF, Schnell S.  2014. Metabolic network motifs can provide novel insights into evolution: The evolutionary origin of Eukaryotic organelles as a case study. Comp. Biol. Chem. 53PB:242-250.  PMID: 23292343 (PMCID pending)

108. Gallagher KA, Joshi, A, Carson, WF, Mukerjee S, Kittan N, Schaller M, Feldman EL Henke PK, Hogaboam Burant CF and Kunkel SL. 2015. Epigenetic Changes in Bone-Marrow Alter Macrophage Phenotypes in Diabetic Wounds.  Diabetes 64:1420-30. PMC4375075

109. Peterson MD, Al Snih, S, Serra-Rexach JA and Burant CF.  2015.  Android Adiposity and Lack of Moderate and Vigorous Physical Activity Are Associated With Insulin Resistance and Diabetes in Aging Adults.  J. Gerontology: Med. Sci. 70(8):1009-17. PMC4506315

110. Evans CR, Overmyer KA, Qi N, and Burant, CF.  2015. Reducing variability and improving biological fidelity for targeted and unbiased untargeted metabolomics of polar molecules in mammalian tissues. PLoS One 10(2):e0117232.  PMC4319778

111. Ren YY, Qi NR, Treutelaar MK, Koch LG, Britton SL, Burant CF, Li JZ.  2015. Selection-, age-, and exercise-dependence of skeletal muscle gene expression patterns in a rat model of metabolic fitness. bioRxiv doi: http://dx.doi.org/10.1101/013706.

112. El-Azzouny M, Evans CR, Burant CF and Kennedy RT. 2015. Metabolomics analysis reveals that AICAR affects glycerolipid, ceramide and nucleotide synthesis pathways in INS-1 cells. PLoS One. 10(6):e0129029. PMC4480354

113. Overmyer KA, Evans CR, Qi N, Minogue CE, Carson JJ, Chemside-Scabbo CJ, Koch LG, Britton SL, Pagliarini DJ, Coon JJ, Burant CF.  2015. Maximal oxidative capacity during exercise is associated with skeletal muscle fuel selection and dynamic changes in mitochondrial protein acetylation.  Cell Metabolism 21, 468-478.  PMC4350023.

114. Abi Salloum B, Veiga-Lopez A, Abbott DH, Burant CF, Padmanabhan V.  2015. Developmental programming: exposure to testosterone excess disrupts steroidal and metabolic environment in pregnant sheep. Endocrinology 156:2323-37. PMC4430607.

115. Burghardt PR, Rothberg AE, Dykhuis KE, Burant CF, and Zubieta, J-K. 2015 Endogenous opioid mechanisms are implicated in obesity and weight loss in humans. J. Clin. Endo. Metab. 100(8):3193-201.  PMID:26108093.

116. Evans SJ, Prossin AR, Mcinnis MD, Burant CF and Ellingrod VE.  2015. Plasma Linoleic Acid Partially Mediates the Association of Bipolar Disorder on Self-Reported Mental Health Scales Journal of Psychiatric Research. J. Psych. Res. 68:61-7.  PMID: 26228402

117. Byrd JB, Rothberg AE, Chomic R, Burant CF, Brook RD and Auchus RJ.  2015.  Serum cortisol-to-cortisone ratio and blood pressure in severe obesity before and after weight loss.  CardioRenal Medicine 6:1-7.

118. Wynn ML, Yates JA, Evans CR, Van Wassenhove L, Wu ZF, Bridges S, Bao L, Fournier C, Ashrafzadeh S, Merrins MJ, Satin LS, Schnell S, Burant CF and Merajver SD.  RhoC is a potent regulator of glutamine metabolism and N-acetylaspartate production in inflammatory breast cancer cells. J. Biol. Chem. 291(26):13715-29. PMC4919454

119. Visovatti S, Hyman M, Goonewardna S, Anyanwu A, Kanthi Y, Robichaud P, Wang W, Petrovic-Djergovic D, Rattan R, Burant C and Pinsky D.  Purinergic dysregulation in pulmonary hypertension. Am J Physiol Heart Circ Physiol. 2016 Jul 1;311:H286-98. PMID 27208163

120. Sud M, Fahy E, Cotter D, Azam K, Vadivelu I, Burant CF, Edison A, Fiehn O, Higashi R, Nair S, Sumner S, Subramaniam S.  Metabolomics Workbench: An international data repository for metabolomics data and metadata, metabolite standards, protocols, tutorials and training, and analysis tools. Nucleic Acid Res. 4:D463-70. PMC4702780.

