**Defendants' Motion to Dismiss**

**<u>EXHIBIT 1</u>**

**The Doctor's Guide**



Natural Health Response

MODULE #1

Understanding Your Diabetes... And BUSTING the Myths

The Doctor's Secret to REVERSING Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000389

# Module 1: Understanding Your Diabetes... And BUSTING the Myths

Welcome to my protocol for stopping and reversing Type II Diabetes. I know that the information and medical secrets I'm about to share can change... or even save... your life.

I specifically developed these guidelines to help you or someone you care about **reverse diabetes in just 28 days.**

Now I know that you've probably been told that diabetes is "incurable." And that the only way to "live" with it is to give up sugar and carbs forever, starve yourself on diets that don't work, and exercise like a Navy SEAL.

That doesn't sound like "living" to me...

You see, most mainstream doctors NEVER talk about *reversing* diabetes. They only want to talk about *managing* it.

And managing it is a nightmare.

You're pricking your finger throughout the day, popping pills, and stabbing yourself with insulin injections around the clock.

And it doesn't stop there. You're dealing with agonizing nerve pain, fading eyesight, wounds that won't heal, and other dangerous complications and side effects that can wreck your health... or *worse*

You don't deserve to live like that...

But before I can show you how to REVERSE your diabetes, you need to understand what's REALLY going on inside your body. That's the goal of this first module.

Conventional doctors want you to believe that diabetes is totally a lifestyle disease – one that YOU caused yourself by overdoing it on the sugar and carbs, gaining weight, and spending more time on the couch than on the exercise bike.

But that's not always true.

There are other major causes of diabetes... ones that most patients are never warned about.

And I'm going to tell you what they are – and how to protect yourself from their health-robbing effects.

FTC-PROD-00000390

**FTC Ex. 22 - Rottner Decl., Att. 21**

**That's why I created my 3-step Diabetes Protocol... the EXACT program I use with my patients.**

This sensible, easy-to-follow program can **reverse every symptom of your Type II Diabetes in as little as 28 days.**

For the first time in history, we're no longer talking about masking your symptoms, temporarily managing your blood sugar level, or telling you to "live" with your disease.

Because just **4 weeks from today**, you could finally be declared "diabetes free."

You'll ace all of the tests your doctor gives you, like your fasting glucose level, hemoglobin A1C, cholesterol, and triglycerides.

*Without starving yourself on some miserable diet or wasting your life away in the gym.*

## A Worldwide Health Crisis

Diabetes is practically an epidemic in America these days.

And if you don't already have it, I can practically *guarantee* you know someone who does.

In fact, by the time you finish reading this sentence, one person will die from diabetes. This deadly killer snuffs out one life every seven seconds, or about 4.6 million deaths each year.

When I graduated from medical school in 1978, only **5.2 million** Americans had diabetes.



Number and Percentage of U.S. Population with Diagnosed Diabetes, 1958-2015

3        **MODULE 1: UNDERSTANDING YOUR DIABETES... AND BUSTING THE MYTHS**

Today, that number has spiked to **30.3 million**.

That's a population roughly the size of Texas!

And close to 10 million of these folks — almost the population of Georgia — don't know or even suspect they have the disease.

That's a **600 percent growth** over the last 40 years. It's gotten so bad that nearly **1 in 3 American adults is diabetic or pre-diabetic right now.**

And speaking of prediabetes, the number of Americans who have it has soared through the roof… a whopping **86 million!**

And remarkably, **90 percent of prediabetics have no idea their blood sugar is in the danger zone.** So they're not doing anything to prevent their condition from advancing to full-blown diabetes.

Friends, If that's not a major national health crisis, I don't know what is.

### 3 Steps to Being Diabetes-Free

With all of the attention that diabetes gets, it's amazing to me that many patients aren't being properly educated by their doctors about their disease.

So let's spend a minute understanding what diabetes is… and what it isn't. Then you'll understand how you can REVERSE the disease with three powerful steps.

There are two basic types of diabetes. Type I, once known as juvenile diabetes, is an autoimmune disease that attacks the pancreas and makes it unable to produce insulin. Type I is incurable, and almost all of its patients cannot survive without insulin supplementation… for life.

But my 3-step protocol focuses on Type II, which is an entirely different disease. It accounts for a staggering *90 percent* of diabetes cases – and there's a good chance it affects you or someone you care about.

And unlike Type I, it CAN be reversed.

Type II diabetes occurs because your body doesn't create enough insulin — or it stops reacting to it altogether.

You see, after you eat, your body breaks down the sugar and carbohydrates into glucose – a simple sugar that it uses to fuel its daily activities.

But glucose can't get into your cells on its own. That's where insulin comes in.

Your rising blood sugar level triggers your pancreas to release insulin.

FTC-PROD-00000392

Insulin acts like a "key" that allows glucose to enter your cells, where it can be used for energy.

But over time, your pancreas can get overloaded and stop making enough insulin… or your cells can stop responding to it.

That's known as "insulin resistance," and it's the first step toward diabetes.

Instead of being delivered to your cells, the sugar stays in your bloodstream… and that can be toxic.

Normally, your body will keep your sugar levels between **70 - 100mg/dL**. Any higher, and it's a bugle call that your insulin isn't working the way it's supposed to.

Once your fasting glucose level is over **125mg/dL**, you officially have diabetes, and you may start noticing some of the early signs like:

- Frequent urination
- Unquenchable thirst
- Feeling hungry all the time
- Extreme fatigue
- Blurry vision
- Cuts and bruises that won't heal
- Tingling, numbness, or pain in your hands and feet

Now, that's the bad news. The good news is that once you understand your diabetes, you can see how simple it can be to reverse it.

We just need to focus on three steps:

**Step 1:** Limit your exposure to environmental problems and toxins that are causing – or contributing to – your diabetes.

**Step 2:** Help your body make more insulin.

**Step 3:** "Teach" your body's cells to use insulin effectively again.

My entire protocol focuses on these three steps… ***they're the key to reversing your diabetes in as little as 28 days.***

Now, let me PROVE to you why my system runs circles around what mainstream medicine is offering.

FTC-PROD-00000393

## Why Most Diabetes Recommendations are USELESS

A study recently published in PLOS One estimated that **diabetics have a 90 percent higher death rate than people without the disease.**

So what's the mainstream's answer for this exploding problem? The CDC has three primary recommendations for preventing diabetes: eat healthy, exercise, and lose weight.

I know many government programs are useless, but this one takes the cake!

For starters, eating healthy is always good advice, but it won't cure diabetes. Secondly, diabetics have damaged energy production systems — so if you don't correct that first, exercise just compounds the problem.

And finally, losing weight is helpful, but 95 percent of diets and weight-loss programs don't work.

So in the end, you're overweight and miserable, and you still have diabetes. And when this all fails — and it will — the only solution left is drugs…

At least, that's what Big Pharma wants you to believe.

## The Truth About Diabetes Drugs

You see, the mainstream gives diabetics lots of options… but most of them are junk.



FTC-PROD-00000394

And that includes insulin drugs. The problem is that supplemental insulin creates collateral damage, like stimulating your fat cells to store even more fat.

That's also true of other diabetic medications, like the commonly used sulphonylureal drugs **Amaryl (glimepiride)**, **Glynase/DiaBeta (glyburide)**, and **Glucotrol (glipizide)**, which make your pancreas squeeze out more insulin.

These drugs can actually work too well, causing your blood sugar to dip too low. Other common side effects are nausea, heartburn, weight gain, blurred vision, skin reactions, and joint pain.

And then there are newer drugs like the thiazolidinediones (TZDs) **Avandia** and **Actos**, which boost insulin sensitivity. But they come with a long list of serious and even deadly side effects.

Actos has also been linked to chronic kidney disease and cancer, and both drugs increase the risk of heart failure and even death.

In fact, these drugs are so dangerous they were pulled from the market in France, Germany, and India.

Here in the U.S., the FDA issued strong warnings about these drugs to doctors and patients. But Big Pharma made a big commotion about it, so some of those warnings were pulled back a few years later.

But don't worry about Big Pharma… it still has lots of other profitable cards up its sleeve.

Three of its big money-makers are **Invokana, Farxiga**, and **Jardiance** — SGLT2 inhibitors that prevent your kidneys from reabsorbing sugar. They do it by ramping up your trips to the bathroom so you'll pee out the extra sugar from your blood. But sugar in your urine is an easy feeding ground for harmful bacteria and yeast, so all three drugs come with an increased risk of urinary tract infections (UTIs).

But UTIs are small potatoes compared to some of these drugs' other side effects. The FDA has warned that Invokana increases your risk of amputation… but even so, doctors keep prescribing it.

I can almost hear Big Pharma saying, keep moving along, folks… there's nothing to see here.

### Just Four Weeks Away from a Diabetes-Free Life

Now that we understand what diabetes is… and debunked what you've always been told about it… let's get down to business.

FTC-PROD-00000395

**FTC Ex. 22 - Rottner Decl., Att. 21**

In the following modules, I'm going to walk you through my easy-to-follow three step protocol.

I'll show you simple "tweaks" to *limit your exposure to major – and dangerous – diabetes culprits*…

I'll tell you the all-natural way to jumpstart your ability to create insulin and clean excess sugar out of your body…

… Two unique ways to "reset" your insulin sensitivity, to take the sugar from your bloodstream and guide it *exactly* where it needs to go…

… And a few more diabetes-reversing tricks I've discovered throughout my career.

Not only that, but if you want to do a complete "deep dive" into how to reverse your diabetes, I've also included two "bonus" chapters…

…The prescription drugs that are making your diabetes *worse*…

… *And the 7-day protocol for reversing diabetic nerve pain.*

This is the *exact protocol* I recommend to my own patients to help them reverse every symptom of diabetes in as little as 28 days.

And as you'll soon discover, it can give you back your life… or even save it.

Ready to get started?

FTC-PROD-00000396



Natural Health Response

MODULE #2

# The Three Tests EVERY Diabetic MUST Have...But Isn't Getting

## The Doctor's Secret to REVERSING Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000397

# Module 2: The Three Tests EVERY Diabetic MUST Have... But Isn't Getting

If you're suffering from diabetes, testing is probably a BIG part of your life.

Your doctor checks your blood sugar at every appointment... and you're pricking your finger throughout the day.

With all of this testing, you'd think that mainstream medicine has diabetes down to a science.

But NOTHING could be further from the truth.

Because both doctors AND patients are making MAJOR mistakes when it comes to diabetes testing.

The end result? You're getting bad information about how severe your diabetes may be — and you're losing the chance to stop life-wrecking diabetes complications, like blindness or even amputations, before they start.

Let me show you the three tests every diabetic needs right away. I can practically GUARANTEE you're not getting at least one of them.

## Test #1: The Diabetes "Gold Standard"

I'm sure you're familiar with the **Hemoglobin A1c test (HbA1c).** It's considered the "gold standard" of diabetes testing.

Do I think it's the best way to measure your blood sugar — or the severity of your diabetes?

Nope. (I'll tell you what's better in a moment).

But I'm a practical guy. There's no doubt in my mind that your doctor is ordering HbA1c tests.

And as you REVERSE your diabetes with my protocol, you (and your doctor) are going to want to see results on an HbA1c test

So let's spend a minute talking about it.

FTC-PROD-00000398

You know that your blood sugar can fluctuate wildly throughout the day. The HbA1c test is designed to cut through that "noise" and paint a picture of your average blood sugar over the past 2-3 months.

There's no need to fast for an HbA1c test. Your doctor will take a blood sample, and measure how much sugar is attached to your hemoglobin (the protein in red blood cells that transports oxygen).

The higher your blood sugar, the more sugar that will be bound to your hemoglobin.

As a rule of thumb, **an HbA1c result of 6.5 percent or higher indicates diabetes**. If you're between 5.7 and 6.4 percent, you may be diagnosed with prediabetes.

Once you get above 7 percent, you're considered at high risk for diabetes-related complications, which can run the gamut from vision loss to serious heart disease.

## Test #2: The One-Hour Test Mainstream Doctors IGNORE

Now, you might be thinking that the next test I'll cover is **fasting blood sugar** — where you stop eating the night before.

There's a pretty good chance you've gotten a fasting blood sugar reading.

But I have another name for the fasting blood sugar test — I call it the "Practically Tells Me NOTHING" test.

I told you before that mainstream doctors are making BIG mistakes when it comes to testing for diabetes.

And their reliance on fasting blood sugar may be their single greatest error.

How on Earth are you supposed to tell how a diabetic is handling sugar when they haven't eaten anything?

Blood sugar spikes after meals are especially dangerous to your blood vessels and organs. But the fasting blood sugar test isn't equipped to measure those blood spikes at all.

If you really want to know what's going on with your blood

FTC-PROD-00000399

sugar, you have to get a glucose test within one to two hours after eating a meal.

**A postprandial (after-meal) blood glucose analysis** can be done at your doctor's office or with a home glucometer.

**Your blood glucose level should be below 155mg/dL one hour after a meal, or below 140mg/dL if the measurement is done after two hours.**

Doctors who do offer the postprandial blood glucose analysis will usually look at your blood sugar two hours after a meal. And that's still a pretty good test.

But recent research out of New York University has shown that the one-hour test is a better predictor of both the severity of your diabetes, and your risk of diabetes complications including heart disease, vision problems — and even death.

So if you plan to request this test from your doctor (and you should), the one-hour version is the better choice.

### Test #3: The ANNOYING Test That Could SAVE Your Vision

Now, I told you that many diabetics also make mistakes when it comes to testing.

And that's especially true when it comes to their eyes.

Diabetes is like a full-frontal assault on all of the blood vessels in your body — including the very delicate blood vessels in your eyes.

Over time, this damage to your eyes can lead to **diabetic retinopathy** — a condition that can leave you completely blind.

But here's the problem…

Lots of diabetics don't make regular, annual appointments with their eye doctors. As long as the ol' glasses are still working, no need to see the optometrist, right?

Wrong. These eye appointments are your best chance to catch problems like diabetic retinopathy early, before you suffer serious (and permanent) vision loss.

FTC-PROD-00000400

You need an annual **dilated eye exam**. Yes, we all hate those annoying drops and having our pupils dilated.

And it's a nuisance to need someone to drive you home after the exam.

But a dilated eye test helps your doctor look for leaking or damaged blood vessels in your eyes.

That gives you a chance to catch diabetic retinopathy in the early stages, while you still have a fighting chance.

If you haven't had an eye appointment in a while, make the call… your vision could be at stake.

FTC-PROD-00000401

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**MODULE #3**

# The 60 Minute Secret to Lower Blood Sugar

## The Doctor's Secret to REVERSING Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000402

# Module 3: The 60 Minute Secret to Lower Blood Sugar

Here's something you'll never hear from any mainstream doctor:

Your diabetes can be *reversed.*

That's right. This epidemic condition that affects more than 30 million people… and that has multiplied 14-fold over the past 50 years… could be nothing more than a page in the history books.

Why haven't you heard this from your doctor?

It's simple, really.

Doctors get most of their medical education these days from drug companies… and Big Pharma makes a fortune when you stay on pricey drugs for the rest of your life.

But here's the simple truth… *in just four short weeks from today*, you could finally be declared "diabetes free."

