# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 103.3 DISCLOSURE

Defendants, Agora Financial, LLC, NewMarket Health, LLC, NewMarket Health Publishing, LLC, Health Sense Media, LLC, and Health Sense Publishing, LLC, by and through their undersigned counsel and pursuant to Local Rule 103.3, submit this Disclosure of Affiliations and Financial Interest, and state as follows:

1. Monument & Cathedral Holdings, Inc. is the sole member of Defendant Agora Financial, LLC.

2. Defendant Agora Financial, LLC is the sole member of Defendant Health Sense Media, LLC.

3. Defendant Health Sense Media, LLC is the sole member of Defendant Health Sense Publishing, LLC

4. Monument & Cathedral Holdings, Inc. is the sole member of Defendant NewMarket Health, LLC.

5. Defendant NewMarket Health, LLC is the sole member of Defendant NewMarket Health Publishing, LLC.

6. Monument & Cathedral Holdings, Inc., as the sole member of Defendants Agora Financial, LLC and NewMarket Health, LLC, and as the indirect owner of Defendants Health Sense Media, LLC, Health Sense Publishing, LLC and NewMarket Health Publishing, LLC, is the only non-party entity that may have a financial interest in the outcome of the litigation.

7. Additionally, several family trusts hold beneficial interests in Monument & Cathedral Holdings, Inc. and may, thereby, have a financial interest in the outcome of the litigation. If the Court deems those trusts "business entities" within the meaning of Local Rule 103.3(b), Defendants will identify those trusts upon request.

Respectfully Submitted,

| | |
|---|---|
| /s/ William M. Krulak, Jr. | /s/ Ari N. Rothman |
| William M. Krulak, Jr. (Fed. Bar No. 26452) | Ari N. Rothman (Federal Bar No. 17560) |
| Joshua J. Gayfield (Fed. Bar No. 29189) | VENABLE LLP |
| Megan J. McGinnis (Fed. Bar No. 12810) | 600 Massachusetts Avenue, N.W. |
| MILES & STOCKBRIDGE P.C. | Washington, D.C. 20001 |
| 100 Light Street | T: 202-344-4000 |
| Baltimore, Maryland 21202 | F: 202-344-8300 |
| T/F: 410-385-3448 | anrothman@venable.com |
| wkrulak@milesstockbridge.com | |
| jgayfield@milesstockbridge.com | |
| mmcginnis@milesstockbridge.com | |

*Counsel for Defendants*

102753\000004\4840-2103-6211.v1