**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No.: SAG-19-3100 |
| | * | |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of March, 2020, ORDERED that Defendants' Motion to Dismiss, ECF 41, is **DENIED.**

Date: March 2, 2020                                    _____/s/_____
                                                                          Stephanie A. Gallagher
                                                                          United States District Judge