**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 19-cv-3100-SAG |
| **AGORA FINANCIAL, LLC,** *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## INITIAL JOINT REPORT

Plaintiff, the Federal Trade Commission, and Defendants, Agora Financial, LLC, NewMarket Health, LLC, NewMarket Health Publishing, LLC, Health Sense Media, LLC, Health Sense Publishing, LLC, Richard Gerhauser, M.D., and Zachary Scheidt, submit this Initial Joint Report in response to this Court's June 9, 2020 Scheduling Order (ECF No. 53) and state:

1. In light of ongoing logistical challenges related to the COVID-19 pandemic, the parties jointly request a ninety (90) day extension of all discovery-related and subsequent deadlines in the Scheduling Order, as follows:

| **Original Deadline** | **New Deadline** | **Event** |
|---|---|---|
| July 23, 2020 | October 21, 2020 | Moving for joinder of additional parties and amendment of pleadings |
| August 7, 2020 | November 5, 2020 | Plaintiff's Rule 26(a)(2) disclosures |
| September 8, 2020 | December 7, 2020 | Defendant's Rule 26(a)(2) disclosures |
| September 21, 2020 | December 21, 2020 | Plaintiff's Rebuttal Rule 26(a)(2) disclosures |
| September 28, 2020 | December 28, 2020 | Rule 26(e)(2) supplementation of disclosures and responses |

| | | |
|---|---|---|
| October 21, 2020 | January 19, 2020 | Discovery deadline; submission of status report |
| October 28, 2020 | January 26, 2021 | Requests for admission |
| November 20, 2020 | February 18, 2021 | Dispositive pretrial motions deadline |

2. The parties do not request early settlement/ADR at this time.

3. The parties do not agree as to the number of deposition hours that are appropriate. The FTC says that it requires 150 deposition hours to accommodate depositions of the seven named Defendants, the eight other fact witnesses who submitted testimony with Defendants' preliminary filings, and other deponents whose identities will become known in discovery. Defendants believe the FTC should be able to depose the vast majority of the witnesses it has identified in less time than the maximum seven hours permitted by the Federal Rules of Civil Procedure. Defendants submit that 50 hours of deposition discovery per side is therefore proportional, adequate, and reasonable.

4. The parties do not unanimously consent to proceed before a United States Magistrate Judge.

5. The parties agree that this case will involve discovery of ESI and further agree that a detailed discussion of the protocol for production of the same is premature. Upon receipt of requests for the production of ESI, the parties will endeavor in good faith to reach an agreement regarding the protocol for the production of the same and, in the event they are not able to reach such an agreement, will promptly bring any disputed issues requiring resolution to the court's attention.

Respectfully Submitted,

   /s/ Omolara Bewaji Joseney
Omolara Bewaji Joseney, pro hac vice
Alejandro Rosenberg, pro hac vice
Dillon Joseph Lappe, pro hac vice
Federal Trade Commission
600 Pennsylvania Avenue, NW C-9528
Washington, DC 20580
202-326-2599 (Joseney); -2698 (Rosenberg);
-2833 (Lappe); -3197 (facsimile)
ojoseney@ftc.gov
arosenberg@ftc.gov
dlappe@ftc.gov
*Counsel for Plaintiff*

| | |
|---|---|
|    /s/ William M. Krulak, Jr. |    /s/ Ari N. Rothman |
| William M. Krulak, Jr. (Fed. Bar No. 26452) | Ari N. Rothman (Federal Bar No. 17560) |
| Joshua J. Gayfield (Fed. Bar No. 29189) | VENABLE LLP |
| Megan J. McGinnis (Fed. Bar No. 12810) | 600 Massachusetts Avenue, N.W. |
| MILES & STOCKBRIDGE P.C. | Washington, D.C. 20001 |
| 100 Light Street | T: 202-344-4000 |
| Baltimore, Maryland 21202 | F: 202-344-8300 |
| T/F: 410-385-3448 | anrothman@venable.com |
| wkrulak@milesstockbridge.com | |
| jgayfield@milesstockbridge.com | |
| mmcginnis@milesstockbridge.com | |

*Counsel for Defendants*

102753\000004\4844-1832-4161.v1