121. Min JS, DeAngelis RA, Gupta S, Maurva MR, Evans C, Das A, Burant, CF, Lambris, JD and Subramaniam S. 2016. Systems analysis of the complement-induced priming phase of liver regeneration reveals an integrated pathway with acute phase proteins and cholesterol metabolism. J. Immun. 1972500-8.

122. Phatchariya P, Ansari IH, El Azzouny M, Longacre MJ, Burant CF, Jitrapakdee S and Michael J MacDonald MJ.  2016. Suppression of Pyruvate Carboxylase in Invasive Breast Cancer Cells Inhibits Cell Growth in Association with Impaired Pyruvate Cycling and Anaplerotic Flux. Mol. Metabol. (in press).  PMID: 27689010

123. Callaghan BC, Xia R, Reynolds E, Banerjee M, Burant CF, Rothberg AR, Busui R, Villegas-Umana E, Feldman EL.  2016. Diabetes, pre-diabetes, and obesity are associated with polyneuropathy. J. Am. Med. Assn. Neurology 73:1468-1476.

124. Marchlewicz E, Dolinoy D, Tang L, Milewski S, Jones T, Goodrich J, Tanu Son Ti, Domino S, Song P, Burant CF, and Vasantha Padmanabhan V.  2016. Lipid metabolism is associated with developmental epigenetic programming.  Nature Sci. Reports. 6:34857.

125. Sas KM, Kyampill P, Byun J, Nair N, Hinders LM, Hur J, Zhang H, Lin C, Qi NR, Michailidis G, Groop P, Darshi M, Sharma K, Schelling JR, Sedor JR Pop-Busui R, Weinberg SM, Soleimanpour SA, Abcowers SF, Gardner TW, Burant CF, Feldman EL, Kretzler M, Brosius FC and Pennathur S.  2016. Tissue-specific metabolic reprogramming drives nutrient flux in diabetic complications. J. Clin. Invest. Insights. 22;1:e86976. PMID: 27699244.

126. Ren YY, Koch LG, Britton SL, Qi NR, Treutelaar MK, Burant CF, Li JZ.  2016. Selection-, age-, and exercise-dependence of skeletal muscle gene expression patterns in a rat model of metabolic fitness. Physiol. Genomics. 48:816-825.  PMID: 27637250.

CFB     01/07/2020

127. Ma S, Upneja A, Galecki A, Tsai Y, Burant CF, Raskind S, Seluanov A, Gorbunova V, Clish CB, Miller RA and Gladyshev, VN. 2017. Cell culture-based profiling across mammals reveals DNA repair and metabolism as determinants of species longevity. ELife pii: e19130 PMC5148604

128. Phannasil P, Ansari IH, El Azzouny M, Longacre MJ, Rattanapornsompong K, Burant CF, Jitrapakdee S, MacDonald MJ. 2016. Mass spectrometry analysis shows the biosynthetic pathways supported by pyruvate carboxylase in highly invasive breast cancer cells. Biochim Biophys Acta. S0925-4439, 30313-1.

129. Wahl DR, Dresser J, Wilder-Romans K, Zhao SG, Davis M, Zhao L, Kachman M, Wernisch S, Burant CF, Morgan, MA, Feng FY, Speers C, Lyssiotis CA, Lawrence TS. 2017. Inhibiting Isocitrate Dehydrogenase 1-mediated Reductive Biosynthesis to Augment Glioblastoma Therapy Cancer Research 77; 960-70. PMID:27923831 PMC5726266.