And I'm going to show you exactly how to do that.

And if you think four weeks is quick, get ready for the record-breaking time it takes to get started…

**60 minutes.**

I know, it sounds unbelievable, but it's true.

I told you that the first step in my diabetes-reversing protocol is eliminating environmental factors and toxins that are causing your disease – or making it worse.

And one of the biggest factors is **a disrupted circadian rhythm.**

If you know me, you know that I believe that problems with our circadian rhythm (our body's "internal clock") are linked to many serious diseases, like **cancer, heart disease, and Alzheimer's**.

And science has proved that circadian rhythm problems can also lead to **diabetes** — and if you already have the disease, it can make your symptoms *worse*.

But here's the good news—I'm going to show you how to get your circadian rhythm back on track.

FTC-PROD-00000403

**FTC Ex. 22 - Rottner Decl., Att. 21**

It's simple. It's FREE. And you can get started in as little as one short hour per day.

## The Circadian-Diabetes Connection

There have been literally thousands of studies on circadian rhythm and how it affects humans and other mammals.

The science can get pretty complex – but I'm going to keep it simple.

Your circadian rhythm is aligned with the Earth's 24-hour cycle of light and darkness. So for ideal health, you want your circadian rhythm to closely align with these natural cycles as well.

That means during the day, when the sun is out, you should feel wide-awake and alert. And when it's nighttime, you should feel sleepy.

And that's exactly how our circadian rhythms are designed to work. When sunlight hits our eyes, our brains get the signal that it's daytime. Our bodies slow the release of melatonin, a natural sleep hormone, so we can feel awake and refreshed.

At night, when our eyes detect darkness, our brains understand that it's time for sleep. Our bodies produce more melatonin, which allows us to fall asleep quickly.

But there's another reason why having a regular circadian rhythm is crucial to your health…

Scientists have found a critical link between circadian rhythm and the development of diabetes.

It's all related to your pancreas.

Your brain is home to your body's master circadian clock, but there are other internal clocks in your individual organs to regulate their functions… and that includes a circadian clock in your pancreas.

As I told you in Module 1, your pancreas produces insulin when it senses glucose in your bloodstream. Insulin regulates blood sugar by pushing glucose from your blood to your cells, where it's used for energy.

But when your circadian rhythm gets out of whack, it causes the cells of your pancreas to produce and secrete less insulin…

That makes your blood sugar level rise – and along with it, your chances of getting diabetes.

FTC-PROD-00000404

## What the Research Says

Studies have shown that **when you disrupt the circadian rhythms of mice, they're more likely to develop diabetes.**

In a groundbreaking study  at Northwestern University and published in *Nature*, scientists were able to remove the circadian clocks from the pancreas cells of mice. That caused the cells to stop secreting insulin, which led to impaired glucose tolerance and low levels of insulin… and ultimately, *obesity and Type II Diabetes.*

This was the first study to connect a faulty internal clock to the development of diabetes. And it also provided insight into just how important circadian rhythm is for glucose metabolism.

But the connection doesn't stop there.

In another study published in *Diabetes Care,* researchers found that people who work evening shifts were up to *44 percent more likely to develop Type II Diabetes than those who work regular daytime hours.*

And to make matters worse, people who had rotating and irregular work schedules, including frequent night shifts, faced the highest risk of developing the disease.

That's not surprising…

Think about evening workers for a second. Their rotating schedules and nighttime shifts are working exactly the OPPOSITE of how they were intended.

Most of these workers spend their evening hours under artificial light, which their bodies mistake for the sun. So melatonin levels end up plummeting at night, when they should be increasing.

And then these workers go home and try to sleep for several hours during the daytime – at exactly the time our bodies are designed to be awake.

**This isn't just a nuisance or inconvenience. A disrupted circadian rhythm actually *interferes* with your immune system and your body's key repair processes.**

And it makes you a sitting duck for high blood sugar and diabetes… and can make your existing diabetes symptoms a lot worse.

## Sleep Problems and Diabetes

Now, I know what you may be thinking.

FTC-PROD-00000405

What does evening shift work have to do with me?

Many seniors are no longer working, and if they are, they're probably working during the day.

But here's the thing – many (if not most) diabetes patients have the exact same circadian rhythm disruptions that plague shift workers.

Shift workers have impaired melatonin levels or they're releasing melatonin at the wrong times.

Studies have shown that people with diabetes often have inadequate melatonin levels, or it's not being released when it should be.

When your melatonin levels are off… and your circadian rhythm is disrupted… it's a perfect recipe for sleep problems. And guess what else is linked to poor sleep?

**Diabetes.**

Here's why.

When your blood sugar spikes, your kidneys try to clear it by making you have to urinate – badly. So good luck trying to sleep when you have to keep getting up all night to go to the bathroom.

Another study found that the behaviors associated with staying awake at night *also* boost the risk of diabetes. For example, eating before bed and exposure to artificial light can also throw off your metabolic response.

And if you're tired, there's a good chance you'll eat more because your body needs to get energy from somewhere. So don't be surprised if you reach for foods high in sugar or carbohydrates for a quick hit of energy… but that can spike your blood sugar levels to the roof.

To make matters worse, an impaired circadian rhythm affects many of your body's other functions, like *increasing insulin resistance, decreasing muscle mass, and making you gain weight.*

Any of these risk factors alone can cause blood sugar levels to rise, but when they go hand in hand, you're practically a sitting duck for a diabetes diagnosis.

Okay, so we've established that a regulated circadian rhythm can help *prevent* diabetes.

But what if you already have it?

FTC-PROD-00000406

**FTC Ex. 22 - Rottner Decl., Att. 21**

Once again, regulating your circadian rhythm can put you back on track.

The first step to reversing diabetes – and erasing its symptoms – is a properly functioning circadian rhythm.

And I'm going to show you how to get your circadian rhythm in gear — in as little as 60 minutes a day.

## How to Set Your Circadian Rhythm

As I told you, your circadian rhythm should follow the Earth's 24-hour daytime and nighttime cycle...

And exposure to sunlight is the only surefire way to make sure your brain gets the proper signals and syncs your circadian rhythm correctly.

But there's just one little problem...

Research shows that Americans spend a *whopping 93 percent of their time indoors*. They're getting little or no sunlight, and are bombarded by artificial light all day.

It's no wonder that diseases linked to poor circadian rhythm – like diabetes, heart disease, cancer, and Alzheimer's – have practically become an epidemic.

But luckily, you don't need a lot of sunlight to get your body back on track… you just need 60 minutes a day.

So how do you reset your circadian rhythm? Here are three steps you can start taking today.

## Step #1: Morning Sun Exposure

I know that for some people, getting up early is next to impossible.

But if you or your loved one want to stop diabetes damage in its tracks, early sun exposure is absolutely essential… and will help make it possible to see many *more* sunrises.

Start by getting outside in the sun for one hour each morning, as close to sunrise as possible. Take a walk if you can – but if safety or mobility are concerns, sitting on a sunny porch or in a fenced yard are good options.

Direct sunlight can harm your eyes, so don't gaze directly into the sun. Position yourself so the sun is just off the corner of your eye. This

FTC-PROD-00000407

sun exposure sends signals to the hypothalamus region of the brain, and will set your circadian rhythm for the day.

Start with this 60-minute routine, which will make a difference. But that's the minimum amount of sun exposure you should aim for to beat diabetes… if you can get even more, you'll be ahead of the game.

If it's possible to be outside regularly throughout the day (for example, around meal times), your circadian rhythm will function even better.

### Step #2: Avoid Blue Light

Artificial blue light is emitted by computers, cell phones, televisions, and even the energy-efficient light bulbs in our homes… we're literally surrounded by it.

The blue light and electromagnetic fields (more about that later in my protocol) our screens give out are a big problem for all of us – but they're especially dangerous for people with diabetes or prediabetes.

As I explained earlier, our bodies can mistake artificial light for natural sunlight. That has a direct impact on our circadian rhythm, which raises our blood sugar, interferes with our sleep, and can lead to major health problems.

As I tell my patients, it's a very good idea to start limiting your exposure to artificial light at least a couple of hours before bedtime.

I understand that this may not always be practical, but if you *must* look at a screen at night, I've got a solution…

Wear blue-light-blocking glasses.

I like Uvex Blue-Blocking Safety Glasses, which you can purchase from Amazon.com (they can even fit over your prescription glasses).

I recommend these glasses to patients all the time. They do a good job of blocking the blue light that all electronic screens emit.

And you'll be amazed at how effective they are at protecting your circadian rhythm and promoting sleep.

### Step #3: Avoid Daytime Naps

Those daytime naps can be tempting, especially if you haven't slept well the night before.

FTC-PROD-00000408

But remember, daytime naps are a symptom of a circadian rhythm problem... and giving in to the urge to nap will ultimately make the problem worse.

Try to keep an active schedule during the day, and save your sleeping for nighttime.

At first, it may be hard to give up naps, but you'll fall into a routine pretty quickly. And soon, sleeping during the day will no longer feel necessary.

To ensure good sleep at night, skip any stimulants like caffeine in the evening. And avoid anything that could disrupt a natural sleep schedule.

One final tip – try to keep a fairly regular bedtime schedule.  By turning in at the same time each night, your body will start getting used to the routine – and you'll naturally start feeling sleepy at the same time every night.

And before you know it, you'll be on your way to a regular circadian rhythm – and to reversing your diabetes in no time!

FTC-PROD-00000409

FTC Ex. 22 - Rottner Decl., Att. 21



Natural Health Response

## MODULE #4

# The Invisible Threat That's Causing Diabetes

## The Doctor's Secret to REVERSING Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000410

# Module 4: The Invisible Threat That's Causing Diabetes

In this protocol, you're going to learn a lot about why people get Type II Diabetes in the first place.

And it's not always for the reasons you think.

You see, contrary to what you've always been told…

Type II Diabetes is NOT always caused by what you eat… or how much you exercise.

A major hidden cause of diabetes is actually an invisible modern threat that's always around you… in your home… in your office… in the gym… and often as close as the palm of your hand.

This deadly menace **destroys** your body's ability to make insulin… causing your blood sugar levels to spike … and putting you right in the cross-hairs of diabetes.

I know you may be skeptical… after all, you haven't heard a *single word* about this from the mainstream media.

But they've known about this danger for YEARS… and everyone from the CDC to the World Health Organization has gone out of their way to keep it covered up.

But the secret is starting to leak out… and Prevention Magazine calls it, *"the greatest threat facing Americans today."*

I'll share this deadly secret with you in a moment.

But first, I want to tell you that it wasn't always this way.

When I started my medical career, push-button phones were just starting to catch on – and rotary phones were still pretty easy to find.

And most homes had just one TV (and it probably had a rabbit ear antenna sitting on top of the set).

Remember those simpler times?

But now, the "technology revolution" is in full swing… and it's a LOT more dangerous than just an "unhealthy" addiction.

We have TVs in every room… we're never more than a few feet from our smartphones… most of us own laptop computers and tablets…

FTC-PROD-00000411

and our homes are lit by energy-efficient "green" light bulbs that we're told will last forever.

And all of that *sounds* great... until you realize that...

**All of this technology is CAUSING DIABETES!**

A shocking new study from the *Journal of Biology and Medicine* reports that many modern-day devices...

Like your TV, your cell phone, your wireless router, your energy-saving lightbulbs, even the computer screen you're watching now...

Are slowly – and silently – causing Type II Diabetes.

You see, all of these devices emit a dangerous form of radiation... an electrical current known as **"Non-Ionizing Radiation,"** or NIR.

If you live within 15 miles of a cell tower – and if you have service on your cell phone right now, you do – **you're being exposed.**

Without getting too scientific, non-iodizing radiation is part of a broader category of health-ravaging radiation called electromagnetic fields (EMFs). These include the electrical, magnetic, and radiated fields created by all of our electrical and wireless "toys" and devices.

And friends, we're paying the price for our technology with our health.

For years, **we've been told these devices are safe...**

But mounting evidence – and even many of today's top doctors and scientists – now suggest that **EMF exposure is a major reason Type II Diabetes is on the rise in the US.**

And, remember, the first step in my diabetes protocol is eliminating exposure to toxins like EMFs that are causing – or contributing to – your diabetes.

First, I want to explain that I'm not referring to the natural EMFs produced by the sun and the Earth, which have been around since the beginning of time. In fact, your body's own systems run on sophisticated electromagnetic processes.

I'm talking about the man-made EMFs created by today's advanced electrical, radio, and wireless technologies. And thanks to our dependence on our modern devices and conveniences, unprecedented levels of artificially-created EMFs are being pushed into the atmosphere day and night... and that's where the danger lies.

FTC-PROD-00000412

Here's what's happening…

Today's modern technologies cause erratic spikes and surges of electrical energy when a current is repeatedly interrupted. A CFL light-bulb, for example, saves energy by repeatedly turning itself on and off, as quickly as 100,000 times per second. These on-again, off-again currents create low-frequency electromagnetic fields.

Worse, these surges travel along power lines and building wiring into our homes, going where only standard 60-Hertz AC electricity is supposed to go.

And in the process, they create "**dirty electricity**," one of the most dangerous types of EMF pollution of all.

These abnormal, man-made electrical currents have increased dramatically in recent years as we've shifted over to so-called energy efficient lighting and appliances in our homes.

But even if you don't understand the technology, the science is clear…

EMFs are destroying your health…

They're interfering with your body's ability to make insulin…

… "Clogging" your insulin receptors, leaving sugar stranded in your bloodstream.

**… And causing diabetes.**

## The Dangers Lurking Inside Your Home

EMFs can come from sources outside your home, like electrical wires, cell phone towers, or even a nearby neighbor whose home is flooded with energy-saving appliances and devices.

But more often than not, these EMFs originate from electrical appliances and gadgets in **your own home**.

In addition to CFLs and dimmer switches, here are the 14 most common sources of EMFs:

- Computers and laptops that are plugged in
- Printers and scanners
- Solar power installations
- TVs
- Cell phones and smartphones
- Cordless phones

4          MODULE 4: THE INVISIBLE THREAT THAT'S CAUSING DIABETES

FTC-PROD-00000413

- Microwave ovens

- Smart meters

- Smart appliances

- Wi-Fi routers and modems

- Battery chargers

- Blenders and mixers

- Hairdryers

- Multi speed fans

- Treadmills

Now I realize that all of these items are part of our everyday lives, and we've always considered them "safe" -- after all, they only produce low-frequency currents.

So no big deal, right?

Wrong. Actually, it's a REALLY big deal.

Think of it this way. No one questions that overexposure to *high frequency* electromagnetic radiation is dangerous.

Every time you get X-rays, you have to wear a lead shield to protect against radiation that can see straight through to your bones.

But you may not initially notice the damage caused by the low-frequency EMFs all around you, like those emitted by the TV in your living room or the cell phone in your pocket.

But that doesn't mean that EMFs are not harming you... or that their devastating effects aren't piling up over time.

Studies have found that these man-made EMFs can disturb your body's electromagnetic systems, especially those affecting your brain, heart, mitochondria and liver enzymes. They can also create inflammation throughout your body, and make existing inflammatory problems worse.