130. Basu S, Duren W, Evans CR, Burant CF, Michailidis G, Karnovsky A. 2017. Sparse network modeling and Metscape-based visualization methods for the analysis of large-scale metabolomics data. Bioinformatics 33(10):1545-1553. PMID: 28137712

131. ElAzzouny M, Tom CTBM, Evans CR, Olson LL, Tanga, MJ, Gallagher KA, Martin BR, Burant CF. 2017. Dimethyl itaconate is not metabolized into itaconate intracellularly. J. Biol. Chem 292:4766-4769. PMID: 28188288.

132. Rothberg AE, McEwen LN, Kraftson AT, Ajluni N, Fowler CE, Nay CK, Miller NM, Burant CF, Herman WH. 2017. Impact of weight loss on waist circumference and the components of the metabolic syndrome. BMJ Open Diabetes Res Care. Feb 20:5(1):e000341. PMC5337678

133. Biwer C, Rothberg AR, IglayReger H, Derksen H, Burant CF and Najarian K. 2017. Windowed Persistent Homology: A Novel Signal Processing Algorithm Applied to Analyze Clinical Obesity Data. PLOS One 12(5):e0177696. PMCID pending

134. Kim DS, Jackson AU, Li YK, Stringham HM, Kuusisto J, Kangas AJ, Soininen P, Ala-Korpela M, Burant CF, Boehnke M, Laakso M, Speliotes EK. 2017. Novel association of TM6SF2 rs58542926 genotype with increased serum tyrosine levels and decreased apolipoprotein B-100 particles: the METSIM study. J. Lipid Res. 58:1471-1481. PMCID pending

135. Calvert AE, Chalastanis A, Wu Y, Hurley LA, Kouri FM, Bi Y, Kachman M, May JL, Bartom E, Hua Y, Mishra RK, Schiltz GE, Dubrovskyi O, Mazar AP, Peter ME, Zheng H, James CD, Burant CF, Chandel NS, Davuluri RV, Horbinski C, Stegh AH. 2017. Cancer-Associated IDH1 Promotes Growth and Resistance to Targeted Therapies in the Absence of Mutation. Cell Rep. 19:1858-1873.

136. Kimball A, Joshi A, Carson WF, Boniakowski A, Davis F, Schaller M, Allen R, Bermick J, Henke PK, Burant CF, Kunkel SL, Gallagher KA. 2017. The Histone Methyltransferase, MLL1, Directs Macrophage-Mediated Inflammation in Wound Healing and is Altered in a Murine Model of Obesity and Type 2 Diabetes. Diabetes 66:2459-2471. PMC5566299.

137. Perng W, Hector EC, Song PXK, Tellez Rojo MM, Raskind S, Kachman M, Cantoral A, Burant CF, Peterson KE. 2017. Metabolomic Determinants of Metabolic Risk in Mexican Adolescents. Obesity (Silver Spring). 25:1594-1602. PMC5573626.

138. Thonusin C, IglayReger HB, Rothberg AE, Burant CF and Evans CR. 2017. A drift-correction and batch combination tool for MS-based metabolomics data. J. Chromatography A 1523:265-274. PMID:28927937

139. Liu D, Morales FE, IglayReger HB, Treutelaar MK, Rothberg AE, Hubal MJ, Nadler EP, Robidoux J, Barakat H, Horowitz JF, Hoffman EP, Burant CF, Gordon, PM. 2018. Expression of macrophage genes within skeletal muscle correlates inversely with adiposity and insulin resistance in humans. Applied Physiol. Nutr. Metab. 43:187-193.

140. Maile MD, Standiford TJ, Engoren MC, Stringer KA, Jewell ES, Rajendiran TM, Soni T and Burant CF. 2018. Associations of the plasma lipidome with mortality in the acute respiratory distress syndrome: a longitudinal cohort study Resp. Res. 19:60-67.

141. den Hartigh LJ, Gao Z, Goodspeed L, Wang S, Das AK, Burant CF, Chait A, Blaser MJ. 2018. Obese Mice Losing Weight Due to trans-10,cis-12 Conjugated Linoleic Acid Supplementation or Food Restriction Harbor Distinct Gut Microbiota. J Nutr. Apr 1;148:562-572. PMID: 29659960.