And as I'll explain in a moment, they cause diabetes.

Now, if you're feeling skeptical about all this, I don't blame you. In fact, when I first heard about it, I was too.

But the science proves it.

But first, I want to tell you about my own research... and how a startling discovery helped lead to a cure.

5       MODULE 4: THE INVISIBLE THREAT THAT'S CAUSING DIABETES

FTC-PROD-00000414

**FTC Ex. 22 - Rottner Decl., Att. 21**

## A Simple Lifestyle... and a Major Breakthrough

When I was looking for clues about the causes of diabetes, I began studying the Amish population in Lancaster, Pennsylvania... a community known for living a simple lifestyle, without any modern conveniences.

You might think that a simple lifestyle is a healthier lifestyle – and it turns out, you'd be right.

You see, I discovered that the Amish have a **significantly lower rate of diabetes** than the people in their surrounding neighborhoods.

In fact, they're *54 percent less likely to develop the disease.*

Why?

Well, it's certainly *not* because of their diet.

Contrary to popular belief, the Amish actually eat a pretty standard American diet. They don't skimp on sugar and carbs – in fact, they're renowned for their made-from-scratch breads, pies, cookies, and candy...

… All the foods you've been warned to avoid.

And you'll certainly never see the Amish sweating it out in any fancy gyms – or any gyms, for that matter.

So I got to thinking, if it's not their diet or exercise habits, what else has made the Amish seemingly **immune to diabetes**?

And then I dug deeper.

I realized the Amish are one of the only groups of people who **reject technology in all of its forms**... no cell phones... no TVs... no computers... no microwaves... no spiral CFL lightbulbs.  In fact, no electricity or modern advances at all.

And it's their lack of exposure to electronic devices that's essentially made them "*diabetes-proof.*"

And there's plenty of science to back that up.

A shocking new study from the *Journal of Biology and Medicine* reports that many modern-day devices…

**Are slowly – and silently – causing Type II Diabetes.**

And the research proves it.

FTC-PROD-00000415

**FTC Ex. 22 - Rottner Decl., Att. 21**

Take a look at these two charts…





And notice how the boom in diabetes cases in our country aligns nearly perfectly with the explosion of technological devices.

But the Amish have never joined the technology frenzy… and that's made them immune to the ravages of diabetes.

But it's a lot different for the rest of us. Most diabetes patients (and most members of the American public, for that matter) are never warned about the dangers of EMFs.

7     **MODULE 4: THE INVISIBLE THREAT THAT'S CAUSING DIABETES**

FTC-PROD-00000416

**FTC Ex. 22 - Rottner Decl., Att. 21**

After all, there's an enormous economic advantage in ensuring you keep adopting the latest technology – and then taking pharmaceutical drugs to help you "live" with the collateral damage.

## What the Research Shows

A growing number of studies have found that **the dirty electricity emitted by EMFs increases plasma glucose levels, decreases insulin secretion, and reduces the ability of insulin to bind to certain cells in the body.**

Essentially, EMFs "burn out" your insulin receptors, leading to higher blood sugar levels and... eventually... diabetes.

For example, one study showed that when non-diabetic patients were exposed to higher levels of EMFs, their HbA1c levels rose much higher than those who lived in "clean" environments.

And not surprisingly, the EMF group had a 20 percent higher risk of developing diabetes.

And the dangers of EMFs aren't just known by researchers in this country.

A Canadian researcher from Environmental and Resource Studies at Trent University looked into numerous studies on EMFs and their effect on diabetes.

In one study, a patient began a walking program to control her Type II Diabetes. When she walked around a shopping mall, her blood sugar level plummeted. But when she walked the same distance on an electronic treadmill, her blood sugar level spiked.

And less than 30 minutes after she got off the treadmill, her blood sugar decreased again, from 225 mg to 191 mg.

Now that's a BIG difference.

But why were her blood sugar levels so different if the exercise was the same?

Because treadmills are a major producer of dirty electricity.

But that wasn't an isolated incident. The researcher found the same results in many other studies, including one where a 54-year-old patient with prediabetes experienced blood sugar spikes only when he was near power lines or his computer.

The research shows that people with unexplained rises in blood sugar may actually be **electrosensitive**, which means they exhibit a

FTC-PROD-00000417

variety of health issues when they're exposed to electricity, including EMFs.

It's thought that up to **35 percent of the population suffers from electrosensitivity – so EMFs can affect as many as 60 million diabetics across the globe.**

And if that's not bad enough, **EMFs can increase your risk of other health problems as well.** EMFs have been directly linked to:

- Headaches
- Memory problems
- Trouble sleeping
- Exhaustion
- Tinnitus
- Heart arrhythmia
- Mood Swings
- Weakened nervous, endocrine, and immune systems
- Increased risk of cancer

## Coming Soon... The Next Generation of Danger

But if that's not terrifying enough, there's a bigger danger bearing down on all of us… and there's *no* way to stop it.

It's the 5th generation wireless system (5G), and it's coming very soon for phones and data.

5G promises faster data transmission and can connect to more devices at once.

And lots of people are counting the days until it's here.

If only they knew…

Here's why 5G is so scary... and so dangerous.

4G, which is currently the fastest service available (you probably have it on your cell phone), has a **50-millisecond** delay in transmission.

That's not exactly what I'd call a long wait.

But 5G will have a **1 millisecond** delay.

And frankly, whether you have a 4G or 5G phone, you won't notice much of a difference. But where 5G becomes important is in the cross talk between wireless machines.

FTC-PROD-00000418

5G will allow lightning-quick data transmission between your phone, the appliances in your home, smart meters, the technology in your car, and wearable medical devices.

Sounds great, until you realize that it's also going to take a *major toll on your blood sugar*.

The coming 5G explosion will exponentially increase EMF exposure… and that means **more people will be diagnosed with diabetes.**

And I'm not the only health professional who's worried.

More than 180 scientists and doctors from 35 countries have come together to warn the public about exposure to 5G networks – and recommend a ban on the rollout until we further investigate the menacing health hazards speeding right at us.

But their warnings are falling on deaf ears.

No one knows exactly how harmful the increased exposure to 5G will be. But previous research tells us this new generation of wireless could be downright *deadly*.

That's because the 5G system will use the untapped MMW (millimeter waves) spectrum in the frequency range of 30 to 80 GHz (the 4G system works on a 2.5 to 5 GHz).

These higher frequency waves won't travel well through barriers like buildings, rain, plants, and other obstacles. So to get around them, antennas will be placed on every power pole, light post, and building in locations that will offer 5G – basically, *every neighborhood,* including the ones you and I live in.

And it gets worse. In 2015 there were 308,000 wireless antennas in the United States for the 4G system. That's not nearly enough for 5G, so the number of new antennas will increase dramatically to allow the transmission of data through the newer, more powerful system.

This means *most of us who live in cities and suburbs will be within 100 feet of an antenna… or maybe even closer.*

And even though you can't even buy a 5G phone yet, make no mistake, 5G is coming to your area… and *soon*.

And if you live in New York City, Los Angeles, Dallas, Las Vegas, Chicago, Atlanta, or Waco, 5G support systems are being installed as you read this.

FTC-PROD-00000419

**FTC Ex. 22 - Rottner Decl., Att. 21**

But regardless of whether you've got 3G, 4G, or no G, you're still at risk for serious blood sugar-spiking EMF exposures.

Fortunately, it's pretty simple to find out if you're at risk. And if you are, there *are* ways to reduce it.

## Shield Yourself from EMFs

Let me just stop here and emphasize once again how *crucial* it is to limit your exposure to EMFs and their health-ravaging effects... so vitally important, in fact, that I've made it part of my 3-step diabetes-reversing protocol.

And below, I'll walk you through the life-changing steps you *must* take to keep you and your loved ones safe.

The first step is to determine your EMF exposure.

You can either do the testing yourself or hire an EMF specialist or building biologist.

For a list of experts in your area who can test for – and mitigate – EMF exposure, go to **Safe Living Technologies** and click on the list of local service providers. The company also offers testing devices and shielding products.

If you're in Arizona, I recommend **Total EMF solutions**, the company I use.

The most important areas to check are the ones where you spend the most time, like the bedroom and living room.

A good place to start is by measuring the dirty electricity. That's done with a special meter called a **micro surge meter.**

Stetzerizer or Greenwave meters are available on Amazon.com. They can be a little pricey (around $150), but they're worth the money when you're talking about protecting yourself from diabetes and other diseases.

Here's how to use a micro surge meter:

1. Unplug all the electrical appliances/devices in your home and turn off the lights.

2. Plug the meter into all the outlets in the room you are testing. It will give you a quick reading.

FTC-PROD-00000420

If you get a **high reading**, then you'll know that the source of dirty electricity is probably coming from outside your home (because your appliances and other devices are not plugged in).

If you get a **low reading**, the next step is to plug in your appliances/devices/lights one by one and recheck the outlets.

If you find a device or appliance gives you high dirty electricity readings, then you have a few options:

- You could throw away the culprit (like your microwave—which I highly recommend doing), or

- You can invest in a special filter that can be used to mitigate the fields (Stetzerizer or Greenwave filters are available on Amazon.com and individual filters cost around $30).

Simply plug the filters into the outlet closest to the offending device and then retest with the micro surge meter to see if the levels are now safe.

If you do the testing yourself, I recommend having an additional meter that measures magnetic fields. That way you can check to be sure the filters themselves aren't exposing you to more EMFs than you started with.

I like the **Cornet ED-88T**. It measures electric fields, magnetic fields, and radiofrequency fields (wireless). This is a quality meter at an affordable price that is available on Amazon.com (expect to spend around $150-$200).

But as I told you, EMFs and the dirty electricity they push out are everywhere... from devices to appliances, cell-phone networks to Wi-Fi signals, smart meters to solar power installations – and their hazards keep getting worse.

So while it's virtually impossible to avoid all man-made EMFs, there are steps you can take to reduce your exposure and live a "cleaner" and healthier life:

- DON'T get a 5G phone when they become available.

- Avoid all smart appliances, vehicles, or other products with an RFID chip.

- Decline all smart meters

- Disable Wi-Fi in your home and use a wired internet connec-

FTC-PROD-00000421

tion instead.

• Keep your phone on "Airplane" mode most of the time – and never carry it in your pocket or bra unless it's on that mode.

• Turn off and unplug appliances when you're not using them.

• Never put a cell phone to your head. Use headphones or speakerphone mode instead.

• Get shielding cases for your devices. The one I recommend is Safesleeves, which I use for my own cell phone and laptop. **You can purchase them here**.

• Use a wired keyboard and mouse, not wireless.

• Keep cell phones, iPads, and other electronics out of your bedroom.

• Turn off the electrical circuit breaker to your bedroom at night. Use a flashlight instead.

FTC-PROD-00000422

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**MODULE #5**

Blood sugar control

## The 28-Day Diabetes BREAKTHROUGH

**The Doctor's Secret to REVERSING Diabetes in 28 Days**
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000423

# Module 5 - The 28-Day Diabetes BREAKTHROUGH

**When you began this protocol with me, I made you a promise.**

I promised to show you how you or your loved one can reverse every symptom of diabetes in **just 28 days** — *without starvation diets or endless hours in the gym.*

**And my protocol relies on a simple – but powerful – three-step plan:**

**Step 1:** Limit your exposure to environmental problems and toxins that are causing — or contributing to — your diabetes.

**Step 2:** Help your body make more insulin.

**Step 3:** "Teach" your body's cells to use insulin effectively again

Obviously, you can't hope to reverse your diabetes if you're continually surrounded by environmental factors and toxins that are contributing to the disease.

It'll be a constant case of one step forward, two steps back.

That's why in Module 3 and Module 4, I showed you how to **properly set your circadian rhythm and limit your exposure to electromagnetic fields (EMFs).**

Because a poorly functioning circadian rhythm and high EMF exposure can make it nearly impossible for many people to control their blood sugar.

Now, we're ready for steps 2 and 3 of my protocol — **helping your body make more insulin, and "teaching" your cells to efficiently use insulin again.**

Once you have more — and better functioning — insulin, your high blood sugar will sink like a stone.

Your body will be able to pull excess sugar out of your blood stream — and you will REVERSE your diabetes.

*Starting in as little as 28 days.*

In the coming modules, I'll introduce you to a supplement program...

FTC-PROD-00000424

FTC Ex. 22 - Rottner Decl., Att. 21

natural remedies I swear by… that help to jumpstart insulin production and boost your cells' insulin sensitivity.

And I'll even give you a delicious and easy-to-follow meal plan that makes sure your body gets all the nutrients it needs while you reverse your diabetes.

You truly can reverse diabetes… and put this devastating disease behind you… in as little as 28 days.

Let me show you how. Ready to get started?

FTC-PROD-00000425

FTC Ex. 22 - Rottner Decl., Att. 21



Natural Health Response

MODULE
#6

Himalayan Secret
Boosts Insulin
BETTER than
Big Pharma Darling

The Doctor's Secret to REVERSING
Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000426

# Module 6: Himalayan Secret Boosts Insulin BETTER than Big Pharma Darling

They call diabetes a "secret disease" because you may not notice the symptoms at first.

You may have even been shocked the first time your doctor told you that you had high blood sugar… or diagnosed you as diabetic.

But the symptoms of high blood sugar aren't ALWAYS invisible, are they?

You've just finished a delicious meal, when suddenly your **head starts pounding**… **your vision blurs**…and **you can't get a glass of water down fast enough.**

Maybe you don't realize it… but you're having a blood sugar spike.

And it's not just terrifying...

It's causing MAJOR damage to your body.

These blood sugar spikes are a very noticeable indication that your body isn't making enough insulin (or your cells are having trouble using insulin) to pull sugar out of your blood stream.

And even if you're NOT diabetic, you can still suffer from blood sugar spikes… and the very real health problems they cause.

But today's researchers have finally caught on to what ancient healers in China and Japan discovered hundreds of years ago...

A compound from a special Himalayan berry can actually **jumpstart your insulin production!**

It helps give you the insulin you need to pull sugar out of your blood stream… and keep your blood sugar levels low and stable.

It goes to work FAST… and has been PROVEN to *reverse diabetes in as little as 28 days.*

In a moment, I'll tell you exactly what it is… and why I've made it the all-important first-step of my supplement program.

But first, I want to tell you how this ancient Himalayan remedy is *still* changing lives today.

FTC-PROD-00000427

## Precious Himalayan Secret Sends Blood Sugar Spikes Packing

You see, many countries in Asia have MUCH lower diabetes rates… and MUCH healthier blood sugar levels… than we see in America.

And they owe their steady blood sugar levels to the same remedy used by ancient Chinese and Japanese healers …

**Himalayan Silk**.

This strange-looking fruit is prized for its natural ability to **lower blood glucose safely and quickly**.

It's been shown to work by activating your pancreas, allowing it to pump insulin into your blood stream.

As I told you, insulin carries sugar out of your blood and into your cells so your body can use it as fuel.

Think of it as an **all-natural "jumpstart"… revving up your body's ability to create insulin…**

**Even better, scientists have found that Himalayan Silk works better than one of the top diabetes drugs prescribed by doctors in our country… and with NONE of the side effects.**

But you don't have to hop on a plane — or even a slow boat — to get the same natural blood sugar benefits of Himalayan Silk.