142. Callaghan BC, Xia R, Reynolds E, Banerjee M, Burant C, Rothberg A, Pop-Busui R, Villegas-Umana E, Feldman EL. 2018. Better diagnostic accuracy of neuropathy in obesity: A new challenge for neurologists. Clin Neurophysiol. 129:654-662PMID: 29414409.

143. Choksi P, Rothberg A, Kraftson A, Miller N, Zurales K, Burant C, Van Poznak C, Peterson M. 2018. Weight loss and bone mineral density in obese adults: a longitudinal analysis of the influence of very low energy diets. Clin Diabetes Endocrinol. 19:4:14. PMID:29946482

144. Stojanovska J, Lumeng CN, Griffin C, Hernando D, Hoffmann U, Haft JW, Kim KM, Burant CF, Singer K, Tsodikov A, Long BD, Romano MA, Tang PC, Yang B, Chenevert TL. 2018. Water-fat magnetic resonance imaging quantifies relative proportions of brown and white adipose tissues: ex-vivo experiments. J Med Imaging. 5:024007.

145. Shervin Assari S, Rothberg AE, Evans SJ, Iglay Reger IglayReger, HB and Burant CF. 2018. Depressive Symptoms and Well-being of Individuals with Obesity; Race and Gender Differences. Int. J. Endo. Metab. (in press).

146. Stojanovska J, Lumeng CN, Griffin C, Hernando D, Hoffmann U, Haft JW, Kim KM, Burant CF, Singer K, Tsodikov A, Long BD, Romano MA, Tang PC, Yang B, Chenevert 2018. TL.Water-fat magnetic resonance imaging quantifies relative proportions of brown and white adipose tissues: *ex-vivo* experiments. J Med Imaging (Bellingham). 5:024007. PMID: 30137870.

147. Kelley AS, Banker M, Goodrich JM, Dolinoy DC, Burant CF, Domino S, Smith YR, Song PXK, Padmanabhan V. 2019. Early pregnancy exposure to endocrine disrupting chemical mixtures are associated with inflammatory changes in maternal and neonatal circulation. Scientific Reports (in press).

148. Goodrich JM, Ingle ME, Domino SE, Treadwell MC, Dolinoy DC, Burant CF, Meeker JD, Padmanabhan V. 2019. First Trimester Maternal Exposures to Endocrine Disrupting Chemicals and Metals and Fetal Size in the Michigan Mother Infant Pairs Study. J. Develop. Origins of Health and Disease. 30:1-12. PMID:30696509

149. Kelley AS, Banker M, Goodrich JM, Dolinoy DC, Burant C, Domino SE, Smith YR, Song PXK, Padmanabhan V. Early pregnancy exposure to endocrine disrupting chemical mixtures are associated with inflammatory changes in maternal and neonatal circulation. Scientific Reports Sci Rep. 2019 9(1):5422 PMID:30931951

CFB    01/07/2020

150. Kimball AS, Davis FM, denDekker A, Joshi AD, Schaller MA, Bermick J, Xing X, Burant CF, Obi AT, Nysz D, Robinson S, Allen R, Lukacs NW, Henke PK, Gudjonsson JE, Moore BB, Kunkel SL, Gallagher KA. 2019. The Histone Methyltransferase Setdb2 Modulates Macrophage Phenotype and Uric Acid Production in Diabetic Wound Repair. Immunity. S1074-7613(19)30285-7 [Epub ahead of print] PMID:1350176.

151. Heden TD, Johnson JM, Ferrara PJ, Eshima H, Verkerke ARP, Wentzler EJ, Siripoksup P, Narowski TM, Coleman CB, Lin CT, Ryan TE, Reidy PT, de Castro Brás LE, Karner CM, Burant CF, Maschek JA, Cox JE, Mashek DG, Kardon G, Boudina S, Zeczycki TN, Rutter J, Shaikh SR, Vance JE, Drummond MJ, Neufer PD, Funai K. 2019. Mitochondrial PE potentiates respiratory enzymes to amplify skeletal muscle aerobic capacity. Sci Adv. 2019 Sep 11;5(9):eaax8352. PMID: 31535029

152. Kachman M, Habra H, Duren W, Wigginton J, Sajjakulnukit P, Michailidis G, Burant CF, and Karnovski, A. 2019. Deep annotation of untargeted LC-MS metabolomics data with Binner. Bioinformatics (in Press).