Because Himalayan Silk is available in this country… we know it as the **mulberry.**

Mulberry extract is one of the most potent diabetes-fighters out there.

**Mulberry extract has been shown to naturally *increase your insulin levels… lower your blood glucose…slow down your absorption of carbohydrates… and stop dangerous blood spikes before they start.***

And you don't have to wait for it to start working. In fact, studies show that **mulberry can start attacking your blood sugar problems in as little as TWO HOURS.**

Plus, it can help to *reverse your diabetes in as little as 28 days!*

Let me show you the amazing science behind this blood sugar breakthrough—and exactly how you can start using it TODAY.

FTC-PROD-00000428

## What the Research Says

In 2001, a randomized, double-blind, placebo-controlled study found that **mulberry *significantly outperformed* glyburide, one of the top pharmaceutical drugs prescribed for diabetes.**

A group of scientists from the University of Kansas took 24 patients with Type II Diabetes and split them into two groups.

One group received a small dose of mulberry, while the other group took a popular diabetes drug called glyburide (glibenclamide) for 28 days.

Researchers took blood sugar, cholesterol, and triglyceride samples from both groups before and after the trial period, and compared the results.

And they were *stunning*.

**The mulberry performed 238 *percent better* than Big Pharma's leading diabetic drug in reducing fasting glucose.**

That's not a typo.

Researchers found that mulberry greatly outperformed glyburide in a number of other key ways, including:

- Lowering HbA1c levels by 10 percent, compared to *no change* for glyburide
- Improving triglycerides by 16 percent
- Decreasing LDL (bad) cholesterol by 23 percent
- Increasing HDL (good) cholesterol by 18 percent

And remarkably, ALL of the patients in the mulberry group were **CURED** of their Type II Diabetes in just four weeks.

That's right… ***just 28 days.***

**Not only that, but mulberry has NO side effects.**

Another study compared 10 people with Type II Diabetes to 10 people without diabetes. All of the participants took 1,000mg of mulberry leaf extract before eating 75g of sugar.

In *both* groups, **mulberry STOPPED the rise in blood glucose.**

Incredibly, it also *slowed down* carbohydrate absorption in the diabetic group.

**That means mulberry reduces the amount of sugar that hits your blood stream at once… and puts the brakes on dangerous blood sugar spikes *before they start*.**

And yet another study found similar results. Scientists took baseline blood samples from 37 volunteers after they drank a beverage rich in carbohydrates.

Each participant then drank the same beverage for four days, along with a 250mg dose of mulberry extract or a placebo. For the next two hours, their blood sugar and insulin levels were measured.

Researchers found that mulberry extract:

- Lowered blood sugar spikes by 22 percent
- Decreased carbohydrate absorption 20 percent

And in another study, researchers at the University of Mississippi conducted a double-blind, placebo-controlled trial of Type II Diabetes patients. They split the group in half, giving one group 1,000mg of mulberry leaf extract, and the other a placebo, which they all took with meals for three months.

Sure enough, the mulberry leaf extract group had *significantly lower* post-meal blood sugar levels than those who took a placebo.

And it REDUCED their after-meal blood sugar spikes.

## How to Get Mulberry Extract

If you're ready to boost your insulin levels and lower your blood glucose — and do it *naturally, quickly, and safely* — mulberry can help you get the results you're hoping for...

Especially if you're concerned about keeping those after-meal blood sugar spikes under control.

And it couldn't be easier to get your hands on.

As you already know from the research, you can see REAL results with mulberry extract doses as low as 250mg.

But I usually tell my patients to start at 500mg for optimal results.

You can increase your dose in increments from there. Most folks see optimal results with a 1,000mg dose.

A company called Swanson Vitamins offers several different high quality mulberry extract formulations. They contain white mulberry, which has been used in traditional Chinese herbal tonics for blood sugar support.

FTC-PROD-00000430

The Mulberry Leaf supplement provides 500mg per capsule in whole herb form.  The suggested dosage is two capsules per day, taken twice a day with meals.

A one-month supply costs well under $10, and you can buy it here.

Once you're ready for a higher dose, Swanson also offers White Mulberry Leaf Extract in 1,000 mg capsules, which you can buy by clicking here.

FTC-PROD-00000431

FTC Ex. 22 - Rottner Decl., Att. 21



Natural Health Response

MODULE #7

Mg Magnesium

**"Epsom Blue" Scrubs Excess Blood Sugar**

**The Doctor's Secret to REVERSING Diabetes in 28 Days**
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000432

# Module 7: "Epsom Blue" Scrubs Excess Blood Sugar

In the previous module, I told you about mulberry extract – the critical first step in my supplement program to reverse diabetes.

Mulberry fires up your body's ability to create insulin… the first step to cleaning excess sugar out of your body.

But making more insulin only solves one part of the problem.

When you're diabetic, your cells may be "resistant" to insulin, meaning they have a hard time using it effectively.

But if we can help your body make more insulin… and help your cells use it better… **your high blood sugar is going to drop FAST.**

That's why I added this all-important next step…

There are two powerful supplements that work like a one-two punch to **reset your insulin receptors.**

Your cells become more sensitive to insulin… so it can deliver more sugar to your cells.

I call these two supplements the **"Sugar Companions," because they help your body escort sugar out of your blood and into your hungry cells.**

The first Sugar Companion is **magnesium**, which I sometimes call Epsom Blue (the other is Chromanite, which I discuss in the next module).

You've heard of magnesium, of course… and you've probably even used it.

But when you take it the right way, it could bring your blood sugar levels to EXACTLY where you want them to be.

## The Blood Sugar Champion In Your Bath Water

Sometimes, solutions are hiding in plain sight.

And breakthroughs come from what may seem like the most unlikely of places.

That's precisely the case with **magnesium** and Type II Diabetes.

FTC-PROD-00000433

Like many people, you may already be taking magnesium. Maybe there's some in your multi-vitamin… or you've soaked in a magnesium-rich Epsom salt bath to relieve aches and stress… or perhaps you've taken a spoonful or two of Milk of Magnesia to treat indigestion or a bout of constipation.

Turns out this mighty mineral can do even more…

… like ***improving insulin sensitivity… restoring healthy blood sugar levels***… ***increasing your energy level***… ***and reducing the amount of sugar getting stored as fat***.

You'll never hear about this from the mainstream, but magnesium could be the key to the ***effortlessly low blood sugar*** you've always dreamed about.

And that's especially true when you combine it with Chromanite, the other Sugar Companion I'll tell you about in the next module.

Big Pharma hopes you'll never find out about magnesium's sugar-blasting powers… but I'm going to make sure that you do.

## Magnesium Converts Food into Fuel for PERFECT Blood Sugar

For years, we've known how important magnesium is to our everyday health. It plays a critical role in over 300 enzymatic actions that keep us alive and healthy.

And that includes ***turning the glucose in the foods you eat into fuel***.

In fact, magnesium plays a central role in the transfer, storage, and use of the energy that runs every single system in our bodies.

Which is why magnesium can tackle everything from depression to heart disease.

But on the flip side, if your magnesium levels drop too low, it can affect literally every single organ in your body.

Low magnesium levels are linked to high blood pressure, asthma, and colon cancer. In the worst cases, having too little magnesium could even be fatal.

And it turns out that your low magnesium levels could be part of the perfect storm that made your blood sugar go haywire in the first place.

So correcting that deficiency could turn things around FAST… and **deliver perfect blood sugar, no matter what you eat.**

FTC-PROD-00000434

As I told you, when things are working the way they're supposed to, your body uses the sugar from the foods you eat to create energy.

Well, magnesium helps make that conversion happen... plus a whole lot more.

Magnesium "cleans" glucose out of your blood stream and helps manage your blood sugar levels.

It makes your cells more sensitive to insulin so the insulin can deliver sugar throughout your body... bringing needed fuel to your muscles, organs, and brain.

## Chances Are YOU'RE Magnesium Deficient, Too

But as important as magnesium is, the real shocker is how many people are deficient in this critical mineral.

Researchers say up to *11 percent of people who end up in the hospital don't get enough magnesium.*

*And a whopping 52 percent of people who are hospitalized for heart problems have magnesium levels that are far too low.*

And, of course, those are just the folks we know about because they ended up in the hospital. I suspect the actual numbers are much higher.

In fact, some experts say that as many of 80 percent of Americans suffer from low magnesium. I'll explain why **so many of us may be deficient** in a moment.

And I'll share with you the exactly how you can use this knowledge to turn *YEARS of blood sugar struggles around*... faster than you ever dreamed possible.

## How Restoring Magnesium Levels Could REVERSE Your Diabetes

You see most doctors don't know a lot about nutrition. It's not their fault, really. They don't spend much time on it in medical school.

In fact, the average student doctor gets fewer than 20 hours of nutrition training during their four years of schooling.

That's nowhere near enough. And most specializations don't focus on it either.

So it's not surprising that many doctors don't realize that nutrition can target the root cause of many diseases, including diabetes.

Or that nutrition can lead to a **full-blown CURE.**

The truth is your own doc may have no clue just how critical magnesium is to the metabolism of both protein and carbohydrates.

Or the fact that it influences the release and activity of the **hormones that help control your blood sugar levels.**

Which is why low levels of magnesium are actually behind so many cases of insulin resistance, pre-diabetes, and diabetes.

Here's why.

Thanks to its unique molecular structure, magnesium **binds to insulin and carries it through your bloodstream.**

Think of it like a key that unlocks the insulin receptors in your cells so they can accept sugar again. It makes your cells "sensitive" to insulin.

But when your magnesium levels are low, insulin can't do its job. So the sugar in your bloodstream stays there until it's converted to fat… or worse, damages the nerves in your feet, hands, or eyes.

## What the Research Shows

So it's not surprising that folks who get more magnesium in their diets tend to have lower fasting insulin levels. Not only that, but studies have shown that increasing magnesium levels can protect you against insulin resistance in the first place.

A recent study published in Diabetes, Obesity, and Metabolism found that supplemental magnesium significantly increased insulin sensitivity in overweight, insulin resistant patients who DID NOT have Type II Diabetes.

**At the end of this double-blind, placebo-controlled trial, the participants taking magnesium had lower fasting glucose and HbA1C levels than the placebo group.**

And, after just 24 weeks, the patients taking magnesium had **normal blood sugar** — in other words, magnesium virtually eliminated their risk of diabetes

Another study out of Harvard University tracked nearly 128,000 people for 18 years.

At the end of this massive study, the researchers had to admit that folks who had more magnesium in their diets were far less likely to develop diabetes.

FTC-PROD-00000436

**FTC Ex. 22 - Rottner Decl., Att. 21**

The proof was right in front of their eyes… *the participants with the highest magnesium intake were 71 percent LESS LIKELY to have blood sugar or metabolic problems than those with the least.*

And when researchers from Harvard Medical School and Tufts University teamed up to study magnesium and blood sugar, they discovered something incredible.

Folks who got more magnesium were able to put the brakes on prediabetes… and slow it to a crawl.

In other words, the progression from prediabetes to full-blown diabetes was stopped in its tracks — and they could thank magnesium for making that happen.

## The Magnesium-Diabetes Connection

Why is magnesium deficiency so common? Well, one big culprit is our modern-day factory farming practices.

Back when farming was a family business, farmers understood how crucial crop rotation was to keeping soil healthy and fertile.

But over the years, many farms were forced to go corporate to help make ends meet. And suddenly, their new corporate bosses upped the demand for farmers to grow MORE food, and grow it FASTER — so speed and quantity became more important than food quality.

So thanks to greed, the careful and healthy practices of the past were tossed aside.

And now we're paying the price. Today, many conventional crops grow in poor, mineral-deficient soil. And these crops end up with low levels of many of the nutrients our bodies need, including **blood-sugar balancing magnesium.**

Then, to add insult to injury, even more of the critical mineral is lost during processing.

The modern Western diet focuses on convenience. Which is why so many of us end up eating highly refined and processed foods… even when we're trying to eat healthy.

And unfortunately, that processing strips away many of the nutrients you need to thrive… like magnesium.

Take frozen diet meals, which may SEEM like a healthy and convenient choice.

FTC-PROD-00000437

**FTC Ex. 22 - Rottner Decl., Att. 21**

But the food they deliver couldn't be more far removed from its original form. And chances are, it's severely lacking in the nutrients you need, including magnesium.

*In fact, surveys have found that nearly half of us aren't getting the minimum required amount of magnesium we need from our food.*

### The Link between Sun and Low Magnesium

But the blows to your magnesium level don't end there.

Some of the mineral you are getting may very well be going to waste because your body can't absorb it.

And as crazy as it sounds, the culprit may be your *sunscreen*. Let me explain.

We now know that our modern-day fear of the sun has led to another widespread deficiency in vitamin D, the sunshine vitamin. Low vitamin D levels are shockingly common, a problem that gets even worse with age.

And it turns out that to absorb magnesium properly, you need plenty of vitamin D.

### Why Else is Your Magnesium Level Low?

But even if you get a good amount of sunlight, there are lots of other magnesium-robbing factors conspiring against you as well.

Like aging, which affects how well our bodies can absorb the magnesium we do take in. That makes it more of a challenge to reach our optimal blood-sugar levels with each passing year.

And worse, as your blood sugar rises, your magnesium deficiency is likely to grow. You see, your kidneys lose the ability to retain magnesium when your glucose levels spike.

And as your blood sugar levels climb, your kidneys start working overtime. That's why frequent urination is one of the first warning signs of diabetes — and you lose even *MORE* magnesium with each trip to the toilet.

Let's not forget medications. Many of the common meds you may be taking, like diuretics, PPIs (heartburn drugs), and even antibiotics, can make you absorb less magnesium, too.

We know that being magnesium *deficient* can trigger insulin resistance, spike your blood sugar, and ultimately set the stage for diabetes.

**MODULE 7: "EPSOM BLUE" SCRUBS EXCESS BLOOD SUGAR**

FTC-PROD-00000438

**FTC Ex. 22 - Rottner Decl., Att. 21**

But on the flip side, getting the *right* amount of magnesium can **reduce blood sugar and insulin levels, restore your energy, and keep the sugar in your bloodstream from getting stored as fat.**

And I'm going to tell you exactly how to do just that.

## Maximize your Magnesium Solution #1:

### Diet Do-Over

Let's start with your diet.

Since magnesium levels in conventionally grown crops have plummeted over the past few decades, it's essential to make the switch to organic foods.

And fill your cart with foods which are higher in magnesium including…

- Pumpkin seeds
- Spinach
- Seaweed
- Quinoa
- Cashews
- Sunflower seeds
- Lima beans
- Swiss chard
- Almonds
- Avocados
- Peanuts
- Sesame seeds
- Papaya

But don't stop there. Try to eat foods as close to their original state as possible. The less processing they go through, the more nutrients you'll be getting. And that includes magnesium.

## Maximize your Magnesium Solution #2:

### Lift Your D Levels

Here's the truth. Gobbling down all the magnesium-rich foods on the list won't do you much good if you can't absorb the mineral.

FTC-PROD-00000439

And I told you, if your vitamin D levels are low, you're probably not getting the most out of your magnesium.