153. Goo J, Aguilar D, Evans CR, Burant CF Hanis CL. (2019). Metabolomic Profiles Associated with Subtypes of Prediabetes Among Mexican Americans in Starr County, Texas. Diabetologia (in press). PMID: 31802145

154. Rothberg AE, Herman WH, Wu C, IglayReger HB, Horowitz JF, Burant CF, Galecki AT, Halter JB. 2019. Weight Loss Improves β-Cell Function in People with Severe Obesity and Impaired Fasting Glucose: A Window of Opportunity. J Clin Endocrinol Metab. (in press) PMID: 31720686

155. Marlatt KL, Lovre D, Beyl RA, Tate CR, Hayes EK, Burant CF, Ravussin E, Maubai-Jarvis F. No effect of conjugated estrogens and bazedoxifene on insulin sensitivity and ectopic fat despite stimulation of hepatic de novo lipogenesis and triglyceride production in obese postmenopausal women (in press).

### *Articles Submitted for Publication*

1. Guidici T, Rajendiran T, Rothberg, A, Soni T, Burant CF, Michailidis, G. Integrative data-driven module discovery of metabolic perturbations induced by diet. (in revision).

2. LaBarre JL, Puttabyatappa M, Song PXK, Goodrich JM, Zhou L, Rajendiran TM, Soni T, Domino SE, Treadwell M, Dolinoy DC, Padmanabhan V, Burant CF. Maternal lipid levels across pregnancy impact the umbilical cord blood lipidome and infant birth weight (Submitted).

3. Basappa J ElAzzouny M, Delphine C.M. Rolland DCM, Sahasrabuddhe AA, Ma K, Bazilevsky GA, Hwang SR, Basrur V, Conlon KP, Bailey NG, Frederiksen JK, Schnell S, Zhou1 Y, Cookmeyer D, Pawlicki JM, Dipak A, Riley JL, Faryabi RB, Schatz JH, Wellen KE, Marmorstein R, Burant CF, Elenitoba-Johnson KSJ, Lim, MS. Tyrosine phosphorylation is critical for ACLY activity in lipid metabolism and cancer. (submitted)

### *Invited Reviews*

1. Burant, C.F. 1994. Molecular biology of glucose transport. In Advances in Molecular and Cell Biology. E. Bittar and N. Bittar eds. Jai Press Inc. Greenwich, CT.

2.  Burant, C.F., Sivitz, W.I., Fukumoto, H., Kayano, T., Nagamatsu, S., Seino, S., Pessin, J.E. and Bell, G.I.  1991.  Mammalian glucose transporters: structure and molecular regulation. In Rec. Prog. Hormone Res. 47:349-388.

3.  Bell, G.I., Fukumoto, H., Burant, C.F., Seino, S., Sivitz, W.I. and Pessin, J.E.  1990.  Facilitative glucose transporter proteins: structure and regulation of expression in adipose tissue.  In Progress In Obesity Research 1990:  Proceedings of the Sixth International Congress on Obesity.  Osaka, Japan. Y. Oomura et al. eds., J. Libbey & Co., Ltd., London, England.  pp. 269-275.

4.  Burant, C.F.  Insulin Sensitization.  2000.  In Obesity: Pathology and Therapy. D.H. Lockwood and T.G. Heffner, Eds.  Springer, New York. pp. 369-402.

5.  Burant, C. and Simeone, D.  2002.  Connecting islet development to developing useful islets. Trends Endo. Metab. 13:48-49.

6.  Subauste, A. and Burant, C.F.  2003.  DGAT: Novel therapeutic target for obesity and type diabetes mellitus.  Curr. Drug Targets Immune Endo. Metabol. Disord. 3: 263-270.