Well, guess what? Chances are good that you ARE running low on the sunshine vitamin.

Scientists love to quibble over the actual numbers. But research shows that nearly 42 percent of U.S. adults are deficient in vitamin D.

And if you're a senior, the numbers are even higher.

And folks who are insulin resistant or diabetic are more likely to be vitamin D deficient as well… with study after study linking low levels of the vitamin and diabetes.

You may be able to raise your levels by eating more vitamin D-rich foods, including fatty fish such as mackerel, tuna, and salmon, along with fortified dairy products like cheese, and eggs.

But by far the best way to raise your vitamin D levels is to step outside into the sunshine.

Your skin converts the ultraviolet B light from the sun's rays into vitamin D. But we spend less time outdoors as we age, and don't make vitamin D as well, so our levels suffer as a result.

And here's a bonus… getting morning light will set your circadian rhythm (your body's internal clock) for the day. I talk more about circadian rhythm – and how it helps balance your blood sugar and insulin levels and reverse diabetes – in Module 3.

## Maximize your Magnesium Solution #3:

### Make the Most of Magnesium

But here's the thing. If you're already battling blood sugar issues, I'd call having a low magnesium level an all-hands-on-deck emergency. So it's critical you get your lagging levels up *fast*.

To make sure you're getting *at least* the recommended 400mg of this vital mineral every day, it's time to seriously consider taking a supplement as well.

In fact, for best results, you should aim for DOUBLING the minimum through a *combination* of diet and a good quality supplement.

Keep in mind when starting on a magnesium supplement that in some people it can cause mild, but temporary, stomach troubles including diarrhea.

FTC-PROD-00000440

For most folks, these clear up quickly. If that's not the case for you, there are slow release and even topical magnesium products that might work better for you.

Also, since magnesium can be so effective at lowering blood sugar, you need to be careful your blood sugar doesn't drop TOO low if you're already on a diabetes drug.

Make sure to monitor your numbers carefully and have a chat with your doctor.

Don't worry; you'll enjoy THIS visit, when you can show off your rapidly improving numbers.

And he may even tell you to **drop the diabetes drug** after he sees how well magnesium brought your blood sugar back into line.

## How to Get Magnesium

To get the most out of your magnesium, you need to **make sure you're getting the RIGHT type**. Inferior forms like magnesium oxide are cheap, but far less absorbable.

Look for a quality magnesium glycinate or magnesium threonate from a manufacturer you trust. They can cost you a bit more, but they're worth it if you're serious about reversing your blood sugar problems.

And since magnesium is best absorbed with vitamin D, I like to look for supplements that contain both. One I like is KAL XtraActiv D-3 Mag Glycinate, which contains 200mg of magnesium glycinate and 5000 IU of vitamin D.

A company called Vitacost makes a supplement I like called KAL XtraActive D-3 Mg Glycinate. **You can purchase it by clicking here.**

Take 2 capsules each day with a meal or a glass of water.

And don't forget, magnesium is only **one-half** of the dynamic duo that can help increase insulin sensitivity — and reverse your diabetes in practically no time!

In the next module, I'll tell you all about magnesium's fellow Sugar Companion – and I promise, you won't want to miss it.

FTC-PROD-00000441

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**MODULE #8**

"Earth's Crust"
Mineral Boosts
Insulin Sensitivity

**The Doctor's Secret to REVERSING
Diabetes in 28 Days**
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000442

# Module 8: "Earth's Crust" Mineral Boosts Insulin Sensitivity

In the previous module, I told you about **magnesium**, the first of the two hard-working "Sugar Companions."

Both work in unique ways to "reset" your insulin sensitivity… so your cells can start accepting more sugar from your blood stream again.

And that's important if you want to **reverse diabetes and achieve normal blood sugar readings.**

That's why it's time to meet the second Sugar Companion… a blood-sugar-busting mineral that most conventional doctors will NEVER tell you about.

This mineral been shown to **reduce insulin resistance… increase insulin sensitivity… and make insulin more effective in getting glucose into your cells.**

What is this powerful mineral?

It's **chromium** (which I sometimes called Chrominate). But no matter what you call it, it's been shown in numerous studies to **improve insulin sensitivity and lower blood glucose by 30 percent in 90 days.**

But it starts getting to work *right away.*

**That means you'll soon be on your way to lower insulin levels… lower blood sugar levels… higher energy levels… and less sugar being stored as fat**.

And if that's not enough, chromium can also stop weight gain and kick excess fat to the curb… especially if you're taking diabetes drugs that are *notorious* for causing weight gain.

## How Chromium Balances Your Blood Sugar

Chromium is one of the most abundant elements on our planet, where it's commonly found in the Earth's crust.

It's also found in seawater and in a wide range of everyday foods, including eggs, shellfish, whole grains, fruits, and vegetables.

But you know where you won't always find high levels of chromium?

FTC-PROD-00000443

**FTC Ex. 22 - Rottner Decl., Att. 21**

**In people with diabetes.**

Studies have shown that diabetics are often chromium deficient.

But there's growing evidence that supplementing with chromium can **improve insulin sensitivity and glucose metabolism in patients with Type II Diabetes — and even in people who *don't* have the disease!**

## How Chromium Balances Blood Sugar

Chromium boosts insulin sensitivity in several ways, beginning with **"activating" the insulin receptors in your cells.**

That means it forces your cells to "open up" and accept insulin... and that starts **cleaning sugar out of your blood stream.**

Chromium also plays an important role in activating and regulating **GLUT4**... a **glucose transporter** that moves glucose from the blood into your cells.

So by activating GLUT4, chromium helps balance and improve blood sugar control throughout your entire body.

## What the Research Says

But even though your doctor probably never told you about chromium, it's not a new discovery... in fact, scientists have known about chromium's blood sugar-busting powers for over 50 years.

In a study performed in the 1970s, researchers injected normal and diabetic mice with chromium.

At the end of the trial, they found that chromium *significantly lowered the non-fasting blood glucose levels in both groups of mice* — reducing blood sugar levels by 38 percent in the normal mice, and by 29 percent in the diabetic mice.

And there was another startling result — just ONE injection of chromium caused the triglyceride and cholesterol levels of both groups of mice to plunge as well.

In another study, scientists fed rats several different diets, including one that was low in chromium. They found that all of the rats who ate less chromium developed diabetes.

But when chromium was added back into their diet, their **diabetes disappeared** practically overnight.

FTC-PROD-00000444

FTC Ex. 22 - Rottner Decl., Att. 21

Now, I know you're not a lab rat. But there are plenty of studies on chromium's diabetes-busting effects on humans… and they go back a half-century as well.

In the 1970s, a patient with severe diabetes was given supplemental chromium for two weeks.

And the results were *phenomenal*.

In just two weeks, the patient *reduced his blood sugar level and required less insulin* — something mainstream drugs would be hard pressed to achieve in the same brief amount of time.

These results sparked interest in chromium and led to dozens of later studies — and they all showed similar results.

And some of these studies found that *having a chromium deficiency could be the cause of your blood sugar problems in the first place.*

A report from the Diabetes Council confirmed that between 25-50 percent of the population is not getting enough of this miracle element.

And you don't want to miss out on it, because getting more chromium can help you fight diabetes in other ways, too.

Researchers at the prestigious Health Sciences Center Shreveport in Louisiana studied a unique form of chromium called chromium dinicocysteinate. This is a patent-pending form of chromium that contains chromium, niacin, and L-cysteine.

For 90 days, they gave a small 400mcg dose of chromium dinicocysteinate to patients with Type II diabetes… and the results were **striking.**

**At the end of the study, the chromium group saw a whopping *30 percent improvement in insulin sensitivity*, which means their bodies were once again able to use the insulin they produced.**

But that's not all… **their fasting glucose levels also dropped by 30 percent.**

**And many other studies have equally impressive results.**

In another study, 180 patients with Type II diabetes were divided into three groups. One group took a placebo, another took 100mcg of chromium, and the third took 500mcg of chromium twice a day.

After just 60 days, the group taking the higher 500mcg dosage of chromium had **significantly lower levels of HbA1c, glucose, insulin, and cholesterol.**

Another study, published in the *Journal of the American College of Nutrition*, found that when patients with Type II Diabetes took 500mcg of chromium twice a day, they had major improvements in:

- Insulin resistance
- Insulin binding
- Insulin receptor enzymes
- Beta cell sensitivity

All of these factors play key roles in the development and progression of diabetes. So improving them is vital to REVERSING your diabetes.

These results were backed by a later study in which 72 patients with Type II diabetes took chromium supplements.

At the end of the study, the chromium group had **better blood sugar readings... improved cholesterol levels... and were even able to lower their drug dosage.**

Another study revealed even *better* results.

Scientists gave 400mcg of chromium dinicocysteinate to a group of diabetic patients for 90 days. At the end of the study, participants had:

- A 27 percent boost in insulin production
- A 35 percent improvement in insulin resistance
- And an 8 percent reduction in blood sugar

Now, that 8 percent reduction in blood sugar levels may not seem like a big deal...

But let me tell you... **IT IS.**

In fact, it was so dramatic that it some of the participants were **CURED of their diabetes.**

But that wasn't even the most amazing part...

**The participants in all of these studies were still eating all the CARBS they wanted!**

That means you can finally enjoy a slice of birthday cake... or a slice of pizza... or a baked potato with your steak... without worrying about your blood sugar...

But I still recommend that you make those treats the exception, instead of the rule.

FTC-PROD-00000446

**FTC Ex. 22 - Rottner Decl., Att. 21**

So here's what those chromium study results can mean for you...

**An increase in insulin sensitivity means that your insulin key is working again, pushing glucose to your muscles and organs – and keeping it out of your blood stream.**

**And lower fasting insulin levels mean there's less excess sugar in your blood – so your body doesn't need to make as much insulin.**

### Get Chromium Today!

Chromium is found in many foods you may already be eating, like:

- Tuna
- Other fish and shellfish
- Eggs
- Beef liver
- Chicken
- Corn
- Beets
- Soy
- Pork
- Peaches
- Broccoli

But even if you eat the right foods, you probably won't get enough chromium through diet to get the blood sugar results you're seeking.

That's not your fault.  Chromium has been significantly reduced in our foods because of new farming methods.

To make the most of chromium, it's important to get the right from of the mineral in the right dosage.

It takes 400mcg a day to see REAL results – and some researchers believe higher doses might work even more quickly and effectively.

Most of the studies done on chromium have used a form called chromium **picolinate**. And if you have a chromium supplement in your medicine cabinet already, chances are it's in the picolinate form.

But the most compelling studies showed that chromium **dinicocysteinate** had much better results than the traditional picolinate form. In fact, it was so superior that some are even calling chromium dinicocys-

FTC-PROD-00000447

**FTC Ex. 22 - Rottner Decl., Att. 21**

teinate the "next generation" in chromium supplementation.

So to take full advantage of chromium's benefits, I recommend that you choose a chromium dinicocysteinate supplement.

One brand of chromium I like is called **Zychrome, which is available in 400 mcg capsules from Amazon.com** and other supplement retailers.

The recommended dosage is one or two 400mcg capsules per day.

And don't forget to pair your chromium supplement with magnesium, its hard-working Sugar Companion... along with the other steps in my protocol.

FTC-PROD-00000448

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**MODULE #9**

# Warriors' Battle Secret Conquers Sugar and Insulin Spikes

## The Doctor's Secret to REVERSING Diabetes in 28 Days

By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000449

# Module 9: Warriors' Battle Secret Conquers Sugar and Insulin Spikes

Remember, I told you at the beginning of my protocol that reversing diabetes… in as little as 28 days… requires a three-step approach:

- Reduce environmental factors and toxins that are causing your disease… or making it worse.
- Help your body make more insulin again, to remove sugar from your blood stream.
- "Teach" your cells to be less insulin resistant and to start reacting properly to insulin.

And over the past several modules, I've introduced you to some simple steps and supplements that will help you accomplish all three of these steps and reverse your diabetes.

But diabetes is a tough and dangerous opponent, so you've got to use every powerful weapon at your disposal to *crush it.*

**And I have some more tricks up my sleeve…**

One is a supplement called **Glycemic Guard** from the Life Extension Foundation. It's a unique combination of **maqui berry and clove extract**.

I'll be talking about both of these ingredients (and how to get Glycemic Guard) in the next two modules.

If you haven't heard of maqui berry, you're not alone.

But it's a powerful weapon against high blood sugar that's been used by tribal warriors for centuries.

Even better?

It's been PROVEN to **slow glucose absorption… stop after-meal glucose spikes… and work like insulin in your body.**

Maqui berry can be absolutely essential in reversing your diabetes and getting your blood sugar under control. And the research behind this simple berry is bound to leave you impressed.

FTC-PROD-00000450

**FTC Ex. 22 - Rottner Decl., Att. 21**

## The Benefits of Insulin... Without the Jab

For hundreds of years, maqui was prized by warriors for giving them unbeatable strength and stamina in battle.

Fast forward to today, and **maqui berries have been shown to act like insulin in the body.**

**They slow down the rise in after-meal blood glucose and move blood sugar into the cells for fuel — essentially *shutting down the spikes* that have proven so deadly.**

Just imagine… getting the benefits of insulin, *without* ever having to jab your stomach or thigh with a needle again.

But unsurprisingly, the mainstream continues to IGNORE maqui as a safe treatment for diabetes.

The reason? The maqui berry is plentiful and cheap. And because it's a natural product, it can't really be patented.

Meaning drug companies can't make a fortune off of any berry — especially one that's as powerful as the maqui.

So they don't promote it… **and most doctors NEVER hear about it for diabetes.**

## The Warriors' Battle Weapon

Maqui berries are native to the Patagonia region of Chile and Argentina, where they grow plentifully in the wild.

And despite their small size, maqui berries pack a *powerful* punch.

Legend has it that the fierce, never-conquered Mapuche warriors of Chile attributed their powerful strength and invincibility to the mighty maqui.

For thousands of years, this Indian tribe considered the sweet purple berries both food and medicine.

They relied on it to control their blood sugar and protect them from a long list of ailments, from fever to ulcers to cancer.

And luckily for us, maqui continues to grow abundantly in the wilds of South America. And it's easy to get your hands on it… if you know where to look.

FTC-PROD-00000451

**FTC Ex. 22 - Rottner Decl., Att. 21**

## What the Research Says

Researchers first became interested in maqui when they discovered its *off-the-chart antioxidant powers.*

Maqui has an ORAC value (the measure of power to wipe out free radicals) of more than 30,800—leaving even acclaimed superfoods, like acai and pomegranate, in the dust.

And when it comes to healing plant chemicals, the maqui berry is head and shoulders above the competition.

It contains extremely high concentrations of polyphenols and anthocyanins, natural plant compounds proven to have powerful antioxidant and anti-inflammatory properties.

Anthocyanins, in particular, have TWICE the antioxidant power of vitamin C. They're found in many naturally-colored blue, red, and especially purple-colored foods, including blackberries, blueberries, strawberries, and cranberries.