7.  MacDougald, O.A. and Burant, C.F.  2005.  Fickle factor foils fat fate. Nat Cell Biol. 7:543-545.

8.  MacDougald, O.A. and Burant, C.F.  2007.  Obesity and metabolic perturbations following loss of aquaporin 7, the adipose glycerol transporter.  Proc. Nat. Acad. Sci. 102:10759-10760.

9.  Heidt D.G., Burant C.F., and Simeone D.M.  2007.  Total Pancreatectomy: Indications, Operative Technique, and Post-Operative Sequelae.  J. Gastrointest. Surg. 11:209-16.

10.  Macdougald, O.A. and Burant, C.F.  2007.  The Rapidly Expanding Family of Adipokines. Cell Metab. 6:159-161.

11.  Oral EA, Burant C. 2009. Leptin and insulin resistance: good, bad, or still unclear?  Am J Physiol Endocrinol Metab. 296:E394-395.

12.  Myers MG Jr, Burant CF. PPAR-$\gamma$ action: it's all in your head. Nat Med. 2011 May;17:544-5. PMID 21546969.

13.  Athey BD, Cavalcoli JD, Jagadish HV, Omenn GS, Mirel B, Kretzler M, Burant C, Isopheki RD, Delisi C; the NCIBI faculty, trainees, and staff.  2011. The NIH National Center for Integrative Biomedical Informatics (NCIBI).  J Am Med Inform Assoc.

14.  Hinder, L. M., Vincent, A. M., Burant, C. F., Pennathur, S., and Feldman, E. L., 2012. Bioenergetics in diabetic neuropathy: what we need to know. Journal of the Peripheral Nervous System 17, 10-14.

15.  Burant, CF.  Activation of GPR40 as a therapeutic target for the treatment of type 2 diabetes.  2013. Diabetes Care 36 Suppl 2:S175-9.

16.  Kurland, IJ, Accili D, Burant, CF., Fischer, SM, Kahn, BB, Newgard, CB, Ramagiri, S, Ronnett, GV, Ryals, JA, Sanders, M, Shambaugh, J, Shockcor, J and Gross, S. 2013.  Metabolomics in biological processes. Annals New York Acad. Sci.  1287:1-16. PMID: 23659636

17.  Burant CF, Robinson KR, Buse CA and Buse JB.  2016. Maria Buse: All in the family, her 6 decades of diabetes discovery. Diabetes Care 39(6):852-6.

***Books and Book Chapters***

1.  Bell, G.I., Fukumoto, H., Burant, C.F. and Seino, S. 1990. Genetics of glucose transporters. In Genetics and Human Nutrition, edited by Randle, P.J., Bell, J.I. & Scott, J., J. Libbey & Co., Ltd., London pp. 121-131.

2.  Burant, C.F., Buse, J.B., and Polonsky, K.S. 2003. *Type 2 Diabetes*. Williams Textbook of Endocrinology. Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

3.  Burant, C.F. 2004. Medical Management of Type 2 Diabetes, Fifth Edition. American Diabetes Association, Alexandria, VA.

4.  Burant, C.F., Polonsky, K.S. and Buse, J.B. 2007. *Type 2 Diabetes*. Williams Textbook of Endocrinology. Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

5.  Burant, C.F. 2008. Medical Management of Type 2 Diabetes, Sixth Edition. American Diabetes Association, Alexandria, VA.

6.  Burant, C.F., Polonsky, K.S. and Buse, J.B. 2011. *Type 2 Diabetes*. Williams Textbook of Endocrinology. Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

7.  Burant, C.F. 2012. Medical Management of Type 2 Diabetes, Sixth Edition. American Diabetes Association, Alexandria, VA.

8.  Polonsky, K.S. and Burant, C.F. 2016. *Type 2 Diabetes*. Williams Textbook of Endocrinology. Larsen, R.P., Kronenberg, H.M, Melmed, S and Polonsky, K.S. eds. Saunders W B Co, N.Y., N.Y.

I CONFIRM THE ACCURACY
OF THIS DOCUMENT

01/07/2020