**But the richest source of anthocyanins is the deep purple maqui berry...**

... which delivers a whopping **300 percent more of the potent antioxidant than any other fruit or vegetable.**

And according to the latest research, anthocyanins can actually help *keep your blood sugar in check!*

Researchers reviewed nearly 20 studies on the health benefits of anthocyanins – the compounds that give berries their vibrant colors — and found that they can significantly reduce insulin resistance.

As you know, being resistant to the natural blood sugar-lowering powers of insulin is a major risk factor for diabetics.

What makes maqui an **especially powerful diabetes fighter** is its high delphinidin content.

Delphinidins are a particularly potent type of anthocyanin, responsible for the maqui berry's almost black color.

And a pile of mounting research shows that delphinidins — and maqui berries -- are a force to be reckoned with when it comes to diabetes.

FTC-PROD-00000452

**FTC Ex. 22 - Rottner Decl., Att. 21**

## Can a Sweet Berry Tackle Blood Sugar?

Maqui berries are sugar-sweet, but their effect on blood sugar isn't what you're probably thinking.

I know you've heard that if you're struggling to control your blood glucose, you should avoid foods high in natural sugars.

But in several recent studies, maqui were found to **significantly control blood sugar, decrease insulin resistance,** and **reduce weight.**

Researchers from Rutgers and North Carolina State University studied maqui berries' effects on Type II diabetes.

Obese diabetic mice on high-fat diets were given delphinidin extracted from maqui berries for seven weeks.

And when the study was over, the results were ***JAW-DROPPING!***

***The maqui extract significantly:***

- Reduced fasting blood sugar levels
- Increased glucose tolerance
- Boosted glucose uptake into cells
- Improved glucose metabolism in the liver

And the impressive results didn't end there.

The maqui created **insulin-like effects** in muscles and liver cells… and after seven weeks, those obese diabetic mice had the **same fasting blood sugar levels** as healthy non-diabetic mice.

That's right… their diabetes was **ERASED!**

That paved the way for the first human pilot study, which looked at how maqui's plant compounds affected blood sugar, insulin, and weight.

You see, if like many people, you find yourself struggling with *high blood sugar and extra weight,* maqui berries can **solve both problems.**

Like I said before, when blood sugar spikes after meals, it can cause serious health problems.

That spike causes your body's insulin production to soar — and that causes insulin spikes.

And excess insulin creates fat, even if you're watching what you eat pretty closely.

5      MODULE 9: WARRIORS' BATTLE SECRET CONQUERS SUGAR AND INSULIN SPIKES

FTC Ex. 22 - Rottner Decl., Att. 21

That extra fat? Your body *loves* to hold onto it.

And when your blood sugar spikes every day for years, you're headed straight into high-risk territory for insulin resistance, diabetes, and other serious diseases — or *worse*.

But according to the eye-opening pilot study, Delphinol — a delphini-din-rich maqui berry extract — significantly reduced both blood sugar *and* insulin spikes after meals — and those results lasted for 60 minutes!

In this double blind, placebo controlled trial, volunteers with Type II diabetes took either Delphinol or a placebo before eating rice — a food well known for causing blood sugar spikes.

Researchers found that the volunteers in the Delphinol group had substantially lower post-meal blood sugar, and **56 percent** lower insulin levels than the placebo group, with the same results seen an hour later.

It turns out that Delphinol has a unique action on blood glucose…

It slows down how quickly sugar passes into the bloodstream.

And that ***stops dangerous after-meal glucose and insulin spikes in their tracks.***

Plus, there's a bonus: by delaying sugar absorption, your hunger won't kick in as quickly, so you can go longer without needing to eat again.

And that's a powerful key for weight loss.

According to these and other studies, you can get the benefits of maqui at very small doses of between 1 – 20mg.

**Even better, there's virtually no risk of side effects.**

And that's why every diabetic patient in the WORLD should be taking maqui.

## One Product: Two Powerful After-Meal Blood Sugar Controllers

By now you're wondering how you can put maqui berry to work for yourself or someone you love.

And here's the good news — I'm going to save you A LOT of money by introducing you to one of my personal suppliers.

In the next module, I'll tell you about clove extract, another powerful supplement for reducing your blood sugar and keeping it on an even keel.

FTC-PROD-00000454

**FTC Ex. 22 - Rottner Decl., Att. 21**

And like maqui berry, clove extract can help your body maintain healthy blood sugar levels and prevent those dangerous after-meal blood sugar spikes.

But each works differently — and complements the other — so when you put them both together, the results are even more extraordinary!

As I explained earlier, a company called the Life Extension Foundation makes a combined product called **Glycemic Guard** that offers clinical-strength doses of BOTH maqui berry and clove extract in one capsule.

No need to buy two separate supplements!

Each bottle of **Glycemic Guard** contains 30 capsules, with one capsule to be taken each day.

You can **buy Glycemic Guard by clicking right here**. Or just search through the home page at **www.lifeextension.com**.

FTC-PROD-00000455

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**MODULE #10**

## Spicy "Maluku Miracle" Crushes Blood Sugar Woes

### The Doctor's Secret to REVERSING Diabetes in 28 Days
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000456

# Module 10: Spicy "Maluku Miracle" Crushes Blood Sugar Woes

In the previous module, I introduced you to Glycemic Guard… a product I use with my own patients.

And I told you all about how its first ingredient, maqui berry, can act like insulin and even put the brakes on post-meal blood sugar spikes.

But Glycemic Guard's second ingredient comes from the dried flower buds of trees that are found in the Maluku Islands of Indonesia.

What is this "Maluku Miracle?"

**Clove extract.**

You probably know that cloves' distinctive sweet-spicy flavor and aroma can perk up everything from a juicy slice of ham, to a fragrant spice cake, to a hot mug of apple cider.

But the oil they produce has *more diabetes-fighting power* than you could ever imagine.

## A Tiny Package Packed with Powerful Nutrients

For centuries, cultures around the world have used cloves to improve circulation and digestive disorders, relieve dental pain, ease tension headaches, boost sex drive, freshen breath, and even repel insects.

But here at home, this simple dried flower bud can fight diabetes by lowering glucose and keeping dangerous blood sugar spikes at bay.

Here's why. Clove buds are **one of the richest sources of healthy polyphenols** – plant compounds with potent antioxidant properties that reduce inflammation and prevent free radicals (unstable molecules) from damaging cells.

Polyphenols have been studied extensively for more than two decades, and have been found to protect people from a variety of diseases, including Type II diabetes.

Not only have they been shown to **lower the risk for the disease**, but scientists have found that they also **boost insulin sensitivity, and slow down how quickly the body digests and absorbs sugar.**

**And that means fewer blood sugar spikes.**

FTC-PROD-00000457

FTC Ex. 22 - Rottner Decl., Att. 21

And a meta-analysis found that people who increased their intake of flavonoids – an especially effective form of polyphenol – *significantly reduced their risk of Type II diabetes.*

But that's not all that's under the hood of these spicy buds. Cloves are also chock-full of other powerful nutrients and antioxidants, including vitamin C, vitamin K, manganese, and eugenol, a potent anti-inflammatory.

## How Clove Extract Works in Your Body

Clovinol, a water-soluble, easily dissolvable form of clove extract, has been the subject of recent studies on its *diabetes-fighting abilities.*

Scientists have found that part of the reason it's so effective is because it targets specific enzymes in the pancreas that are linked to the disease.

And if that weren't enough, clove extract also inhibits the enzymes in your liver that help promote glycogenolysis… the process in which your body breaks down the enzyme glycogen, which it uses to produce **more** glucose.

And if you or someone you love has diabetes, you know excess glucose in your bloodstream is a BIG problem.

So, by inhibiting the glycogenolysis process, *clove extract helps keep your blood glucose level steady… and that helps prevent blood sugar spikes.*

But that's not all clove extract can do. It also takes on oxidative stress.

Oxidative stress creates what's called reactive oxygen species (ROS) – a dangerous byproduct that can decrease glucose tolerance and increase insulin resistance. And there's growing evidence that ROS also plays a major role in causing serious diabetes complications.

But clove extract's antioxidant properties help prevent oxidative stress in the first place – and a diabetes diagnosis down the line.

## What the Research Says

If you're skeptical that the same ingredient that spices up your cider can keep your blood sugar in check, I don't blame you.

But the research behind clove extract is impressive. And while early trials were conducted on lab animals, later studies on humans confirmed the same results.

In one pioneering study, researchers looked at how clove extract

FTC-PROD-00000458

affected rats with Type II diabetes. Specifically, they wanted to know how it worked to inhibit glucose-producing enzymes in the pancreas.

They found that clove extract's antioxidant properties helped *stop* the production of malondialdehyde (MDA) in the pancreas of the rats – an important finding because MDA is a key sign of oxidative stress.

And they also discovered that clove extract significantly inhibited a-amylase and a-glucosidase – two enzymes linked to Type II diabetes.

And studies on humans were even *more* impressive!

In one study, 36 people with Type II diabetes were divided into groups and given either a placebo, or one, two, or three cloves per day.

Researchers found after 30 days, everyone in the clove group had significantly reduced their glucose levels – in some cases, dropping from 225 mg/dl down to 150 mg/dl!

That's right… just ONE MONTH to better blood sugar control.

And the results were statistically the same across the board, no matter how many cloves the study participants consumed – consuming *any* amount of clove helped **reduce excess blood sugar**.

And the best part?

**None of the participants experienced side effects.**

You can't say that for anything Big Pharma has to offer.

## Get Glycemic Guard TODAY!

As I told you in Module 9, Life Extension's Glycemic Guard offers clinical-strength doses of BOTH clove extract (250mg) and maqui berry (200mg).

You're getting two powerful blood sugar stabilizers in one product, so you can't beat the price!

Each bottle of Glycemic Guard contains 30 capsules. Take one capsule each day.

You can **buy Glycemic Guard by clicking right here**. Or just search through the home page at **www.lifeextension.com**.

FTC-PROD-00000459

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

MODULE #11

How to "Eat Away" Your Diabetes

**The Doctor's Secret to REVERSING Diabetes in 28 Days**
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000460

# Module 11: How to "Eat Away" Your Diabetes

Throughout this protocol, I've shown you my personal plan for reversing diabetes disease in as little as 28 days, without starvation diets or grueling exercise.

But as we regulate your blood sugar and insulin levels, we want to make sure you're getting all the vital nutrients you need.

Even more important? We want to make sure we're avoiding anything that could delay your progress or set you back... like too much sugar and carbs.

So if you want to give your efforts a major boost, let's talk about your diet.

Now I know the word "diet" brings more than a few things to mind, none of them good.

But don't worry. It's not one of "those" diets, which lead to failure and frustration close to 100 percent of the time.

In fact, you can take everything you THINK you know about diet and scrap it.

I promised you no crazy, grueling diets on my protocol... and I meant it.

We're starting all over with a simple plan that's unlike any "diet" you've ever tried — but one that will help stop this disease in its tracks.

It's easy to stick to, because it already includes most of your favorites, starting with many of the "forbidden foods" that your own doctor has urged you to avoid.

Yes, you can go on a "diet" that will **REVERSE** your diabetes... and **LOVE** every minute of it!

Now, I hope you read and take to heart every lesson in these modules.

And when it comes to what to eat, I can sum up what you need to know in a single sentence.

Just **11 words**, in fact.

If you build every meal around this one sentence, you WILL turn this disease around – not to mention lose weight and at the same time,

FTC-PROD-00000461

protect every organ of your body, from your heart to your brain.

Ready for it?

**Eat a seasonal, low-carb, organic diet with plenty of seafood.**

That's it. Really. That's the most important key to using what you eat to help unlock your body's ability to **HEAL** itself, **REVERSE** the disease and **CURE** your diabetes.

But every word in that sentence is absolutely critical.

The seafood, for example, is to ensure that you get plenty of the omega-3 fatty acid DHA, which can wipe out the dangerous glucose metabolites that make diabetes so hard to control. That source of DHA also has another thing going for it: It's very low in deuterium, but more on that in a moment.

The "organic" part is to help you avoid glyphosate, the toxic chemical found in Roundup and other dangerous weed killers.

This poison is dumped on genetically modified crops and — thanks to widespread cross-contamination — and is now found even on many conventional non-GMO foods.

Glyphosate can help trigger diabetes if you don't have it — and make it *much worse* if you do.

The "seasonal" part isn't just there because it *sounds* healthy. It's because it *is*.

Seasonal produce has to travel less to get to you, so it's fresher. And that leads to better taste and more nutrients.

But there's another much more important reason to eat seasonal foods.

As food ages, a breakdown happens on the molecular level — one you can't taste, especially if the food has been gassed and trapped in cold storage for the long journey from Chile or China or wherever else it was grown.

Two, this food aging creates deuterium.

## The Deuterium-Depleted Diet

If you're one of my patients or readers, you've heard me talk about deuterium before.

But many people have never heard of it. I even know many doctors who can't tell you what it is.

FTC-PROD-00000462

But in a few years, deuterium will be one of the biggest buzzwords in mainstream medicine.

Deuterium is basically the "heavy" form of hydrogen (it contains a neutron, while regular, or "light" hydrogen does not).

More importantly, unlike hydrogen, it can gunk up your cellular energy processes.

Here's how: normal, "light" hydrogen powers up your mitochondria — those tiny energy producing power plants in your cells — like a fine motor oil.

But the "heavy" stuff, on the other hand, is like pouring syrup into the gears, clogging up production and blocking the function of critical enzymes. It slows down literally THOUSANDS of essential reactions, including the ones your body needs for glucose regulation and insulin production.

Plus, when your mitochondria don't function properly, they don't filter out the deuterium as effectively. So more deuterium stays in your body, mucking up your internal energy production machine.

It's a vicious cycle that has a devastating impact on energy metabolism — and it explains why deuterium has been linked to diabetes... along with cancer, obesity, sleep disorders, hormone imbalances, depression and other serious disease and health condition.

One of the most effective ways to reduce your exposure to deuterium is to eat fresh, seasonal foods since that breakdown hasn't happened yet. And you can wash it down with deuterium-depleted water (DDW), which is becoming increasingly common, especially in health-food stores.

But there are other important steps you can take as well.

## 5 Ways to Lower Deuterium and Get Your Blood Sugar in Gear

By closely following Nature's rules, you can deplete deuterium naturally – and support your energy-producing mitochondria. Here's how to do it:

- **Avoid electromagnetic fields (EMFs).** As I told you in Module 4, EMFs, a DEADLY, invisible toxin given off by screens (computers, phones, tablets, and TVs) have been found to cause diabetes. But their dangers don't end there —

FTC-PROD-00000463

they can also can slow down mitochondrial function and lead to deuterium accumulation. So it's vitally important to limit your screen exposure, especially at night.

- **Get sun exposure**. Get out into the sun each day, especially in the morning, since both red and ultraviolet light from the sun improve mitochondrial function. And as I told you in Module 3, exposure to sunlight resets your circadian rhythm — your internal clock. That's key because circadian rhythm problems can lead to diabetes — or make it worse if you already have it.

- **Get some cold exposure.** Cold temperatures increase the electric charge on cell and mitochondrial membranes, and that helps deplete deuterium. If you can, try to expose yourself to a little bit of cold for brief periods each day.

- **Intermittent fasting.** Waiting at least 12 hours (and preferably 16 or more) between tonight's dinner and tomorrow's breakfast improves mitochondria and cell function. What's more, a scientific review in *The British Journal of Diabetes & Vascular Disease* showed that intermittent fasting helps with diabetes (and cardiovascular disease) and promotes weight loss.

- **Sleep.** While you're sleeping — specifically during deep REM sleep — your body depletes deuterium in your brain. So any sleep disorder will fog your brain, harming your body's ability to handle glucose and ultimately leading to many modern diseases, including diabetes.

Now let's get into the most important part of all... the most essential three words in that sentence: low-carb diet.

## Go Low-Carb Without Going Out of your Mind

When you started this protocol with me, I made you a promise...

I told you that you wouldn't have to go on a diet... you know, the kind that makes you feel hungry, deprived, and irritated — and doesn't even work.

I meant it. And that's not what this meal plan is about.

This isn't a strict regimen to try to starve you into losing weight... although, don't be surprised if the pounds stop dropping away.

Because as I told you, this simple plan is not a "diet" — it's a way to eat that will stop diabetes in its tracks.

And it's based on limiting carbs… the single biggest trigger of insulin resistance and blood sugar spikes.

There's another reason, too. That deuterium I've been talking about? Plants often store it in their starches and sugars, which means most high-carb foods such as potatoes, grains, and even many fruits will have a stash of deuterium trapped inside.

Beware of anything sold as a "diet" or "light" product — that's code for foods that have had their healthy fats removed, and usually replaced with sugars and starches. You should also avoid most packaged foods labeled "low carb!" or "great for low-carb diets!," since they usually contain highly processed ingredients and chemical additives.

OK, that's a lot of "DON'Ts"… and I'm not a "DON'T" kind of guy.

I'm more about what you CAN eat, and trust me… there's so much good stuff on the "DO" list that you won't even miss the stuff you're giving up.

And the top of the list, of course, is the **superstar of the low-carb diet.**

MEAT!

Steak, in particular, is one of nature's perfect foods.

Besides being loaded with protein, iron, and B vitamins, steak contains a compound called CLA (conjugated linoleic acid), which is critical for correcting impaired glucose metabolism. CLA can also help you lose weight, another crucial factor in diabetes control.

Studies show <u>**losing as little as 11 pounds**</u> can trigger the process that'll put diabetes into remission. And the *more* you lose, the better your chance of success.

Be sure to choose only GRASS-FED meats. I know this is a menu buzzword, but there's a more important reason for it beyond increasing the price of steak in fancy restaurants.

They say you are what you eat, right? That includes whatever your food ate, too. If your cattle were fed grains, they'll have higher levels of that deuterium you're working so hard to avoid.

And that's not all. You're also allowed pretty much all your other favorite meats, like pork, ham (unglazed), lamb and veal. Just watch out for processed meats – if you must eat them, read the label closely

FTC-PROD-00000465

and look for hidden sugars. Choose organic and nitrate-free meat whenever possible.

You can also eat just about any poultry, including chicken, turkey, duck, or other fowl.

As I mentioned earlier, you want plenty of seafood, including tuna, salmon, catfish, bass, trout, shrimp, scallops, crab, and lobster. But avoid farmed fish, which are raised in a vast pool of toxins.

And I wouldn't make you quit cereal and toast without a better breakfast option.

You can eat eggs in any form you want, and don't throw away the yolk. It's not only loaded with healthy fats, it's also extremely low in deuterium. Enjoy eggs scrambled, poached, fried (in lard, tallow, olive oil or butter — not seed oils) or turned into an omelet.

Make an effort to get three servings of vegetables per day. You may also need consommé or bullion to replenish sodium (unless you are restricted from salt).

For snacks, you can enjoy up to 4 ounces of cheese per day, pepperoni, pork rinds, meat rollups (with or without cheese), and even a little chocolate.

No, you didn't misread that.

You can have some chocolate, just make sure you choose **dark chocolate**, which is low in sugar and rich in antioxidants. In one study, dark chocolate *improved* insulin sensitivity. In another, dark chocolate cut blood pressure and improved blood vessel function — helping stave off dangerous side effects of diabetes.

If you're looking for a more precise way to track it all, there's a handy tool you can use.

## The Glycemic Index

The Glycemic Index (GI) was developed out of the University of Toronto in the early 1980s, and ranks foods on a scale of 0-100 based on how much they raise your blood glucose.

Low GI foods produce smaller fluctuations in your blood sugar and insulin levels, reducing your risk of Type II diabetes and helping you lose pounds and maintain a healthy weight.

Cupcakes, cookies, and cola are all very high on the GI, while any cut of beef will be so low it won't even register.

7        MODULE 11: HOW TO "EAT AWAY" YOUR DIABETES

FTC-PROD-00000466

Here are some other examples:

**Low GI (55 or less):** Oatmeal, muesli, many (but not all) fruits and most (but again, not all) non-starchy vegetables, beans, nuts and lentils. Healthy fats – including all meats – will be even lower than "low" as they have almost no effect at all on blood sugar.

**Medium GI (56-69):** Whole wheat bread, pita bread, brown and wild rice, couscous, bananas, and sweet potatoes.

**High GI (70 and above):** White bread, bagels, nearly all breakfast cereals, junk snacks like chops and pretzels, many baked goods such as cookies and cake, and some fruits including melons and pineapple.

For more specific information, check out www.glycemicindex.com. You can enter just about any food and get its GI rating, which can help you make healthy choices.

## YOUR 7-DAY MEAL PLAN

Welcome to the main event: A full week of easy-to-make meals that you can enjoy again and again. By following this plan, you'll be on the road to stopping your Type II diabetes in its tracks – and ultimately, reversing it.

But first, let me tell you that there's no calorie counting. No points to track. Nothing to weigh, add, or calculate.

Just make sure all your foods are as low in carbs, deuterium, and glycemic index rating as possible.

Then, let your appetite be your guide. Eat when you are hungry. Stop when you are full. Your stomach and brain don't always communicate quickly, so eat slowly.

### Sunday

**Breakfast:** Let's start the week off right with your favorite home-cooked comfort foods… especially the old diner classic: bacon and eggs!

First cook up the bacon, remove most of the fat (save it!) but leave some in there… then cook the eggs in that fat, along with a little bit of salt and pepper. Remember: don't throw away the yolk. It's delicious, healthy and – as I mentioned earlier – perfect for a deuterium-depleted diet.

Add a little hot sauce if you like – the capsaicin in peppers can turn up the heat on your metabolism to help you lose weight.

8                    MODULE 11: HOW TO "EAT AWAY" YOUR DIABETES

FTC Ex. 22 - Rottner Decl., Att. 21

**Lunch:** Take your favorite nitrate-free sliced meats and roll them up in a lettuce leaf, or a slice of cheddar or Swiss cheese.

**Dinner:** Seared tuna steaks with crushed black peppercorns. Tuna is as an excellent source of protein and DHA. Make extra — you'll definitely want some for lunch tomorrow!

**Snack:** Cottage cheese.

### Monday

**Breakfast:** Yogurt mixed with grain-free granola and/or a handful of your favorite nuts.

**Lunch:** Tuna salad, but skip the bread and turn it into an actual salad. Make a fresh garden salad and add chunks of last night's leftover tuna. Top it off with olive oil and balsamic vinegar.

**Dinner:** Seared chicken breast with roasted cauliflower and a side of green beans with butter.

**Snack:** Two squares of your favorite dark chocolate and a cup of herbal tea (skip the sugar).

### Tuesday

**Breakfast:** Oatmeal with cinnamon. Cinnamon adds more than flavor — it's also loaded with a compound that can help control blood sugar). You can also add flax or chia seeds for extra nutrients and crunch!

**Lunch:** Turkey breast with a side of steamed asparagus with butter and salt.

**Dinner:** Pork chops baked, grilled or pan-seared with garlic and a side of steamed mixed vegetables. As with steak, make sure your pork is grass-fed to minimize the deuterium content.

**Snack:** Carrot and celery sticks with 1 tablespoon of almond butter.

### Wednesday

**Breakfast:** Cauliflower "hash browns." Potatoes are a no-no and not just because they're a simple starch. Their deuterium levels are off the charts. But there's a tasty and healthy way to enjoy this morning favorite.

Steam riced cauliflower until tender, allow it to cool, and then wrap in a cheesecloth or tea towel and squeeze out excess liquid. Place

FTC-PROD-00000468

the drained cauliflower into a bowl, mix with one or two eggs, diced onion, and chopped ham. Form into patties and fry for about 3 -4 minutes per side. If you'd prefer to bake them, place the patties on a baking sheet lined with parchment paper. Bake in a preheated 400 degree oven for about 10 minutes per side, until golden.

Leftovers make an excellent side dish at dinner!

**Lunch:** Shredded cabbage with sliced chicken breast, topped with chia seeds, and served with olive oil and balsamic vinegar.

**Dinner:** Red wine tofu. If you've been steering clear of tofu (bean curd), this this simple-to-make red-wine tofu recipe will change your opinion of this high-protein Asian staple forever.

Drain tofu, slice it, and place in a cold pan with just enough red wine to reach halfway up each side. Let it sit for 15 minutes, flip the tofu, then wait another 15 minutes. Transfer the tofu to a baking tray and cook at 400 degrees until it's crispy (40-45 minutes).

Serve over riced cauliflower and you'll have a low-carb, low-glycemic, vegetarian meal that's so good, everyone will be asking for seconds.

**Snack:** Dried fruit, such as apricots and plums.

### Thursday

**Breakfast:** Classic scrambled eggs, topped with your favorite cheese.

**Lunch:** Shrimp cocktail… with a twist. Instead of the typical cocktail sauce, smash half an avocado with a little garlic and the juice from one lime wedge. Top with diced tomato and/or peppers, if desired.

**Dinner:** It's chili night! Use your favorite recipe with a mix of ground beef and steak cubes and plenty of beans. Just skip the "masa" corn flour or other starch, which some people add as a thickener — you won't miss it.

**Snack:** Sliced smoked salmon

### Friday

**Breakfast:** Ham and cheese faux muffins.

Whisk a dozen eggs in a mixing bowl with salt, pepper and a pinch of garlic powder. Add chopped ham and shredded cheddar and pour into a muffin tray. Bake at 400 degrees for 10-15 minutes. The leftovers make a great grab-and-go lunch or snack.

FTC-PROD-00000469

**Lunch:** Mediterranean salad. Start with lettuce and add feta cheese, olives, diced cucumbers and sun-dried tomatoes. Top with olive oil and balsamic.

**Dinner:** Noodle night! We all know spaghetti and other pastas are carb bombs, but vegetable "noodles" – especially zucchini! – are a great (and healthy) alternative. Many grocery stores sell fresh and/or frozen veggie noodles, and Amazon offers a wide variety of spiralizers for do-it-yourselfers. Top your noodles with your favorite sauce.

**Snack:** Raisins

### Saturday

**Breakfast:** Pan-fried breakfast sausage with cherry tomatoes and cucumber.

**Lunch:** Quinoa with black beans, corn and salsa. Quinoa is terrific because it helps scratch your itch for a grain without actually being a grain.

**Dinner:** It's burger night… but skip the bun and wrap your burger in a lettuce leaf instead. Once you've had the cold crunch of crispy lettuce combined with the juicy meats of a burger inside, you'll never go back to starchy, doughy bread buns. Serve with your favorite veggies or a side of beans.

**Snack:** Chocolate ricotta cheese. Mix the ricotta with cocoa powder and a dash of vanilla in a blender. Place in cups and refrigerate for at least an hour to allow it to set, then enjoy.

FTC-PROD-00000470



Natural Health Response

BONUS REPORT #1

The 5 Big Pharma Moneymakers GIVING You Diabetes

The Doctor's Secret to REVERSING Diabetes in 28 Days

By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000471

# Bonus Report: The 5 Big Pharma Moneymakers GIVING You Diabetes

It's no secret that diabetes is ruining the lives of millions of seniors.

Think about it for a second. How many people do you know that are afflicted with this disease?

Too many to count, right?

And are you on the list?

For some of folks with diabetes, it was probably bad medical advice that helped push their blood sugar up in the first place.

You see, most mainstream docs have a double standard when it comes to diabetes prevention.

On the one hand, they'll guilt you into making major lifestyle changes. They'll tell you to lose weight… exercise like a boot camp recruit… and forget about pizza and ice cream FOREVER.

And on the other? They'll write you a prescription for some risky drug that will shoot your blood sugar straight up into the stratosphere.

But it shouldn't be this way. You shouldn't have to give up your favorite foods, or feel forced to take pills that will only make you sicker.

And unfortunately those drugs your doctor ordered are NOT curing your diabetes… or saving your life.

But they could be shortening it.

The average senior is taking seven different medications a day, which is practically criminal if you ask me.

And some of them may be causing your diabetes — or making it worse.

I want to share with you the top five drugs that can actually GIVE YOU DIABETES… and how instead of curing you, they're making you sicker.

## Big Pharma Moneymaker #1: Statins

Cholesterol-lowering statin drugs continue to top the charts as one of the most commonly prescribed medications in the country. I have

FTC-PROD-00000472

always been philosophically opposed to statins for two reasons:

1. Cholesterol DOESN'T cause heart disease.
2. Dozens of studies have shown that statins DON'T extend your lifespan.

**But here's what statins *have* been shown to do: increase your risk of developing Type II Diabetes.**

The first link between statins and diabetes was uncovered a decade ago. Since then, study after study has confirmed the connection.

- Scientists recently looked at more than 3,000 patients from nearly 30 clinics across the U.S., and followed up with them for 10 years. Turns out that the folks taking statin drugs increased their risk of developing diabetes by 30 percent.

- And it gets worse…

- Because this isn't the first… or second… or third time that statins have been shown to increase the risk of diabetes.

- In 2015, a study published in the journal *Diabetologia found that* **taking statins was linked to a 50 percent increase in Type II Diabetes.** That's because statins increase insulin resistance, while impairing the pancreas's ability to secrete insulin. It's like a one-two punch to your blood sugar. And the higher the dose, the greater the risk.

- A study published in October 2017 in *BMJ Open Diabetes and Research Care* tracked people with prediabetes for 10 years. It revealed that statin use was associated with a 36 percent higher risk of developing diabetes.

- Also in 2017, a study published in *Drugs and Aging* found that when elderly women took statins, their risk of developing diabetes rose by 33 percent. **Once again, the higher the dose… the greater the risk.**

## Big Pharma Moneymaker #2: Beta Blockers

In recent years, beta blockers have become a one-size-fits-all drug.

They were originally created to treat angina. They can save your life when taken after having a heart attack and work well for people with congestive heart failure.

But as with most drugs, they're not always prescribed appropriately.

FTC-PROD-00000473

Now, the mainstream is prescribing them *long-term* to treat fast heart rates, irregular heartbeats, high blood pressure and even glaucoma.

In serious cases (like when you're having a heart attack), the risk is arguably worth the benefit.

But for everything else, NO WAY.

One particular risk no one talks about? **They increase the risk of type 2 diabetes.**

Two major studies (the Nurses Health Studies and the Atherosclerosis Risk in Communities study) found that **when people *without diabetes* took beta blockers, their risk of the developing it increased by 20-28 percent.**

Beta blockers have been shown to inhibit blood sugar control by blocking the release of insulin – even when blood sugar levels are high. That prevents your body from moving glucose into cells, keeping it in the bloodstream where it causes damage to your body's tissues.

The irony here is that while beta blockers can cause you to develop diabetes, they are especially dangerous for diabetics.

A study published in *Mayo Clinic Proceedings* that involved more than 3,000 diabetics found that **folks taking beta blockers had a significantly higher risk of dying** than those who didn't take the drugs.

**In other words, they can cause you to develop DIABETES…and then KILL you after you have it.**

No, thanks.

## Big Pharma Moneymaker #3: Corticosteroids

Steroids are powerful anti-inflammatory drugs that re used to treat autoimmune diseases and inflammatory conditions, like asthma and arthritis.

You may be familiar with prednisone, the most commonly prescribed drug in this class. It's often prescribed for asthma.

Steroids work by reducing the activity of your immune system and reducing inflammation. The problem is that they also have a tremendous impact on your blood sugar.

In fact, steroids actually pose a **triple threat to your blood sugar levels:**

FTC-PROD-00000474

**FTC Ex. 22 - Rottner Decl., Att. 21**

1. They cause the liver to stop listening to the pancreas. Steroids make the liver *resistant* to the insulin created by the pancreas. When this occurs, the liver continues releasing glucose, even when the pancreas is trying to tell it to stop.

2. Steroids stimulate the liver to produce even *more* glucose.

3. After causing the liver to dump all that extra sugar into the bloodstream, steroids block that sugar from getting into your tissues, keeping it in your blood instead.

And in fact, the link is so common, there's even a name for it... **steroid-induced diabetes.**

## TYPE 2 DIABETES



Caption: The upper images shows how your liver should function. The lower image shows how steroid-induced diabetes increases your blood sugar.

### Big Pharma Moneymaker #4: Antidepressants

When the National Institutes of Health funded a study to determine the lifestyle factors that increase the risk of diabetes, I bet they never suspected one of the primary causes: **taking antidepressant drugs.**

Depression itself was not associated with this increased risk...

But the drugs used to treat it TRIPLE your risk of Type II Diabetes.

With this skyrocketing use of antidepressants (between 2005 and 2008 use increased by **400 percent**), this represents a major health problem that should be making headlines.

FTC-PROD-00000475

A meta-analysis published in *PLoS* one found a 27 percent increase in the onset of diabetes in antidepressant users, compared to nonusers.

This increased risk isn't surprising... after all, antidipressants are notorious for causing weight gain (a risk factor for diabetes) and impaired glucose control.

The worst part of all is that antidepressants are largely ineffective. In a meta-analysis published earlier this year in *Frontiers in Psychiatry*, researchers found that not only were antidepressants "largely ineffective"... they were ***potentially harmful.***

That's putting it mildly. Especially since one of the "harms" was **an increased risk of dying.**

## Big Pharma Moneymaker #5: Antipsychotic Drugs

Antipsychotic drugs are used to treat severe mental health conditions like schizophrenia.

Schizophrenics already have **three times** the risk of developing diabetes, compared to the general population.

But the fact that these drugs can lead to high blood sugar and can cause weight gain place these individuals at an even *higher increased risk.*

Making matters worse, these drugs are now being used more and more in the vulnerable, older population. They're being used "off-label" to treat symptoms associated with dementia — that means these drugs were likely never designed for – or tested on — folks with dementia.

This class includes:

- Abilify (aripiprazole)
- Clozaril (clozapine)
- Geodon (ziprasidone)
- Invega (paliperidone)
- Risperdal (risperidone)
- Seroquel (quetiapine)
- Zyprexa (olanzapine)

One meta-analysis found that people on antipsychotic medications had a **53 *percent increase*** in diabetes, compared to nonusers.

FTC-PROD-00000476

Even worse? When researchers analyzed 17 studies on antipsy-chotic drug use in the elderly, they found a **60-70 percent increase in *mortality***. As a direct result, in 2005, the FDA issued a **Black Box Warning** —

If you're ready to toss these drugs in the trash, I don't blame you.

But you should never stop these (or any) medication cold turkey.

If you're taking any of these drugs and are concerned about their link to diabetes, talk to your doctor about other options — or even getting off these drugs altogether.

In most cases, the risk simply *doesn't* outweigh the benefit.

FTC-PROD-00000477

**FTC Ex. 22 - Rottner Decl., Att. 21**



Natural Health Response

**BONUS REPORT #2**

Nutrient Trifecta Makes
Diabetic Nerve Pain
DISAPPEAR

**The Doctor's Secret to REVERSING
Diabetes in 28 Days**
By Dr. Richard Gerhauser, M.D.

FTC-PROD-00000478

# Bonus Report 2: Nutrient Trifecta Makes Diabetic Nerve Pain DISAPPEAR

Diabetes is a pretty scary disease all on its own.

But I also call it a "gateway" disease, because it can lead to lots of other serious health problems.

I'm talking about heart disease… blindness… amputations… and even Alzheimer's.

So if you have diabetes, you probably feel like every day is a struggle for control.

And if you're suffering from diabetic complications – like the excruciating and often *unbearable* pain, burning, tingling, and numbness of **diabetic neuropathy** – you may be feeling like the disease is *defeating you.*

It's caused by the excess sugar in your bloodstream, which damages your blood vessels and nerves.

If you suffer from neuropathy, I don't have to tell you that it can feel like *torture*… but you don't need to put up with it any longer

Because I'm about to tell you about a simple three-nutrient combo that can attack your neuropathy at its source… stop searing nerve pain in its tracks… and REVERSE even its *worst symptoms.*

Like every other proven, natural cure, you won't hear about it from mainstream doctors.

But you'll hear about it from me.

## Neuropathy Fighter #1: Alpha-Lipoic Acid (ALA)

As I told you, when you continue to have excess sugar circulating in your bloodstream, it can *wreak havoc* on your body.

And over time, it can lead to serious and painful complications, like diabetic neuropathy.

This tormenting nerve pain attacks your extremities and makes it nearly impossible to enjoy your life.

But **alpha lipoic acid (ALA)** can *change your life* by breaking the sugar cycle… restoring safer blood sugar and insulin levels… and stopping

FTC-PROD-00000479

**FTC Ex. 22 - Rottner Decl., Att. 21**

that unbearable nerve pain *fast.*

You see, Type II Diabetes is about a lot more than high blood sugar.

It's linked to high levels of free radicals and extreme oxidative stress — and those risk factors can make blood sugar much harder to control. And worse, they can also lead to crippling nerve damage.

But ALA has powerful antioxidant and anti-inflammatory abilities, so it can protect cells against oxidative damage... plus a whole lot more.

ALA actually helps regenerate other antioxidants in your body, such as glutathione, and vitamins C and E, which sends your antioxidant levels through the ROOF!

It also improves blood flow and pulls sugar out of your bloodstream, delivering it to cells that use it for energy.

But controlling diabetes isn't all alpha lipoic acid can do...

As I told you, it's a lifesaver when it comes to shutting down one of the disease's most painful complications — diabetic neuropathy.

And no matter how long you've been hurting, or how severe your nerve pain gets, alpha lipoic acid can make it *disappear.*

It does it by neutralizing peroxynitrites, which are an especially dangerous type of free radicals.

Peroxynitrites are closely linked to pain sensitivity and runaway inflammation, so if they're running rampant in your body, you're on the hook for unbearable pain.

But alpha lipoic acid takes on peroxynitrites — and wins. That means excruciating diabetic nerve pain can be no more than a bad memory.

And it doesn't stop there. In addition to neutralizing free radicals, alpha lipoic acid also protects delicate nerve cells and promotes the growth of healthy new nerve cells.

This powerful one-two punch helps eliminate agonizing neuropathy symptoms, like numbness, tingling, and burning pain.

Meaning you or your loved ones are no longer suffering.... you're pain-free!

## What the Research Says

In a five-week study, people with diabetic neuropathy took ALA once a day in dosages ranging from 600-1,800 mg.

3      BONUS REPORT #1: THE 5 BIG PHARMA MONEYMAKERS GIVING YOU DIABETES

FTC-PROD-00000480

And in even participants taking the lower ALA dosage (600 mg), 60 percent saw dramatic improvement of their symptoms. That dosage seemed to be the "sweet spot" for symptom relief.

Another study included patients with diabetic neuropathy who had been taking 600 mg of daily ALA for an average of 5 years. Half of the participants stopped taking ALA, and the other half switched to the gabapentin, a popular neuropathy drug.

I'm sure you can guess what happened…

Of patients who stopped supplementation, **73 percent developed neuropathy symptoms in as little as two weeks**. Less ALA = more neuropathy symptoms.

And, surprise, surprise… of patients who switched to gabapentin, 45 percent had to stop taking it due to side effects. *Plus, the drug didn't even work for 55 percent of the people who took it.*

If that doesn't prove that ALA is more effective than prescription drugs, I don't know what does.

## How to Get Your Hands on ALA

Your body can make ALA, and it can be found in foods such as red meat, organ meats, spinach, broccoli, peas, and tomatoes.

But the amount of ALA you can get from food isn't nearly enough to make a dent in your diabetes and erase you nerve pain.

It takes between 600 to 1,200 mg a day (taken in divided doses) to see those kinds of results… and those are higher amounts than you can get from what's on your plate.

That's why supplementation is key. There are several forms of ALA on the market, but I recommend one called R-LA.

R-LA is a special, highly bioavailable form of alpha lipoic acid that's also more stable and potent than other forms. And it can help you feel *real relief* from nerve pain, along with the blood sugar benefits ALA is known for.

There's a high-quality R-LA supplement called Super R-Lipoic Acid that's available from a company called Life Extension. **You can buy Super R-Lipoic Acid by clicking right here**.

Take one to two capsules each day. For best results, take these supplements on an empty stomach (at least one hour before, or two hours after meals).

FTC-PROD-00000481

**FTC Ex. 22 - Rottner Decl., Att. 21**

## Neuropathy Fighter #2: Coenzyme Q10

If you really want to maximize your results, there are two additional supplements that can help extinguish your burning nerve pain, once and for all.

One is coenzyme Q10 (CoQ10), which you've probably heard of before. It's used a lot by people with heart problems.

But CoQ10 can also work *wonders* when it comes to reversing diabetic neuropathy.

You see, CoQ10 is like a vitamin, and you'll find it in especially high amounts in your heart, liver, kidney, and pancreas.

And it's no coincidence that those are the same organs that are affected by diabetes.

Diabetic neuropathy is connected to problems with your cellular energy processes, among other things.

But CoQ10 is a vital energy source for your mitochondria — the energy centers of your cells.

Without getting too scientific, it works in the electron transport chain of the mitochondria to help produce energy within your cells — specifically, ATP, the primary energy carrier in all living beings.

CoQ10 also works to stabilize cell membranes, and functions as an antioxidant to shield cells — including *nerve cells* — from damage... and excruciating pain.

## What the Research Says

In a study of 49 patients with diabetic neuropathy, researchers looked at the effects of taking 400 mg of CoQ10 daily, compared to a placebo.

After just 12 weeks, **the people taking CoQ10 had a whopping 60 percent improvement over the placebo group** – and medical tests showed their nerves were working better.

And here's the best part — there were NO side effects.

But that's not all…

In another study, researchers looked at the effects of oxidative stress, diabetic neuropathy, and cardiovascular disease on CoQ10 activity.

Basically, they found that when you have diabetic neuropathy, your body tries to muster all the CoQ10 it can to fight it and tamp down inflammation.

FTC-PROD-00000482

So when you have diabetic nerve pain, it's like your body is literally CRYING OUT for CoQ10. And that can be a BIG problem if you don't have enough.

Even worse, some drugs like cholesterol-lowering statins or beta blockers for high blood pressure can make your CoQ10 levels plunge… or keep your body from using it correctly.

That's what makes supplementing with CoQ10 so important.

## Getting Your Hands on CoQ10

The magic dosage for CoQ10 seems to be at least 400 mg a day.

In fact, a 12-week study using 200 mg daily didn't produce results. But, as I mentioned, research using 400 mg led to significant relief.

CoQ10 is found in two forms, ubiquinone and ubiquinol. Ubiquinol is the active form in your body, and studies have found that your body absorbs it better than ubiquinone.

Puritan's Pride makes Q-SORB™ Co Q-10, a highly absorbable CoQ10 in a 400 mg dose. **You can buy it by clicking here**.

Because Coenzyme Q10 is fat-soluble, I recommended that you take one capsule daily, preferably with a meal containing fat for optimal absorption.

## Neuropathy Fighter #3: Acetyl-L-Carnitine (ALC)

Acetyl-L-Carnitine (ALC) is a supplement that doesn't get a lot of attention — but it's a critical warrior in the fight against neuropathy.

ALC is basically a modified version of L-Carnitine, an amino acid found in the body. Your body actually makes L-Carnitine and converts it back and forth to ALC.

And ALC can help fight neuropathy in a couple of different ways.

It can act as a neurotransmitter, which means it helps improve nerve function. And ALC can be a source of carnitine, which helps your body turn fats into energy within the mitochondria of your cells.

And, remember, neuropathy is strongly connected to problems with cellular energy processes. People with diabetes tend to have low carnitine levels, which makes your cellular energy nosedive.

FTC-PROD-00000483

## What the Research Says

In one breakthrough trial, 94 participants with diabetic neuropathy were given either a placebo, 500 mg of ALC three times a day, or 1,000 mg of ALC three times per day.

And the results were AMAZING.

BOTH of the ALC groups saw SIGNIFICANT improvement in their symptoms.

In another one-year study of 333 patients with diabetic neuropathy, 1,000 mg/day of ALC was given through an injection for 10 days (to get levels up quickly), followed by 2,000 mg/day orally.

Overall improvement occurred in 67 percent of participants in the ALC group. I sure like those odds!

Research has also shown that ALC works at least as well as methylcobalamin, the active form of vitamin B12 that's regularly given to patients with neuropathy.

And while you may be getting plenty of B12 from a standard multivitamin, most patients aren't being given ALC.

That's especially a problem if you're taking valproic acid (valproate, Depakene, Depakote) for seizures or migraines, which can block your body's production of ALC.

## How to Get Your Hands on ALC

ALC is usually taken in divided doses of 500-1,000 mg three times per day.

If you are experiencing pain, probably the higher dosage is needed to see results. ALC can upset your stomach, so it's good to take it with a meal.

A couple of caveats… There's some research suggesting that people with dementia or bipolar disorder shouldn't take ALC, as it can worsen symptoms.

And ALC may increase the effectiveness of the blood-thinning drugs acenocoumarol and warfarin (Coumadin). You'll want to talk to your doctor if you're taking those drugs.

An outfit called Piping Rock offers a high quality ALC in 1,000 mg doses. You can buy **one bottle of 100 capsules by clicking here**. Or if you want to make sure you don't run out, you can **buy two 100 capsule bottles by clicking here**.

Take one or two capsules daily, preferably on an empty stomach.

FTC-PROD-00000484

**FTC Ex. 22 - Rottner Decl., Att. 21**